## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CREIGHTON MELAND,**

CASE NO: **2:19−CV−02288−JAM−AC**

v.

**ALEX PADILLA,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/20/2020**

**Keith Holland**
Clerk of Court

ENTERED:  **April 20, 2020**

by: /s/ A. Coll
Deputy Clerk