# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: Eastern District of California

U.S. District Court case number: 2:19-cv-02288-JAM-AC

Date case was first filed in U.S. District Court: 11/13/2019

Date of judgment or order you are appealing: 04/20/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Creighton Meland, Jr.

Is this a cross-appeal?   ◯ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

930 G. St.

City: Sacramento   State: CA   Zip Code: 95814

Prisoner Inmate or A Number (if applicable):

Signature: s/Anastasia Boden   Date: 4/21/2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Creighton Meland, Jr. |

Name(s) of counsel (if any):

| Anastasia Boden
Joshua Thompson
Daniel Ortner |

Address: 930 G St. Sacramento, CA 95814

Telephone number(s): 916-419-7111

Email(s): aboden@pacificlegal.org; jthompson@pacificlegal.org; dortner@pacifi...

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Alex Padilla in his official capacity as Secretary of State of the State of California |

Name(s) of counsel (if any):

| Lara Haddad |

Address: 300 South Spring Street, Suite 1702 Los Angeles, CA 90013

Telephone number(s): (213) 269-6250

Email(s): Lara.Haddad@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                         1                                    *New 12/01/2018*