Rob Bonta, State Bar No. 202668
Attorney General of California
Michael L. Newman, State Bar No. 222993
Senior Assistant Attorney General
Laura L. Faer, State Bar No. 233846
Vilma Palma-Solana, State Bar No. 267992
Supervising Deputy Attorney General
Lisa Cisneros, State Bar No. 251473
Deputy Attorney General
 455 Golden Gate Ave., Suite 1100
 San Francisco, CA 94102-7004
 Telephone:  (415) 510-3438
 E-mail:  Lisa.Cisneros@doj.ca.gov
*Attorneys for Defendant, California Secretary of State Dr. Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CREIGHTON MELAND, JR.,** | 2:19-cv-02288-JAM-AC |
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED APPLICATION FOR AN EXTENSION OF TIME FOR THE BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 144** |
| **SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,** | |
| Defendant. | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED APPLICATION FOR AN EXTENSION OF TIME PURSUANT TO LOCAL RULE 144 FOR THE BRIEFING SCHEDULE AND TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION.**

After review of the Defendant's Unopposed Application for an Extension of Time for the Briefing Schedule Pursuant to Local Rule 144, filed on August 17, 2021, it is hereby ORDERED that the Motion is GRANTED.  The Court enters the following amended schedule:

(1) By September 21, 2021, Defendant shall file her response to Plaintiff's Motion for Preliminary Injunction.

(2) By October 12, 2021, Plaintiff shall file his reply in support of his Motion for Preliminary Injunction.

(3) The parties shall appear for a hearing on October 19, 2021 at 1:30 PM.


**IT IS SO ORDERED.**


DATED:  August 17, 2021            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE