Rob Bonta, State Bar No. 202668
Attorney General of California
Michael L. Newman, State Bar No. 222993
Senior Assistant Attorney General
Laura L. Faer, State Bar No. 233846
Vilma Palma-Solana, State Bar No. 267992
Supervising Deputy Attorneys General
Lisa Cisneros, State Bar No. 251473
Marisol León, State Bar No. 298707
Deputy Attorneys General
 455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3438
 E-mail: Lisa.Cisneros@doj.ca.gov
*Attorneys for Defendant California*
*Secretary of State Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CREIGHTON MELAND, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | Case No. 2:19-cv-02288-JAM-AC<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION, PURSUANT TO LOCAL RULE 144, FOR AN EXTENSION OF TIME FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

**ORDER GRANTING DEFENDANT'S APPLICATION, PURSUANT TO LOCAL RULE 144, FOR AN EXTENSION OF TIME FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

After review of Defendant's Application, Pursuant to Local Rule 144, for an extension of time for Defendant's opposition to Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 23) filed on September 3, 2021, and consideration of Plaintiff's opposition to Defendant's request, it is hereby ORDERED that the Motion is GRANTED.  By September 28, 2021, Defendant Secretary Weber shall file her response to Plaintiff's Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated:  September 7, 2021    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE