ROB BONTA, State Bar No. 202668
Attorney General of California
MICHAEL L. NEWMAN, State Bar No. 222993
Senior Assistant Attorney General
LAURA L. FAER, State Bar No. 233846
VILMA PALMA-SOLANA, State Bar No. 267992
Supervising Deputy Attorneys General
LISA CISNEROS, State Bar No. 251473
MARISOL LEÓN, State Bar No. 298707
Deputy Attorneys General
 455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3438
 E-mail: Lisa.Cisneros@doj.ca.gov
*Attorneys for Defendant California
Secretary of State Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CREIGHTON MELAND, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | Case No. 2:19-cv-02288-JAM-AC<br><br>**DECLARATION OF JAY CHAMBERLAIN IN SUPPORT OF DEFENDANT SECRETARY OF STATE'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 19, 2021<br>Time: 1:30 p.m.<br>Dept: Courtroom 6, 14th Floor<br>Judge: Honorable John A. Mendez<br>Action Filed: November 13, 2019 |

**DECLARATION OF JAY CHAMBERLAIN**

I, Jay Chamberlain, declare:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge, and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am currently employed by the California Department of Finance (DOF), and I hold the position of chief revenue forecaster. I have held this position since October 2010; prior to joining the DOF, I analyzed corporation and personal income taxes and tax revenue at the California Franchise Tax Board for 20 years.

3. As part of my job, I currently oversee the revenue forecasts for all of California's major revenue sources, including personal income tax, corporation tax, and sales tax; oversee DOF's analysis of all legislative bills that affect major state taxes; and develop tax policy for the Administration.

4. DOF is responsible for preparing and administering the state's annual financial plan, as well as monitoring the economic forecasts of the State of California and maintaining the State's accounting and financial reporting systems, among other roles.

5. The financial outlook of corporations with headquarters in California affects the State's financial health. For the 2021-22 fiscal year it is estimated that 10% of the State's General Fund revenues comes from the corporate income tax, including from corporations that are headquartered in or do business in the State. Corporations are taxed on their nationwide income or worldwide income, which is essentially business receipts minus business costs, as apportioned to California. Accordingly, there are two key factors to determining the basic taxability of a corporation: its income (or profits), and how much of its income is apportioned to California. While the use of tax credits is also a key factor in determining the amount of taxes a corporation pays, even among corporations that have a large amount of tax credits, those with higher net income/profitability are going to tend to pay higher income tax liability.

6. When the net income of corporations that are headquartered in or do business in the State increases, this is likely to cause corporate tax revenues to increase as well. This, in turn, benefits the State's budget.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 22, 2021, in Folsom, California.

*/s/ Jay Chamberlain*
Jay Chamberlain