1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MICHAEL L. NEWMAN, State Bar No. 222993
   Senior Assistant Attorney General
3  LAURA L. FAER, State Bar No. 233846
   VILMA PALMA-SOLANA, State Bar No. 267992
4  Supervising Deputy Attorneys General
   LISA CISNEROS, State Bar No. 251473
5  MARISOL LEÓN, State Bar No. 298707
   Deputy Attorneys General
6   455 Golden Gate Ave., Suite 11000
    San Francisco, CA 94102-7004
7   Telephone:  (415) 510-3438
    E-mail:  Lisa.Cisneros@doj.ca.gov
8  *Attorneys for Defendant California*
   *Secretary of State Shirley N. Weber*

9                IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                       EASTERN DIVISION

12

13

14  **CREIGHTON MELAND, JR.,**          Case No. 2:19-cv-02288-JAM-AC

15                      Plaintiff,

16        v.                           **DECLARATION OF ALISON KONRAD,
                                       PH.D., IN SUPPORT OF DEFENDANT
17                                     SECRETARY OF STATE'S
    **SHIRLEY N. WEBER, in her official  MEMORANDUM IN OPPOSITION TO
18  capacity as Secretary of State of the State of  PLAINTIFF'S MOTION FOR
    California,**                        PRELIMINARY INJUNCTION**
19
                        Defendant.     Date:        October 19, 2021
20                                     Time:        1:30
                                       Place:       Courtroom 6, 14th Floor
21                                     Judge:       Honorable John A. Mendez
                                       Action Filed:  November 13, 2019
22

23

24

25

26

27

28

### DECLARATION OF ALISON KONRAD, PH.D.

I, Alison Konrad, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1.     I am over the age of 18 years and a U.S. and Canadian citizen.  I know the following facts based on my own personal knowledge, and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

### Background and Experience

2.     Having earned my Ph.D. in Applied Social Psychology from Claremont Graduate University, I studied as a Postdoctoral Fellow at Stanford University Sociology from 1986-1988. I taught at the Fox School of Business & Management, Temple University from 1988-2003.  In Fall 2003, I joined the Ivey Business School, at the University of Western Ontario, as Professor of Organizational Behavior with tenure and inaugural holder of the Corus Entertainment Chair in Women in Management, the first academic chair on that topic to be endowed by a business school anywhere in the world.

3.     Throughout my career, my research and scholarship has focused on gender and diversity in organizations. I have published major studies on sexual harassment,[1] workplace discrimination,[2] workplace values, diversity and inclusion initiatives,[3] network diversity,[4] and

---

[1] Gutek, B. A., Cohen, A. G., & Konrad, A. M.  (1990).  Predicting social-sexual behavior in the workplace:  A contact hypothesis.  Academy of Management Journal, 33, 560-577.

[2] Konrad, A. M., & Cannings, K.  (1994).  Of mommy tracks and glass ceilings: A case study of men's and women's careers in management.  Relations Industrielles, 49, 304-336; Yap, M., & Konrad, A. M.  (2009, Fall).  Gender and racial differentials in promotions:  Is there a sticky floor, a mid-level bottleneck, or a glass ceiling?  Relations Industrielles/Industrial Relations (RI-IR), 64(4), 593-620.

[3] Konrad, A. M., & Linnehan, F.  (1995).  Formalized HRM structures: Coordinating equal employment opportunity or concealing organizational practices?  Academy of Management Journal, 38, 787-820; Konrad, A. M., Yang, Y., & Maurer, C.  (2016, January-February). Antecedents and outcomes of diversity and equality management systems:  An integrated institutional agency and strategic human resource management approach.  Human Resource Management, 55(1), 83-107.

[4] Konrad, A. M., Seidel, M.-D., Lo, E., Bhardwaj. A., & Qureshi, I.  (2017, September). Variety, Dissimilarity, and Status Centrality in MBA Networks: Is the Minority or the Majority More Likely to Network across Diversity?  Academy of Management Learning & Education, 16(3), 349-372

1

1    work-life flexibility benefits.[5]  Recently, I was listed among the Top 2% of World Scientists for

2    my career contributions from 1990 – 2019 (Ioannidis, Boyack, & Baas, 2020).[6]

3         4.    Along with my coauthors, Vicki Kramer and Sumru Erkut, I developed a "critical

4    mass" perspective theory arguing that two women have better experiences on boards than solo

5    women do, while the presence of three women seems to result in substantial impact on board

6    processes and culture (Konrad, Kramer, & Erkut, 2008).  Our findings were based on data

7    gathered in interviews and focus groups with 50 women with Fortune 1000 board experience, as

8    well as 12 CEOs and 7 corporate secretaries.  Our article in the Harvard Business Review has

9    over 150 citations on Google Scholar (Konrad & Kramer, 2006, December)[7], and the full-length

10   article published in Organizational Dynamics has over 700 citations (Konrad et al., 2008).[8]  Many

11   finance scholars studying the impact of women on corporate boards routinely discuss the

12   possibility of a critical mass effect, based on our research, and several empirical tests of our ideas

13   have been published.  A new review accepted for publication in 2020 by in the *International*

14   *Review of Financial Analysis* highlights our theorizing as having major impact on the field

15   (Nguyen, Ntim, & Malagila, in press).[9]  I describe our work and the findings of specific studies in

16   the Analysis section of this review.

17        5.    Other research I have undertaken that is relevant to this review include my studies of

18   organizational equity, diversity and inclusion (EDI) practices.  Beginning in the early 1990s,

19   along with Frank Linnehan, my doctoral student at the time, I was among the first group of

20        [5] Konrad, A. M., & Yang, Y. (2012, November). Is Using Work-Life Interface Benefits a
21   Career-Limiting Move? An Examination of Women, Men, Lone Parents, and Parents with
     Partners. Journal of Organizational Behavior, 33(8), 1095-1119; Konrad, A. M., & Mangel, R.
22   (2000).  The impact of work-life programs on firm productivity.  Strategic Management Journal,
     21, 1225-1237.
          [6] Ioannidis, J.P.A., Boyack, K. W., Baas, J. (2020). Updated science-wide author
23   databases of standardized citation indicators.  PLoS Biology, 18(10): e3000918; Table S6, Career
     2019).  Available on-line at https://dx.doi.org/10.17632/btchxktzyw
24        [7] Konrad, A. M., & Kramer, V.  (2006, December).  How many women do boards need?
     Harvard Business Review, p. 22, available online at: https://hbr.org/2006/12/how-many-women-
25   do-boards-need
          [8] Konrad, A. M., Kramer, V., & Erkut, S.  (2008, April-June).  Critical Mass:  The Impact
26   of Three or More Women on Corporate Boards.  Organizational Dynamics, 37, 145-164. One of
     the journal's Top 10 Most Cited articles in the last 5 years as of August 1, 2011.
27        [9] Nguyen et al., in press 2021, p. 7-8, Table 6. Full citations of all references are provided
     in the Reference List at the end of this Declaration.

28

1    scholars to investigate how organizations respond to government equal employment opportunity

2    and affirmative action regulation by changing human resource management practices.  Our study

3    documented over 100 specific organizational practices designed to support progress toward

4    organizational EDI goals by removing career barriers facing women as well as professionals who

5    are black, indigenous, and/or people of color (BIPOC).[10]  Furthermore, our analyses documented

6    that firms that actively monitor the experiences of different groups in the workplace had more

7    BIPOC managers and women at a higher hierarchical level in management (Konrad & Linnehan,

8    1995, with 780 Google Scholar citations at time of writing).[11]

9          6.     Building on that work, I worked with several doctoral students to analyze both gender

10   and ethnic diversity and the benefits they bring to businesses, producing three studies on this

11   subject.[12]  I have a forthcoming panel studying examining the impact of women in management

12   roles on the hiring and advancement of women in roles throughout a company (Ali, Grabarski, &

13   Konrad, in press).[13]

14         7.     My other research related to the topic of this declaration focuses on gender

15   differences and similarities in work values, defined as the factors women and men want to gain

16   from their paid work.  In the late 1990s, my three doctoral students at the time and I collected all

17   studies we could find on the topic and statistically integrated the findings from 242 independent

18   samples including over 300,000 men and 300,000 women. Our results indicated a number of

19   slight gender differences, with the revelation that the largest differences by far concern

20   relationships in the workplace, which women are moderately more likely than men to consider

21   important (Konrad, Ritchie, Lieb, & Corrigall, 2000, 778 Google Scholar citations at time of

22   writing).[14]  This finding supports arguments that women potentially bring a new and valuable

23   perspective to otherwise all-male boards.

24

25

26   [10] Konrad & Linnehan, 1995, p. 816-20, Appendix.
     [11] Konrad & Linnehan, 1995, p. 806, Table 3.
27   [12] See, e.g., Konrad, Yang & Maurer, 2016, p. 97; Yang & Konrad, 2011, p. 1073-1077;
     Ali & Konrad, 2017, p. 445-447.
     [13] Ali, Grabarski & Konrad, in press 2021, p. 9-14.
28   [14] Konrad et al., 2000, p. 603, Table 3.

3

8. My education, professional background, and publications are described in additional detail in my curriculum vitae, which is attached hereto as **Exhibit 1**.

**Introduction: Women on Corporate Boards Prior to SB 826's Passage**

9. In this declaration, I discuss the underrepresentation of women on corporate boards; the reasons that women are underrepresented on corporate boards of directors, including in California before the passage of SB 826; the importance of critical mass; the importance of corporations to society overall, and the evidence of benefits to individuals, communities, and companies of increasing women's representation on corporate boards.

10. When California Governor Jerry Brown signed SB 826 into law in September, 2018, publicly-traded companies headquartered in California had low percentages of women on corporate boards as compared to men; while this is a problem seen throughout the U.S., those publicly-traded companies headquartered in California in particular were lagging behind the rest of the U.S. in their representation of women on corporate boards.[15]  In 2017, 26.1% of California companies in the Russell 3000 had zero women on their boards compared to 21.7% nationwide.[16] Overall, in 2017, the 632 California companies subject to SB 826 had almost 5,000 board seats, only 15.5% of which were filled by women.[17]  This low level of representation persisted despite Senate Concurrent Resolution 62, which called for California companies to voluntarily increase the representation of women on corporate boards over a three-year period ending on December 31, 2016.[18]  This underrepresentation also persisted despite the fact that women have earned at least 33% of MBA degrees in the U.S. since academic year 1986-87.[19]  The percentage of women

---

[15] Barrett, 2019, p. 6, Chart 10.  Full reference citations for all documents cited in this declaration are provided in a reference list at the end.

[16] Barrett, 2019, p. 6, Chart 10.

[17] Barrett, 2019, p. 6, Chart 10.

[18] Barrett, 2019, p. 4.

[19] Calculations based on data accessed from the U.S. Department of Education, National Center for Education Statistics, *Digest of Education Statistics*, Table 284 – Earned degrees in business conferred by degree-granting institutions, by level of degree and sex of student; 1955-56 to 1999-2000, provided in Exhibit 2.

enrolled in the Harvard MBA degree program reached 30% by the year 2000.[20]  By 2015, 12 elite

MBA programs reporting incoming classes including at least 40% women.[21]

11.    The primary reason women have not been represented on boards of directors is due to

discrimination, as discussed here and throughout this declaration; as discussed further, the failure

of the voluntary initiative in California indicates that without a law like SB 826, that

discrimination would continue to exist.  Much evidence supports the notion that boards

discriminate against women in appointing board directors, and I provide a detailed discussion

after the description of the methodology I used to create this report.  For example, an important

panel study by  Tinsley, Wade, Main, and O'Reilly (2017) shows that at that time, U.S. boards

were more likely to appoint a woman to a seat vacated by another woman rather than increasing

the number of female board directors by appointing a woman to replace another man; this

therefore keeps the number of women on corporate boards static.[22]  In their panel study, Dezsö,

Ross, and Uribe (2016) document a similar dynamic limiting the number of women in upper

management  in U.S. firms.[23] Altogether, the studies documenting gender discrimination show

that external pressure is needed to achieve gender equity on corporate boards of directors.[24]

12.    The main body of this declaration is organized as follows.  In the first section, I

review the body of research documenting gender discrimination in the workplace and its impact

on women on corporate boards.  Based on this research, I conclude that women are

underrepresented on corporate boards because of discrimination.  In the second section, I examine

the importance of critical mass on boards of directors.  In the third section, I discuss the important

role of corporations within society at large.  In the fourth section, I describe over 100 rigorous

panel studies documenting the beneficial effects that gender-diverse boards have on corporations.

---

[20] Bertrand, M., Goldin, C., & Katz, L.F. (2010). Dynamic of the gender gap for young professionals in the financial and corporate sectors. American Economic Journal: Applied Economics 2, 2(3), p. 229, footnote 4.
[21] Morgan, G. (2015, November 9). Women Now Make Up 40% of Students at Top MBA Programs. Retrieved from https://fortune.com/2015/11/09/women-mba-40-percent/.
[22] Tinsley et al, 2017, p. 167-9, Table 2.
[23] Dezsö et al., 2016, p. 111.
[24] Sojo et al., 2016, p. 525-6, Table 2, 3.

1  Based on this research, I conclude that women on corporate boards have a positive effect on many

2  aspects of corporations' operations, and benefit society at large.

3  **Methodology and Research**

4  13.   For purposes of this declaration, I conducted a review of research studies published

5  in peer-reviewed outlets spanning the last 30 years, as well as published studies and research I

6  have done in collaboration with other experts in the field.  I emphasized the most recent research

7  and sought copies of highly cited studies as well as new studies published in the last few years.  A

8  number of the papers relied upon are still listed as "in press", indicating acceptance through the

9  peer review process and waiting for assignment to a new volume and issue number from the

10  journal it has been submitted to.  In this way, I made every effort to include all of the newest and

11  most rigorous research on the topic.  These articles are generally available to experts in my field

12  through university libraries, and are used by experts in my field to conduct similar studies and

13  analyze similar topics.[25]

14  14.   I rely on studies that have drawn causal inferences regarding lack of women on

15  corporate boards, the importance of critical mass, and the benefits of women on boards in general.

16  Research examining women on corporate boards (WOCB) is interdisciplinary, and journals in

17  many fields publish these studies, including management, organizational studies, human resource

18  management, corporate governance, accounting and finance.[26] As such, many different

19  methodologies have been leveraged to examine the reasons for lack of women on corporate

20  boards, and their impact on those boards; the later studies in particular typically track data from

21  large numbers of corporate firms over time, allowing for the study of trends.[27]  The studies I rely

22  on for examining the impact of gender-diverse boards on firm performance rule out alternative

23  explanations for those effects, and strengthen the ability to draw causal inferences.[28]

24

25  [25] Details of the panel studies I relied upon to draw conclusions regarding the impact of women on corporate boards are provided in Exhibits 3 through 9.

26  [26] See the Reference List at the end of this Declaration for the set of journals publishing studies on WOCB.

27  [27] Adams, 2016, explains the importance of rigorous panel studies for analyzing the impact of WOCB, p. 373-5.

28  [28] Adams, 2016, p. 373-5.

6

15.     The studies I rely upon are described in detail in the Data Tables included as part of this declaration, attached as **Exhibits 3** through **9**.  I explain the findings and draw conclusions about the state of knowledge regarding the antecedents and effects of the representation of women on corporate boards.  All references throughout the declaration are included in footnotes as well as at the end of the declaration.

### Analysis

### A.  Research Shows That Gender Discrimination Has Affected Corporate Board Composition

16.     Much research has been done studying whether gender discrimination has contributed to or is a cause of the lack of representation of women on corporate boards. The wide range of work that has considered many different aspects of gender discrimination allows me to draw the conclusion that discrimination against women is a cause for the lack of women directors on corporate boards.  Studies concerning sex discrimination at leadership levels below the corporate board level are relevant to understanding the full impact that discrimination has on women representation on corporate boards.

17.     A large and substantial body of evidence supports the proposition that women experience gender bias in management and the professions.[29]  In their classic analysis looking at the findings from 61 prior studies, Eagly, Makhijani, and Klonsky (1992) documented a small anti-female bias in ratings of leaders in a variety of different business and employment settings. The anti-female bias is larger when women are rated by male subordinates, when women work in male predominated settings, and when women exhibit a top-down command-and-control leadership style.[30]  In a subsequent analysis of 45 studies, Eagly, Johannesen-Schmidt, and van Engen (2003) found that employees rate female leaders slightly more highly on qualities known as "transformation leadership," such as charisma, role modeling, and inspirational motivation, than men.[31]  An analysis of 87 studies by Judge and Piccolo (2004) documents that

---

[29] For example, see Klein et al., 2021, p. 734-753.
[30] Eagly et al., 1992, p. 13-14.
[31] Eagly et al., 2003, p. 579.

transformational leadership is a consistent strong predictor of employee/team performance.[32]

Performance, then, is not a plausible explanation for women's poorer outcomes in terms of

salaries, promotions, and board appointments as compared to men.[33]

18.     By comparison, Eagly et al. (2003) found that male leaders were rated more highly

than female leaders on both active and passive management styles as well as laissez-faire

leadership styles.[34]  But these kinds of managements styles have been found to be less effective

than "transformational leadership" management styles at best and have a negative effect on

employee performance at worst.[35]  The fact that male leaders were more likely to exhibit these

leadership styles suggests that men more than women are promoted into leadership positions even

when their leadership styles are less effective or even mediocre.

19.     While people's attitudes toward women are becoming more egalitarian over time,

traditional gender-role attitudes continue to affect the workplace, which entrenches gender bias.[36]

For instance, research on over 40,000 responses to the Harvard Implicit Association Test website

shows that the general public seems to have a strong unconscious bias associating men with

careers and women with family.[37] Overall, participants utilizing the Harvard website showed an

implicit (i.e., unconscious) bias,[38] meaning that people associate men more strongly with career

and women more strongly with family 69.5% of the time and that the reverse happens only 30.5%

of the time.[39]  In addition, our study of women on *Fortune 1000* boards documents gender bias in

interactions where solo women on corporate boards in particular are frequently ignored,

interrupted, and contradicted to the point where one male CEO told us, "She had to break down

brick walls to be heard."[40]  A subsequent study by Groysberg and Bell (2013, June) similarly

---

[32] Judge & Piccolo, 2004, p. 759.
[33] For examples, see Geiler & Renneboog, 2015, p. 345; Dezsö et al., 2016, p. 98; Tinsley et al., 2017, p. 162.
[34] Eagly et al., 2003, p. 579.
[35] Judge & Piccolo, 2004, p. 759.
[36] Twenge, 1997, p. 42.
[37] Nosek et al., 2002, p. 109.
[38] Nosek et al., 2002, p. 109.
[39] I used the interactive website by Magnusson, 2020, to calculate probability of superiority.
[40] Konrad et al., 2008, p. 145.

8

1  found that about 20% of women on corporate boards reported not being heard or listened to, not

2  being accepted as an equal member, having to work extra hard to establish credibility as a

3  legitimate board member.[41]

4      20.    Women in management and white-collar professions also experience anti-female

5  biases in evaluations and promotions related to this gender-stereotyping.  For example, in her

6  study of 60+ teams of scientists and engineers, Joshi (2014) found that peers are relatively

7  unlikely to recognize women's expertise compared to men's.[42]  Similarly, Niessen-Ruenzi and

8  Ruenzi (2019) find that investors fail to recognize female fund managers' expertise and are less

9  likely to invest in female-managed funds despite no significant gender differences in fund

10  performance.[43]

11      21.    Showing a more complex pattern of bias against female leaders, Hekman, Johnson,

12  Foo, and Yang (2017) conducted a study of 362 U.S. leaders who had been selected by their

13  bosses to attend a week-long intensive executive development program.[44]  These participants

14  were executives one level below what is known as the C-suite, such as company vice presidents

15  and directors, and the researchers collected ratings from their bosses using a confidential online

16  survey.[45]  Findings indicated that for these high-level executives, most of whom reported to the

17  C-suite, in general, bosses actually penalize the performance ratings of female leaders who had

18  exhibited diversity-valuing behavior, such that their peers consider them to respect cultural,

19  religious, gender and racial differences.[46]  By comparison, the study found, male leaders receive

20  no penalties for supporting diversity in the workplace.[47]  The authors interpreted their findings as

21  showing that women supporting diversity actually triggers anti-female bias.[48]

22      22.    As another indicator of ongoing gender discrimination, gender pay gaps favoring men

23  that are not explained by performance differences continue to be documented among highly

24  [41] Groysberg & Bell, 2013, June, p. 92.
25  [42] Joshi, 2014, p. 214, Table 1c.
   [43] Niessen-Ruenzi & Ruenzi, 2019, p. 3006-7, Table 2.
26  [44] Hekman et al., 2017, p. 775.
   [45] Hekman et al., 2017, p. 775.
27  [46] Hekman et al., 2017, p. 777, 780, Figure 2.
   [47] Hekman et al., 2017, p. 777, 780, Figure 2.
28  [48] Hekman et al., 2017, p. 788.

9

1     qualified professionals.[49] For instance, Hoisi and Mariani (2017) studied the earnings of 9,692

2     engineers, technicians and scientists employed in the research and development (R&D) area who

3     are tasked with generating patented inventions (a field comprised of 4.2% women).[50] Their

4     findings indicate that women inventors earn significantly less income than equivalent male

5     inventors, regardless of education, experience, hours worked, firm type, number of inventions

6     produced and family considerations.[51] Merluzzi and Dobrev (2015) studied the earnings of young

7     MBA alumni of a prestigious U.S. business school and find a significant negative effect on

8     income from being female, lower returns to tenure in the same firm for women compared to men,

9     and lower returns for changing firms (a factor that is strongly beneficial to earnings when men

10    change firms).[52] Similarly, Klein et al. (2021) document anti-female gender discrimination in a

11    privately-held U.S. technology start-up company of roughly 200 people.[53] While the firm showed

12    no discrimination in base pay, women received 15% less than equally qualified men in the dollar

13    amount of equity (i.e., stock) received as compensation.[54] These findings were replicated in a

14    rigorous panel study of compensation to 3,461 executives in publicly-traded firms from 1993-

15    2016.[55] This larger study showed a significant level of anti-female discrimination in equity-based

16    "refresh" compensation received as retention bonuses (i.e., equity given to executives to entice

17    them to stay with the firm): "[t]he average executive in our sample received $3,716,795 in

18    unvested refresh awards, so a 17.3% difference in their value would amount to a $643,006

19    difference".[56] To demonstrate that gender is the cause of this difference, Klein et al. (2021)

20    conducted an experiment with working U.S. professionals and showed that participants

21    discriminate significantly against women in the dollar amount of equity offered in the

22    hypothetical case that either a man or a woman (with an otherwise identical description) is

23

24            [49] Hoisi & Mariani, 2017, p. 770; Klein et al., 2021, p. 740; Merluzzi & Dobrev, 2015, p. 53.

25       [50] Hoisi & Mariani, 2017, p. 770.
        [51] Hoisi & Mariani, 2017, p. 776, 782.

26       [52] Merluzzi & Dobrev, 2015, p. 53, Table 3.
        [53] Klein et al., 2021, p. 739.

27       [54] Klein et al., 2021, p. 740.
        [55] Klein et al., 2021, p. 741.

28       [56] Klein et al., 2021, p. 747.

threatening to move to another firm.[57]  Other recent, large, and rigorous panel studies replicate Klein et al.'s (2021) finding of substantively important gender pay gaps at senior executive levels across the U.K., Australia, and the U.S.[58]

23.    Furthermore, studies document promotion biases against women in management and the professions.[59]  An analysis studying the results of 51 studies shows a significant anti-female promotion bias,[60] meaning that on average, men receive promotions 55% of the time, compared to women who receive promotions 45% of the time.[61]  Limiting their focus to senior leaders, Lyness and Heilman (2006) examined the career development of 448 upper-level managers of a large financial services firm and found that women who were promoted had received higher performance ratings than men who were promoted, indicating a double-standard whereby women are held to a higher standard of performance than men.[62]  This finding corresponds with studies directly linking promotion biases to attitudes associating women with family and men with careers.[63]  Hoobler, Wayne, and Lemmon (2009) found that leaders' perceptions of promotability and their willingness to sponsor or nominate employees for promotion were significantly affected by anti-female bias in perceptions of employee fit.[64]  These biases were fully explained by leaders' views that women have more work-family conflict, which leaders believed would damage women's work performance.[65]

24.    Other research shows that women professionals are held to higher ethical standards than their male counterparts, such that women who engage in misconduct are 20% more likely to be fired as a result.[66]  Afterwards, fired women are 30% less likely than fired men to find new

---

[57] Klein et al., 2021, p. 740.
[58] Geiler & Renneboog, 2015, p. 356; Quintana-García & Elvira, 2017, p. 146, Table 3; Yanadori et al., 2018, p. 1649.
[59] Kumra & Vinnicombe, 2008, p. S65; Yap & Konrad, 2009, p. 593.
[60] Ng et al., 2005, p. 384.
[61] I used the interactive website provided by Magnusson, 2020, to calculate probability of superiority.
[62] Lyness & Heilman, 2006, p. 781.
[63] Hoobler et al., 2009, p. 950.
[64] Hoobler et al., 2009, Figure 2, p. 950.
[65] Hoobler et al., 2009, p. 950.
[66] Egan, Matvos & Seru, 2018, p. 3.

11

employment in the same industry.[67]  Importantly, Mitra, Post, and Sauerwald (2020) provide

evidence that women receive harsher punishments at the board of directors level as well with their

findings that shareholders evaluate women on corporate boards more negatively than their male

counterparts for issues such as non-independence or attendance problems.[68]  It is evident, then,

that this ongoing discrimination experienced by women in the workplace limits the growth of

women's representation at the most senior levels of U.S. firms and on boards of directors.

Finance scholars have even argued that one of the reasons why women add so much value to

corporate boards of directors is due to their career-long experiences of discrimination, which

leads women to work harder because they know they must perform exceptionally well to retain

any position of power in business.[69]

25.    In the face of ongoing gender discrimination and anti-female bias, external pressure is

needed to accelerate the advancement of women into senior leadership positions, including

positions on boards of directors, as I explain further below.  External pressure increases the

likelihood that firms adopt diversity and inclusion initiatives of all kinds,[70] and researchers have

argued that external pressure is associated with increases in the representation of women on

corporate boards.[71]  For instance, Chang, Milkman, Chugh, and Akinola (2019) document that

overall, U.S. corporations are more likely to have two women on corporate boards than would be

expected by chance (i.e., compared to what would be expected randomly if there were no anti-

female bias) based on external pressures: this occurs most strongly for highly visible firms facing

greater media scrutiny, as measured by LexisNexis; firms with less media attention are less likely

to have at least two women on corporate boards.[72]

26. Graham, Belliveau, and Hotchkiss (2017) also examine the importance of external

pressure for increasing women's representation in leadership in their study examining

---

[67] Egan, Matvos & Seru, 2018, p. 13.
[68] Mitra, Post, & Sauerwald, 2020, p. 100.
[69] García Lara et al., 2017, p. 654.
[70] Konrad & Linnehan, 1995, p. 804; Konrad et al., 2016, p. 96; Yang & Konrad, p. 11, 14.
[71] Chang et al., 2019, p. 144.
[72] Chang et al., 2019, p. 154-5, Figure 3.

1  corporations' EEO-1 reports, which the U.S. Equal Employment Opportunity Commission

2  requires from all private-sector U.S. firms with at least 100 employees.[73]  These authors conclude

3  that firms employ a higher proportion of women in management if the individual tasked with

4  certifying their EEO-1 report has a higher executive position at the firm.[74]  Specifically, they find

5  that where the signer of the form is at the executive level, there is a 6.5% higher proportion of

6  women in management.[75]  They conclude that lower-level managers seldom have the power to

7  create substantive change, and that assigning the EEO-1 certification to a higher-level executive

8  makes government pressure for gender equity considerably more important to the firm.[76] As

9  another form of external pressure, Beckman and Phillips (2005) find that law firms are more

10 likely to promote women attorneys to partnership positions when their corporate clients have a

11 female CEO, a female general legal counsel, and at least one women on its corporate board.[77]

12       27.    It should not be surprising that researchers have documented similarly discriminatory

13 processes on corporate boards.  In their study of 1,305 first-time directors joining U.S. public

14 companies from 1999 – 2006, McDonald and Westphal (2013) found that women and racial

15 minority directors  received substantially less mentoring regarding how to participate in board

16 processes, which would in turn reduce the likelihood that they would be appointed to other

17 corporate board director positions either at the same time or in the future.[78]  As further evidence

18 of gender discrimination on boards, Benton (in press) studied the predictors of board committees

19 such as the nominating committee, the audit committee, or the compensation committee.[79]

20 Analyzing data from 1500 publicly listed U.S. firms (i.e., the Standard & Poor (S&P) 1500)

21 during the years 1998 - 2017, Benton finds that while sitting on multiple boards is a positive

22 predictor for men of chairing key board committees, women directors do not get the same

23 advantages.[80]  Benton observes that "[f]emale director recruitment may reflect concerns about

24       [73] Graham et al., 2017, p. 236.
         [74] Graham et al., 2017, p. 246, Table 3.
25       [75] Graham et al., 2017, p. 246.
         [76] Graham et al., 2017, p. 250.
26       [77] Beckman & Phillips, 2005, Table 3, p. 691, see also Figure 1, p. 692.
         [78] McDonald & Westphal, 2013, p. 1182 – 1184, 1187, Table 3.
27       [79] Benton, in press 2021, p. 16.
         [80] Benton, in press 2021, p. 16, Table 5.
28

1   appeasing external diversity and inclusion pressures" rather than valuing women's

2   contributions.[81]

3       28.    A substantial amount of evidence shows that boards with more female leaders and

4   more connections to female leaders have significantly more women on those boards.[82]  These

5   findings indicate that in the absence of female leaders, male decision-makers are relatively

6   unlikely to appoint women to the board.[83]  A new analysis analyzing the findings of 158 samples

7   in 60,648 firms across 36 countries shows that firms with a female CEO or a female board chair

8   have more women on their corporate boards.[84]  One study examined U.S. boards from 2008-2014

9   that had only one female board director, with the purpose of predicting when firms would add a

10   second woman to their board.[85]  They found that appointing the lone woman to the nominating

11   committee increases the chances of adding a second woman to the board.[86]  These findings show

12   that when women have more voice in the nominating process, more women are appointed to

13   boards, while male leaders are relatively unlikely to add a second woman to the board without

14   this influence.[87]

15       29.    In summary, Harvard's Project Implicit (Nosek et al., 2002) has documented strong

16   unconscious biases linking men to careers and women to families, and research shows consistent

17   evidence of anti-female gender bias in the workplace.[88]  Evidence-based research shows that

18   without external pressure from government or clients, firms are unlikely to make the changes

19   needed to overcome these biases.[89]  Rather, there are clear tendencies for U.S. firms to limit the

20   number of women on their boards[90] to numbers well below level where culture change toward

21

22   _____

23   [81] Benton, in press, p. 19.
       [82] Hillman et al., 2007, p. 941; Halliday et al., 2021, p. 174-5.
       [83] Halliday et al., 2021, p. 184.

24   [84] Halliday et al., 2021, p. 180, Table 1.
       [85] Guldiken et al., 2019, p. 2027.

25   [86] Guldiken et al., 2019, p. 2032-3, Table 2.
       [87] Guldiken et al., 2019, p. 2038.

26   [88] Nosek et al., 2002, p. 105, Table 1.
       [89] Konrad & Linnehan, 1995, p. 804; Konrad et al., 2016, p. 96; Yang & Konrad, p. 11,

27   14.

       [90] Tinsley et al, 2017, p. 167-9, Table 2.

28

1    inclusion is more likely.[91]  Altogether, there is clear and convincing evidence that SB 826 is

2    needed in order to spur firms toward gender equity on their boards of directors.

3         30.    It is this ongoing series of discriminatory barriers throughout women's professional

4    and managerial careers that limits women's presence in the C-suite, particularly in the CEO,

5    CFO, or COO, which historically have been the feeder pool for corporate boards.  Barriers to

6    business leadership means that women's qualifications and expertise are under-recognized.[92]  As

7    such, many extremely capable women at levels lower than the CEO and the C-Suite have the

8    ability to add substantial value to board discussion, and contemporary boards increasingly include

9    business leaders who have not served in the C-suite.[93]

10         **B.  Importance of Critical Mass of Women on Corporate Boards**

11        31.    In this section, I describe the importance of having a critical mass of women on

12   corporate boards of directors.  Researchers have argued that women reach a critical mass on

13   boards when there are at least three women.[94]  Given that the board size of the average publicly

14   listed firm ranges from 9 to 10,[95] a critical mass of three women usually constitutes 30 – 33%,

15   and smaller boards achieve a critical mass with fewer women if their proportion approaches one-

16   third of the board.[96]  The importance of a critical mass for women on corporate boards is to

17   provide women directors with sufficient voice to be able to have impact on board processes,

18   decisions and actions.[97]  Women's voices can add value to board deliberations because women

19   bring a new perspective to heavily male-dominated boards due to gender differences in values,

20   connections, and risk preferences.[98]  Due to strong unconscious biases against women in the

21
22   [91] Konrad et al., 2008, p. 156-7.
      [92] Joshi, A. (2014). By whom and when is women's expertise recognized? The interactive
23   effects of gender and education in science and engineering teams. Administrative Science
      Quarterly, 59(2), p. 214, Table 1c.
24   [93] Muck, S.S. (2020, February 26). Want to Join a Corporate Board? Here's How. Harvard
      Law School Form on Corporate Governance. Retrieved from
25   https://corpgov.law.harvard.edu/2020/02/26/want-to-join-a-corporate-board-heres-how/.
      [94] Konrad et al., 2008, p. 147.
26   [95] Investopedia, Evaluating the Board of Directors, 1. Size of the Board, available online
      at: https://www.investopedia.com/articles/analyst/03/111903.asp
27   [96] Isidro & Sobral, 2015, Table 4, 5.
      [97] Konrad et al., 2008, p. 145-6.
28   [98] Atif et al., in press 2021, p. 4; Arnaboldi et al., in press 2021, p. 4.

15

1  workplace, fewer than a critical mass puts women on corporate boards at risk of being devalued

2  and ignored.[99]  A critical mass, on the other hand, normalizes the presence of women, and

3  provides boards with greater independence, transparency, and more of a stakeholder perspective

4  during board deliberations (i.e., as opposed to a strict focus on profits for shareholders, effects on

5  other firm stakeholders are considered in decision-making).[100]

6       32.    My own research, which combines the statistical results of 242 independent samples

7  including over 600,000 women and men, has shown that women and men differ in what they

8  value from work.[101]  Specifically, we find that men are slightly more likely to value high

9  earnings, autonomy and being a leader, while women are slightly more likely to value a

10  comfortable physical work environment and intrinsically interesting work.[102]  While gender

11  differences in our study can be small according to conventional standards (52.8% of one gender

12  group compared to 47.8% of the other group),[103] we found that the factors showing the largest

13  gender differences in work values were helping others and working with people.[104]  Women are

14  moderately more likely than men to embrace these values (59.8% of women compared to 40.2%

15  of men).[105]  This difference is explained by social role theory, which argues that women and men

16  experience systematically different upbringing that rewards boys more for competitive, agentic

17  behavior while rewarding girls more for nurturing, compliant behavior.[106]  As a result of a

18  lifetime of gendered patterns of reward and punishment, studies show that women internalize

19  more communal, altruistic and relational values while men internalize more dominating,

20  competitive and individualistic values.[107]  Numerous authors have found that this explains some

21  of the differences women bring to corporate boards.[108]

---

22       [99] Konrad et al., 2008, p. 147.
23       [100] Konrad et al., 2008, p. 154-6.
         [101] Konrad et al., 2000, p. 593.
         [102] Konrad et al., 2000, p. 603.
24       [103] Konrad et al., 2000, p. 603; I used the interactive website provided by Magnusson,
25  2020, to calculate probability of superiority.
         [104] Konrad et al., 2000, p. 603.
         [105] Konrad et al., 2000, p. 603; I used the interactive website provided by Magnusson,
26  2020, to calculate probability of superiority.
27       [106] Eagly et al., 2020, p. 301.
         [107] Williams & Best, 1990, p. 123-41.
         [108] Hollindale et al., 2019, p. 281; Ben-Amar et al., 2017, p. 373, Nguyen et al., in press
28

33.     Since the publication of our paper based upon interviews with 50 women directors from corporations on the *Fortune 1000*, many authors draw upon our critical mass theory to explain the impact of women on corporate boards.[109]  In those interviews, I and my coauthors Vicki Kramer and Sumru Erkut asked these women to describe both their board composition and their experiences; many of these women had served on more than one board.[110]  We also interviewed 12 CEOs (9 of whom were men) and 7 corporate secretaries for their perspectives on the impact of numbers of women on corporate boards.[111]

34.     Our findings were surprisingly clear, and support the argument that women's workplace experiences are influenced by women's proportional representation.[112]  We observed this dynamic in our study: solo women experienced "hypervisibility" as a woman, but invisibility as a contributor on the board.[113]  Many of the stories women reported to us of being interrupted, ignored and excluded occurred when they were the only woman in the boardroom.[114]  Solo women were viewed as representing women as a group, and they reported having to work extremely hard to be heard, included, and have an impact.[115]  The women we interviewed also reported more positive experiences when there were two women on the board, explaining that the presence of another woman increased feelings of inclusion and comfort and decreased stereotyping.[116]  However, negative stories still occurred when there were two women, including stereotyping, not being heard, and feeling like they had to distance themselves from the other woman because the men seemed hypersensitive to the notion that the women were "ganging up on us."[117]

---

2020, p. 9.
[109] Nguyen et al., in press, p. 7, Table 6.
[110] Konrad et al., 2008, p. 146.
[111] Konrad et al., 2008, p. 145.
[112] Kanter, 1977, p. 209.
[113] Konrad et al., 2008, p. 147.
[114] Konrad et al., 2008, p. 150.
[115] Konrad et al., 2008, p. 150-1.
[116] Konrad et al., 2008, p. 151-2.
[117] Konrad et al., 2008, p. 153-4.

35.     When there were three or more women on a corporate board, the women's experiences were quite different.[118]  Our interviewees talked about "normalization," where there was no longer a question of whether they as women belonged on the board.[119]  With three or more, women were more comfortable being authentic and associating with one another, and they spoke of feeling free to be more active in raising issues of importance to them.[120]  CEOs and corporate secretaries agreed that with three or more women, there was a noticeable impact on both the content and processes of board discussion.[121]  These observers reported less combativeness and a more collaborative problem-solving dynamic between the board and management.[122]  Importantly, they argued that with this dynamic, management was more willing to be open and thorough in their reports to the board, such that the board received better quality information during their deliberations.[123]  Critical mass of women on corporate boards therefore add value by changing the board culture to improve decision-making, including when regarding the challenges facing the firm.[124]

36.     In summary, researchers measure and test for critical mass effects in a large variety of ways, and the set of findings is complex.  Each study's specific findings are described in **Exhibits 3** through **9**.

### C.  The Importance of Corporations in Society

37.     Business corporations wield substantial social and economic power in contemporary society, and the actions of firms have major impacts on many stakeholder groups, including employees, communities, shareholders, and the natural environment.[125] In recognition of the major impact businesses have on so many aspects of society, in 2019, the U.S. Business Roundtable explicitly embraced the notion that corporations must make a clear commitment to

---

[118] Konrad et al., 2008, p. 154-6.
[119] Konrad et al., 2008, p. 160.
[120] Konrad et al., 2008, p. 154-9.
[121] Konrad et al., 2008, p. 155.
[122] Konrad et al., 2008, p. 147.
[123] Konrad et al., 2008, p. 155-6.
[124] Konrad et al., 2008, p. 156-9.
[125] Freeman, E. Martin, K. & Parmar, B. (2007). Stakeholder capitalism. *Journal of Business Ethics*, 74(4), 303-314.

18

benefit the interests of all stakeholders affected by their activities in a statement that was signed by 181 CEOs.[126] Corporate scandals, the 2008 financial crisis, and increasing recognition of the impact of business on society has increased public pressure to scrutinize corporate governance practices.[127]

38.    As the power of corporations has grown and the impact of corporate wrongdoing has become better understood, the public's interest in business responsibility and accountability has come into sharper focus.[128] Boards of directors of publicly traded companies are responsible for financial reporting and for articulating the firm's long-term plans to shareholders to provide a clear picture of expectations for firm financial performance in the short, medium and longer-term.[129] As the challenges facing business and society intensify, the responsibility of boards of directors to oversee corporate risk has become more urgent.[130] Corporate board directors must continually assess an increasing variety of risks, including the risk of fraudulent financial reporting, reputation effects, litigation, ethics, technology, health, safety and risks to the natural environment.[131]

39.    The benefits of markets to the economy and society rely upon critical assumptions that must be met in order for markets to function effectively.[132] Corporate actions that violate these assumptions damage markets and reduce the benefits of economic activity to society.[133] First, for markets to function well, the costs of doing business must be fully reflected in the price to the customer such that no outside parties bear any additional costs known as *negative*

---

[126] Roundtable, B. (2019, August 19). Business Roundtable Redefines the Purpose of a Corporation to Promote 'An Economy That Serves All Americans'. Retrieved from: https://bit.ly/2WxWS5Y.

[127] Coglianese, C., Keating, E. K, Michael, M.L., & Healey, T.J. (2004). The role of government in corporate governance. *NYUJL & Bus.*, 1, 220.

[128] Pain &Srinivasan. (2019, October 14), p. 4.

[129] Price, N.J. (2018, October 11). Governance. Diligent Insights: https://insights.diligent.com/corporate-governance/the-role-of-the-board-of-directors-in-corporate-governance/, accessed August 30, 2021.

[130] Pain &Srinivasan. (2019, October 14), p. 21.

[131] Price, N.J. (2018, October 11). Governance. Diligent Insights: https://insights.diligent.com/corporate-governance/the-role-of-the-board-of-directors-in-corporate-governance/, accessed August 30, 2021.

[132] Satz. D. (2010), p. 21.

[133] Satz. D. (2010), p. 21.

*externalities.*[134]  Corporate actions that have negative consequences for the welfare of one or more stakeholder groups, such as polluting the natural environment, damaging employee health, or selling unsafe products that harm consumers, violate this assumption and jeopardize the potential benefits of the market economy.[135]  When corporate activity has the potential to harm outside parties, board directors are responsible for aligning the interests of shareholders, management, and other stakeholders with transparency and accountability in their role as stewards of the firm.[136]  Failure to protect stakeholders from undue harm resulting from corporate activity has become less acceptable, and legal scholars argue that the public is demanding accountability and responsibility in corporate behavior.[137]  Negative externalities are one of the main reasons governments act to regulate business activity.[138]  As cited later in this document, a substantial body of evidence supports the beneficial impact of woman on corporate boards for increasing corporate social and environmental responsibility.  Reducing negative externalities associated with business activity is one of the major benefits of a critical mass of women on corporate boards.[139]

40.    Another key assumption underlying the benefits of a market economy is the free flow of information and equal access to information by both buyers and sellers in economic exchange.[140]  In particular, corporations selling stock on public exchanges are expected to provide accurate financial information to potential investors so that buyers can make informed

---

[134] Helbling, T. Externalities: Prices do not capture all costs. International Monetary Fund. Available online at https://www.imf.org/external/pubs/ft/fandd/basics/external.htm.

[135] Marc Fleurbaey, "Debra Satz, Why Some Things Should Not Be for Sale. The Moral Limits of Markets", (Economia [Online], 1-3, 2001, Online since 01 September 2011, connection on 30 August 2021. http://journals.openeditition.org/economia/1547; DO: https://doi.org/10.4000/oeconomia/1547.

[136] Price, N.J. (2018, October 11). Governance. Diligent Insights: https://insights.diligent.com/corporate-governance/the-role-of-the-board-of-directors-in-corporate-governance/, accessed August 30, 2021.

[137] Coglianese, C., Keating, E. K, Michael, M.L., & Healey, T.J. (2004). The role of government in corporate governance. *NYUJL & Bus.*, 1, 220.

[138] Helbling, T. Externalities: Prices do not capture all costs. International Monetary Fund. Available online at https://www.imf.org/external/pubs/ft/fandd/basics/external.htm.

[139] Cook, A. & Glass, C. (2018). Women on corporate boards: Do they advance corporate social responsibility? *Human Relations*, 71 (7), p. 898.

[140] Bloomenthal, A. (2021, January 19). Asymmetric Information. Investopedia. Available online at https://www.investopedia.com/terms/a/asymmetricinformation.asp.

decisions.[141]   When corporations fail to share information critical to judging the value of the firm, they create information asymmetries that are potentially damaging to shareholders, thereby undermining the effectiveness of the market.[142]   The subprime mortgage crisis of 2007-08 has been viewed as a case of asymmetric information whereby the products being sold were so complex that most buyers and even many sellers didn't understand the true value of the financial instruments.[143]   The failures of 2008 resulted in the speedy passage of the Sarbanes-Oxley Act to impose added financial control and reporting requirements on publicly traded corporations.[144]

### D.  Women's Impact on Corporate Boards and Corporations

41.    Several studies find that there are benefits to corporations and to the public when boards of directors include women.[145]   Looking at the issue from several different perspectives, together the studies predict that women on corporate boards will have several beneficial effects on firms, community, and society as a whole.   In this section, I summarize and interpret findings from 100+ panel studies, and I organized the studies into seven Data Tables (attached as **Exhibits 3** through **9**).   These studies have examined firm ethical behavior, earnings management (i.e., manipulating accounting numbers), corporate social responsibility, gender equity, CEO compensation, firm risk, and firm financial performance.

### *Firm Ethical Behavior*

42.    I examined six panel studies examining the impact of women directors on firm ethical behavior, and they are described in **Exhibit 3**.   Several of these studies looked at corporations located both in the U.S. and in other countries.   All six studies showed statistically significant

---

[141] Price, N.J. (2018, October 11). Governance. Diligent Insights: https://insights.diligent.com/corporate-governance/the-role-of-the-board-of-directors-in-corporate-governance/, accessed August 30, 2021.

[142] Wahid, A.S. (2019). The effects and the mechanisms of board gender diversity: Evidence from financial manipulation. *Journal of Business Ethics, 159*, p. 906

[143] Tarver, E. (2020, October 16). How Financial Markets Exhibit Asymetric Information. Investopedia. Available online at: https://www.investopedia.com/ask/answers/042915/how-do-financial-market-exhibit-asymmetric-information.asp. Lewis, M. (2010). The Big Short. W.W. Norton & Co.

[144] Coglianese, C., Keating, E. K, Michael, M.L., & Healey, T.J. (2004). The role of government in corporate governance. *NYUJL & Bus.*, 1, 220.

[145] Details of the studies I relied upon in my review are documented in **Exhibits 3** through **9**.

1    beneficial effects, indicating that increased representation of women on corporate boards results

2    in fewer misconduct fines to EU banks,[146] lower amounts of fraud ,[147] fewer environmental

3    lawsuits,[148] fewer regulatory enforcement actions for U.S. banks,[149] faster recalls of dangerous

4    products,[150] and reduced corporate irresponsibility overall.[151]

5    ***Earnings Management***

6    43.    "Earnings management" means deliberately changing, or "fudging," accounting

7    numbers, either to enhance the firm's value or obtain some gain at the expense of shareholders

8    (Arun, Almahrog, & Aribi, 2015).[152]  An important function of corporate boards of directors is to

9    ensure the validity of the company's accounting information by monitoring the actions of

10    management.[153]

11    44.    I analyzed 23 panel studies examining the impact of women directors on earnings

12    management outcomes.  These studies are described in **Exhibit 4**, and all of them documented

13    some sort of beneficial effect of women on corporate boards for reducing earnings management

14    and enhancing corporate transparency.  This body of research provides clear and convincing

15    evidence that women directors benefit boards by reducing nefarious earnings management

16    activities intended to mislead investors.[154]

17    45.    Mobbs, Tan, and Zhang (2021), by contrast, find that firms with fewer women on

18    corporate boards show more instances where firms had to correct previously released inaccurate

19    information (known as earnings restatements), lower firm value, and more excess CEO

20    compensation.[155]  Similarly, García Lara et al. (2017) find that firms with fewer women on

21    corporate boards, which they consider to be an indication of discrimination against female

22

---

23    [146] Arnaboldi et al., in press 2021, p. 1.

24    [147] Capezio & Mavisakalayn, 2016, p. 719.
   [148] Liu, 2018, p. 118.

25    [149] Owen & Temesvary, 2018, p. 61.
   [150] Wowak et al., in press, p. 1.

26    [151] Godfrey et al., in press 2021, p. 15.
   [152] Arun et al., 2015, p. 137.

27    [153] García-Meca & Sánchez-Ballesta, 2009, p. 605.
   [154] I provide the details of these studies in Exhibit 4.

28    [155] Mobbs et al., 2021, Table 6, 7.

directors, show more earnings management,[156] which is linked to poorer firm financial

performance and to over-payment of the CEO.[157]  Overall, these studies indicate that WOCB are

particularly valuable for reducing earnings management in firms that, for whatever reason,

include fewer women than similar peer firms.

### CEO Compensation

46.    I analyzed nine studies examining the impact of women on corporate boards on CEO

compensation (see **Exhibit 5**).[158]  Seven of these studies documented beneficial effects of women

directors, indicating that each woman added to a corporate board is associated with further

improvements to the corporation.  In their early, highly cited study, Adams and Ferreira (2009)

found that with more women directors, CEO turnover is more sensitive to stock performance (i.e.,

the CEO is more likely to lose the job for underperformance with more women on corporate

boards).[159]  They also document that with more women directors, board directors receive more

equity-based compensation and directors have fewer attendance problems.[160]

47.    Since the Adams and Ferreira (2009) study, six other studies have documented the

beneficial effects of more women directors for lowering excess CEO compensation.[161]  Several

studies show that women on corporate boards are linked to a reduction of excess CEO

compensation,[162] while at least one study finds that women on corporate boards reduce both CEO

compensation increases and shareholder opposition to executive pay plans.[163]  Another study

found that women on corporate boards affect the size of CEO bonuses and when a woman sits on

the compensation committee, all aspects of CEO compensation are both lower and more strongly

---

[156] García Lara et al., 2017, Table 7, 8.
[157] Mobbs et al., 2021, Table 6, 7.
[158] Details of the 9 studies examining the impact of WOCB on CEO compensation are shown in **Exhibit 5**.
[159] Adams & Ferreira, 2009, p. 301.
[160] Adams & Ferreira, 2009, p. 297, 303.
[161] Details provided in **Exhibit 5**.
[162] Mobbs et al., 2021, Table 7, Panel B, Model 1; Peteghem et al., 2018, p. 357-9, Table 6.
[163] Garcia-Izquierdo et al., 2018, p. 8-11.

23

1  linked to firm financial performance.[164]  Altogether, these findings show that women on corporate

2  boards have a beneficial impact on CEO compensation decisions.

3      48.    Lucas-Pérez, Mínguez-Vera, Baixauli-Soler, Martín-Ugedo, and Sánchez-Marín

4  (2015) find that WOCB positively predict both executive variable pay (i.e., pay linked to firm

5  financial performance) and the number of compensation committee meetings – indicating more

6  fulsome discussion and consideration in making executive compensation decisions.[165] Building

7  on this finding, Kim, Kuang, and Qin (2020) also find that women on corporate boards are more

8  likely to fire underperforming CEOs, but are also discerning and able to identify CEOs who, with

9  more input from the board, will be able to restore firm performance to the expected level.[166]

10  ***Corporate Social Responsibility***

11      49.    Corporate social responsibility means attending to and improving the social and

12  environmental consequences of business activities.[167]  I base my analysis on 20 rigorous panel

13  studies (all I could find by time of writing) examining the impact of women directors on

14  corporate social responsibility outcomes (see **Exhibit 6**).  The findings from this set of studies

15  indicate a clear and convincing picture of the beneficial effects of women directors on a

16  corporation's social responsibility.

17      50.    Nine studies showed clear evidence linking the representation of women on corporate

18  boards to improved corporate social responsibility.[168]  Only one study showed few effects of

19  women on corporate boards in this area, and it was conducted by examining corporations in

20  Malaysia over a relatively short time period (2009-2013).[169]  Multiple studies also document the

21  beneficial environmental effects of women on corporate boards.[170]  Studying environmental

22   

23   

---

[164] Bugeja et al., 2016, p. 382, 384, 386, Table 4, 5, 7.
[165] Lucas-Pérez, et al., 2015, p. 273-6, Table 2, 3, 5.
[166] Kim et al., 2020, p. 254.
[167] Porter & Kramer, 2006, p. 78.
[168] Beji et al., in press 2021, Table 5, 6, 8, 12; Francoeur et al., 2019, Table 3, 4; Hussain et al, 2018, Table 5, 6, 7; Hyun et al., 2016, Table 3, Figure 1; Pucheta-Martínez et al., 2020, Table 5, 6; Wasiuzzaman & Wan Mohammad, 2020, Table 4, 6; Xie et al, 2020; Table 5, 6.
[169] Katmon et al., 2019, Table 4, 5, 6.
[170] Francoeur et al., 2019, Table 3, 4; Wasiuzzaman & Wan Mohammad, 2020, Table 4, 6; two studies find null effects but did not test for critical mass (Beji et al., in press 2021, Table 5, 6, 7, 12; Hussain et al., 2018, Table 6, 7).  All five studies testing critical mass effects find beneficial effects on the environment: Atif et al, in press 2021, Table 5, 6, 9-11; Ben-Amar et al.,

policies in detail in an international sample of firms, Xie, Nozawa, and Managi (2020) find that women on corporate boards positively predict environmentally responsible approaches by firms,[171] and that this in turn is a positive predictor of subsequent firm financial performance.[172] Overall, this set of studies provides clear and convincing evidence of a positive linear effect of women on corporate boards on corporate social responsibility.

### *Gender Equity*

51.     **Exhibit 7** shows descriptions of nine rigorous panel studies that examined the impact of women directors on gender equity in firms.  One study found that women on corporate boards reduced the gender earnings gap experienced by women executives at Australian firms; a second study found the same beneficial effect in the U.K., and a third found that women on corporate boards increase both the base salary and variable pay received by women executives in the U.S.[173]

52.     The other six studies examined other various gender equity measures in firms.  One study found that women on corporate boards positively predict women's representation on the corporation's top management team (i.e., the senior executives responsible for setting strategy and overseeing the day-to-day operations of the company, including the CEO, C-suite, and other various titles such as EVPs, Division Heads, etc.), as well as women's share of executive pay.[174] Several studies show that women on corporate boards positively predict women's representation on a firm's top management team,[175] and that they positively predict the representation of women among corporate executives.[176]  Two of these panel studies also examined the impact of women on corporate boards on gender equity initiatives in publicly listed firms, and both found positive effects.[177]  Overall, the set of results shown in **Exhibit 7** provide clear and convincing evidence that WOCB enhance gender equity in firms.

2017, Table 6, 7; Charumathi & Rahman, 2019, Table 10, 12; Elmagrhi et al., 2019, Table 5, 6; Hollindale et al., 2019, Table 5-7.
    [171] Xie et al, 2020, Table 5.
    [172] Xie et al., 2020, Table 6.
    [173] Geiler & Renneboog, 2015, p. 345; Yanadori et al., 2018, Table 7; Quintana-García & Elvira, 2017, Table 5, p. 151, Table 6, p. 153.
    [174] Matsa & Miller, 2011, p. 637-8; Corwin et al, in press 2021, Table 4.
    [175] Gould et al., 2018, p. 937, Table 3.
    [176] Bozhinov et al., in press 2021, Table 2.
    [177] Furlotti, et al., 2019, Table 5; Cook & Glass, 2016, Table 3.

1    ***Firm Risk***

2        53.    Firm risk is the risk that investors will lose the money they invested in a firm's

3    stock.[178]  I analyzed 10 rigorous panel studies of the impact of WOCB on firm risk (see **Exhibit**

4    **8**).  Research has shown that men more than women engage in risk-taking, suggesting that women

5    on corporate boards are associated with calculated risks, rather than extreme risks for firms.[179]  In

6    general, studies show that women on corporate boards are associated with less risk-taking by

7    firms.[180]  However, because insufficient risk-taking can harm firm performance,[181] several of the

8    researchers have looked at whether firm risk incurred by boards with more women directors is

9    beneficial or detrimental to firm financial performance.  These studies show beneficial effects of

10   calculated risk-taking in firms with more women on corporate boards.  For example, one study

11   finds that women on corporate boards reduce public bailouts of EU banks as well as the cash

12   amounts of bank bailouts.[182]  Another study found that women on corporate boards reduce firm

13   bankruptcy risk.[183]  And another study found that small banks led by a female board chair and/or

14   CEO were less likely to fail during the global financial crisis.[184]  These studies clearly show that

15   firms with more women directors take fewer extreme risks that push the firm into crisis and

16   failure.

17       54.    Other studies have found that, the more extreme risks taken by firms with fewer or no

18   women directors are often damaging to firm performance, while the more calculated risks taken

19   by boards with more women on corporate boards are beneficial.  Specifically, Levi, Li, and Zhang

20   (2014) found that firms with more women on corporate boards initiate fewer acquisitions and are

21   less likely to overpay for the acquisitions they make.[185]  Nadeem, Suleman, and Ahmed (2019)

22

23

24       [178] Investopedia, Specific Risk, https://bit.ly/3ymfhzG
    [179] Byrnes et al., 1999, p. 377, Table 2.

25       [180] Khaw et al., 2016, Table 5; Schopohl et al., in press 2021, Table 4, 5, but Sila et al., 2016, report null findings, Table 4, 5, 10.

26       [181] Adams, 2016, p. 384.
    [182] Cardillo et al., in press 2021, Table 7-10.

27       [183] Darrat et al., 2016, Table 4.
    [184] Palvia et al., 2015, Table 5, Models 5, 6.
    [185] Levi et al., 2014, Table 2, Panel B, Table 5, Panel B.

28

1   found that firms with women directors have less idiosyncratic, systematic, and total firm risk; all

2   three of these types of risk typically harm firm financial performance.[186]

3       55.    Given that risk-taking is necessary for profitability, the greater risk-taking by sound

4   banks with more women on corporate boards imply that women are not simply risk-averse, rather,

5   they are calculated risk-takers who act when conditions are right.  Overall, the set of studies in

6   **Exhibit 8** provide clear and convincing evidence that women on corporate boards help firms to

7   take the right amount of risk and avoid extreme risk-taking that leads to firm crisis and failure.

8          ***Firm Financial Performance***

9       56.    Firm financial performance is the most commonly studied outcome by researchers

10  interested in the impact of women directors. Two published meta-analyses examining this

11  research both documented small beneficial effects of women on corporate boards.[187]  But because

12  these studies do not account for alternative explanations, I base my analysis on rigorous panel

13  studies instead.[188]  By time of writing I found 25 rigorous panel studies examining this

14  relationship (see **Exhibit 9**).  Findings are mixed in this area of research, with less clarity

15  regarding the overall impact of women on corporate boards.[189] However, findings are more

16  positive than negative, suggesting that overall, women directors have a null to positive effect on

17  firm financial performance.[190]  Of the 19 panel studies examining the linear effect of women

18  directors on financial performance showed 11 findings of positive direct effects, one study

19  showed mixed effects, and seven showed findings of negative direct effects.[191]

20      57.    The 11 studies showing positive direct effects of women on corporate boards include

21  studies of banks in the EU,[192] banks in the U.S.,[193] firms in the U.S.,[194] firms in the U.K.,[195] , and

---

[186] Nadeem et al., 2019, Table 6a, 6b, 7, 8.
[187] Hoobler et al., 2018, p. 2481, Table 2; Post & Byron, 2015, p. 1558, Table 2.
[188] Adams, 2016, p. 373.
[189] Nguyen et al., in press 2021, p. 13.
[190] Details of these panel studies are shown in **Exhibit 9**.
[191] See **Exhibit 9**.
[192] Cardillo et al., in press 2021, Table 11.
[193] Karavitis et al, in press 2021, Tables 3-6, 9, 11, 12.
[194] Atif et al., in press 2021, Table 7; Carter et al., 2010, Table 3; Compton et al., 2019, Table 5, 6; Mobbs et al., 2021, Table 6; Peteghem et al., 2018, Table 4.
[195] Nadeem et al., 2019, Table VI, VII, VIII, IX.

firms in Taiwan,[196] Italy[197] and Spain.[198] Oldford et al. (in press) document a direct positive effect of women on corporate boards on longer-term performance assessed by firm value.[199] Moreover, many of the studies finding negative direct effects document factors attributed to women directors that overcome those effects. For example, Adams and Ferreira (2009) observe that "gender diverse boards appear to be particularly valuable for firms with otherwise weak governance" (p. 307), and that,"[f]emale directors appear to have a similar impact as the independent directors described in governance theory do" (p. 308). And Smith, Smith, and Verner (2006) find that including more women directors who are executives positively predicts firm performance.[200]

58.     Furthermore, in their international study, Uribe-Bohorquez, Martínez-Ferrero, and García-Sánchez (2019) document that while women on corporate boards have a negative effect on performance overall, in economically-oriented countries, such as the U.S., women on corporate boards positively predict corporate performance.[201] Overall, the studies suggest that women on corporate boards do not damage shareholder value; rather, they are more likely to increase it.

59.     Six studies examined possible critical mass effects on corporate performance, and five of these reported positive results. Notably, the one outlier study showing mixed findings looked more at factors associated with short-term results.[202] (Xie et al., 2020). The other 5 studies all provided statistical support for the theory of critical mass.[203]

60.     Together, these findings show that women on corporate boards have beneficial effects on firm financial performance in many instances and contexts, and that a critical mass effect appears to take place when there are three women directors or when the board is about one-third

---

[196] Chen & Kao, in press 2021, Table 5.
[197] Magnanelli et al., 2020, Table 4, 5, 6.
[198] Reguera-Alvarado et al., 2017, Table 8.
[199] Oldford et al., in press 2021, Table 4.
[200] Smith et al., 2006, Table IX.
[201] Uribe-Bohorquez et al., 2019, Table 4.
[202] Xie et al., 2020, find that a critical mass of WOCB positively predicts Tobin's Q, a measure of firm market value, considered to be a longer-term performance indicator than ROA, ROE, or ROS, Table 7.
[203] See Isidro & Sobral, 2015, Table 5; Joecks et al., 2013, Table 4, 5, 6, p. 70, Figure 1; Owen & Temesvary, 2018, Tables 2-6; Nguyen et al., 2015, Table 10; Ramly et al., Tables 3-7.

1  women.  They provide clear and convincing evidence that women directors are likely to be more

2  positive than negative on firm financial performance.

3  **Conclusions**

4  61.    Based upon a thorough and rigorous review of existing research and my own studies,

5  I draw two clear conclusions.  First, the main reason women are underrepresented on corporate

6  boards is gender discrimination.  Second, it is important for women on corporate boards to attain

7  a critical mass (three individuals or 30%) in order to be effective.  Third and finally, women add

8  considerable value to corporate boards, in particular, improving board independence, corporate

9  transparency, ethical behavior, and corporate social responsibility.

10  **A.  Gender Discrimination Limits Women's Nominations to Corporate Boards**

11  62.    Gender discrimination is the major cause of women's underrepresentation on

12  corporate boards.  Strong biases assigning women to the home and men to the workplace continue

13  to be documented.[204]  Evidence links these gender biases directly to the lack of representation of

14  women on corporate boards.[205]  The pervasiveness of biases relegating women's roles to the

15  home and family has resulted in clear discrimination against women in leadership positions in the

16  workforce, with employees devaluing female leaders who exhibit authoritative leadership on the

17  one hand or family commitments on the other.[206]  Multiple studies show systematic promotion

18  bias against women in leadership; for example, one study documented the double standard where

19  female executives had to attain higher performance ratings than their male counterparts did in

20  order to be promoted.[207]

21  63.    Moreover, there is evidence of gender discrimination at the corporate board level

22  specifically.[208]  Gender discrimination limits the opportunities of women who are already on

23  corporate boards to serve as chairs of important board committees.[209]  Important decision-making

24  [204] Nosek et al., 2002, p. 109.

25  [205] This point is supported by several studies providing clear and convincing evidence, including Carrasco et al., 2015, Tables 5, 6; Chizema et al., 2015, Table 3, Model 5; Terjesen & Singh, 2008, Table II, p. 60; Thams et al., 2018, Table 3, p. 136

26  [206] Eagly et al., 1992, p. 14; Hoobler et al., 2009, p. 950.

27  [207] Ng et al., 2005, p. 384, Table 1; Lyness & Heilman, 2006, p. 781.

27  [208] McDonald & Westphal, 2013, p. 1184, Tables 3, 4.

28  [209] Benton, in press 2021, p. 15.

1  processes on corporate boards are overseen by influential committees, including the audit,

2  compensation, governance and nomination committees, and women have been systematically

3  underrepresented on these committees.[210]

4      64.   This is linked to the finding from several studies showing the importance of female

5  decision-makers for increasing the representation of women on corporate boards.[211]  Boards with

6  only one woman director are significantly more likely to add a second woman if the one woman

7  sits on the nominating committee.[212]  Women on corporate boards with multiple board seats are

8  more likely to add another woman, while men on boards with multiple seats are less likely to do

9  so.[213]  These findings show a clear and convincing pattern that voices of women in senior

10 leadership are important for overcoming gender discrimination in nomination to director seats.

11     65.   Altogether, the pervasive anti-female gender bias in business leadership has resulted

12 in discrimination against women in corporate board nominations.  A major recent study has

13 shown that U.S. boards are more likely to appoint a woman to a board seat vacated by another

14 woman rather than increasing the number of female board directors by appointing a woman to

15 replace another man.[214]  Increases in the number of women directors only occur with external

16 pressure, and rigorous research has shown that when publicly listed U.S. firms receive substantial

17 external media scrutiny, their boards act to stay just ahead of the competition in order to maintain

18 a positive image.[215]  Firms receiving fewer mentions in the media are significantly less likely to

19 have two women on their boards.[216]  These patterns show systematic gender discrimination on

20 U.S. boards of directors and that these predominantly male boards do not increase their

21 representation of women unless they are under pressure from external forces.[217]

22     **B.  A Critical Mass is Necessary for Women on Corporate Boards to be Effective**

23 [210] Bilimoria & Piderit, 1994, p. 1463.

    [211] Halliday et al., 2021, p. 181, Table 2.

24 [212] Guldiken et al., 2019, p. 2033, Table 2.

    [213] Huang et al., 2020, p. 358, Table 6; Markoczy et al., 2020, p. 321, Table 3. Hillman et

25 al. 2007, show that women with multiple board seats positively predict adding another woman but

did not examine men's board links, p. 948, Table 2.

26 [214] Tinsley et al., 2017, p. 168-9.

    [215] Chang et al., 2019, p. 153-5.

27 [216] Chang et al., 2019, p. 153-5.

    [217] Chang et al., 2019, p. 145.

28

66.     A critical mass of women on corporate boards means that there is a sufficient number (usually three) or proportion (usually 30%) of women on the board for them to have a significant impact on board deliberations, choices and actions.[218]

67.     Our interviews and focus groups with 50 women directors on *Fortune 1000* boards documented distinct differences between their experiences as solo women on corporate boards, as one of two women, and as one of three or more women on corporate boards.[219]  Solo women experienced substantial barriers (e.g., ignoring, interrupting, exclusion from off-line conversations) that limited their ability to participate in board deliberations or affect board decisions.[220]  Women's experiences on boards improve when there are two of them, although stereotyping and barriers remained.[221]  But the stories change when there are at least three women on a corporate board.[222]  Directors, corporate secretaries, and CEOs agree that three women change the culture of board deliberations; rather than a win-lose debate format, discussions take on a more collaborative, problem-solving format that is less likely to put management on the defensive.[223]  The result is a more equality-oriented discussion process that invites innovative problem-solving, with the result that, as one corporate secretary explained, "the directors get better information."[224]  Such an open process is an important driver of decision quality as well as innovative problem-solving[225] and is a key driver of the importance of having a critical mass of women on corporate boards.[226]  These conclusions take into account the average corporate board size; smaller boards achieve critical mass if the proportion of female to male directors is approximately one third.[227]

---

[218] Konrad, Kramer & Erkut, 2008, p. 147.
[219] Konrad et al., 2008, p. 145-6.
[220] Konrad et al., 2008, p. 147.
[221] Konrad et al., 2008, p. 147.
[222] Konrad et al., 2008, p. 146.
[223] Konrad et al., 2008, p. 155-6.
[224] Konrad et al., 2008, p. 156.
[225] Edmondson, A. C. (1999). Psychological safety and learning behavior in work teams. *Administrative Science Quarterly, 44,* 350-383.
[226] Nadeem et al., 2019, p. 429.
[227] Isidro & Sobral, 2015, Table 4, 5.

31

### C. Corporations Have Profound Impacts on Society at Large

68.     I discussed the importance of corporations within society at large.  Corporations have profound effects on many stakeholder groups beyond shareholders, and the Business Roundtable now recognizes that corporations must serve the interests of all stakeholders.  Boards of directors are responsible for ensuring that corporate activity creates beneficial outcomes and does not impose needless costs to any stakeholder group.  Governments regulate corporate activity in order to generate the maximum benefit from economic activity.

### D. Women on Corporate Boards of Directors Benefit Firms, Communities, and Society

69.     Women on corporate boards provide substantial added benefits to firms, communities and society as a whole.[228]  I reviewed a large body of rigorous state-of-the-art research in the fields of management, finance and accounting and conclude that altogether, these studies provide a clear and convincing pattern of evidence that more women on corporate boards add independence, transparency, and more of a stakeholder perspective (i.e., consideration of impact on other stakeholders rather than solely focusing on maximizing profits for shareholders) to corporate boards of directors.[229]  These studies document several beneficial effects for society as well, particularly in the area of corporate social responsibility.[230]  Boards with a higher proportion of women are more likely to enjoy these benefits, and such benefits are most likely to be attained when there is a critical mass of women on the board.

70.     The evidence clearly shows that women directors, and particularly a critical mass of women benefits companies, communities and society by reducing unethical behavior by firms, such as environmental damage, the sale of dangerous products, and bank misconduct.[231]  A large set of studies shows that a critical mass of women on corporate boards benefits communities and society by increasing corporate social responsibility.[232]  Women on corporate boards also increase

---

[228] Byron & Post, 2016, p. 434-5, Table 2.
[229] Details of each reviewed study are available in Exhibits 3 though 9 of this declaration.
[230] Byron & Post, 2016, p. 434-5, Table 2.
[231] Liu, 2018, p. 131; Wowak et al., in press 2021, p. 15; Arnaboldi et al., in press 2021, p. 3. Details of all reviewed studies are shown in Exhibit 3.
[232] Byron & Post, 2016, p. 434-5, Table 2.

32

*gender equity in firms by reducing gender pay gaps among executives and promoting the implementation of gender equity initiatives in companies.[233]  Several other studies show a clear and convincing pattern indicating that women on corporate boards enhance corporate ethics, equity, and social responsibility.[234]*

71.     Boards of directors are responsible for overseeing the audit of firm financial statements, and a particular benefit of women directors is women's impact on reducing nefarious "earnings management" activities (e.g., adjusting accounting numbers to make the firm appear more profitable than it actually is).[235]  Studies show that women directors, and in particular a critical mass of women on corporate boards, benefits shareholders, companies and society because they strengthen accounting processes, improve the meaningfulness of accounting statements and thereby enhance corporate transparency.[236]  As a result, stock prices are more meaningful with more women on corporate boards, which benefits the functioning of markets.[237]  This large set of studies demonstrates a clear and convincing pattern of reductions in unlawful or suspect earnings management when there is a critical mass of women on corporate boards.[238]

72.     Inequality in companies and society has increased in recent years, and in response, CEO salaries and bonuses have come under increasing scrutiny and criticism as excessive.[239]  Several large, rigorous studies have shown that the representation of women on corporate boards correlates with the reduction of excess CEO compensation and the linking of CEO pay more closely to actual performance.[240]

---

[233] Quintana-Garcia & Elvia, 2017, Table 5; Cook & Glass, 2016, p. 1443-1446; Corwin et al., in press 2021, p. 17; Matsa & Miller, 2011, p. 637-8. Details of all reviewed studies are shown in Exhibit 7.
[234] Ben-Amar et al., 2017, p. 380; Cook & Glass, 2018, p. 909-15; Valls Martínez et al., 2020, p. 2649-10. Details of all reviewed studies are shown in Exhibits 3, 5, 6.
[235] Arun et al., 2015, p. 137.
[236] Ahmed & Ali, 2017, Table 7, Panel A; Fan et al., 2019, Tables 2, 3, 4, 5; Gul et al., 2011, Table 4; Lakhal et al., 2015, Table 4; Radu & Smaili, in press 2021, Table 8; Seebeck & Vetter, in press 2021, Table 6; Srinidhi et al., 2011, Table 10; Strydom et al., 2017, Table 10; Wahid, 2019, Table 7; Ye et al., 2019, Table 11.
[237] Gul et al., 2011, Table 6.
[238] Details of all reviewed studies are shown in Exhibit 4.
[239] Bugeja et al., 2016, p. 376.
[240] Bugeja et al., 2016, p. 382-6, Table 4, 5, 7; Mobbs et al., 2021, p. 15, Table 6; Owen & Temesvary, 2019, p. 278-9, Table 1.  Details of all reviewed studies are shown in Exhibit 5.

73.     Since the global financial crisis, concern has increased regarding corporate risk-taking, particularly risk-taking by banks.[241]  A large body of research has documented that men more than women engage in risk-taking.[242]  One concern regarding adding more women directors might be that women take too few risks, garnering lower returns in the form of reduced profits as a result.[243]  Several authors have studied this dynamic, and the evidence shows a clear and convincing pattern of less risk for companies when there are more women directors.[244]  More importantly, these studies show that the risks taken by firms are more beneficial to firm financial performance when there are more women on corporate boards, which supports the argument that more gender diverse boards take calculated risks rather than the extreme risks associated with bankruptcy or public bailouts.[245]  Overall, the pattern of findings from this set of rigorous panel studies shows a clear and convincing pattern of less harmful risk-taking when there is a larger representation of women on corporate boards.[246]

74.     A large amount of research has also examined the impact of women on corporate boards on firm financial performance.  While findings can be mixed, analyses of the findings of large numbers of studies show that women on corporate boards have a beneficial effect on firm financial performance.[247]  I identified seven rigorous panel studies testing the effect of a critical mass of WOCB on firm financial performance and found almost uniform support for the notion that a critical mass of women on corporate boards positively affects firm financial performance.[248]  The concern here is less that women on corporate boards should somehow enrich shareholders more effectively than their male counterparts do (which would be a double standard

---

[241] Palvia et al., 2015, p. 577.
[242] Byrnes et al., 1999, p. 377.
[243] Adams, 2016, p. 378.
[244] Cardillo et al., in press 2021, Table 7, 8, 9, 10; Darrat et al, 2016, Table 4; Levi et al., 2014, Table 2, 5; Nadeem et al., 2019, Table 6a, 6b, 7, 8; Palvia et al., 2015, Table 3, 5.
[245] Nadeem et al., 2019, Table 7, 8; Darrat et al., 2016, Table 4; Cardillo et al., in press 2021, Table 7, 8, 9, 10; Birindelli et al., 2020, Table 6, 7, Figure 1.
[246] Details of all reviewed studies on this topic are shown in Exhibit 8.
[247] Hoobler et al., 2018, p. 2481, Table 2; Post & Byron, 2015, p. 1558, Table 2.
[248] Gordini & Rancati, 2017, Table VII, VIII; Isidro & Sobral, 2015, Table 4; Joecks et al., 2013, Table 4, 5, 6; Owen & Temesvary, 2018, Table 2, 3, 4, 5; Nguyen et al., 2015; Table 7, 9, 10; Ramly et al., 2017; Table 5; Xi et al., 2020, Table 6, 7.  All of these studies showed a positive effect of a critical mass of WOCB on at least one measure of firm financial performance.

34

1   indeed – women would only be welcome on boards if they are higher performers than the current

2   set of men), rather, this evidence demonstrates that the many clear benefits of a critical mass of

3   women on corporate boards.[249]

4       75.   Gender diverse boards improve the contribution that corporations make to society and

5   improve the resilience and survivability of corporations over the longer term.  In summary, there

6   is a substantial body of evidence showing that gender diverse boards add considerable value to

7   firms by improving the quality of corporate governance and many important firm performance

8   outcomes.  Board gender diversity benefits firm outcomes in many areas, specifically: similar or

9   better financial performance, ethical-decision making, earnings management, CEO compensation,

10  corporate social responsibility, gender equity in firms, and risk management.  Gender diverse

11  boards improve the resilience and viability of corporations over the longer term, adding greater

12  value to business and society by enhancing the likelihood of surviving the inevitable arrival of a

13  variety of economic shocks.

14      I declare under penalty of perjury under the laws of the United States of America, to the

15  best of my knowledge, that the foregoing is true and correct and that this declaration was

16  executed on September 27, 2021, in London, Ontario, Canada.

17

18

19                                                        Alison Konrad

20

21

22

23

24

25

26

27

28
    _____
    [249] Details of all studies I reviewed on this topic are shown in Exhibit 9.

                                 35

REFERENCE LISTS FOR KONRAD DECLARATION EXHIBITS
3 THORUGH 9

**Konrad Declaration Exhibit 3: Impact of Women on Corporate Boards on Firm Ethical Behavior**

Arnaboldi, F., Casu, B., Gallo, A., Kalotychou, E., & Srkisyan, A. (in press). Gender diversity and bank misconduct. *Journal of Corporate Finance*.

Capezio, A., & Mavisakalyan, A. (2016). Women in the boardroom and fraud: Evidence from Australia. *Australian Journal of Management, 41*(4), 719-734.

Godfrey, C., Hoepner, A. G. F., Lin, M.-T., & Poon, S.-H. (in press). Women on boards and corporate social irresponsibility: Evidence from a Granger style reverse causality minimisation procedure. *European Journal of Finance*. doi:10.1080/1351847X.2020.1841664

Liu, C. (2018). Are women greener? Corporate gender diversity and environmental violations. *Journal of Corporate Finance, 52*, 118-142.

Owen, A. L., & Temesvary, J. (2018). The performance effects of gender diversity on bank boards. *Journal of Banking & Finance, 90*, 50-63.

Wowak, K. D., Ball, G. P., Post, C., & Ketchen, D. J., Jr. (in press). The influence of female directors on product recall decisions. *Manufacturing & Service Operations Management*.

**Konrad Declaration Exhibit 4: Impact of Women on Corporate Boards on Earnings Management**

Abad, D., Lucas-Pérez, M. E., Minguez-Vera, A., & Yagüe, J. (2017). Does gender diversity on corporate boards reduce information asymmetry in equity markets? *BRQ Business Research Quarterly, 20*(3), 192-205.

Ahmed, A., & Ali, S. (2017). Boardroom gender diversity and stock liquidity: Evidence from Australia. *Journal of Contemporary Accounting & Economics, 13*(2), 148-165.

Arun, T. G., Almahrog, Y. E., & Aribi, Z. A. (2015). Female directors and earnings management: Evidence from U.K. companies. *International Review of Financial Analysis, 39*, 137-146.

Chen, E., & Gavious, I. (2016). Complementary relationship between female directors and financial literacy in deterring earnings management: The case of high-technology firms. *Advances in Account, incorporating Advances in International Accounting, 35*, 114-124.

Chen, Y., Eshleman, J. D., & Soileau, J. S. (2016). Board gender diversity and internal control weaknesses. *Advances in Accounting, incorporating Advances in International Accounting, 33*, 11-19.

Evgeniou, T., & Vermaelen, T. (2017). Share buybacks and gender diversity. *Journal of Corporate Finance, 45*, 669-686.

Fan, Y., Jiang, Y., Zhang, X., & Zhou, Y. (2019). Women on boards and bank earnings management: From zero to hero. *Journal of Banking & Finance, 107*(105607).

García Lara, J. M., García Osma, B., Mora, A., & Scapin, M. (2017). The monitoring role of female directors over accounting quality. *Journal of Corporate Finance, 45*, 651-668.

Gul, F. A., Srinidhi, B., & Ng, A. C. (2011). Does board gender diversity improve the informativeness of stock prices? *Journal of Accounting & Economics, 51*, 314-338.

Kyaw, K., Olugbode, M., & Petracci, B. (2015). Does gender diverse board mean less earnings management? *Finance Research Letters, 14*, 135-141.

Lakhal, F., Aguir, A., Lakhal, N., & Malek, A. (2015). Do women on boards and in top management reduce earnings management?  Evidence in France. *Journal of Applied Business Research, 31*(3), 1107-1118.

Loukil, N., Yousfi, O., & Yerbanga, R. (2019). Does gender diversity on boards influence stock market liquidity?  Empirical evidence from the French market. *Corporate Governance, 19*(4), 669-703.

Mobbs, S., Tan, Y., & Zhang, S. (2021). Female directors: Why are some less informed than others? *Journal of Corporate Finance, 68.*

Radu, C., & Smaili, N. (in press). Board gender diversity and corporate response to cyber risk: Evidence from cybersecurity related disclosure. *Journal of Business Ethics.*

Ran, G., Fang, Q., Luo, S., & Chan, K. C. (2015). Supervisory board characteristics and accounting information quality: Evidence from China. *International Review of Economics & Finance, 37*, 18-32.

Seebeck, A., & Vetter, J. (in press). Not just a gender numbers game: How board gender diversity affects corporate risk disclosure. *Journal of Business Ethics.*

Srinidhi, B., Gul, F. A., & Tsui, J. (2011). Female directors and earnings quality. *Contemporary Accounting Research, 28*(5), 1610-1644.

Strydom, M., Yong, H. H. A., & Rankin, M. (2017). A few good (wo)men? Gender diversity on Australian boards. *Australian Journal of Management, 42*(3), 404-427.

Tejedo-Romero, F., Rodrigues, L. L., & Craig, R. (2017). Women directors and disclosure of intellectual capital information. *European Research on Management & Business Economics, 23*, 123-131.

Upadhyay, A., & Zeng, H. (2014). Gender and ethnic diversity on boards and corporate information environment. *Journal of Business Research, 67*, 2456-2463.

Wahid, A. S. (2019). The effects and the mechanisms of board gender diversity: Evidence from financial manipulation. *Journal of Business Ethics, 159*, 705-725.

Ye, D., Deng, J., Liu, Y., Szewczyk, S. H., & Chen, X. (2019). Does board gender diversity increase dividend payouts? Analysis of global evidence. *Journal of Corporate Finance, 58*, 1-26.

Zalata, A. M., Tauringana, V., & Tingbani, I. (2018). Audit committee financial expertise, gender, and earnings management: Does gender of the financial expert matter? *International Review of Financial Analysis, 55*, 170-183.

**Konrad Declaration Exhibit 5: Impact of Women on CEO Compensation**

Adams, R. B., & Ferreira, D. (2009). Women in the boardroom and their impact on governance and performance. *Journal of Financial Economics, 94*, 291-309.

Atif, M., Hossain, M., Alam, M. S., & Goergen, M. (in press). Does board gender diversity affect renewable energy consumption? *Journal of Corporate Finance.*

Beji, R., Yousfi, O., Loukil, N., & Omri, A. ((in press)). Board diversity and corporate social responsibility: Empirical evidence from France. *Journal of Business Ethics.*

Ben-Amar, W., Chang, M., & McIlkenny, P. (2017). Board gender diversity and corporate response to sustainability initiatives: Evidence from the Carbon Disclosure Project. *Journal of Business Ethics, 142*(2), 369-383.

Birindelli, G., Chiappini, H., & Savioli, M. (2020). When do women on board of directors reduce bank risk? *Corporate Governance, 20*(7), 1307-1327.

Boulouta, I. (2013). Hidden connections:  The link between board gender diversity and corporate social performance. *Journal of Business Ethics, 113*(2), 185-197.

Bugeja, M., Matolcsy, Z., & Spiropoulos, H. (2016). The association between gender-diverse compensation committees and CEO compensation. *Journal of Business Ethics, 139*, 375-390.

Cardillo, G., Onali, E., & Torluccio, G. (in press). Does gender diversity on banks' boards matter?  Evidence from public bailouts. *Journal of Corporate Finance*.

Carter, D. A., D'Souza, F., Simkins, B. J., & Simpson, W. G. (2010). The gender and ethnic diversity of US boards and board committees and firm financial performance. *Corporate Governance: An International Review, 18*(5), 396-414.

Charumathi, B., & Rahman, H. (2019). Do women on boards influence climate change disclosures to CDP? Evidence from large Indian companies. *Australasian Accounting, Business & Finance Journal, 13*(2), 5-31.

Chen, M.-Y., & Kao, C.-L. (in press). Women on boards of directors and firm performance: The mediation of employment downsizing. *International Journal of Human Resource Management*.

Compton, Y. L., Kang, S.-H., & Zhu, Z. (2019). Gender stereotyping by location, female director appointments and financial performance. *Journal of Business Ethics, 160*, 445-462.

Cook, A., & Glass, C. (2018). Women on corporate boards: Do they advance corporate social responsibility? *Human Relations, 71*(7), 897-924.

Dang, R., Houanti, L. H., Sahut, J.-M., & Simioni, M. (2021). Do women on corporate boards influence corporate social performance? A control function approach. *Finance Research Letters, 39*(101645).

Darrat, A. F., Gray, S., Park, J. C., & Wu, Y. (2016). Corporate governance and bankruptcy risk. *Journal of Accounting, Auditing & Finance, 31*(2), 163-202.

Dowling, M., & Aribi, Z. A. (2013). Female directors and U.K. company acquisitiveness. *International Review of Financial Analysis, 29*, 79-86.

Elmagrhi, M. H., Ntim, C. G., Elamer, A. A., & Zhang, Q. (2019). A study of environmental policies and regulations, governance structures, and environmental performance: The role of female directors. *Business Strategy & the Environment, 28*(1), 206-220.

Francoeur, C., Labelle, R., Balti, S., & Bouzaidi, S. E. (2019). To what extent do gender diverse boards enhance corporate social performance? *Journal of Business Ethics, 155*(2), 343-357.

Garcia-Izquierdo, A. L., Fernández-Méndez, C., & Arrondo-García, R. (2018). Gender diversity on boards of directors and remuneration committees: The influence on listed companies in Spain. *Frontiers in Psychology, 9*.

González, M., Guzmán, A., Pablo, E., & Trujillo, M. A. (2020). Does gender really matter in the boardroom?  Evidence from closely held family firms. *Review of Managerial Science, 14*, 221-267

Gordini, N., & Rancati, E. (2017). Gender diversity in the Italian boardroom and firm financial performance. *Management Research Review, 40*(1), 75-94.

Hollindale, J., Kent, P., Routledge, J., & Chapple, L. (2019). Women on boards and greenhouse gas emission disclosures. *Accounting & Finance, 59*, 277-308.

Hussain, N., Rigoni, U., & Orij, R. P. (2018). Corporate governance and sustainability performance: Analysis of triple bottom line performance. *Journal of Business Ethics, 149*(2), 411-432.

Hyun, E., Yang, D., Jung, H., & Hong, K. (2016). Women on boards and corporate social responsibility. *Sustainability, 8*(300). doi:doi:10.3390/su8040300

Isidro, H., & Sobral, M. (2015). The effects of women on corporate bords on firm value, financial performance, and ethical and social compliance. *Journal of Business Ethics, 132*(1), 1-19.

Joecks, J., Pull, K., & Vetter, K. (2013). Gender diversity in the boardroom and firm performance: What exactly constitutes a "critical mass"? *Journal of Business Ethics, 118*(1), 61-72.

Karavitis, P., Kokas, S., & Tsoukas, S. (in press). Gender board diversity and the cost of bank loans. *Journal of Corporate Finance*.

Katmon, N., Mohamad, Z. Z., Norwani, N. M., & Al Farooque, O. (2019). Comprehensive board diversity and quality of corporate social responsibility disclosure: Evidence from an emerging market. *Journal of Business Ethics, 157*, 447-481.

Khaw, K. L.-H., Liao, J., Tripe, D., & Wongchoti, U. (2016). Gender diversity, state control, and corporate risk-taking: Evidence from China. *Pacific-Basin Finance Journal, 39*, 141-158.

Kim, O., Kuang, Y. F., & Qin, B. (2020). Female representation on boards and CEO performance-induced turnover: Evidence from Russia. *Corporate Governance: An International Review, 28*, 235-260.

Levi, M., Li, K., & Zhang, F. (2014). Director gender and mergers and acquisitions. *Journal of Corporate Finance, 28*, 185-200.

Lucas-Pérez, M. E., Mínguez-Vera, A., Baixauli-Soler, J. S., Martín-Ugedo, J. F., & Sánchez-Marín, G. (2015). Women on the board and managers' pay: Evidence from Spain. *Journal of Business Ethics, 129*, 265-280.

Magnanelli, B. S., Nasta, L., & Raoli, E. (2020). Do female directors on corporate boards make a difference in family owned businesses? *Journal of International Accounting Research, 19*(1), 85-102.

Manita, R., Bruna, M. G., Dang, R., & Houanti, L. H. (2018). Board gender diversity and ESG disclosure: Evidence from the USA. *Journal of Applied Accounting Research, 19*(2), 206-224.

McGuinness, P. B., Vieito, J. P., & Wang, M. (2017). The role of board gender and foreign ownership in the CSR performance of Chinese listed firms. *Journal of Corporate Finance, 42*, 75-99.

Mínguez-Vera, A., & Martin, A. (2011). Gender and management on Spanish SMEs: An empirical analysis. *International Journal of Human Resource Management, 22*(14), 2852-2873.

Mobbs, S., Tan, Y., & Zhang, S. (2021). Female directors: Why are some less informed than others? *Journal of Corporate Finance, 68*.

Nadeem, M., Farooq, M. B., & Ahmed, A. (2019). Does female representation on corporate boards improve intellectual capital efficiency? *Journal of Intellectual Capital, 20*(5), 680-700.

Nadeem, M., Suleman, T., & Ahmed, A. (2019). Women on boards, firm risk and the profitability nexus: Does gender diversity moderate the risk and return relationship? *International Review of Economics & Finance, 64*, 427-442.

Nguyen, T., Locke, S., & Reddy, K. (2015). Does boardroom gender diversity matter? Evidence from a transitional economy. *International Review of Economics & Finance, 37*, 184-202.

Oldford, E., Ullah, S., & Hossain, A. T. (2020). A social capital view of women on boards and their impact on firm performance. *Managerial Finance*.

Owen, A. L., & Temesvary, J. (2018). The performance effects of gender diversity on bank boards. *Journal of Banking & Finance, 90*, 50-63.

Owen, A. L., & Temesvary, J. (2019). CEO compensation, pay inequality, and the gender diversity of bank board of directors. *Finance Research Letters, 30*, 276-279.

Palvia, A., Vähämaa, E., & Vähämaa, S. (2015). Are female CEOs and Chairwomen more conservative and risk averse?  Evidence from the banking industry during the financial crisis. *Journal of Business Ethics, 131*, 577-594.

Peteghem, M., Brunynseels, L., & Gaeremynck, A. (2018). Beyond diversity: A tale of faultlines and frictions in the board of directors. *Accounting Review, 93*(2), 339-367.

Pucheta-Martínez, M. C., Bel-Oms, I., & Olcina-Sempere, G. (2019). Commitment of independent and institutional women directors to corporate social responsibility reporting. *Business Ethics: A European Review, 28*, 290-304.

Pucheta-Martínez, M. C., Olcina-Sempere, G., & López-Zamora, B. (2020). Female directorship on boards and corporate sustainability policies: Their effect on sustainable development. *Sustainable Development, 28*, 56-72.

Ramly, Z., Chan, S.-G., Mustapha, M. Z., & Sapiei, N. S. (2017). Women on boards and bank efficiency in ASEAN-5: The moderating role of independent directors. *Review of Managerial Science, 11*, 225-250.

Reguera-Alvarado, N., de Fuentes, P., & Laffarga, J. (2017). Does board gender diversity influence financial performance? Evidence from Spain. *Journal of Business Ethics, 141*, 337-350.

Schopohl, L., Urquhart, A., & Zhang, H. (in press). Female CFOs, leverage and the moderating role of board diversity and CEO power. *Journal of Corporate Finance*.

Sila, V., Gonzalez, A., & Hagendorff, J. (2016). Women on board: Does boardroom gender diversity affect firm risk? *Journal of Corporate Finance, 36*, 26-53.

Smith, N., Smith, V., & Verner, M. (2006). Do women in top management affect firm performance? A panel study of 2,500 Danish firms. *International Journal of Productivity & Performance Management, 55*(7), 569-593.

Solal, I., & Snellman, K. (2019). Women don't mean business? Gender penalty in board composition. *Organization Science, 30*(6), 1270-1288.

Srivastava, V., Das, N., & Pattanayak, J. K. (2018). Women on boards in India: A need or tokenism? *Management Decision, 56*(8), 1769-1786.

Uribe-Bohorquez, M. V., Martínez-Ferrero, J., & García-Sánchez, I.-M. (2019). Women on boards and efficiency in a business-orientated environment. *Corporate Social Responsibility & Environmental Management, 26*, 82-96.

Usman, M., Farooq, M. U., Zhang, J., Dong, N., & Makki, M. A. M. (2019). Women on boards and CEO pay-performance link. *International Journal of Manpower, 40*(7), 1171-1200.

Valls Martinez, M. D. C., Cervantes, P. A. M., & Rambaud, S. C. (2020). Women on corporate boards and sustainable development in the American and European markets: Is there a limit to gender policies? *Corporate Social Responsibility & Environmental Management, 27*, 2642-2656.

Wasiuzzaman, S., & Mohammad, W. M. W. (2019). Board gender diversity and transparency of environmental, social and governance disclosure: Evidence from Malaysia. *Managerial & Decision Economics, 41*, 145-156.

Xie, J., Nozawa, W., & Managi, S. (2020). The role of women on boards in corporate environmental strategy and financial performance: A global outlook. *Corporate Social Responsibility & Environmental Management, 27*, 2044-2059.

**Konrad Declaration Exhibit 6: Impact of Women on Corporate Boards on Corporate Social Responsibility**

Atif, M., Hossain, M., Alam, M. S., & Goergen, M. (in press). Does board gender diversity affect renewable energy consumption? *Journal of Corporate Finance*.

Beji, R., Yousfi, O., Loukil, N., & Omri, A. ((in press)). Board diversity and corporate social responsibility: Empirical evidence from France. *Journal of Business Ethics*.

Ben-Amar, W., Chang, M., & McIlkenny, P. (2017). Board gender diversity and corporate response to sustainability initiatives: Evidence from the Carbon Disclosure Project. *Journal of Business Ethics, 142*(2), 369-383.

Boulouta, I. (2013). Hidden connections:  The link between board gender diversity and corporate social performance. *Journal of Business Ethics, 113*(2), 185-197.

Charumathi, B., & Rahman, H. (2019). Do women on boards influence climate change disclosures to CDP? Evidence from large Indian companies. *Australasian Accounting, Business & Finance Journal, 13*(2), 5-31.

Cook, A., & Glass, C. (2018). Women on corporate boards: Do they advance corporate social responsibility? *Human Relations, 71*(7), 897-924.

Dang, R., Houanti, L. H., Sahut, J.-M., & Simioni, M. (2021). Do women on corporate boards influence corporate social performance? A control function approach. *Finance Research Letters, 39*(101645).

Elmagrhi, M. H., Ntim, C. G., Elamer, A. A., & Zhang, Q. (2019). A study of environmental policies and regulations, governance structures, and environmental performance: The role of female directors. *Business Strategy & the Environment, 28*(1), 206-220.

Francoeur, C., Labelle, R., Balti, S., & Bouzaidi, S. E. (2019). To what extent do gender diverse boards enhance corporate social performance? *Journal of Business Ethics, 155*(2), 343-357.

Hollindale, J., Kent, P., Routledge, J., & Chapple, L. (2019). Women on boards and greenhouse gas emission disclosures. *Accounting & Finance, 59*, 277-308.

Hussain, N., Rigoni, U., & Orij, R. P. (2018). Corporate governance and sustainability performance: Analysis of triple bottom line performance. *Journal of Business Ethics, 149*(2), 411-432.

Hyun, E., Yang, D., Jung, H., & Hong, K. (2016). Women on boards and corporate social responsibility. *Sustainability, 8*(300). doi:doi:10.3390/su8040300

Isidro, H., & Sobral, M. (2015). The effects of women on corporate bords on firm value, financial performance, and ethical and social compliance. *Journal of Business Ethics, 132*(1), 1-19.

Katmon, N., Mohamad, Z. Z., Norwani, N. M., & Al Farooque, O. (2019). Comprehensive board diversity and quality of corporate social responsibility disclosure: Evidence from an emerging market. *Journal of Business Ethics, 157*, 447-481.

Manita, R., Bruna, M. G., Dang, R., & Houanti, L. H. (2018). Board gender diversity and ESG disclosure: Evidence from the USA. *Journal of Applied Accounting Research, 19*(2), 206-224.

McGuinness, P. B., Vieito, J. P., & Wang, M. (2017). The role of board gender and foreign ownership in the CSR performance of Chinese listed firms. *Journal of Corporate Finance, 42,* 75-99.

Pucheta-Martínez, M. C., Bel-Oms, I., & Olcina-Sempere, G. (2019). Commitment of independent and institutional women directors to corporate social responsibility reporting. *Business Ethics: A European Review, 28,* 290-304.

Pucheta-Martínez, M. C., Olcina-Sempere, G., & López-Zamora, B. (2020). Female directorship on boards and corporate sustainability policies: Their effect on sustainable development. *Sustainable Development, 28,* 56-72.

Valls Martinez, M. D. C., Cervantes, P. A. M., & Rambaud, S. C. (2020). Women on corporate boards and sustainable development in the American and European markets: Is there a limit to gender policies? *Corporate Social Responsibility & Environmental Management, 27,* 2642-2656.

Wasiuzzaman, S., & Mohammad, W. M. W. (2019). Board gender diversity and transparency of environmental, social and governance disclosure: Evidence from Malaysia. *Managerial & Decision Economics, 41,* 145-156.

Xie, J., Nozawa, W., & Managi, S. (2020). The role of women on boards in corporate environmental strategy and financial performance: A global outlook. *Corporate Social Responsibility & Environmental Management, 27,* 2044-2059.

**Konrad Exhibit 7: Impact of Women on Corporate Boards on Gender Equity**

Boshinov, V., Joecks, J., & Scharfenkamp, K. (in press). Gender spillovers from supervisory boards to management boards. *Managerial & Decision Economics.*

Cook, A., & Glass, C. (2016). Do women advance equity? The effect of gender leadewrship composition on LGBT-friendly policies in American firms. *Human Relations, 69*(7), 1431-1456.

Corwin, E. S., Loncarich, H., & Ridge, J. W. (in press). What's it like inside the hive? Managerial discretion drives TMT gender diversity of women-led firms. *Journal of Management.*

Furlotti, K., Mazza, T., Tibiletti, V., & Triani, S. (2019). Women in top positions on boards of directors: Gender policies disclosed in Italian sustainability reporting. *Corporate Social Responsibility & Environmental Management, 26*(57-70).

Geiler, P., & Renneboog, L. (2015). Are female top managers really paid less? *Journal of Corporate Finance, 35,* 345-369.

Gould, J. A., Kulik, C. T., & Sardeshmukh, S. R. (2018). Trickle-down effect: The impact of female board members on executive gender diversity. *Human Resource Management, 57*(4), 931-945.

Matsa, D. A., & Miller, A. R. (2011). Chipping away at the glass ceiling: Gender spillovers in corporate leadership. *American Economic Review, 101*(3), 635-639.

Quintana-Garcia, C., & Elvira, M. M. (in press). The effect of the external labor market on the gender pay gap among executives. *Industrial & Labor Relations Review, on-line first.*

Yanadori, Y., Gould, J. A., & Kulik, C. T. (2018). A fair go? The gender pay gap among corporate executives in Australian firms. *International Journal of Human Resource Management, 29*(9), 1636-1660.

**Konrad Declaration Exhibit 8: Impact of Women on Corporate Boards on Risk**

Birindelli, G., Chiappini, H., & Savioli, M. (2020). When do women on board of directors reduce bank risk? *Corporate Governance, 20*(7), 1307-1327.

Cardillo, G., Onali, E., & Torluccio, G. (in press). Does gender diversity on banks' boards matter?  Evidence from public bailouts. *Journal of Corporate Finance*.

Darrat, A. F., Gray, S., Park, J. C., & Wu, Y. (2016). Corporate governance and bankruptcy risk. *Journal of Accounting, Auditing & Finance, 31*(2), 163-202.

Dowling, M., & Aribi, Z. A. (2013). Female directors and U.K. company acquisitiveness. *International Review of Financial Analysis, 29*, 79-86.

Khaw, K. L.-H., Liao, J., Tripe, D., & Wongchoti, U. (2016). Gender diversity, state control, and corporate risk-taking: Evidence from China. *Pacific-Basin Finance Journal, 39*, 141-158.

Levi, M., Li, K., & Zhang, F. (2014). Director gender and mergers and acquisitions. *Journal of Corporate Finance, 28*, 185-200.

Nadeem, M., Suleman, T., & Ahmed, A. (2019). Women on boards, firm risk and the profitability nexus: Does gender diversity moderate the risk and return relationship? *International Review of Economics & Finance, 64*, 427-442.

Palvia, A., Vähämaa, E., & Vähämaa, S. (2015). Are female CEOs and Chairwomen more conservative and risk averse?  Evidence from the banking industry during the financial crisis. *Journal of Business Ethics, 131*, 577-594.

Schopohl, L., Urquhart, A., & Zhang, H. (in press). Female CFOs, leverage and the moderating role of board diversity and CEO power. *Journal of Corporate Finance*.

Sila, V., Gonzalez, A., & Hagendorff, J. (2016). Women on board: Does boardroom gender diversity affect firm risk? *Journal of Corporate Finance, 36*, 26-53.

**Konrad Declaration Exhibit 9: Impact of Women on Corporate Boards on Firm Financial Performance**

Adams, R. B., & Ferreira, D. (2009). Women in the boardroom and their impact on governance and performance. *Journal of Financial Economics, 94*, 291-309.

Atif, M., Hossain, M., Alam, M. S., & Goergen, M. (in press). Does board gender diversity affect renewable energy consumption? *Journal of Corporate Finance*.

Cardillo, G., Onali, E., & Torluccio, G. (in press). Does gender diversity on banks' boards matter?  Evidence from public bailouts. *Journal of Corporate Finance*.

Carter, D. A., D'Souza, F., Simkins, B. J., & Simpson, W. G. (2010). The gender and ethnic diversity of US boards and board committees and firm financial performance. *Corporate Governance: An International Review, 18*(5), 396-414.

Chen, M.-Y., & Kao, C.-L. (in press). Women on boards of directors and firm performance: The mediation of employment downsizing. *International Journal of Human Resource Management*.

Compton, Y. L., Kang, S.-H., & Zhu, Z. (2019). Gender stereotyping by location, female director appointments and financial performance. *Journal of Business Ethics, 160*, 445-462.

González, M., Guzmán, A., Pablo, E., & Trujillo, M. A. (2020). Does gender really matter in the boardroom?  Evidence from closely held family firms. *Review of Managerial Science, 14*, 221-267.

Gordini, N., & Rancati, E. (2017). Gender diversity in the Italian boardroom and firm financial performance. *Management Research Review, 40*(1), 75-94.

Isidro, H., & Sobral, M. (2015). The effects of women on corporate bords on firm value, financial performance, and ethical and social compliance. *Journal of Business Ethics, 132*(1), 1-19.

Joecks, J., Pull, K., & Vetter, K. (2013). Gender diversity in the boardroom and firm performance: What exactly constitutes a "critical mass"? *Journal of Business Ethics, 118*(1), 61-72.

Karavitis, P., Kokas, S., & Tsoukas, S. (in press). Gender board diversity and the cost of bank loans. *Journal of Corporate Finance.*

Magnanelli, B. S., Nasta, L., & Raoli, E. (2020). Do female directors on corporate boards make a difference in family owned businesses? *Journal of International Accounting Research, 19*(1), 85-102.

Mínguez-Vera, A., & Martin, A. (2011). Gender and management on Spanish SMEs: An empirical analysis. *International Journal of Human Resource Management, 22*(14), 2852-2873.

Mobbs, S., Tan, Y., & Zhang, S. (2021). Female directors: Why are some less informed than others? *Journal of Corporate Finance, 68.*

Nadeem, M., Farooq, M. B., & Ahmed, A. (2019). Does female representation on corporate boards improve intellectual capital efficiency? *Journal of Intellectual Capital, 20*(5), 680-700.

Nguyen, T., Locke, S., & Reddy, K. (2015). Does boardroom gender diversity matter? Evidence from a transitional economy. *International Review of Economics & Finance, 37*, 184-202.

Oldford, E., Ullah, S., & Hossain, A. T. (2020). A social capital view of women on boards and their impact on firm performance. *Managerial Finance.*

Owen, A. L., & Temesvary, J. (2018). The performance effects of gender diversity on bank boards. *Journal of Banking & Finance, 90*, 50-63.

Peteghem, M., Brunynseels, L., & Gaeremynck, A. (2018). Beyond diversity: A tale of faultlines and frictions in the board of directors. *Accounting Review, 93*(2), 339-367.

Ramly, Z., Chan, S.-G., Mustapha, M. Z., & Sapiei, N. S. (2017). Women on boards and bank efficiency in ASEAN-5: The moderating role of independent directors. *Review of Managerial Science, 11*, 225-250.

Reguera-Alvarado, N., de Fuentes, P., & Laffarga, J. (2017). Does board gender diversity influence financial performance? Evidence from Spain. *Journal of Business Ethics, 141*, 337-350.

Smith, N., Smith, V., & Verner, M. (2006). Do women in top management affect firm performance? A panel study of 2,500 Danish firms. *International Journal of Productivity & Performance Management, 55*(7), 569-593.

Solal, I., & Snellman, K. (2019). Women don't mean business? Gender penalty in board composition. *Organization Science, 30*(6), 1270-1288.

Srivastava, V., Das, N., & Pattanayak, J. K. (2018). Women on boards in India: A need or tokenism? *Management Decision, 56*(8), 1769-1786.

Uribe-Bohorquez, M. V., Martínez-Ferrero, J., & García-Sánchez, I.-M. (2019). Women on boards and efficiency in a business-orientated environment. *Corporate Social Responsibility & Environmental Management, 26*, 82-96.

Xie, J., Nozawa, W., & Managi, S. (2020). The role of women on boards in corporate environmental strategy and financial performance: A global outlook. *Corporate Social Responsibility & Environmental Management, 27*, 2044-2059.

# EXHIBIT 1

**Exhibit 1: CV for Alison M. Konrad, Ph.D.**
Ivey Business School
Western University
1255 Western Road
London, ON, Canada N6G 0N1
(519) 661-3215
e-mail: akonrad@ivey.ca

**EDUCATION:**

NIA Postdoctoral Fellowship, Research Training Program on Organizations and Aging, Stanford University, 1986-1988.

Ph.D. in Applied Social Psychology, Claremont Graduate School, Claremont, CA, in May, 1987. Doctoral Dissertation:  "The Impact of Work Group Composition on Social Integration and Evaluation."

M.A. in Applied Social Psychology, Claremont Graduate School, Claremont, CA, in May, 1984.

B.A. in Psychology, Summa Cum Laude, Monmouth College, Monmouth, IL, in May, 1982.

**EMPLOYMENT:**

2009, Fall:  Visiting Fellow, Department of Management & Marketing, Hong Kong Polytechnic University.

2003-present: Professor of Organizational Behavior and Corus Entertainment Chair in Women in Management, with tenure, Richard Ivey School of Business, U. of Western Ontario

2000-03: Professor of Human Resource Administration, with tenure, Fox School of Business and Management, Temple University.

1994-2000:  Associate Professor of Human Resource Administration, with tenure, Fox School of Business and Management, Temple University.

1988-1994:  Assistant Professor of Human Resource Administration, Temple University School of Business and Management.

**HONORS:**

2020: Listed in Stanford University Top 2% of World Scientists across all fields (Ioannidis, J.P.A., Boyack, K. W., Baas, J. (2020). Updated science-wide author databases of standardized citation indicators.  **PLoS Biology**, **18**(10): e3000918; Table S6, Career 2019).  Available on-line at https://dx.doi.org/10.17632/btchxktzyw

2020: Ivey Publishing Career Achievement Award (June, 2020)

2019: Faculty Transnational Research Award for paper presented as part of the Gender and Diversity in Organizations Division, Academy of Management

2017: Nominated for Best Paper Award, Gender and Diversity in Organizations Division, Academy of Management

2016-18: Faculty Scholar Award, *Western University*

2014: Research Merit Award, *Ivey Business School*

2013: Winner, *Rosabeth Moss Kanter Award for Excellence in Work-Family Research* for the paper, "Is using work-life interface benefits a career-limiting move?  An examination of women, men, lone parents, and parents with partners," **Journal of Organizational Behavior, 33**(8), 1095-1119.  Award co-sponsored by the Center for Families at Purdue U. and the Boston College Center for Work and Family.

2013: Outstanding Reviewer, *Eastern Academy of Management* Conference, May 8 – 11, 2013.

2012: Participant in Finalist Symposium for Carolyn Dexter International Theme Committee Emerald Best International Symposium Award, "Gender and the Arab Spring:  Women Shaping Change."

2011: Best Paper Award, Gender and Diversity in Organizations Track, Administrative Sciences Association of Canada

2011: Carolyn Dexter Best Paper Award, Eastern Academy of Management International Conference

2010: TIAW (The International Alliance for Women) World of Difference 100 Award, honoring up to 100 women from around the world who have contributed to the economic empowerment of women.

2007: Outstanding Empirical Paper Award, Eastern Academy of Management

2007: Best Paper Award, Gender and Diversity in Organizations Track, Administrative Sciences Association of Canada

2004: Sage Service Award, Gender and Diversity in Organizations Division, Academy of Management

2004 – present: Fellow, Eastern Academy of Management.

2002: Runner-up, Dorothy Harlow Best Paper Award, Gender and Diversity in Organizations Division, Academy of Management

2001: Nominated for Eastern Academy of Management International Outstanding Paper Award.

1999-02: Boettner Research Fellowship, Fox School of Business and Management.

2000: Runner-up, Dorothy Harlow Best Paper Award, Gender and Diversity in Organizations Division, Academy of Management

1999: Nominated for Best Conceptual Paper Award, Eastern Academy of Management.

1998: Sage Award for Scholarly Contributions to Management, Gender and Diversity in Organizations Division, Academy of Management.

1997: Dorothy Harlow Best Paper Award, Women in Management Division, Academy of Management.

1993: Lilly Foundation Teaching Fellowship Award.

1993: Nominated for Best Empirical Paper Award, Eastern Academy of Management.

1992: Dorothy Harlow Best Paper Award, Women in Management Division, Academy of Management.

1991:  Runner-up, Dorothy Harlow Best Paper Award, Women in Management Division, Academy of Management.

1990:  Dorothy Harlow Best Paper Award, Women in Management Division, Academy of Management.

## GRANTS:

2020-21:  SSHRC Explore Grant, Western U. Internal Competition, with Mirit Grabarski, Lucas Monzani, and Jennifer Robertson, $6,988.

2018-20:  SSHRC Insight Grant, with Saurin Patel and Kenneth Goh, $82,900.

2012-17:  SSHRC Insight Grant, $97,080.

2008-11:  SSHRC Strategic Research Grant for Management, Business & Finance, $149,000.

2008-10:  Graduate Management Admission Council (GMAC) MERInstitute Award, US$89,850.

2007-10:  Social Sciences and Humanities Council of Canada (SSHRC), $52,200.

2006-07:  UWO Academic Development Fund (ADF), $24,496.

2004-07:  Social Sciences and Humanities Council of Canada (SSHRC), $113,620.

2002: Charles Stewart Mott Foundation, US$108,635.

2001-02:  Temple University Research and Study Leave.

2001-02:  Temple University Collaborative Research Fund Grant, $7,500.

1996 (Spring):  Temple University Research and Study Leave.

1995:  Temple University Grant-in-Aid of Research, $2,000.

1994:  Temple University Grant-in-Aid of Research, $3,114.

1994:  Temple University Summer Research Fellowship, $4,500.

1992:  Temple University Summer Research Fellowship, $4,000.

1992:  Human Resource Planning Society (HRPS), $6,700.

1991:  Honors Course Development Funding Grant, $1,000.

1991:  Temple University Research Incentive Fund, $3,524.

## BOOKS:

Konrad, A. M. (Ed.)  (2012, April).  *Business & Gender* (Vols. 1-4*), Major Works Series:  Critical Perspectives on Business & Management*.  London, UK:  Routledge.

Baruch, Y., Konrad, A. M., Aguinis, H., & Starbuck, W.  (Eds.).  (2008).  *Opening the Black Box of Editorship*.  London: Palgrave (296 pages).

Quote from M. D. Hakel's (2009) review in *Personnel Psychology, 62*(2), 443-444, "This book passes the Hollenbeck Test—the editors have shaped what serves as a consensus on editorial practices in the organizational sciences.  On its surface the book is about editing scientific journals, and thus it will immediately interest editors and potential editors. Beneath that surface, it is about a key juncture in the process through which knowledge becomes systematized, and thus it will also interest researchers, reviewers, and practitioners who create and consume useable knowledge."

3

Quote from B. Elkjaer's (2009) review in the *Academy of Management Learning & Education,*
*8*(1), 133-134, "Speaking as a reader and reviewer of the anthology, an author of scholarly
papers and for the last 4 years, one of the two chief editors of Management Learning, my
editorial work will never be the same after having read through these 25 pieces and almost
300 pages by a highly esteemed group of experienced journal editors.  This book can be
recommended for editors of (scholarly) journals as well as for reviewers, authors, and
readers."

Quote from J. Schmidt-Wilk's (2009) review in the *Academy of Management Learning &
Education, 8*(1), 135-136, "In conclusion, the contributors to this edited collection have
produced a varied and valuable resource for scholars involved in the processes of knowledge
creation and dissemination, as practiced today in the management and behavioral sciences."

Quote from R. Vince's (2009) review in the *Academy of Management Learning & Education, 8*(1),
136-138, "There is much that is valuable within this book.  I found this volume to be full of
sensible advice, interesting experience, and practical wisdom. It also has an appealing and
unexpected conclusion…."

Konrad, A. M., Prasad, P., & Pringle, J. K.  (Eds.).  (2006, January).  Handbook of Workplace
Diversity.  London: Sage (551 pages).

Quote from K. Thomas's (2006) review in the *Academy of Management Review*, *31*(4),
1100-1102, "This is an important book …. The *Handbook of Workplace Diversity*
represents both a summary of the state of the art in diversity research and an accessible
guide for scholars looking to dig deeper into the issues of workplace diversity."

Quote from R. D. Harvey and A. Francis's (2006) review in *PsychCRITIQUES, 51*(42),
"This book is a 'handbook' in more of the academic sense than a practitioner sense….
However, we would caution practitioners from boycotting the book.  It is, in fact, a book
that every academic and practitioner alike should read."

Quote from 2006 review in *Equal Opportunities International*, *25*(2), 160-162, "I strongly
recommend this book as one of the most useful and inspiring books that is presently
available in the area of workplace diversity and diversity management."

Konrad, A. M.  (Ed.) (2006).  *Cases in Gender & Diversity in Organizations.*  Thousand Oaks, CA:
Sage (245 pages).

## REFEREED JOURNAL ARTICLES:

1. Konrad, A. M., Richard, O. C., & Yang, Y. (accepted for publication, 2021, June 22).  *Both*
meritocracy *and* diversity: Managing the diversity-meritocracy paradox with organizational
ambidexterity.  Special Issue of the **Journal of Management Studies.**
2. Ali, M., Grabarski, M., & Konrad, A. M.  (accepted for publication 2020, 24 September).

4

Trickle-down and bottom-up effects of women's representation in the context of industry gender composition: A panel data investigation.  **Human Resource Management**. Available on-line at: https://onlinelibrary.wiley.com/doi/full/10.1002/hrm.22042

3.  Han, J. H., Shin, D., Castellano, W., Konrad, A. M., Kruse, D., & Blasi, J.  (2020, November-December).  Creating Mutual Gains to Leverage a Racially Diverse Workforce: The Effects of Firm-Level Racial Diversity on Financial and Workforce Outcomes Under the Use of Broad-Based Stock Options.  **Organization Science, 31**(6), 1515-1537. Available on-line at: https://pubsonline.informs.org/doi/10.1287/orsc.2020.1360

4.  Cheung, H. K., Goldberg, C. B., Konrad, A. M., Lindsay, A. P., Nicholaides, V., & Yang, Y. (2020).  A Meta-Analytic Review of Gender Composition Influencing Employees' Work Outcomes:  Implications for Human Resource Development.  **Human Resource Development International, 23**(5), 491-518. https://bit.ly/2WbAsV8

5.  Shin, D., Garmendia Ochoantesana, A., Ali, M., Konrad, A. M., & Madinabeitia, D. (2020, April).  HRM systems and employee affective commitment: The role of employee gender. **Gender in Management: An International Journal**, **35**(2), 189-210. https://doi.org/10.1108/GM-04-2019-0053

6.  Jones-Morales, J., & Konrad, A. M.  (2018, June).  Attaining elite leadership: Career development and childhood socioeconomic status.  **Career Development International, 23**(3), 246-260 [lead article in issue].  https://doi.org/10.1108/CDI-03-2017-0047

7.  Konrad, A. M.  (2018, February).  Denial of racism and the Trump Presidency.  **Equality, Diversity & Inclusion: An International Journal, 37**(1), 14-30 [lead article in issue, Highly Commended in the *2019 Emerald Literati Awards*] https://bit.ly/2YRnXvU.

8.  Konrad, A. M., Seidel, M.-D., Lo, E., Bhardwaj. A., & Qureshi, I.  (2017, September). Variety, Dissimilarity, and Status Centrality in MBA Networks: Is the Minority or the Majority More Likely to Network across Diversity?  **Academy of Management Learning & Education, 16**(3), 349-372 [lead article in issue]. doi:10.5465/amle.2015.0256

9.  Ali, M., & Konrad, A. M.  (2017, August).  Antecedents and consequences of diversity and equality management systems: The importance of gender diversity in the TMT and lower to middle management.  **European Management Journal, 35**(4), 440-453. https://doi.org/10.1016/j.emj.2017.02.002

10. Baldridge, D., Konrad, A. M., Moore, M. E., & Yang, Y.  (2017, July).  Childhood onset disability, strong ties and employment quality.  **Equality, Diversity & Inclusion: An International Journal, 36**(4), 290-305.  https://doi-org.proxy1.lib.uwo.ca/10.1108/EDI-11-2016-0093

11. Shin, D., & Konrad, A. M.  (2017, April).  Causality between high performance work

5

systems and organizational performance. **Journal of Management, 43**(4), 973-997**.**

12. Bhardwaj, A., Qureshi, I., Konrad, A. M., & Lee, S.-H. (2016, August). A two-wave study of self-monitoring personality, social network churn, and in-degree centrality in close friendship and general socializing networks. **Group & Organization Management, 41**(4), 526-559**.**

13. Konrad, A. M., Radcliffe, V., & Shin, D.  (2016, March). Participation in helping networks as social capital mobilization:  Impact on influence for domestic men, domestic women, and international MBA students. **Academy of Management Learning & Education, 15**(1), 60-78**.**

14. Zhu, Y., Konrad, A. M., & Jiao, H.  (2016, March).  Violation and Activation of Gender Expectations: Do Chinese Managerial Women Face a Narrow Band of Acceptable Career Strategies? **Asia Pacific Journal of Management 33**(1), 53-86**.**

15. Konrad, A. M., Yang, Y., & Maurer, C.  (2016, January-February).  Antecedents and outcomes of diversity and equality management systems:  An integrated institutional agency and strategic human resource management approach. **Human Resource Management, 55**(1), 83-107**.**

16. Sidani, Y. M., Konrad, A. M., & Karam, C. M.  (2015, May).  From female leadership advantage to female leadership deficit:  A developing country perspective.  **Career Development International, 20**(3), 273-292.

17. Lee, S. H., Qureshi, I., Konrad, A. M., & Bhardwaj, A.  (2014, September).  Proactive personality, heterophily, and the moderating role of proactive personality on network centrality and psychological outcomes:  A longitudinal study. **Journal of Business & Psychology, 29**, 381-395.

18. Konrad, A. M., Moore, M. E., Ng, E. S. W., Doherty, A. J., & Breward, K.  (2013, September).  Temporary work, underemployment and workplace accommodations: Relationship to well-being for workers with disabilities. **British Journal of Management, 24**(3), 367-382**.**

19. Konrad, A. M., & Yang, Y. (2012, November). Is Using Work-Life Interface Benefits a Career-Limiting Move? An Examination of Women, Men, Lone Parents, and Parents with Partners. **Journal of Organizational Behavior, 33**(8), 1095-1119.

20. Ayoko, O., & Konrad, A. M.  (2012, Fall).  Leaders' transformational, conflict and emotion management behaviors in culturally diverse workgroups. **Equality, Diversity & Inclusion: An International Journal, 31**(8), 694-724.

21. Stickney, L., & Konrad, A. M.  (2012, Fall).  Societal institutions and work and family

6

gender-role attitudes, **Organization Management Journal, 9** (4), 236-246**.**

22. Yang, Y., Konrad, A. M., & Cannings, K.  (2012, July).  Pay dispersion and earnings for women and men:  A study of Swedish doctors.  **Gender in Management:  An International Journal, 27**(4), 249-270. http://www.emeraldinsight.com/journals.htm?articleid=17038620&ini=aob

23. Ayoko, O., Konrad, A. M., & Boyle, M.  (2012, April).  Online work:  Managing conflict and emotions for performance in virtual teams.  **European Management Journal, 30**(2), 156-174**.** http://www.sciencedirect.com/science/article/pii/S0263237311000715

24. Konrad, A. M., Moore, M. E., Doherty, A. J., Ng, E. S. W., & Breward, K.  (2012).  Vocational status and perceived well-being of workers with disabilities.  **Equality, Diversity & Inclusion:  An International Journal, 31**(2), 100-123**.** http://www.emeraldinsight.com/fwd.htm?id=aob&ini=aob&doi=10.1108/026101512112 02772 *Highly Commended Paper Award, Republished in Chelladurai, P. (Ed.), Sport Management: Critical Concepts in Sports Studies,* 2013, Routledge.

25. Moore, M. E., Konrad, A. M., Yang, Y., Ng, E. S. W., & Doherty, A. J.  (2011, December).  The vocational well-being of workers with childhood onset of disability:  Life satisfaction and perceived workplace discrimination.  **Journal of Vocational Behavior, 79**(3), 681-698. http://www.sciencedirect.com/science/article/pii/S0001879111000431

26. Yang, Y., & Konrad, A. M.  (2011, November).  Diversity and organizational innovation: The role of employee involvement.  **Journal of Organizational Behavior 32**(8), 1062-1083. http://onlinelibrary.wiley.com/doi/10.1002/job.724/abstract

27. Yang, Y., & Konrad, A. M.  (2011, February).  Understanding diversity management practices:  Implications of institutional theory and resource based theory.  **Group & Organization Management, 36** (1), 6-38. *Featured as part of the Editor's Choice Collection* (December, 2019–March, 2020) http://gom.sagepub.com/content/36/1/6.abstract

28. Konrad, A. M., Cannings, K., & Goldberg, C.  (2010, November).  Asymmetrical demography effects on psychological climate for gender diversity:  Differential effects of leader gender and work unit gender composition among Swedish doctors.  **Human Relations, 63**(11), 1661-1680.  http://hum.sagepub.com/content/63/11/1661.abstract

29. Moore, M. E., Konrad, A. M., & Hunt, J.  (2010, June).  Creating a vision boosts the impact of top management support on the employment of managers with disabilities:  The case of sport organizations in the USA.  **Equality, Diversity & Inclusion:  An International Journal, 29**(6), 609-625.  http://www.emeraldinsight.com/journals.htm?issn=2040-7149&volume=29&issue=6&articleid=1881504&show=abstract

30. Moore, M. E., Konrad, A. M., & Parkhouse, B. L.  (2010, Spring).  Women in sport

management:  Advancing the representation through HRM structures.  **Gender in Management:  An International Journal, 25**(2), 104-118.  [Re-publication of Moore, Konrad & Parkhouse, 2001, selected as high impact article].
http://www.emeraldinsight.com/journals.htm?issn=1754-2413&volume=25&issue=2&articleid=1845836&show=abstract

31. Yap, M., & Konrad, A. M.  (2009, Fall).  Gender and racial differentials in promotions:  Is there a sticky floor, a mid-level bottleneck, or a glass ceiling?  **Relations Industrielles/Industrial Relations (RI-IR), 64**(4)**,** 593-620.
http://www.erudit.org/revue/ri/2009/v64/n4/038875ar.html?vue=resume

32. Konrad, A. M., Kramer, V., & Erkut, S.  (2008, April-June).  Critical Mass:  The Impact of Three or More Women on Corporate Boards.  **Organizational Dynamics, 37**, 145-164**.** One of the journal's **Top 10 Most Cited articles** in the last 5 years as of August 1, 2011.

33. Stickney, L., & Konrad, A. M.  (2007, September).  Gender-role attitudes and earnings:  A multinational study of married women and men.  **Sex Roles, 57**, 801-811**.**

34. Corrigall, E. A., & Konrad, A. M.  (2007, June).  Gender Role Attitudes and Careers:  A Longitudinal Study.  **Sex Roles, 56**, 847-855.

35. Deckop, J., Konrad, A. M., Perlmutter, F. D., & Freely, J.  (2006, Winter). The effect of human resource management practices on the job retention of former welfare clients**.  Human Resource Management**, **45**, 539-559.

36. Linnehan, F., Chrobot-Mason, D., & Konrad, A. M.  (2006, June).  Diversity attitudes and norms:  The role of ethnic identity and relational demography.  **Journal of Organizational Behavior, 27,** 419-442.

37. Konrad, A. M., Ross, G., III, & Linnehan, F.  (2006, May).  Is promoting an African American unfair? The triple interaction of participant ethnicity, target ethnicity, and ethnic identity.  **Journal of Applied Social Psychology, 36**, 1215-1233.

38. Corrigall, E. A., & Konrad, A. M.  (2006, January). The impact of job attribute preferences to employment, hours of paid work, and family responsibilities:  An analysis comparing women and men.  **Sex Roles, 54**, 95-108.

39. Perlmutter, F. D., Deckop, J., Konrad, A. M., & Freely, J.  (2005, December).  Nonprofits and the job retention of former welfare clients.  **Nonprofit and Voluntary Sector Quarterly, 34**, 473-490.

40. Konrad, A. M., Yang, Y., Goldberg, C. B., & Sullivan, S.  (2005, September).  Preferences for job attributes associated with work and family: A longitudinal study of career outcomes.  **Sex Roles, 53**, 303-315.

41. Goldberg, C. B., Finkelstein, L. M., Perry, E., & Konrad, A. M. (2004, November).  Job and industry fit:  The effects of age and gender matches on career progress outcomes.  **Journal of Organizational Behavior, 25**, 807-829.

42. Moore, Mark E., Parkhouse, B. L., & Konrad, A. M.  (2004, July/September).  Diversity programs: Influencing female students to sport management?  **Women in Management Review, 19**, 304-316.

43. Geddes, D., & Konrad, A. M.  (2003, December).  Demographic differences and reactions to performance feedback.  **Human Relations, 56**, (12), 1485-1514.

44. Konrad, A. M., & Spitz, J.  (2003, August).  Explaining demographic group differences in affirmative action attitudes.  **Journal of Applied Social Psychology, 33**, (8), 1618-1642.

45. Linnehan, F., Konrad, A. M., Reitman, F., Greenhalgh, A., & London, M.  (2003, July).  Behavioral goals for a diverse organization: The effects of attitudes, social norms, and racial identity for Asian Americans and Whites.  **Journal of Applied Social Psychology, 33**, (7), 1331-1359.

46. Konrad, A. M.  (2003, July).  Family demands and job attribute preferences: A four-year longitudinal study of women and men.  **Sex Roles, 49**, (1/2), 35-46.

47. Konrad, A. M., & Harris, C.  (2002, September).  Desirability of the Bem Sex Role Inventory items for women and men: A comparison between African Americans and European Americans.  **Sex Roles, 47**, 259-271.

48. Konrad, A. M., & Hartmann, L.  (2001).  Gender differences in attitudes toward affirmative action programs in Australia: Effects of beliefs, interests, and attitudes toward women.  **Sex Roles, 45**, 415-432.

49. Brown, D. W., & Konrad, A. M. (2001).  Granovetter was right!  Using networks to find a job.  **Group and Organization Management, 26**, 434-462.

50. Konrad, A. M., Kashlak, R., Yoshioka, I., Waryszak, R., & Toren, N.  (2001).  What do managers like to do?  A five country study.  **Group and Organization Management, 26**, 401-433.

51. Brown, D. W., & Konrad, A. M.  (2001).  Job seeking in a turbulent economy: Social networks and the importance of cross-industry ties to an industry change.  **Human Relations, 54**, 1015-1044.

52. Konrad, A. M., & Deckop, J.  (2001).  Human resource trends in the United States: Challenges in the midst of prosperity.  **International Journal of Manpower, 22**, 269-278.

53. Moore, M., Parkhouse, B., & Konrad, A. M. (2001). Philosophical and strategic support: Advancing the careers of women in sport. **Women in Management Review, 16**(2), 51-61. (selected by the Editor as one of the top 4 papers in the volume to receive the "Literati Highly Commended Paper Award").

54. Konrad, A. M., & Mangel, R. (2000). The impact of work-life programs on firm productivity. **Strategic Management Journal, 21**, 1225-1237.

55. Konrad, A. M., Ritchie, J. E., Jr., Lieb, P., & Corrigall, E. (2000). Sex differences and similarities in job attribute preferences: A meta-analysis. **Psychological Bulletin, 126**, 593-641.

56. Konrad, A. M., Corrigall, E., Lieb, P., & Ritchie, J. E., Jr. (2000). Sex differences in job attribute preferences among managers and business students. **Group and Organization Management, 25**, 108-131.

57. Linnehan, F, & Konrad, A. M. (1999). Diluting diversity: Implications for inter-group inequality in organizations. **Journal of Management Inquiry, 8**, 400-415.

58. Langton, N., & Konrad, A. M. (1998). The impact of labor market structure on sex differences in earnings. **Gender, Work and Organization, 5**(2), 83-101.

59. Konrad, A. M., & Cannings, K. (1997). The Effects of Gender Role Congruence and Statistical Discrimination on Managerial Advancement. **Human Relations, 50**, 1305-1328.

60. Toren, N., Konrad, A. M., Yoshioka, I., & Kashlak, R. (1997). Managerial Task Preferences and Importance of Job Attributes: Are They Different for Women and Men? **Women in Management Review, 12**, 234-243.

61. Konrad, A. M., Waryszak, R., & Hartmann, L. (1997). What Do Managers *Like* To Do? Comparing Women and Men in Australia and the U.S. **Australian Journal of Management, 22**, 71-98.

62. Brown, D. W., & Konrad, A. M. (1996). Task complexity and information exchange: The impact of nurses' networking activities on organizational influence. **Sociological Focus, 29**, 107-124.

63. Konrad, A. M., & Linnehan, F. (1995). Formalized HRM structures: Coordinating equal employment opportunity or concealing organizational practices? **Academy of Management Journal, 38**, 787-820.

64. Konrad, A. M., & Linnehan, F. (1995). Race and sex differences in line managers' reactions to equal employment opportunity and affirmative action interventions.

**Group and Organization Management**, **20**, 409-439.

65. Konrad, A. M., & Cannings, K. (1994). Of mommy tracks and glass ceilings: A case study of men's and women's careers in management. **Relations Industrielles**, **49**, 304-336.

66. Konrad, A. M., & Brown, D. W. (1993). Task complexity, dependency relationships and influence: The case of nurses in a general hospital. **Sociological Focus**, **26**, 203-226.

67. Konrad, A. M. (1991). Faculty productivity and demographics. **Thought and Action**, **7**(2), 19-54.

68. Pfeffer, J., & Konrad, A. M. (1991). The effect of individual power on earnings. **Work and Occupations**, **18**, 385-414.

69. Konrad, A. M., & Pfeffer, J. (1991). Understanding the hiring of women and minorities in educational institutions. **Sociology of Education**, **64**, 141-157 (lead article in issue).

70. Konrad, A. M., & Pfeffer, J. (1990). Do you get what you deserve? Factors affecting the relationship between productivity and pay. **Administrative Science Quarterly**, **35**, 258-283.

71. Gutek, B. A., Cohen, A. G., & Konrad, A. M. (1990). Predicting social-sexual behavior in the workplace: A contact hypothesis. **Academy of Management Journal**, **33**, 560-577.

72. Konrad, A. M., & Gutek, B. A. (1986). Impact of work experiences on attitudes toward sexual harassment. **Administrative Science Quarterly**, **31**, 422-438.

73. Burn, S. M., & Konrad, A. M. (1986). Explaining the relationship between SES and political participation. **Political Psychology**, **8**, 125-138.

**BOOK CHAPTERS:**

1. Konrad, A. M. (2020). Organizational identity group relations in the Trump era: an asymmetric model of diversity and inclusion norm violations. In Hebl, M., King, E., & Roberson, Q., **Research on Social Issues**. https://www.infoagepub.com/products/Pushing-our-Understanding-of-Diversity-in-Organizations

2. Baldridge, D., Beatty, J., Konrad, A. M., & Moore, M. E. (2016). Workers with disabilities: Identity, stigmatization, accommodation, and intersection with gender and aging effects on employment opportunities. In Bendl, R., Bleijenbergh, I., Henttonen, E., & Mills, A. J., **The Oxford Handbook of Diversity in Organisations,** pp. 469-498. Oxford: Oxford University Press.

3. Konrad, A. M. (2013). Work-life interface and flexibility: Impacts on women, men,

11

families and employers.  In Q. M. Roberson (Ed.), **The Oxford Handbook of Diversity and Work,** pp. 366-390.  Oxford:  Oxford University Press.

4. Erkut, S., Kramer, V. W., & Konrad, A. M.  (2008).  Critical mass:  Does the number of women on a corporate board make a difference?  In S. Vinnicombe, V. Singh, R. J. Burke, D. Bilimoria, & M. Huse (Eds.), **Women on Corporate Boards of Directors: International Research and Practice** (pp. 222-232).  Cheltenham, UK: Elgar.

5. Baruch, Y., Konrad, A. M., Aguinis, H., & Starbuck, W.  (2008).  Preface.  In Y. Baruch, A. M. Konrad, H. Aguinis, & W. Starbuck (Eds.), **Opening the Black Box of Editorship** (pp. xxi-xxv).  London: Palgrave.

6. Konrad, A. M.  (2008).  Knowledge creation and the journal editor's role.  In Y. Baruch, A. M. Konrad, H. Aguinis, & W. Starbuck (Eds.), **Opening the Black Box of Editorship** (pp. 3-15).  London: Palgrave.

7. Starbuck, W., Aguinis, H., Baruch, Y., & Konrad, A. M.  (2008).  Epilogue:  Tradeoffs among editorial goals in complex publishing environments.  In Y. Baruch, A. M. Konrad, H. Aguinis, & W. Starbuck (Eds.), **Opening the Black Box of Editorship** (pp. 250-270).  London: Palgrave.

8. Pringle, J., K., Konrad, A. M., & Greene, A. M.  (2008).  Implementing employment equity in gendered organizations for gendered lives.  In S. Clegg & C. Cooper (Eds.), **Handbook of Macro Organizational Behavior,** (pp. 287-308).  London: Sage.

9. Konrad, A. M.  (2007).  The effectiveness of human resource practices for promoting women's careers.  In Bilimoria, D. (Ed.), **Handbook of Women in Business and Management** (pp. 254-276).  Northampton, MA: Edward Elgar.

10. Chrobot-Mason, D., Konrad, A. M., & Linnehan, F.  (2006).  Measures for quantitative diversity scholarship.  In A. M. Konrad, P. Prasad, & J. K. Pringle (Eds.), **Handbook of Workplace Diversity** (pp. 237-270).  London: Sage.

11. Prasad, P., Pringle, J. K., & Konrad, A. M.  (2006).  Examining the contours of workplace diversity:  Concepts, contexts and challenges.  In A. M. Konrad, P. Prasad, & J. K. Pringle (Eds.), **Handbook of Workplace Diversity** (pp. 1-22).  London: Sage.

12. Pringle, J. K., Konrad, A. M., & Prasad, P.  (2006).  Conclusion:  Reflection and future direction.  In A. M. Konrad, P. Prasad, & J. K. Pringle (Eds.), **Handbook of Workplace Diversity** (pp. 531-539).  London: Sage.

13. Konrad, A. M., & Linnehan, F.  (2003).  Affirmative action as a means of increasing workforce diversity.  In M. J. Davidson and S. L. Fielden (Eds.), **Individual diversity and psychology in organizations** (pp. 95-111).  Chichester: Wiley.

14. Konrad, A. M., & Linnehan, F.  (1999). Affirmative action:  History, effects and attitudes.
In G. Powell (Ed.), **Handbook of Gender in the Workplace**, pp. 429-452.  Thousand
Oaks, CA:  Sage.

15. Konrad, A. M.,  & Linnehan, F.  (1994).  Managing a diverse work force:  Attraction,
retention, and development.  In C. H. Fay, K. F. Price, and R. J. Niehaus (Eds.), **Achieving
Organizational Success:  Through Innovative Human Resource Strategies**, (pp. 177-
210).  New York, NY:  Human Resource Planning Society.

16. Konrad, A. M., Winter, S., & Gutek, B. A.  (1992).  Diversity in work group sex
composition:  Implications for majority and minority members.  In P. Tolbert and S.
Bacharach, (Eds.), **Research in the Sociology of Organizations**, **Vol. 13**, (pp. 115-140).
Greenwich, Connecticut:  JAI Press.

17. Konrad, A. M., & Gutek, B. A.  (1987).  Theory and research on group composition:
Applications to the status of women and ethnic minorities.  In S. Oskamp & S. Spacapan
(Eds)., **Interpersonal Processes:  The Claremont Symposium on Applied Social
Psychology**, (pp. 85-121).  Newbury Park, CA:  Sage.

18. Oskamp, S., King, J. C., Burn, S. M., Konrad, A. M., Pollard, J. A., & White, M. A.  (1985).
The media and nuclear war:  Fallout from TV's "The Day After."  In S. Oskamp (Ed.),
**Applied Social Psychology Annual:  Vol. 6**, (pp. 127-158).  Newbury Park, CA:  Sage.


## CASES:

1. Mark, K., & Konrad, A. M.  **Staffing at Wal-Mart Stores, Inc.** Ivey Case 9B04C006 (A)
9B04C007 (B) Teaching Note 8B04C06.
2. Konrad, A. M.  **Marie Bohm and The Aspect Group.**  Ivey Case 9B05C017 Teaching Note
8B05C17.
3. Mark, K., & Konrad, A. M.  **An Indiscreet Conversation on Hiring**.  Ivey Case 9B05C032
Teaching Note 8B05C32.
4. Mitchell, J., & Konrad, A. M.  **Christina Gold Leading Change at Western Union**.  Ivey Case
9B06M007 Teaching Note 8B06M07.
5. Chandrasekhar, R., Konrad, A. M., & Nicholls-Nixon, C. L.  **Biocon Ltd.: Building a Biotech
Powerhouse**.  Ivey Case 9B06M070 Teaching Note 8B06M070.
6. Mark, K., & Konrad, A. M.  **Anita Jairam at Metropole Services**.  Ivey Case 9B06C03 Teaching
Note 8B06C03.
7. Mitchell, J., & Konrad, A. M.  **Marimekko**.  Ivey Case 9B06C014 Teaching Note 8B06C14.
8. Konrad, A. M.  **CBC Radio's Metro Morning.**  Ivey Case 4B07C005 (A) 4B07C006 (B)
Teaching Note 8B07C05.
9. Thomson, S., & Konrad, A. M. (May, 2009). **Brussels and Bradshaw**.  Ivey Case 9B09C011
Teaching Note 8B09C011.

13

10. Konrad, A. M. (May, 2011). **Vlaad and Company:  Recruiting Women in the Capital Markets**. Ivey Case 9B11C011 Teaching Note 8B11C011.

11. Mainiero, L.A., & Konrad, A. M. (August, 2011). **Managing Romance in the Office**. Ivey Case 9B11C014 Teaching Note 8B11C014.

12. Krishnan, N., & Konrad, A. M. (December, 2011). **Anjali Kumar – Negotiating a Job Offer (A) (B)** Ivey Case 9B11C045, 9B11C046 Teaching Note 8B11C045.

13. Konrad, A. M. **Organizational Culture, Values and Fit in the Workplace:  Making the Right Job Choices**. Ivey Reading 9B11C020.

14. Granrose, C., & Konrad, A. M. (October, 2012).  **Assigned Leader Group Exercise:  Assessing Your Leadership Skills**. Ivey Case 9B12C033 Teaching Note 8B12C033.

15. McInerny-Lacombe, N., & Konrad, A. M. **Women Board Directors:  Championing the Tough Issues**. (July, 2013). Ivey Case 9B13C014 Teaching Note 8B13C014.

16. Shaw, V., & Konrad, A. M. (July, 2013). **Forrest & Faneuil.** Ivey Case 9B13C026 Teaching Note 8B13C026.

17. Konrad, A. M., & Imai, L. (November, 2013). **Regulatory Focus and Effectiveness in the Workplace.** Ivey Reading 9B13C039.

18. Saganski, M., & Konrad, A. M. (November, 2013). **Sarah Vickers:  Post Acquisition Career Management**. Ivey Case 9B13C015 Teaching Note 8B13C015.

19. Shuh, A., & Konrad, A. M. (May, 2014).  **Deloitte Consulting GTA:  The Deloitte Dads Initiative**. Ivey Case 9B13C046 Teaching Note 8B13C046.

20. Mark, K., & Konrad, A. M. (October, 2014).  **C&F Consulting, Inc.**   Ivey Case 9B14C024 Teaching Note 8B14C024.

21. Mark, K., Konrad, A. M., Goh, K., & Peng, A.  (August, 2015).  **McKinsey & Company:  Talent Management and Knowledge Creation**. Ivey Case 9B15C016 Teaching Note 8B15C016

22. Birbrager, L., & Konrad, A. M.  (October, 2015).  **Mabel's Labels:  Leading in a Results-Only Work Environment.** Ivey Case 9B15C013 Teaching Note 8B15C013

23. Blanchard, K., & Konrad, A. M.  (October, 2015).  **Sophia Tannis: Life Choices (A)** and **(B)** 9B15M101, 9B15M102 Teaching Note 8B15M101

24. Birbrager, L., & Konrad, A. M.  (September, 2016).  **CIBC: Fostering an Inclusive Culture, Leading with Gender.**  Ivey Publishing 9B16C027 Teaching Note 8B16C027

25. Birbrager, L., & Konrad, A. M. (August, 2018).  **Fauzia Kehar:  Redefining Norms in a Conservative Culture**. Ivey Publishing 9B18C030 Teaching Note 8B18C030

26. Rehman, A., Ali, A., & Konrad, A. M.  (September, 2019).  **Lajpal Tea: Black Gold at Stake – Supplier Selection**. Ivey Publishing 9B19D020 Teaching Note 8B19D020

27. Mark, K., & Konrad, A. M.  (April, 2020).  **Pamela Jeffery: Canadian Boards and Diversity**. Ivey Publishing 9B20C024 Teaching Note 8B20C024

28. Birbrager, L., & Konrad, A. M.  (September, 2020).  **Gusto 54: Creating a Culture of Ownership and Accountability**. Ivey Publishing 9B20C040 Teaching Note 8B20C040

29. Harlos, K., Konrad, A., & Monzani, L.  (May, 2020).  **Three Cases on Workplace Mistreatment**. Ivey Publishing 9B20C041 Teaching Note 8B20C041

30. Konrad, A., Blanchard, K., & MacMillan, K.  (October, 2020).  **Breaking the Silence (A): Taboo Topics, Breaking the Silence (B): Exploring Your Own Stories**. Ivey Publishing 9B20C043 & 9B20C044 Teaching Note 8B20C043

**OTHER PUBLICATIONS:**

Braatz, A., & Konrad, A. M.  (2013, September/October).  Nine ways that business leaders can put out any fire.  **Ivey Business Journal**.

Grange, H., Konrad, A. M., & Reyes, C.  (2011, July/August).  The Stratford Shakespeare Festival's Journey to Diversity and Inclusion.  **Ivey Business Journal**.

Moore, M., & Konrad, A. M.  (2010).  A reflection of the contributions of "women in sport management:  advancing the representation through HRM structures."  **Gender in Management:  An International Journal, 25**(2), 100-103.

Konrad, A. M.  (2009), "Engaging employees through high involvement work practices", in Stagg, A. (ed.), **Latest Thinking in Contact Center Management: How to succeed in today's dynamic environment**, The Marketing & Management Collection, Henry Stewart Talks Ltd, London (online at http://www.hstalks.com/?t=MM0682085-Konrad)

Konrad, A. M.  (2008, October).  Work-life flexibility and greedy jobs.  **Benefits Canada.**

Konrad, A. M., Leslie, K., & Peuramaki, D.  (2007, September/October).  Full Accessibility by 2025: Will Your Business Be Ready?  **Ivey Business Journal**, Reprint #9B07TE05 (8 pages).

Konrad, A. M.  (2007, March 1).  Diversity lags in the workplace.  **Toronto Star**, p. A26.

Kramer, V., Konrad, A. M., & Erkut, S.  (2006, December).  Critical mass.  **Governance,** Issue 158 (www.governance.co.uk).

Konrad, A. M., & Kramer, V.  (2006, December).  How many women do boards need?  **Harvard Business Review**, p. 22, available online at: https://hbr.org/2006/12/how-many-women-do-boards-need

Kramer, V., Konrad, A. M., & Erkut, S.  (2006, October).  **Critical Mass on Corporate Boards: Why Three or More Women Enhance Governance.**  Wellesley, MA:  Wellesley Centers for Women.

Konrad, A. M.  (2006, September).  Leveraging Workplace Diversity in Organizations.  **Organization Management Journal, 3**, 164-189.  Invited article.

Konrad, A. M.  (2006, March/April).  Engaging employees through high involvement work practices.  **Ivey Business Journal,** Reprint #9B06TB08 (6 pages).

Deckop, J., & Konrad, A. M.  (2006).  Welfare-to-work programs.  In J. H. Greenhaus & G. A. Callanan (Eds.), **Encyclopedia of Careers and Career Development** (Vol. 2, pp. 854-855).  Thousand Oaks, CA: Sage.

Konrad, A. M.  (2003, March).  Defining the domain of workplace diversity scholarship: Introduction to the Special Issue on Workplace Diversity.  **Group and Organization Management, 28**, 1-14.

Crosby, F., & Konrad, A. M.  (2002).  Affirmative action in employment.  **The Diversity Factor, 10**(2), 5-9.

Ruderman, M. N.  (1996).  Affirmative action:  Does it really work?  A research translation of the 1995 Konrad & Linnehan AMJ article on Affirmative Action.  **Academy of Management Executive, 10**(3), 64-65.

Konrad, A. M.  (1994).  Two-step co-optation:  Pulling the strings that pull the strings -- A Research Translation.  **Academy of Management Executive, 8**(1), 81-82.

Konrad, A. M.  (1988).  Review of J. Hearn and W. Parkin, **'Sex' at 'Work':  The Power and Paradox of Organization Sexuality**.  **Administrative Science Quarterly, 33**, 162-165.

**MANUSCRIPTS UNDER REVIEW:**

Ali, M., Grabarski, M., & Konrad, A. M.  A panel data investigation of the curvilinearity of trickle-down and bottom-up effects of women's representation: The moderating effect of organizational size.  Revise & resubmit decision received from the **International Journal of Contemporary Hospitality Management**, June 25, 2021.

Bhardwaj, A., Mishra, S., Qureshi, I., Kamal, K. K., Konrad, A. M., Seidel, M.-D. L., & Bhatt, B.  The paradox of caste affirmative action:  A longitudinal study of homophilous network exclusion.  Fourth revise & resubmit decision received from the **Journal of Management Studies**, May 24, 2021.

Richard, O. C., Goce, Konrad, A. M., & Yang, Y.  Diversity Management and Competitive Action Variety:  Link to Firm Financial Performance through Horizontal Integration and HRM Strength.  Second revise & resubmit decision received from the **Journal of Business Research**, March 5, 2021.

Grabarski, M. K., Konrad, A. M., Shin, D., & Sullivan, S. E.  I've Got the Power: Theoretical Construct Development and Validation of the Career Empowerment Scale.  First submission to the **Journal of Vocational Behavior**, June 14, 2021.

Yang, Y., Kulkarni, M., Baldridge, D. C., & Konrad, A. M.  Earnings of persons with disabilities:  Who benefits most from entrepreneurial pursuit?  First submission to the **European Management Journal**, May 26, 2021.

Wu, X., & Konrad, A.M.  Does Age Diversity Benefit Team Outcomes, if so, When and How? A Moderated Mediation Model.  First submission to the **Journal of Business & Psychology**, February 24, 2021.

**WORKING PAPERS:**

Avery, D., Richard, O. C., Yang, Y., & Konrad, A. M.  Creating creative spaces: The interactive roles of training and diversity climates in facilitating creative performance.

Bhardwaj, A., Qureshi, I., Konrad, A. M., Seidel, M.-D., Lee, S. H., & Lo, E.  Nodal Bandwidth: A Systemic Source of Triad Brokerage Advantage.

Grabarski, M., Hurst, C., & Konrad, A. M.  You're the Voice: What Happens When Employee Voice is (or is not) Expressed.

Jung, Y., Hurst, C., MacMillan, K., & Konrad, A. M. More flies are caught with honey than vinegar:  Effects of assertive and tentative employee voice.

Shin, D., Woodwark, M. J., Jung, Y., & Konrad, A. M.  Voice human resource management practices and organizational innovation:  A systems theory approach.

Yang, Y., Konrad, A. M., & Corbett, B. A.  Human Resource Management Practices and Career Advancement:  Testing A Multi-Level Perspective on Promotions.

Yang, Y., & Konrad, A. M.  Organizational Gender Diversity, Human Resource Management Approach, and Organizational Performance.

**PRESENTATIONS** (Papers published in proceedings indicated by a *)**:**

Patel, S., Konrad, A. M., Ouslis, N., & Goh, K.  (August, 2020).  Glass cliff or speed bump? Gender diversity in U.S. mutual fund management teams: 1992-2016.  Paper presented asynchronously as part of the Symposium, "Storming the Last Bastions: Women entering

high prestige male-dominated occupations," **Academy of Management**, Zoom.

Yang, Y., Chen, H., Konrad, A. M., Richard, O. C., & Beydoun, A. R. (August, 2019). Embrace merit and inclusion: Creative gains from linking identity conscious to identity blind climate. Paper presented at the **Academy of Management**, Boston, MA.

Ali, M., Konrad, A. M., & Grabarski, M. (August, 2018). Trickle-down and bottom-up effects of women's representation: The role of context. Paper presented at the **Academy of Management**, Chicago, IL.

Jones-Morales, J. S., & Konrad, A. M. (August, 2018). Developing elite leaders across gender and socioeconomic diversity: A process metaphor. Paper presented as part of the symposium, "Increasing senior leadership diversity: Process insights from a global set of qualitative studies." **Academy of Management**, Chicago, IL.

Yang, Y., Konrad, A. M., & Corbett, B. (August, 2018). Organization or market-oriented HRM practices? Examining their effects on employee wages. Paper presented at the **Academy of Management**, Chicago, IL.

Konrad, A. M., Yang, Y., and Corbett, B. (July, 2018). Human resource management practices and career advancement: Testing a multi-level perspective on promotions. Paper presented at the **International Society for the Study of Work and Organizational Values**, Trieste, ITALY.

Konrad, A. M., & Yang, Y. (August, 2017). A dynamic capabilities approach to managing the diversity-meritocracy paradox. Paper presented at the **Academy of Management**, Atlanta, GA, Nominated for Best Paper Award, *Gender & Diversity in Organizations* Division.

Grabarski, M., Konrad, A. M., & Hurst, C. (August, 2017). Can't silence me: When employees can't speak up. Paper presented at the **Academy of Management**, Atlanta, GA.

Konrad, A. M. (August, 2017). Panelist, Showcase Symposium, A Dialogue on How a Trump Presidency May Affect Equality, Diversity and Inclusion. **Academy of Management**, Atlanta, GA.

Shin, D., & Konrad, A. M. (August, 2016). Human resource practices as adaptive systems. **Academy of Management**, Anaheim, CA.

Yang, Y., Konrad, A. M., & Corbett, B. (August, 2016). Can high involvement work practices enhance equity in career advancement through promotions? **Academy of Management**, Anaheim, CA.

Jones-Morales, J., & Konrad, A. M. (August, 2016). The impact of mentoring on the development of authentic leadership among elite leaders. Paper presented as part of the Symposium, "Positive work relationships: Building diversity and inclusion in a global business environment," at the **Academy of Management**, Anaheim, CA.

Jones-Morales, J., & Konrad, A. M. (August, 2015). Women's pathways to authentic elite leadership: Evidence from 78 elite leaders in the Caribbean. Paper presented as part of the Symposium, "Pathways to senior leadership for women: Quantitative, qualitative, and cross-cultural perspectives," at the **Academy of Management**, Vancouver, BC.

Yang, Y., & Konrad, A. M. (August, 2015). Underemployment of workers with disabilities: The antecedents and moderating factors. **Academy of Management**, Vancouver, BC.

Kim, D., & Konrad, A. M. (May, 2015). Antecedents of career disruption for persons with disabilities: Moderating effects of gender and childhood disability onset. **Eastern Academy of Management,** Philadelphia, PA.

17

Yang, Y., & Konrad, A. M.  (August, 2014).  Gender diversity, business strategy, and organizational performance.  **Academy of Management**, Philadelphia, PA.

Konrad, A. M., Radcliffe, V., & Shin, D.  (August, 2014).  Diversity and Participation in Helping Networks among MBA Students:  Impact on Influence.  **Academy of Management**, Philadelphia, PA.

Shin, D., & Konrad, A. M.  (August, 2013).  Examining causality between high performance work systems and organizational performance.  **Academy of Management**, Orlando, FL.

Srinivasan, V., & Konrad, A. M.  (August, 2013).  Pathways to board directorship among women in India:  An exploratory study.  Paper presented as part of the symposium, "Women on Corporate Boards:  New Insights from Global Research," at the **Academy of Management**, Orlando, FL.

Yang, Y., & Konrad, A. M.  (August, 2013).  Gender and promotion: The cross-level effects of congruence of human resource practices.  **Academy of Management**, Orlando, FL.

Breward, K., & Konrad, A. M. (May, 2013).  Work-life interface benefits usage and absenteeism among immigrant workers:  Impact of acculturation.  **Eastern Academy of Management,** Baltimore, MD.

Baldridge, D. C., Konrad, A. M., & Moore, M. E.  (August, 2012).  Workplace inclusion of people with disabilities.  **Academy of Management**, Boston.

Konrad, A. M., Sidani, Y. M., & Karam, C. M.  (August, 2012).  Female leaders, mindsets and change in the Arab Middle East.  Paper presented as part of the symposium, "Gender and the Arab Spring:  Women Shaping Change," at the **Academy of Management**, Boston.

Bhardwaj, A., Qureshi, I., Konrad, A. M., & Lee, S. H.  (August, 2012).  A longitudinal study of personality, centrality, and churn in close friendship and broader networks.  **Academy of Management**, Boston.

Shin, D., & Konrad, A. M.  (June, 2012).  Causality between high performance work systems and organizational performance.  **Administrative Sciences Association of Canada,** St. John's, Newfoundland.

Konrad, A. M., Qureshi, I., Seidel, M.-D., Lo, E., & Bhardwaj, A.  (August, 2011).  The role of homophily in the formation of strong-tie triads:  Gender and race/ethnic differences.  **Academy of Management**, San Antonio, TX.

Moore, M. E., Konrad, A. M., Yang, Y., Ng, E., & Doherty, A.  (August, 2011).  The vocational well-being of workers with childhood onset of disability.  **Academy of Management**, San Antonio, TX.

*Stickney, L. T., & Konrad, A. M.  (July, 2011).  Societal institutions and work and family gender-role attitudes:  A multinational study.  **Administrative Sciences Association of Canada**, Montréal, Québec.

*Stickney, L. T., & Konrad, A. M.  (June, 2011).  Gender differences in work and family gender-role attitudes:  A multinational study.  **Eastern Academy of Management International Conference,** Bangalore, India.

Konrad, A. M., Lo, E., Seidel, M.-D., & Bhardwaj, A.  (August, 2010).  The development and impact of network portfolios:  Diversity, homophily.  Paper presented at the annual meeting of the **Academy of Management**, Montréal, Québec.

Moore, M. E., Ng, E. S. W., Konrad, A. M., Doherty, A. J., & Breward, K.  (August, 2010).  Effect of workplace accommodations on underemployment among persons with disabilities.  Paper

18

presented at the annual meeting of the **Academy of Management**, Montréal, Québec.

Breward, K., Doherty, A. J., Konrad, A. M., Moore, M. E., & Ng, E. S. W.  (May, 2010).  Individual, job, and organizational factors predicting the receipt of needed workplace accommodations by workers with disabilities.  Paper presented at the annual meeting of the **Administrative Sciences Association of Canada**, Regina, Saskatchewan.

Lo, E., Seidel, M.-D., Konrad, A. M., & Bhardwaj, A.  (May, 2010).  Don't try too hard:  The negative consequences of network tie overestimation for proactive individuals.  Paper presented at the annual meeting of the **Administrative Sciences Association of Canada**, Regina, Saskatchewan.

Konrad, A. M., & Yang, Y.  (August, 2009).  Work-Life Flexibility, Job Satisfaction & Promotions:  Impact of Gender and Lone Parenthood.  Paper presented at the annual meeting of the **Academy of Management**, Chicago, IL.

Yang, Y., & Konrad, A. M.  (August, 2009).  Diversity and job satisfaction: A cross-level examination of high performance work systems.  Paper presented at the annual meeting of the **Academy of Management**, Chicago, IL.

*Konrad, A. M., Deckop, J., & Yang, Y.  (June, 2009).  Human resource management configurations for low-wage workers:  Does industry matter?  Paper presented at the annual meeting of the **Administrative Sciences Association of Canada**, Niagara Falls, ON.

*Konrad, A. M., & Breward, K.  (June, 2009).  Work-life flexibility benefits and involuntary turnover among immigrant workers.  Paper presented at the annual meeting of the **Administrative Sciences Association of Canada**, Niagara Falls, ON.

Konrad, A. M., Yang, Y., & Maurer, C.  (August, 2008).  Strategic diversity management:  A configurational approach to diversity-related HRM practices.  Paper presented at the annual meeting of the **Academy of Management,** Anaheim, CA.

Lee, S. H., Qureshi, I., Bhardwaj, A., & Konrad, A. M.  (August, 2008).  Impacts of proactive personality on the link between network centrality and satisfaction/stress.  Paper presented at the annual meeting of the **Academy of Management,** Anaheim, CA.

Konrad, A. M., & Deckop, J.  (August, 2008).  Human resource management practices for employing former welfare clients.  Paper presented as part of the symposium, "The Questions We Don't Ask: Work-Family Issues Among Low-Wage Families" organized by C. Hurst.  **Academy of Management,** Anaheim, CA.

Konrad, A. M., Yang, Y., Maurer, C., Purdy, L., & Rothstein, M.  (May, 2008).  Making the invisible visible:  A quantitative measure of relational practice.  Paper presented at the annual meeting of the **Administrative Sciences Association of Canada**, Halifax, Nova Scotia.

Lee, S. H., Qureshi, I., Bhardwaj, A., & Konrad, A. M.  (May, 2008).  Moderating impacts of proactive personality on the relationship between network centrality and satisfaction/role overload: A social networks analysis.  Paper presented at the annual meeting of the **Administrative Sciences Association of Canada**, Halifax, Nova Scotia.

Konrad, A. M., Deckop, J. R., Perlmutter, F., & Freely, J.  (August, 2007).  HRM configurations for low-wage workers:  Do employers make investments in former welfare clients?  Paper presented at the annual meeting of the **Academy of Management,** Philadelphia, PA.

*Yang, Y., & Konrad, A. M.  (June, 2007).  The impact of racial diversity on innovation:  The moderating Effect of Organizational Context.  Paper presented at the annual meeting of the

**Administrative Sciences Association of Canada**, Ottawa.

*Konrad, A. M., Kramer, V. W., & Erkut, S.  (May, 2007).  Critical mass:  How many women does a board need?  Paper presented at the annual meeting of the **Eastern Academy of Management**, New Brunswick, NJ.

Konrad, A. M., Yang, Y., & Maurer, C.  (August, 2006).  Providing access to diversity through human resource management practices.  Paper presented as part of the symposium, "The impact of organizational practices on recruiting a diverse workforce," at the annual meeting of the **Academy of Management**, Atlanta, GA.

Konrad, A. M.  (July, 2006).  Glass ceilings and glass walls:  Do human resource management practices make a difference?  Paper presented as part of the panel, "Cracking the glass ceiling:  Needs, challenges and dilemmas," at the 26th **International Congress of Applied Psychology**, Athens, Greece.

Konrad, A. M., Yang, Y., & Maurer, C.  (June, 2006).  Human resource management practices for achieving diversity advantage: Determinants and outcomes of the configuration of diversity management structures.  **Administrative Sciences Association of Canada**, Banff, AL.

Yang, Y., Konrad, A. M., & Cannings, K.  (August, 2005).  Pay dispersion and earnings for women and men: A study of Swedish doctors.  Paper presented at the annual meeting of the **Academy of Management**, Honolulu, HI.

Konrad, A. M., Maurer, C., & Yang, Y.  (May, 2005).  Best diversity practices among the Globe & Mail Top 1000.  Paper presented as part of the panel, "Conceptual and empirical advances in Canadian workplace diversity scholarship," at the annual meeting of the **Administrative Sciences Association of Canada**, Toronto, ON.

*Yang, Y., Cannings, K., & Konrad, A. M.  (May, 2005).  Pay dispersion and job attitudes for women and men: A study of Swedish doctors.  Paper presented at the annual meeting of the **Administrative Sciences Association of Canada**, Toronto, ON.

Stickney, L. T., & Konrad, A. M.  (May, 2005).  Gender-role attitudes and earnings: A three year multinational study.  Paper presented at the annual meeting of the **Eastern Academy of Management**, Springfield, MA.

Deckop, J., Konrad, A. M., Perlmutter, F., & Freely, J.  (August, 2004).  The effect of human resource management practices on the job retention of former welfare clients.  Paper presented at the annual meeting of the **Academy of Management**, New Orleans, LA.

Konrad, A. M., Goldberg, C., Sullivan, S., & Yang, Y.  (August, 2004).  Preferences for job attributes associated with work and family: A longitudinal study.  Paper presented as part of the symposium, "You can't have all of it all of the time: Moderators of the relationship between family and career," **Academy of Management**, New Orleans, LA.

Corrigall, E. A., & Konrad, A. M.  (August, 2004).  Gender role attitudes and careers: A longitudinal study of Whites and African Americans.  Paper presented as part of the symposium, "You can't have all of it all of the time: Moderators of the relationship between family and career," **Academy of Management**, New Orleans, LA.

*Chang, J., & Konrad, A. M.  (August, 2004).  Family, job attribute preferences, and earnings: A two-year cross-nation study.  Paper presented at the biannual meeting of the **International Society for the Study of Work and Organizational Values**, New Orleans, LA.

*Geddes, D., & Konrad, A. M.  (August, 2004).  Language and culture differences among employees and supervisors: Implications for reactions to performance feedback.  Paper

presented at the biannual meeting of the **International Society for the Study of Work and Organizational Values**, New Orleans, LA.

*Stickney, L., & Konrad, A. M. (August, 2004). Gender role attitudes and earnings: A multinational study. Paper presented at the biannual meeting of the **International Society for the Study of Work and Organizational Values**, New Orleans, LA.

*Konrad, A. M., & Cannings, K. (June, 2004). Asymmetrical demography effects on perceived rewards and social outcomes: Differentials effects of leader gender and work unit gender composition. Paper presented at the annual meeting of the **Administrative Sciences Association of Canada**, Québec City, Québec.

Corrigall, E. A., & Konrad, A. M. (August, 2003). Job attribute preferences and gender role attitudes: A longitudinal study of women's careers. Paper presented at the annual meeting of the **Academy of Management**, Seattle, WA.

*Linnehan, F., Chrobot-Mason, D., & Konrad, A. M. (August, 2002). The importance of ethnic identity to attitudes, subjective norms and behavioral intentions toward diversity. Paper presented at the annual meeting of the **Academy of Management**, Denver, CO.

Konrad, A. M., & Cannings, K. (August, 2002). Perceived Discrimination and Organizational Support: The Effects of Hospital Unit and Hospital Leadership Gender Composition. Paper presented as part of the symposium, "The Impact of Gender Context on Individuals and Organizations," **Academy of Management**, Denver, CO.

Goldberg, C., & Konrad, A. M. (August, 2002). The Effects of Gender Context: A Meta-Analysis. Paper presented as part of the symposium, "The Impact of Gender Context on Individuals and Organizations," **Academy of Management**, Denver, CO.

Konrad, A. M. (July, 2002). North American models of diversity: Hyper-individualism and the business case. **International Federation of Scholarly Associations of Management**, Gold Coast, AUSTRALIA.

*Konrad, A. M. (June, 2002). The Relationship of Work Values to Employment, Hours of Paid Work, and Family Responsibilities: An Analysis Comparing Women and Men. **International Society for the Study of Work and Organizational Values**, Warsaw.

Geddes, D., & Konrad, A. M. (June, 2002). Demographic Differences and Perceptions of Performance Appraisal Practices. **International Association for Conflict Management**, Park City, UT.

*Konrad, A. M., & Harris, C. (May, 2002). Attractiveness of the Bem Sex Role Inventory items for women and men: A comparison between African Americans and Whites. **Eastern Academy of Management**, New Haven, CT.

Konrad, A. M., & Ehrensal, P. (March, 2002). Crafting authority and domination in the classroom: Micropolitics in the academy. **Mid-Atlantic Organizational Behavior Teaching Conference**, Philadelphia, PA.

Konrad, A. M., Ross, G., III, & Linnehan, F. (August, 2001). Is promoting an African American unfair? Findings from two experimental studies. **Academy of Management**, in Washington, DC.

Goldberg, C., Finkelstein, L. M., Perry, E., & Konrad, A. M. (August, 2001). Age and career progress: Tests of simple and moderated effects. **Academy of Management**, in Washington, DC.

*Konrad, A. M., & Ross, G., III. (June, 2001). The implications of inter-group inequality for cross-

21

cultural management research. **International Eastern Academy of Management**, in San Jose, Costa Rica.

Harmon, J., Twomey, D., Mir, R., & Konrad, A. (May, 2001). Research at the edge and beyond: Nurturing practice-grounded research. **Eastern Academy of Management**, in New York.

Spitz, J., & Konrad, A. M. (January, 2001). Gender, sex, and salaries in academe: Is productivity enough? **Industrial Relations Research Association**, in New Orleans.

*Konrad, A. M., & Hartmann, L. (August, 2000). The effects of social identity and material self-interest on attitudes toward affirmative action programs for women. **Academy of Management**, in Toronto.

Konrad, A. M., & Ross, G., III. (August, 2000). Wouldn't it be nice? In pursuit of inter-group equality. **Academy of Management**, in Toronto:

Linnehan, F., Konrad, A. M., Reitman, F., Greenhalgh, A., & London, M. (August, 2000). Behavioral goals for a diverse workforce: The effects of attitudes, social norms, and racial identity. **Academy of Management**, in Toronto.

*Konrad, A. M. (June, 2000). The relationship between work values and family responsibilities: A four-year longitudinal study. **International Society for the Study of Work and Organizational Values**, in Jerusalem.

*Konrad, A. M. (June, 2000). Trends and emerging values in human resource management: The U.S. scene. **International Society for the Study of Work and Organizational Values**, in Jerusalem.

*Konrad, A. M., & Corrigall, E. (May, 2000). Impact of family demands on the job attribute preferences of women and men. **Eastern Academy of Management**, in Danvers, MA.

Konrad, A. M., Hartmann, L., & Spitz, J. (April, 2000). Explaining gender differences in attitudes toward affirmative action for women: An Australia-US comparison. **Society for Industrial and Organizational Psychology**, in New Orleans, LA.

Konrad, A. M. (March, 2000). Homophobia in the workplace. **Mid-Atlantic Organizational Behavior Teaching Conference**, Philadelphia, PA.

Konrad, A. M., & Spitz, J. (August, 1999). Explaining demographic group differences in attitudes toward affirmative action programs. **Academy of Management**, in Chicago, IL.

*Konrad, A. M., & Ross, G. (May, 1999). Organizational justice and inter-group inequality. **Eastern Academy of Management**, in Philadelphia, PA.

Konrad, A. M., Hartmann, L., & Spitz, J. (April, 1999). Explaining gender differences in attitudes toward affirmative action for women: An Australia-US comparison. **Society for Industrial and Organizational Psychology**, in New Orleans, LA.

Konrad, A. M., & Mangel, R. (August, 1998). The performance effect of work-family programs. **Academy of Management**, in San Diego, CA.

Konrad, A. M., & Linnehan, F. (August, 1998). Self-interested ideologies and attitudes toward affirmative action in academe. **Academy of Management**, in San Diego, CA.

*Konrad, A. M., Kashlak, R., Toren, N., Waryszak, R., & Yoshioka, I. (July, 1998). Managerial Task Preferences: Assessing What Managers Like to Do in Five Countries. **International Society for the Study of Work and Organizational Values**, Istanbul, Turkey.

*Linnehan, F., & Konrad, A. M. (May, 1998). Selling Diversity to Corporate America: Unintended Messages in the Diversity Management Literature. **Eastern Academy of Management**, Springfield, MA.

Konrad, A. M., & Langton, N.  (March, 1998).  Earnings Effects of Job Attribute Preferences:  The Importance of Gender.  **Eastern Sociological Society**, Philadelphia, PA.

Konrad, A. M.  (March, 1998).  Baby Boom:  Teaching about Gender Issues in the Workplace.  **Mid-Atlantic Organizational Behavior Teaching Conference**, Philadelphia, PA.

*Konrad, A. M., Corrigall, E. A., Lieb, P., & Ritchie, J. E.  (August, 1997).  The Effects of Sample, Time, and Occupational Matching on Gender Differences in Job Attribute Preferences.  **Academy of Management**, in Boston, MA.

Konrad, A. M.  (March, 1997).  "White Man's Burden":  Discussing Race in the Classroom.  **Mid-Atlantic Organizational Behavior Teaching Society**, Philadelphia, PA.

*Konrad, A. M., Corrigall, E. A., Lieb, P., & Ritchie, J. E.  (August, 1996).  Gender Differences and Similarities in Job Attribute Preferences:  A Meta-Analysis.  **International Society of the Study of Work and Organizational Values**, in Montréal, Québec, CANADA.

Corrigall, E. A., & Konrad, A. M.  (August, 1996).  Making Choices or Having It All?  **Academy of Management**, in Cincinnatti, OH.

Konrad, A. M., & Linnehan, F.  (August, 1994).  Line Managers' Attitudes toward Equal Employment Opportunity and Affirmative Action Interventions. **Academy of Management**, in Dallas, TX.

Konrad, A. M., & Linnehan, F.  (August, 1994).  HRM vs. the Line Manager:  Attitudes toward Equal Employment and Affirmative Action.  **American Psychological Association**, in Los Angeles.

*Konrad, A. M. (July, 1994).  Managers' Task Preferences in the U.S.A.  **International Society for the Study of Work and Organizational Values**, in Barcelona, SPAIN.

*Konrad, A. M., & Kashlak, R.  (July, 1994).  Comparing Managers' Task Preferences in Italy and the U.S.A.  **International Society for the Study of Work and Organizational Values**, in Barcelona, SPAIN.

Brown, D. W., & Konrad, A. M.  (October, 1993).  The professionalization agenda for nurses:  Falling short or short falling.  **American Management Foundation's Meetings on Employment Practices and Principles**, in San Francisco, CA.

Konrad, A. M. (August, 1993).  Does `Reverse Discrimination' Exist in Academe? **Academy of Management**, in Atlanta, GA.

Konrad, A. M., & Linnehan, F.  (June, 1993).  Managing a Diverse Workforce:  Attraction, Retention, and Development.  **1993 Human Resource Planning Society Research Symposium**, in Ithaca, NY.

*Konrad, A. M., & Cannings, K.  (May, 1993).  Climbing the management hierarchy:  Does family **really** have more impact on women?  **Eastern Academy of Management**, in Providence, RI.

*Konrad, A. M., & Linnehan, F.  (August, 1992).  Implementation and effectiveness of equal opportunity employment. **Academy of Management**, in Las Vegas, NV.

*Konrad, A. M.  (July, 1992).  Gender and preferences for the task content of managerial work.  **International Society for the Study of Work and Organizational Values**, in Karlovy Vary, CZECHOSLOVAKIA.

Konrad, A. M.  (June, 1992).  Evaluating student performance in a management skills seminar.  **Organizational Behavior Teaching Society**, Calgary, Alberta, CANADA.

*Linnehan, F., & Konrad, A. M.  (May, 1992).  Impact of equal opportunity employment and

affirmative action interventions on women and minorities in management. **Eastern Academy of Management**, in Baltimore, Maryland.

*Konrad, A. M., & Langton, N.  (August, 1991).  Sex differences in job preferences, workplace segregation, and compensating earnings differentials:  The case of Stanford MBAs. **Academy of Management**, in Miami, FL.

*Konrad, A. M., & Cannings, K.  (June, 1991).  The Mommy Track and the Glass Ceiling in Canada, the U.S., and Europe. **Eastern Academy of Management International Conference** in Nice, FRANCE.

*Konrad, A. M., & Brown, D. W.  (November, 1990).  A study of professional group influences in organizations:  The effects of labor substitutability and sub-unit task characteristics on the development of nursing task dependencies.  **Southern Management Association** in Orlando, FL.

*Konrad, A. M., & Cannings, K.  (August, 1990).  Sex segregation in the workplace and the mommy track:  Sex differences in work commitment or statistical discrimination? **Academy of Management**, in San Francisco, CA.

Gutek, B. A., & Konrad, A. M.  (June, 1990).  Diversity in group composition:  Implications for majority and minority members.  **American Psychological Society**, in Dallas, TX.

*Brown, D. W., & Konrad, A. M.  (May, 1990).  A study of self-perceived influence in organizations:  The effects of labor substitutability and sub-unit task characteristics on the development of nursing networks.  **Eastern Academy of Management**, in Buffalo, NY.

Konrad, A. M., & Langton, N.  (August, 1989).  Labor market effects on male-female earnings inequality. **Academy of Management**, in Washington, DC.

*Konrad, A. M.  (May, 1989).  Social and organizational factors affecting the sex difference in faculty research productivity.  **Eastern Academy of Management**, in Portland, ME.

Konrad, A. M.  (August, 1987).  Organizational demographic composition and self-evaluation. **Academy of Management**, New Orleans, LA.


**INVITED ADDRESSES:**

Konrad, A.  (June 25, 2021).  Invited Speaker, WIM, **KPMG**, Toronto.

Konrad, A.  (August 11, 2019).  Invited Panelist, "What has changed?  Barriers and facilitators to women's career achievement in the 21st Century." PDW Workshop, **Academy of Management**, Boston, MA.

Konrad, A.  (August 13, 2018).  Invited Panelist, "Moving beyond the moment:  What the #MeToo movement means for the future of careers." Careers Division Plenary Session, **Academy of Management**, Chicago, IL.

Konrad, A.  (March 29, 2017).  "Gender diversity, staffing practices, and organizational performance," **Olayan School of Business, American U. of Beirut**, Beirut, Lebanon.

Konrad, A.  (February 25, 2016).  "Women's Leadership Forum," **3M**,  London, Ontario.

Konrad, A.  (February 17, 2016).  "Leading for Employee Empowerment," **Sukkur Institute of Business Administration**, Pakistan (via video conference).

Konrad, A.  (October 23, 2015).  "Gender and Generational Issues in Leadership," **Supply Chain Management Association of Ontario**, Mississauga, Ontario.

Konrad, A.  (June 10, 2015).  "Women's Network Young Professionals Event," **PWC, Price Waterhouse Coopers**, Toronto.

Konrad, A.  (February 28, 2015).  "Disability in the Canadian workplace."  **USC Accessibility, Disability and Diversity Conference, UCC, Community Room.**

Konrad, A.  (June 21, 2014).  "Is using work-life flexibility benefits a career-limiting move?  An examination of women, men, lone parents, and parents with partners.  **Work and Family Researchers Network (WFRN)**, New York.

Konrad, A. M., & Braatz, A.  (May 6, 2014).  "Change management as fire fighting:  Nine ways you can put out any fire.  Invited address at the conference "Change Management 2014: Engaging the People, Managing the Process," presented by the **Conference Board of Canada**, Toronto [weblink: http://www.conferenceboard.ca/conf/change/agenda.aspx]

Konrad, A. M.  (April 9, 2014).  Comments on the *Economic Leadership and Prosperity of Canadian Women,* **The House of Commons' Standing Committee on the Status of Women**.

Konrad, A. M.  (October 28, 2013).  "Women in Business Leadership:  Past, Present and Future." **University Students' Council**, Western University.

Konrad, A. M.  (October 4, 2013).  "Is Using Work-Life Interface Benefits a Career-Limiting Move? An Examination of Women, Men, Lone Parents, and Parents with Partners." Winner of *The Rosabeth Moss Kanter Award for Excellence in Work-Family Research*, **Center for Work & Family, Boston College.**

Konrad, A. M.  (September 24, 2013).  "Keynote Talk on Leadership."  **Global China Connection Annual General Meeting**, U. of Western Ontario Chapter.

Konrad, A. M.  (April 16, 2013).  "Women in Business Leadership:  European and North American Perspectives.  Presentation at Carleton University, **Centre for European Studies**: European Centre of Excellence.  Podcast:  http://www6.carleton.ca/ces/2013/women-in-business-leadership.

Konrad, A. M.  (August 23, 2012).  "Women in Leadership: Past, Present and Future."  Presentation to **Cancer Care Ontario's** *Women in Motion* group, Toronto, ON.

Konrad, A. M.  (April 19, 2012).  "Women in Leadership:  Past, Present and Future."  Presentation to the **SC Johnson Gender Diversity Leadership Council**, Brantford, ON.

Konrad, A. M., & Grange, H.  (November 17, 2011).  Opening our doors to the world through diversity and cultures:  Why it matters.  **Canadian Association of Fairs and Exhibitions**, annual national convention, London, Ontario.

Konrad, A. M.  (October 29, 2011).  "The Status of Women in Canadian Business."  **Canadian Federation of University Women**, regional Fall gathering, London, Ontario.

Konrad, A. M.  (June 23, 2011).  "Building Network Ties Across Diversity:  The Role of Status, Time, and Intersectionality."  **Indian Institute of Management – Bangalore**, Bangalore, India.

Konrad, A. M.  (April 19, 2011).  "Women in Leadership:  Past, Present and Future."  Keynote for Half-Day Symposium on Women in Leadership, **Strategic Capability Network**, Toronto.

Konrad, A. M.  (March 22, 2011).  "Movin' on up:  Problems and prospects for women in Canadian business."  **U. of Western Ontario Senior Alumni Program,** London, ON.

Konrad, A. M.  (February 25, 2010).  "Barriers to Workplace Diversity – Building Inclusive Workplaces."  **OPS Labour Relations Conference: Workplace Diversity and Inclusion**, Toronto, ON.

Konrad, A. M.  (December 9, 2009).  "Is Using Work-Life Flexibility Benefits a Career-Limiting

Move?  An Examination of Women, Men, Lone Parents, and Parents with Partners." **University of Queensland**, Business, Economics, and Law Faculty.

Konrad, A. M.  (September 21, 2009).  "Strategic Diversity Management:  A Configurational Approach to Diversity-Related HRM Practices."  **Hong Kong Polytechnic University**, Department of Management & Marketing.

Konrad, A. M.  (July 16-17, 2009).  "Focused Discussion of Cultural Competency at the Organizational Level."  **Workplace Diversity Practice and Research Conference, George Mason U.**, Arlington, VA.

Konrad, A. M.  (May 28-29, 2009).  "Leveraging Workplace Diversity through Organizational Action."  **Safe, Respectful & Inclusive Workplaces:  Stakeholders & Strategies**, Conference at the U. of Western Ontario.

Konrad, A. M.  (March 31, 2009).  "Women in Leadership in Canadian Business."  **Netherlands Canadian Chamber of Commerce.**

Konrad, A. M.  (March 10, 2009).  "The Problem with Diversity."  **Innoversity Summit 2009**, Metro Toronto Convention Center.

Konrad, A. M.  (March 6, 2009).  Moderator for Panel, "Women on Corporate Boards of Directors." HBA Women in Management Club, **Richard Ivey School of Business**.

Konrad, A. M.  (February 17, 2009).  "Critical Mass:  Diversifying Corporate Boards."  **Simmons Center for Gender & Organizations.**

Konrad, A. M.  (February 6, 2009).  "Strategic Diversity Management:  A Configurational Approach to Diversity Management Practices."  **Wilfrid Laurier U., Laurier Business & Economics.**

Konrad, A. M.  (December 10, 2008).  "Critical Mass:  How Many Women Does a Corporate Board Need?"  **Women's Executive Network (WXN) Webinar Series**.

Konrad, A. M.  (September 26, 2008).  "The Persistence of Gender Issues in the Workplace." **Ryerson U., Ted Rogers School of Management.**

Konrad, A. M.  (August 9, 2008).  "Creating & Maintaining a High Quality Editorial Process." **Sage Publishing Seminar, Academy of Management, Anaheim, CA.**

Konrad, A. M.  (April 29, 2008).  "Strategic Diversity Management:  A Configurational Approach to Diversity Management Practices."  **York University, Schulich School of Business**, Toronto.

Konrad, A.M.  (March 27, 2008).  "Business Case for Diversity."  **Temple University, Fox School of Business**, Philadelphia.

Konrad, A. M.  (March 5, 2008).  "Business Case for Diversity."  **exeQutive**, Toronto.

Konrad, A. M.  (October 2, 2007).  "Career Development of Women MBAs."  **Ryerson University**, Toronto.

Konrad, A. M.  (February 15, 2007).  "Critical Mass:  How Many Women Does a Board Need?" **Institute for Governance of Public and Private Organizations**, Montréal.

Konrad, A. M.  (January 29, 2007).  "Beyond Shareholders:  Representing Multiple Views in Board Deliberations."  Corporate Governance and Accountability Web-Conference Series, sponsored by the **Aspen Institute Business and Society Program**.  Available on the internet at: http://www.caseplace.org/references/references_show.htm?doc_id=451863.

Konrad, A. M.  (November, 2006).  "Valuing Diversity @ Work."  **OUEEEN**, U. of Western Ontario, London, ON.

26

Konrad, A. M., & Lacey, D. (November, 2006). "Assessing Cultural Competence." **Celebrating London's Cultural Diversity Conference**, London, ON.

Konrad, A. M. (October, 2006). "Planning for Diversity." **Innoversity Creative Summit**, Toronto, ON.

Konrad, A. M. (March, 2006). "Gender context and individual outcomes: A meta-analysis." **U. of Lethbridge**, Lethbridge, AL.

Konrad, A. M. (May, 2004). "Meet the editors of EAM-sponsored journals." **Eastern Academy of Management**, Providence, RI.

Konrad, A. M. (February, 2004). "Leading diversity: Accelerating and sustaining organizational change." **CBC Diversity Day**, presentation to CBC's top 40 Television and Radio Executives.

Konrad, A. M. (August, 2003). "On Our 20th Year: GDO and WIM – Past, Present, and Future." Gender and Diversity Division, **Academy of Management**, Seattle, WA.

Konrad, A. M. (February, 2003). "Family demands and job attribute preferences: A four-year longitudinal study of women and men." **Eastern Sociological Society's Sloan Conference on Work, Family, and Gender Equality**, Philadelphia, PA.

Konrad, A. M. (October, 2001). "The effect of affirmative action practices on women's labor market outcomes." **University of Michigan**, Ann Arbor, MI.

Konrad, A. M. (April, 2000). "Affirmative action practices in Philadelphia-area organizations." **American Association for Affirmative Action**, Arlington, VA.

Konrad, A. M. (February, 2000). "The Immigration and Naturalization Service's Pilot Employment Verification Program: Implications for Human Resource Managers." **Society for Human Resource Management**, Pottstown Chapter.

Konrad, A. M. (December, 1998). "Meta-analysis for comparison between two groups." **University of Adelaide**, Adelaide, South Australia.

Konrad, A. M. (December, 1998). "Teaching research methods at the doctoral level." **University of South Australia**, Adelaide, South Australia.

Konrad, A. M. (January, 1998). Presentation to the Social Psychology of Cultural Contact Working Group. **Russell Sage Foundation**, Wilmington, DE.

Konrad, A. M. (June, 1996). "Gender Differences and Similarities in Job Attribute Preferences." **Drexel University**, Philadelphia, PA.

Konrad, A. M. (April, 1996). "Is Affirmative Action Effective?" California Polytechnic University, San Luis Obispo, CA.

Konrad, A. M. (October, 1995). Discussant, Understanding the Structure of Human Resources, conference at University of Pennsylvania**, The Wharton School**.

Konrad, A. M. (August, 1995). Panelist, "A Town Meeting: Can People Adapt to Work and Organizations in the 21st Century?" **Academy of Management**, Vancouver, BC, Canada.

Konrad, A. M. (June, 1995). "Improving the Employment Status of Women and Minorities." **Leadership Summit for Affirmative Action**, Temple University Law Center, Philadelphia, PA.

Konrad, A. M. (April, 1995). "The Implementation and Effectiveness of Equal Employment Opportunity and Affirmative Action." University of Pennsylvania, **The Wharton School**, Philadelphia, PA.

Konrad, A. M. (March, 1994). "Climbing the Management Hierarchy: Does Family Really Have

27

More Impact on Women?" University of Pennsylvania, **The Wharton School**, Philadelphia, PA.

Konrad, A. M. (March, 1994). "Climbing the Management Hierarchy: Does Family Really Have More Impact on Women?" **Rowan College of New Jersey**, Glassboro, NJ.

Konrad, A. M. (April, 1993). Invited speaker for the symposium, "Equity in the Academic Workplace." 21st Annual Conference of the **National Center for the Study of Collective Bargaining in Higher Education and the Professions**, Baruch College, CUNY.

Konrad, A. M. (April, 1991). "New Research on Faculty Productivity: Lessons for the 1990s." IPD Higher Education Seminar on Faculty Accountability and Productivity, **National Education Association**, Washington, DC.


## SELECTED MEDIA COVERAGE:

"Sexist Remarks By Tokyo Olympic Committee President Lead to Backlash," interview on *Here and Now Toronto with Gill Deacon*, **CBC Radio**, February 4, 2021. Web link: https://bit.ly/36WFxFw

"Some companies still don't have any female directors. California wants to fine them," by Jena McGregor, **Washington Post**, September 11, 2018. Web link: https://wapo.st/2QrCg7w

"The power of more than one woman on a board," by Julia Carpenter, **CNN Money,** July 2, 2018. Web link: https://cnnmon.ie/2KyPteH

"How promoting women can boost other disadvantaged groups, too," by Darah Hansen, **Globe & Mail**, April 20, 2017. Web link: https://tgam.ca/2oEDTjQ

"Diversity matters: Alison Konrad's research shows workforce equality can pay off." Ivey Impact, Vol. 23, No. 3, March, 2017. http://bit.ly/2lrrgpS

Interview on Osler, Hoskin & Harcourt, LLP's, "2016 Diversity Disclosure Practices: Women in Leadership Roles in TSX-listed Companies," aired on **Global National TV News** – Toronto, September 14, 2016.

"Want to get ahead? Hone your emotional intelligence: It's not just alpha women who get the corner office," by Katie Underwood, **Chatelaine**, June 15, 2015. Web link: http://bit.ly/2oYfjgz

"Next generation of skill transferring", by Natalie Alcoba, **The Lawyers Weekly**, May 15, 2015. Web link: http://www.lawyersweekly.ca/articles/2385

"Home work," by Ken Mark, **CPA Magazine**, April, 2015, pp. 30 – 35.

"Why are Apple and Facebook paying female staff up to US$20,000 to freeze their eggs?" by Armina Ligaya, **National Post**, October 15, 2014, p. A1, A5. Web link: http://bit.ly/2oYipAZ Also on CBC English Language Radio, Quebec, Global National TV.

"Financial services industry needs to recruit more women, says top BMO execs," by Linda Nguyen, **CityNews Toronto**, March 7, 2014. Web link: http://bit.ly/1f6kLmy

"Don't Panic! Crisis Management in the Social Media Era," on-line audio interview with Tema Frank, **FrankOnline Marketing**, February 27, 2014. Web link: http://bit.ly/1ljY1TB

"Mabel's Labels leads the way: Company isn't stuck in traditional workplace 'presenteeism' mode," by Meredith MacLeod, **Hamilton Spectator**, January 11, 2014. Web link: http://bit.ly/2oE7AAy

28

"Twitter's addition of Marjorie Scardino is a great move, but more needs to be done," by Vivek
   Wadhwa, December 6, 2013, **Washington Post**. Web link: http://wapo.st/2pY6HaV
   Reprinted in Forbes: http://bit.ly/2p9XOs8
   Reprinted in WRALTechWire: http://bit.ly/2oDVTKs
   http://wraltechwire.com/vivek-wadhwa-congrats-to-twitter-
   on-female-board-member-but-we-need-more/13196690/

"Work from home, it could lead to a promotion," by Harvey Schachter, August 23, 2013, **Globe
   & Mail**. Web link: https://tgam.ca/2pYdX6K

"Mayor thinks team building needed at city hall," televised comments on CTV News, July 31,
   2013. Web link: http://london.ctvnews.ca/video?clipId=975547

"Yahoo's new CEO hailed for smashing glass ceiling by starting job pregnant," by Sarah
   Boesveld, July 18, 2012, **National Post**. Web link: http://bit.ly/2oo3HV9

"The rise of mompreneurs," by Deborah Bacal, May 10, 2012, **Toronto Star** (Small Business).
   Web link: http://bit.ly/2oE5oJr

"You don't need to be a workaholic to succeed," by Leah Eichler, May 4, 2012, **Globe & Mail**
   (B17). Web link: https://tgam.ca/2pdMInX

"Women in leadership," appearance on **CTV** London News, March 8, 2012, for International
   Women's Day.

"On immigration, Canada could learn from world capitals," by Nick Rockel, September 21,
   2011, **Globe & Mail.** Web link: https://tgam.ca/2oYeIey
   http://www.theglobeandmail.com/news/technology/shaping-the-
   future/on-immigration-canada-could-learn-from-world-
   capitals/article2173284/singlepage/ - articlecontent

"Women in leadership: Canada's long-standing failure," by Arti Patel, September 1, 2011,
   **Huffington Post**. Web link: http://huff.to/2pdN3qJ

"More wives in Canada out-earning husbands on education gains," by Greg Quinn, July 14,
   2011, **Bloomberg Businessweek**. Web link: http://www.businessweek.com/news/2011-
   07-14/more-wives-in-canada-out-earning-husbands-on-education-gains.html

"Everybody on board," by Mary Teresa Bitti, January 18, 2011, **Financial Post**. Web link:
   http://bit.ly/2oEtUex

"Why women make good leaders," by Mary Teresa Bitti, January 10, 2011, **National Post**. Web
   link: http://www.nationalpost.com/related/topics/women+make+good+leaders/4086423/
   story.html

"Pink collar jobs spare women from the recession," by Rebecca Lindell, December 10, 2010,
   **Ottawa Citizen**. Reprinted in the Financial Post, Vancouver Sun, Victoria Times
   Colonist, Regina Leader Post, Windsor Star, Canada.com, Calgary Herald and a number
   of related news websites. Web link:
   http://www.ottawacitizen.com/business/Pink+collar+jobs+spare+women+from+recession
   /3951814/story.html?cid=megadrop_story

"Networking essential for entering the C-suite," by Allison Graham, November 26, 2010,
   **Financial Post**. Web link: http://bit.ly/2padcEG

"And the award goes to … Networks inside companies that are only for women don't improve
   their lot, but prizes can," by Carly Chynoweth, October 31, 2010, **The Sunday Times**
   (London).

"Fair and flexible: Some companies offer employees extra time off," by Tom Henheffer,

October 28, 2010, **Maclean's.**  Web link: http://bit.ly/2oYcAn0
"Beyond unconscious bias" **Globe & Mail** Editorial, September 24, 2010.  Web link:
    https://tgam.ca/2oomL5N
"Promotion bottleneck blocks women and minorities, study finds," by Gloria Er-Chua.
    September 21, 2010, **Toronto Star**.  Web link:  http://www.thestar.com/business/
    article/864206--promotion-bottleneck-blocks-women-and-minorities-study-finds
"Glass ceilings and sticky floors:  Barriers to promotion of women and minorities are
    pronounced even at lower rungs of management, a new study finds," by Wallace Immen.
    September 17, 2010, **Globe & Mail**, p. B13.  Web link: https://tgam.ca/2pawXMw
 "Head of the household:  More women are now prime family earners, but wage gaps persist," by
    Rachel Mendleson.  March 15, 2010, **Maclean's.**
"Women worry more about retirement finances," by Kim Covert.  January 21, 2010, **Financial
    Post** (Also in the Vancouver Sun, Calgary Herald, New Brunswick Telegraph-Journal,
    Vancouver Province, Montreal Gazette, Canada.com).
"Mentoring takes on a new twist Younger, tech-savvy workers teach bosses," by Shannon
    Proudfoot.  July 2, 2008, **Winnipeg Free Press** (Also in the Vancouver Sun, Ottawa
    Citizen, Canada.com).
"Office Survival Guide:  How to Diversify Your Senior Management," by Matt Reeder.  May 6,
    2008, **Financial Post Business**.
"Young women fail to close income gap as men profit from oil boom out West."  May 1, 2008,
    **Canadian Press**.
"A new paradigm:  pater/mater familias – study finds that the more affluent, the more egalitarian
    the arrangement for work and home," by Virginia Galt.  April 4, 2008, **Globe & Mail**.
"Women partially responsible for lower pay," by Eric Beauchesne.  March 21, 2008, **Montreal
    Gazette** (also published in the **Vancouver Sun** and the **New Brunswick Telegraph
    Journal**).
"Banks, credit unions put women in top spots."  February, 2008, **Investment Executive**, p. 40.
"Mompreneurs mean business," by Deena Waisberg.  January 30, 2008, **Reader's Digest
    Canada web page.**
"Diversity lags in the workplace."  March 1, 2007, **Toronto Star**, p. A26.
CBC Ontario Morning segment with Alison Konrad, November 20, 2006.
CBC Radio Regional News segment with Alison Konrad, November 19, 2006.
"For female directors, three's a charm."  November 18, 2006, **Globe & Mail**.
"Female advantage."  November 18, 2006, **Toronto Star**.
CBC Radio National News segment with Alison Konrad, November 17, 2006.
AM800 Windsor segment with Alison Konrad, November 17, 2006.
 "Women executives can bring a lot of value to the boardroom, study says."  November 17, 2006,
    **Ottawa Business Journal**.
"Would a rose by another name smell as sweet?" April 14, 2006, **Globe & Mail**.
"Living large on maternity leave: Few new parents able to enjoy time at home with their babies
    without financial pressure – unless they work for the federal government."  March 13, 2004,
    **National Post**.
"Affirmative Action Does Make a Difference."  November/December, 1995, **Executive Female**.
"A Glimpse at Private-Sector Preference Policies."  October 11, 1995, **Wall Street Journal**.

"Affirmative Reaction."  October, 1995, **Working Woman**.

"Reevaluating Affirmative Action:  Study Challenges Assumptions on Preferential vs. 'Blind'
    Treatment."  July 4, 1995, **Washington Post**.

"Why Affirmative Action Has Become a Dirty Word."  June 16, 1995, **Philadelphia Tribune**.

**"**Affirmative Action Has Had Little Local Effect, Study Finds."  June 7, 1995, **Philadelphia
    Inquirer**.

"Access to Opportunity."  April 18, 1995, **Philadelphia Inquirer**.

"Women Can Have It All -- They Just Have to Work Twice as Hard as Men."  September 26, 1993,
    **Washington Post**.

"Study Looks at Impact of Family on Managers."  August 31, 1993, **Philadelphia Inquirer**.

"Here's How to Plan Meetings that Yield Meaningful Results."  March 1-8, 1993, **Philadelphia
    Business Journal**.


**TEACHING:**

Leading People & Organizations (HBA, undergraduate)

Women in Leadership (HBA, undergraduate)

Organizations and Management (undergraduate & MBA)

Managing People at Work (undergraduate)

Seminar in Organizational Behavior (doctoral); Seminar in Organizational Theory (doctoral)

Seminar in Behavioral Research Methods (doctoral)

**PROFESSIONAL SERVICE:**

*Western U.*

Member, Western U. **Non-Medical Ethics Review Board** (2013 – present).

Member, **President's Standing Committee on Employment Equity** (2007-2011)

Dissertation Thesis Examination Chair (two per year, 2014 – present)


*Ivey Business School*

(2016 – present) Panel Moderator, HBA Women in Management Fall Conference (November).

(2012 - 2015, July) Judge, **Indian School of Business – Ivey Global Case Competition**.

Judge, *Ivey Leadership Day Case Competition* (September 12, 2014).

Member, **Research Policy Committee** (2015-16).

Member, **Appointments Committee** (2014-15).

Member, **HBA Student Appeals Committee** (May 26, 2014).

Judge, *Ivey 8th Annual High School Case Competition* (February 1, 2014).

Co-Chair, **United Way Campaign** (Fall, 2013; Fall, 2014).

Member, **Ivey Research Ethics Committee**, March, 2012 – 2013.

Judge, **McKinsey MBA Case Competition**, June, 2012, 2013

Judge, **India Case Competition**, July, 2012, 2013

Member, **Ivey Retreat Committee**, Spring, 2011.

Advisory Board Member to the **Women's Executive Network** for *Canada's Most Powerful
    Women Summit: Top 100* (2004-2009)

Organizer, *Ivey Conference on Workplace Diversity:  Issues on the Cutting Edge* (One-day
    conference with 50+ paying corporate attendees, March, 2007)

**Ph.D. Program Coordinator**, Organizational Behavior Area Group, (2008-2016)

**Ph.D. Student SSHRC Rankings Committee** (Fall 2013, 2014, 2015)
**Ph.D. Student OGS Rankings Committee** (Spring 2013, 2014, 2015)
Member, **Research and Development Committee** (2003-06)
Ph.D. Comprehensive Exam Committees:  Katherine Breward (2010), Kayla Chung (2014), Grace O'Farrell (2008), Laura Guerrero (2007), Christine Hwang (2018), Dongkyu Kim (2014), Ivy Kyei-Poku (2006), Cameron McAlpine (2020), Christian Perry (2016) Duckjung Shin (2013), Yang Yang (2005)
Ph.D. Dissertation Proposal Committees:  Arjun Bhardwaj (Chair, 2005), Katherine Breward (Chair, 2010), Ellen Choi (Chair, 2016), Jeannette Eberhard (2016), Mirit Grabarski (2018), Laura Guerrero (2008), Jason Jung (2012), Ivy Kyei-Poku (Chair, 2008), Cara Maurer (2008), Sara Saska-Crozier (2013), Karin Schnarr (2013), Duckjung Shin (Chair, 2015), Anna Sycheva (2017), Meredith Woodwark (2013), Yang Yang (Chair, 2006)
Ph.D. Dissertations Chaired:  Arjun Bhardwaj (Chair, Graduated March, 2007), Katherine Breward (Chair, Graduated May, 2012), Ellen Choi (Chair, Graduated December, 2017), Ivy Kyei-Poku (Chair, Graduated December, 2009), Duckjung Shin (Chair, Graduated July, 2016), Yang Yang (Chair, Graduated August, 2007)
Ph.D. Dissertation Examination Committees:  Melissa Warner (U. of Guelph Psychology, Graduated February, 2011), Marlene Le Ber Ivy (Graduated August, 2010), Tony Francolini (Graduated November, 2010), Laura Guerrero (Graduated July, 2009), Karen MacMillan (Graduated December, 2013), Karin Schnarr (Graduated August, 2015, Meredith Woodwark (Graduated August, 2015)
Advisor, MBA student independent study project (Kristen Sam, 2008)
Advisor, HBA1 students (2007-present)
Advisor, MBA1 students (2003-04; 2004-05)

*Women's Studies & Feminist Research Department (Western U.)*
Advisor, M.A. student independent study project (Victoria Miceli, 2013)
Master's Thesis Examination Committee:  Naila Meraj (February 27, 2015)
Master's Thesis Supervisory Committee:  Quratul Siddiqui (Graduated May, 2012)
Ph.D. Thesis Examination Committee:  Sarah Saska-Crozier (July, 2016)

*Psychology Department (Western U.)*
M.Sc. Examination Committee:  Kyle Cameron (July 4, 2014)
Ph.D. Dissertation Thesis Examination Committee:  Aaron J. Halliday (April 12, 2018)

*University of Guelph*
Ph.D. Thesis Examination Committee, External Examiner: Joshua Ervin LeBlanc (August, 2018)
*University of Toronto*
Ph.D. Thesis Examination Committee, External Examiner: Mark Easton, Sociology (April 15, 2015)

*University of the West Indies (Trinidad)*
MSc. Examination Committee (2012-14):  3-4 students/year
Ph.D. Dissertation Chair:  Jennifer Jones-Morales (Graduated September, 2016)

External Examiner, Ph.D. Dissertation Thesis: Ansylla Payne Quan-Kep, August, 2017

*Athabasca University*
Ph.D. Dissertation Co-Chair:  Kerri Thompson (graduated Spring, 2014).

*Temple University*
Department:    Graduate committee (1990-2003), Ph.D. preliminary exam committee (1990-92, 1995), Recruiting committee (1988-90), Promotion and Tenure Committee (1992, 1994, 2002), Qualifying Exam Committee (Frank Linnehan, 1993; Nawaff Al-Husaini, 1996; Elizabeth Corrigall, 1998, Mike Saltis, 2000, Kim Merriman, 2001, Kim Ingham, 2002, Gerald Ross, 2002), Merit Awards (1993-94, 1999-00)

School:Research committee (1990-93), Sexual Harassment Ombudsperson (1994-present), Ph.D. Awards Committee (1994), Dean Search Committee (1995), Ph.D. Program Oversight Committee (1996-present, Chair, 1998-2000), Ph.D. Program Review Committee (1999-2000), Statistics Graduate Examination Committee (2000-2001), Diversity Committee (Chair, 2001-02).

University:    SBM representative to the faculty senate (1990-92), Committee on the Status of Women, (1993-2003), Graduate Board (1994-97), Fellowship sub-committee, Task Force on Graduate Education (1999), Research and Study Leaves Committee (1999-2002, Sciences and Social Sciences Chair, 2001-02).

Dissertation
Committees:  Joseph Ugras (graduated 1991), Bob Parker (graduated 1992), Asha Rao (graduated 1993), Sam Beldona (graduated 1994), Frank Linnehan (graduated 1994), Deborah Brown (Chair, graduated 1995), Nawaf Al-Husseini (Chair, graduated 1997), Kristin Wentzel (graduated 1998), Abigail Tuttle-O'Keefe (graduated 2000), Elizabeth Corrigall (Chair, graduated 2001), Adva Dinur (graduated 2002), Kim Merriman (graduated 2002), Denise Ogden (graduated 2002), Steven Calloway (graduated 2003).

**Editorial Board Memberships:**
(2015 – present).  Editorial Board Member, **Human Resource Management**.
(2012 – present) Editorial Board Member, **Equality, Diversity & Inclusion: An International Journal.**
(2011, January – present)  Editorial Board Member, **British Journal of Management**.
(2007-present)  Editorial Board Member, **Group & Organization Management.**
(2009-2012)  Editorial Board Member, **Administrative Science Quarterly**.
(2008-2014)  Editorial Board Member, **Academy of Management Learning & Education**.
(2000-2003) Editorial Board Member, **The Management Case Study Journal**.
(1997-02)  Editorial Board Member, **Academy of Management Review**.
(1998-99)  Editorial Board Member, **Group and Organization Management**.

**Editorships:**

33

(2003-07) Editor, **Group and Organization Management**.
(2001-03) Associate Editor, **Gender, Work and Organization**.
(1999-03) Associate Editor, **Group and Organization Management**.

**Other Reviewing:**
(2012 - present, August) Reviewer, "Publishing Diversity Research Workshop." **Academy of Management**, Orlando, FL.
(2007-present)  Reviewer, Grant Applications, **Social Sciences and Humanities Research Council of Canada** (SSHRC).
(2007-present)  Reviewer, Research Data Center Applications, Statistics Canada & SSHRC.

**Committees:**
(2014, 2017 to present) Member, international review committee for the Rosabeth Moss Kanter award for Excellence in Work-Family Research.  **Center for Families at Purdue University & Center for Work and Family at Boston College** (about 15 hours of work).
(2012-13) **AMLE** Best Paper Award Committee Chair.
(2011-12) **AMLE** Best Paper Award Committee Member.
(2012)  Chair, **Ontario Graduate Scholarships** (OGS) Panel for Masters Students in Management and Administrative Studies.
(2012)  Early Researcher Awards Review Panel Member, **Ministry of Economic Development & Innovation,** Ontario.
(2011, March – 2012, November)  Member, **Canadian Council of Academies** Expert panel on Women in University Research.
(2010, October – 2014) Member, **Society of Human Resource Management** (SHRM) Diversity and Inclusion (D&I) Standards Taskforce.
(2008)  Chair, Ontario Graduate Scholarship (OGS) Panel for Masters Students in Management and Administrative Studies.
(2007)  Member, Ontario Graduate Scholarship (OGS) Panel for Visa Students.
(2007-2009)  Member, Toronto Advisory Board, **Women's Executive Network (WXN)**.
(1998-00) Member, Program Committee, **International Society for the Study of Work and Organizational Values**, Jerusalem.
(1998-99)  Member, Local Arrangements Committee, **Eastern Academy of Management**.
(1992-94) Member, **Status of Women Committee**, Academy of Management.
(1993) Member, **Dorothy Harlow Award Committee**, Women in Management Division, Academy of Management.

**Officer, Professional Associations:**
(2016-19) Member at large, Board of Governors, **Academy of Management.**
(2002-04) President, **International Society for the Study of Work and Organizational Values**.
(2003)  Track Chair, Works in Progress, **Eastern Academy of Management International: Managing The Global Environment**, Porto, Portugal, June.
(2000-02) President-elect, **International Society for the Study of Work and Organizational Values**.
(1997-98)  President, **Eastern Academy of Management**.

34

(1996-98)  Program Chair, **International Society for the Study of Work and Organizational Values**, Istanbul.
(1997-98) Past Chair, **Women in Management Division**, Academy of Management.
(1996-97) Chair, **Women in Management Division**, Academy of Management.
(1996-97) President-elect, **Eastern Academy of Management**.
(1995-96) Chair-elect, Women in Management Division, **Academy of Management**.
(1995-96) V.P. of Program, **Eastern Academy of Management**.
(1994-95) Program Chair, Women in Management Division, **Academy of Management**.
(1994-95) V.P.-elect of Program, **Eastern Academy of Management**.
(1993-96) Officer, Executive Committee, Women in Management Division, **Academy of Management**.
(1993-94) Chair, **Women's Network**, Eastern Academy of Management.
(1993-94) **Women In Management Program Track Chair**, Eastern Academy of Management.

**Speaker/Panelist/Symposia:**
(2021, May). Speaker, Doctoral Student Consortium, **Eastern Academy of Management**, Zoom.
(2020, August).  Speaker, **Tips, tricks, and new ideas for approaching diversity and inclusion in the classroom.**  Professional Development Workshop selected for synchronous presentation at the **Academy of Management**, Zoom.
(2020, August).  Organizer, Symposium entitled, "Storming the last bastions: Women entering high prestige male-dominated occupations.  Presented asynchronously at the **Academy of Management**, Zoom.
(2020, August).  Organizer, Symposium entitled, "Increasing diversity in the C-Suite: Europe, U.K., the Caribbean, India and Australia.  Presented asynchronously at the **Academy of Management**, Zoom.
(2019, August). Facilitator, Symposium entitled, "Sculptor or sculpture? Agency and control in career development and employability," Presented at the **Academy of Management**, Boston, MA.
(2019, August).  Panelist, "Case teaching: Taking your skills to the next level," Presented as part of the Teaching and Learning Conference (TLC) at the **Academy of Management**, Boston, MA.
(2018, August).  Chair and Organizer, Symposium entitled, "Increasing senior leadership diversity: Process insights from a global set of qualitative studies," presented at the **Academy of Management,** Chicago, IL.
(2017, August).  Chair and Organizer, Symposium entitled, "Diversity and inclusion management: Theory and research at the organizational level of analysis," presented at the **Academy of Management**, Atlanta, GA.
(2016, August).  Chair and Organizer, Symposium entitled, "Positive work relationships:  Building diversity and inclusion in a global business environment," presented at the **Academy of Management**, Anaheim, CA.
(2015, August).  Chair and Organizer, Symposium entitled, "Pathways to senior leadership for women:  Quantitative, qualitative, and cross-cultural perspectives," presented at the **Academy of Management**, Vancouver, BC.
(2013, August)  Panelist, "Advancing Leadership Development for Women."  **Academy of**

35

**Management**, Orlando, FL.

(2013, August) Speaker, "GDO Division Doctoral Consortium." **Academy of Management**, Orlando, FL.

(2012, August) Speaker, "More than meets the eye: Sharing our personal stories to facilitate a more inclusive AOM." PDW, **Academy of Management,** Boston.

(2012, August) Speaker, "Doing Highly Publishable Research." GDO Junior Faculty Consortium, **Academy of Management,** Boston.

(2012, May) Speaker, "Doing Highly Publishable Research." Doctoral Student & Junior Faculty Consortium, **Eastern Academy of Management,** Philadelphia.

(2010, August). Moderator, "Notes from the underground: 'Wives of the organization,' and the perils of daring to care." Symposium presented at the **Academy of Management**, Montréal, Québec.

(2007) Chair and Speaker: Sex differences and evolutionary psychology: Are women genetically inferior to men? Symposium, **Academy of Management,** Philadelphia, PA.

(2007) Speaker: OB/HR Joint Session with Micro-Oriented Journal Editors. Doctoral Consortium, **Academy of Management,** Philadelphia, PA.

(2007) Speaker: Arriving at (un)common grounds: Quantitative and qualitative methods researching workplace diversity. Professional Development Workshop, **Academy of Management,** Philadelphia, PA.

(2007) Discussant: Coalition for Faculty Diversity Publishing Workshop, **Academy of Management,** Philadelphia, PA.

(2005) Co-chair of the professional development workshop, "Building the Collective Scholarly Vision: Becoming a Journal Editor," with Yehuda Baruch, **Academy of Management**, Honolulu, HI.

(2004) Co-chair of the professional development workshop, "Gay, Lesbian, Bisexual, and Transgender Issues: Creating a Research, Teaching, and Action Agenda," with W. E. Douglas Creed, **Academy of Management,** New Orleans, LA.

(2004) Chair and organizer of the symposium, "You can't have all of it all of the time: Moderators of the relationship between family and career," **Academy of Management**, New Orleans, LA.

(2003) Discussant for the symposium, "The ladder meets the rainbow: Career progression and diversity," **Academy of Management**, Seattle, WA, August.

(2003) Chair for the symposium, "Handbook of workplace diversity: Globalization and the business case," **Eastern Academy of Management International: Managing The Global Environment**, Porto, Portugal, June.

(2003) Member of the panel, "Publishing in the global academic world: What authors need to know," **Eastern Academy of Management International: Managing The Global Environment**, Porto, Portugal, June.

(2003) Member of the panel, "Diversity by another name? Informing our work through multicultural lenses," **Eastern Academy of Management International: Managing The Global Environment**, Porto, Portugal, June.

(2003) Member of the panel, "An interactive session with print journal editors," **Eastern Academy of Management**, Baltimore, MD, May.

(2000) Facilitator and Reviewer, **Academy of Management Review** Theory Development

36

Workshop.

(1996) Discussant for the symposium, "Affirmative Action at the Crossroads: Unraveling Individual and Organizational Reactions to Equal Opportunity Mandates," **Academy of Management**, Cincinnati, OH, August.

(1994) Discussant, **Academy of Management**.

**Other:**

(1995) Local Advisor, **Professional Empowerment for Women Managers in Changing Economies**, International Professional Exchange.

(1994-present) Minority Mentor, **Academy of Management**.

Reviewer for the following refereed journals, publishers, conferences and granting agencies: **Academy of Management Journal, Academy of Management Review, Administrative Science Quarterly, Group and Organization Management, Information Systems Research, Journal of Applied Social Psychology, Journal of Management, Journal of Management Inquiry, Journal of Organizational Behavior, Journal of Social Issues, Organization Science, Psychology of Women Quarterly, Sex Roles,** Social Sciences and Humanities Research Council of Canada, Blackwell, Sage, Oxford University Press, Jossey-Bass Publications, Prentice-Hall Publications, University of British Columbia Press, Academy of Management, Eastern Academy of Management.

# EXHIBIT 2

EXHIBIT 2: WOMEN'S REPRESENTATION AMONG U.S. MBA DEGREE-HOLDERS

Table 284.—Earned degrees in business conferred by degree-granting institutions, by level of degree and sex of student:  1955–56 to 1999–2000

| Year | Master's degrees | | | % of Women Column 4 / Column 7 |
|------|-------|------|-------|--------|
|  | Total | Men | Women |  |
| 1 | 2 | 3 | 4 |  |
| 1982–83... | 64,758 | 45,999 | 18,759 | 0.2897 |
| 1983–84... | 66,150 | 46,178 | 19,972 | 0.3019 |
| 1984–85... | 66,996 | 46,209 | 20,787 | 0.3103 |
| 1985–86... | 66,689 | 45,938 | 20,751 | 0.3112 |
| 1986–87... | 67,093 | 44,913 | 22,180 | 0.3306 |
| 1987–88... | 69,230 | 45,980 | 23,250 | 0.3358 |
| 1988–89... | 73,065 | 48,540 | 24,525 | 0.3357 |
| 1989–90 .. | 76,676 | 50,585 | 26,091 | 0.3403 |
| 1990–91 .. | 78,255 | 50,883 | 27,372 | 0.3498 |
| 1991–92 .. | 84,642 | 54,705 | 29,937 | 0.3537 |
| 1992–93 .. | 89,615 | 57,651 | 31,964 | 0.3567 |
| 1993–94 .. | 93,437 | 59,335 | 34,102 | 0.3650 |
| 1994–95 .. | 93,809 | 59,109 | 34,700 | 0.3699 |
| 1995–96 .. | 93,982 | 58,685 | 35,297 | 0.3756 |
| 1996–97 .. | 97,619 | 59,611 | 38,008 | 0.3894 |
| 1997–98 .. | 102,171 | 62,713 | 39,458 | 0.3862 |
| 1998–99 .. | 108,085 | 65,113 | 42,972 | 0.3976 |
| 1999–2000 | 112,258 | 67,544 | 44,714 | 0.3983 |

NOTE:  Includes degrees in business management/administrative services; marketing operations/marketing distribution; and consumer and personal services. Data for 1998–99 imputed using alternative procedures.  (See Guide to Sources for details.)

SOURCE:  U.S. Department of Education, National Center for Education Statistics, Higher Education General Information Survey (HEGIS), "Degrees and Other Formal Awards Conferred" surveys, and Integrated Postsecondary Education Data System (IPEDS), "Completions" surveys.  (This table was prepared August 2001.)

Note: I calculated the percentage of women MBA degree earners by dividing the n of women degree earners / total degrees

# EXHIBIT 3

**Exhibit 3: Impact of WOCB on Firm Ethical Behavior**

| Publication | Country | Years | Outcome Examined | Findings | Critical Mass |
|---|---|---|---|---|---|
| *Tested Critical Mass* | | | | | |
| Arnaboldi, et al. (in press) | EU 28 Banks | 2007-2018 | Misconduct Fines (N, $ value) | WOCB (3+ have a stronger impact); Adding each WOCB negatively predicts misconduct fines. Average savings is $7.48M/year | Supported |
| Capezio & Mavisakalyan (2016) | Australia | 2002-2008 | KPMG Fraud data | WOCB negatively predicts fraud; one WOCB negatively predicts fraud, second WOCB has no added effect | WOCB have a beneficial effect, Critical Mass not supported |
| Liu (2018) | U.S. | 2000-2015 | Environmental Lawsuits | WOCB negatively predicts environmental lawsuits (as does F CEO when firms have low % WOCB); 3 WOCB and 3 independent WOCB negatively predict lawsuits | Supported |
| Owen & Temesvary (2018) | U.S. Banks | 1999-2015 | Regulatory Enforcement Actions | WOCB negatively predicts regulatory enforcement actions against banks (Table 7, nonlinear), more strongly for well-capitalized banks and during the Global Financial Crisis (Table 8) | Supported |
| Wowak, et al. (2020) | U.S. | 2002-2013 | N low-severity recalls; Time-to-recall for high-severity events | WOCB positively predicts n of Class 3 recalls (least severe, no impact on customer health); negatively predicts time to Class 1 recalls (most severe); stronger and faster effects for 2 WOCB, 3 WOCB adds even more value | Supported |
| *Did not Test Critical Mass* | | | | | **Effects Summary** |
| Godfrey, et al. (in press) | U.S. | 2007-2016 | Corporate Irresponsibility | WOCB reduce future irresponsibility, more strongly for firms with high past irresponsibility (interaction WOCB X CSIrresponsibility). Irresponsibility damages stock returns, WOCB reduce average annual loss by 58 basis points | Beneficial Effect |

Notes.  WOCB = women on corporate board. All listed studies analyzed panel data and tested/adjusted for endogeneity.

# EXHIBIT 4

| Exhibit 4: Impact of WOCB on Earnings Management | | | | | |
|---|---|---|---|---|---|
| Publication | Country | Years | Outcome Examined | Findings | Critical Mass |
| *Tested Critical Mass* | | | | | |
| Ahmed & Ali (2017) | Australia | 2008-2013 | Stock liquidity | % WOCB positively predict all measures of liquidity (Table 4, 5); solo WOCB positively predicts liquidity, and the effect is stronger for 2 and even stronger for 3 WOCB (Table 7, Panel A) | Supported |
| Evgeniou & Vermaelen (2017) | U.S. | 1999-2015 | Stock repurchases/ buybacks | % WOCB positively predict buybacks (Table 3); presence of WOCB negatively predicts long term excess returns from buybacks, but no added effect of more than one WOCB (Table 9) (buybacks indicate monitoring rather than market timing) | Beneficial Effect but Critical Mass Not Supported |
| Fan et al. (2019) | U.S. Banks | 2000-2014 | Earnings Management (EM) | Inverted U-shaped relationship between WOCB and EM; reduced EM begins with 3 women and more women reduce EM further; effect is stronger with 3 independent F directors (Table 2, 4); Appointing first and second WOCB positively predicts EM; appointing third F negatively predicts EM; stronger for independent WOCB (Table 3); confirms nonlinear link between % WOCB on audit and nominating committees and EM (Table 5) | Supported |
| Gul, Srinidhi & Ng (2011) | U.S., Norway | 2002-2007 | Stock price informativeness | U.S. WOCB positively predict the informativeness of stock price (Table 4); non-linear effect is stronger when there are 5 or more WOCBs (Table 5); Norway adding WOCB positively predicts stock price informativeness (Table 6) | Supported |

| Kyaw, Olugbode & Petracci (2015) | EU | 2002-2013 | EM | WOCB negatively predict EM (Table 4); effect is larger in Scandinavia, linear each additional F adds to the effect (Table 5) | Beneficial Effect but Critical Mass Not Supported |
|---|---|---|---|---|---|
| Lakhal et al. (2015) | France | 2008-2011 | EM | % WOCB negatively predicts EM, F Chair has an additional negative effect (Table 3); Three or more WOCB negatively predicts EM (Table 4) | Supported |
| Radu & Smaili (in press) | Canada | 2014-2018 | 3 Measures of cybersecurity disclosures | % WOCB (Table 6) + Gender diversity (Table 7) positively predict 3 measures of disclosures; Critical mass analysis shows positive impact with 3 women, no impact with 2, negative impact with 1 (Table 8) | Supported |
| Seebeck & Vetter (in press) | U.K. | 2015-2017 | Corporate risk disclosure re: Brexit | WOCB positively predict risk disclosures (Table 5); skewed boards (≤20% F) were less likely to disclose, tilted boards (20-40% F) were more likely to disclose, boards with 2, 3, or 4+ F were more likely to disclose (Table 6); disclosures negatively predicts info asymmetry (Table 7) | Supported |
| Srinidhi Gul & Tsui (2011) | U.S. | 2001-2007 | Accruals quality | WOCB negatively predict accruals estimation error (Table 6, 7, 8); nonlinear analysis shows added impact of second and third WOCB (Table 10) | Supported |
| Strydom, Yong & Rankin (2017) | Australia | 2005-2013 | EM | WOCB negatively predict EM (Table 3); skewed (≤20% F) positively predicts EM, tilted (20-40% F) negatively predicts EM (Table 3, 7, 8, 9); 2 and 3F negatively predict EM; 1 independent F negatively predicts EM; F on Audit committee negatively predicts EM (Table 10) | Supported |

| Wahid (2019) | U.S. | 2000-2010 | Earnings restatements; Investigation for irregularities | WOCB predict fewer restatements and irregularities (Table 2, 3, 5, 6); nonlinear with greater beneficial impact from 0 to 1F and 1 to 2F; move from 2 to 3F does not add as much value (Table 7) | Supported |
| Ye et al. (2019) | 22 Countries | 2000-2013 | Dividends | WOCB positively predict dividend payouts (Table 5, 7, 8, 9, 10), 3 WOCB positively predict dividends (Table 6), quota law increased dividends across countries (Table 11) | Supported |
| *Did not Test Critical Mass* | | | | | **Effects Summary** |
| Abad et al. (2017) | Spain | 2004-2009 | Information asymmetry in equity markets | WOCB negatively predict multiple measures of information asymmetry (Table 3, 4, 5) | Beneficial |
| Arun, Almahrog & Aribi (2015) | U.K. | 2005-2011 | EM | WOCB and independent WOCB positively predict conservative reporting of earnings (Table 5, 6, 9); moderator analysis shows the impact is strongest for low-debt firms (Table 8, interpreted as due to smaller boards on low-debt firms) | Beneficial |
| Chen & Gavious (2016) | Israel | 2003-2010 | EM | Presence of one financially literate WOCB negatively predicts EM; explains the effect of % WOCB (Table 4) | Beneficial |
| Chen, Eshleman & Soileau (2016) | U.S. | 2004-2013 | Internal accounting controls | WOCB negatively predict accounting weaknesses (Tables 5, 6, 7) | Beneficial |
| García Lara et al. (2017) | U.K. | 2003-2012 | EM | Independent WOCB negatively predict EM, overall WOCB and inside WOCB do not (Table 3); effect is limited to firms with fewer WOCB than predicted (Table 5, 6); discriminating firms show more EM (Table 7, 8) | Beneficial |

| Loukil, Yousfi & Yerbanga (2019) | France | 2002-2012 | Stock liquidity | WOCB negatively predict stock illiquidity, internal WOCB but not independent WOCB; WOCB positively predict trading volume, independent but not internal WOCB (Table VIII, IX) | Beneficial |
|---|---|---|---|---|---|
| Mobbs, Tan & Zhang (2021) | U.S. | 2001-2018 | Earnings restatements, Abnormal CEO compensation | Firms with abnormally low WOCB show more restatements, lower firm value and more excess CEO compensation; % informed WOCB negatively predicts CEO compensation + restatements, positively predicts Tobin's Q (Table 6, 7) | Beneficial |
| Ran et al. (2015) | China | 1999-2012 | Accounting information quality, EM | WOCB positively predict accounting information quality (Table 3, 5), negatively predict EM (Table 4, 6) | Beneficial |
| Tejedo-Romero, Rodrigues & Craig (2017) | Spain | 2007-2011 | Intellectual capital disclosures | WOCB positively predicts IC disclosures (Table 2) | Beneficial |
| Upadhyay & Zeng (2014) | U.S. | 2000-2003 | Corporate opacity | Board gender/ethnic diversity negatively predicts opacity (Table 3); WOCB and % ethnic minority directors each explain added variance (Table 4) | Beneficial |
| Zalata, Tauringana & Tingbani (2018) | U.S. | 2007-2013 | EM | WOCB with financial expertise on audit committee negatively predict earnings management (Table 3, 4, 6); particularly in litigious industries (Table 5, 6) | Beneficial |
| Notes.  WOCB = women on corporate board. All listed studies analyzed panel data and tested/adjusted for endogeneity. | | | | | |

# EXHIBIT 5

**Exhibit 5: Impact of WOCB on CEO Compensation**

| Publication | Country | Years | Outcome Examined | Findings | Critical Mass |
|---|---|---|---|---|---|
| *Tested Critical Mass* | | | | | |
| Owen & Temesvary (2019) | U.S. Banks | 1999-2015 | CEO compensation | Gender diversity shows a nonlinear positive effect on CEO compensation, the upward trend flattens when women represent 22.5% (WOCB attain sufficient power); banks with more gender diverse boards showed larger reductions in CEO bonuses during the Global Financial Crisis (Table 1) | Supported |
| Usman et al. (2019) | Pakistan | 2007-2011 | CEO pay level, link to performance | WOCB presence and gender diversity both negatively predict level of CEO pay; CEO pay is more closely tied to performance with more WOCB; 2 WOCB have a significant effect, 1 WOCB does not (Table VIII) | Supported |
| *Did Not Test Critical Mass* | | | | | **Effects Summary** |
| Adams & Ferreira (2009) | U.S. | 1996-2003 | Performance-driven CEO turnover | With more WOCB, CEO turnover is more sensitive to stock performance, board directors receive more equity-based compensation, M directors have fewer attendance problems (WOCB have fewer attendance problems than M) | Beneficial |
| Bugeja, Matolcsy & Spiropoulos (2016) | U.S. | 2002-2009 | CEO compensation CEO pay increase; % | WOCB negatively predict CEO bonus level (Table 4); F on compensation committee negatively predict all components of CEO compensation (Table 5,7) as well as lower levels of excess compensation (Excess compensation negatively predicts ROA, Table 8) | Beneficial |
| García-Izquierdo, Fernández-Méndez & Arrondo-García (2018) | Spain | 2011-2015 | Equity-based CEO pay; shareholder opposition to executive pay plan | % F on compensation committee negatively predicts CEO increase, shareholder opposition to executive pay plan; WOCB presence at board meetings negatively predicts CEO increase (Table 6, 7, 8) | Beneficial |
| Kim, Kuang & Qin (2020) | Russia | 2006-2016 | CEO turnover-performance sensitivity; later performance after turnover decision | WOCB positively predicts CEO turnover but reduce CEO turnover-performance link (Table 5); these decisions to retain underperforming CEOs are associated with more board meetings and improved performance in the subsequent period (Table 6) | Beneficial |
| Lucas-Pérez, et al. (2015) | Spain | 2004-2009 | Variable executive pay (linked to performance) | WOCB, independent WOCB both positively predict executive variable pay (Table 2, 3), positively predict n of compensation committee meetings (Table 5) | Beneficial |
| Mobbs, Tan & Zhang | U.S. | 2001-2018 | Abnormal CEO compensation | Abnormally low WOCB positively predicts excess CEO compensation (Table 7, Panel B, Model 1) | Beneficial |
| Peteghem, Bruynseels & Gaeremynck (2018) | U.S. | 2008-2012 | Abnormal CEO comper | WOCB negatively predicts abnormal CEO compensation (Table 6) | Beneficial |

Notes.  WOCB = women on corporate board. All listed studies analyzed panel data and tested/adjusted for endogeneity.

# EXHIBIT 6

**Exhibit 6: Impact of WOCB on Corporate Social Responsibility**

| Publication | Country | Years | Outcome Examined | Findings | Critical Mass |
|---|---|---|---|---|---|
| *Tested Critical Mass* | | | | | |
| Atif et al. (in press) | U.S. | 2008-2016 | Renewable Energy Usage | WOCB positively predict renewable energy use (Table 9, 10, 11); independent WOCB even more impactful (Table 6); each added WOCB explains additional variance (Table 5) | Supported |
| Ben-Amar Chang & McIlkenny (2017) | Canada | 2008-2014 | Climate disclosures | WOCB positively predict climate disclosures (Table 6); solo WOCB unrelated; 2 and 3 WOCB positively predict disclosures (Table 7) | Supported |
| Boulouta (2013) | U.S. | 1999-2003 | KLD strengths, concerns | Table 3 (firms with at least 1 WOCB) shows positive effect of WOCB on CSP total (strengths - concerns), unrelated to strengths, negatively related to concerns; Table 4 (firms with at least 2 WOCB) shows negative effect of WOCB on concerns, unrelated to overall or strengths | Supported |
| Charumathi & Rahman (2019) | India | 2011-2016 | Climate disclosures | WOCB positively predict climate disclosures index (Table 10); 3+ WOCB disclose more (Table 12) | Supported |
| Cook & Glass (2018) | U.S. | 2001-2010 | KLD strengths: Community, governance, product, environment | WOCB positively predict community, governance, environment strengths (Table 2, 3 ); 3+ WOCB positively predicts all four outcomes more strongly than 0, 1 or 2 (Table 4, 5) | Supported |

| Elmagrhi et al. (2019) | China | 2011-2015 | Environmental performance | WOCB positively predict all measures of environmental performance (Table 5) effect is robust and nonlinear (Table 6) | Supported |
|---|---|---|---|---|---|
| Hollindale et al. (2019) | Australia | 2007 natural experiment | Greenhouse gas emission disclosures | 2+ WOCB positively predict GHG disclosures; solo WOCB is unrelated (Table 5, 6, 7) | Supported |
| Isidro & Sobral (2015) | 16 EU countries | 2010-2012 | Ethics or CSR committee | WOCB and 30%+ WOCB positively predict presence of an ethics or CSR committee (Table 4, 5) | Supported |
| Manita et al (2018) | U.S. | 2010-2015 | Bloomberg ESG disclosure score | WOCB do not predict ESG scores (Table III) | Not Supported |
| Pucheta-Martínez, Bel-Oms & Olcina-Sempere (2019) | Spain | 2004-2014 | CSR disclosures | Both independent and institutional WOCB positively predict CSR disclosure, nonlinear; tipping point is 13-20% (1 to 2 WOCB) (Table 4) | Supported |
| Valls Martínez et al (2020) | U.S., EU | 2015-2019 | Bloomberg ESG score | WOCB show a positive nonlinear effect on ESG scores in both the U.S. (Table 5) and the EU (Table 6), with EU women having more positive influence | Supported |
| *Did not Test Critical Mass* | | | | | **Effects Summary** |
| Beji et al. (in press) | France | 2003-2016 | VigeoEiris CSR score | WOCB positively predict global CSR, governance, human rights, unrelated to HR, environment, community involvement, business ethics (Table 5,6,8,12) | Positive |
| Dang et al. (2021) | U.S. | 2004-2015 | Bloomberg ESG disclosure score | WOCB positively predict CSR (Table 3) | Positive |

| Francoeur et al. (2019) | U.S. | 2007-2013 | Sustainalytics CSR scores, KLD CSR performance scores | WOCB positively predict CSR dimensions related to low power stakeholders (aggregate, environment, contractors, community); not institutionally supported stakeholders (employees and customers) (Table 3,4) | Positive |
| --- | --- | --- | --- | --- | --- |
| Hussain, Rigoni & Orij (2018) | U.S. | 2007-2011 | CSR, Global Reporting Initiative | WOCBs positively predict social sustainability (Table 7), unrelated to economic (Table 5) or environmental sustainability (Table 6) | Positive |
| Hyun et al. (2016) | U.S. | 2000-2009 | KLD strengths, concerns | Independent WOCB positively predict CSR score; positive interaction with advertising intensity, consumer goods industry (Table 3, Figure 1) | Positive |
| Katmon et al. (2019) | Malaysia | 2009-2013 | CSR disclosures | WOCB unrelated to CSR disclosures in all but one specification (Table 4), interact positively with educational + nationality diversity, negatively with age and tenure diversity (Table 5), unrelated in 2SLS (Table 6) | Mixed |
| McGuinness, Vieito & Wang (2017) | China | 2009-2013 | Rankins CSR scores | F CEO and WOCB positively and uniquely predict CSR, WOCB effect is linear (Table 5,9); event study shows appointing an F TMT member positively predicts change to CSR (Table 8) | Positive |

| | | | | | |
|---|---|---|---|---|---|
| Pucheta-Martínez, Olcina-Sempere & López-Zamora (2020) | Spain | 2005-2014 | CSR policies | Institutional WOCB positively predict CSR policies (Table 5); Pressure-sensitive WOCB have no impact; Pressure-resistant WOCB have positive impact (Table 6) | Positive |
| Wasiuzzaman & Wan Mohammad (2020) | Malaysia | 2005-2016 | ESG scores | % WOCB positively predict overall ESG, governance, environment, unrelated to Social (Table 4) (and unrelated to governance in Table 6) | Positive |
| Xie Nozawa & Managi (2020) | International | 2011-2016 | Environmental policies | Four classes of environmental policy, ranked: inactive, reactive, pollution prevention, sustainabile development; WOCB positively predict higher-ranked policies (PP and SD) most strongly (Table 5); PP and SD positively predict longer-term market indicator of performance Tobin's Q (Table 6) | Positive |
| Notes.  WOCB = women on corporate board. All listed studies analyzed panel data and tested/adjusted for endogeneity. | | | | | |

# EXHIBIT 7

| Exhibit 7: Impact of WOCB on Gender Equity | | | | |
|---|---|---|---|---|
| **Publication** | **Country** | **Years** | **Outcome Examined** | **Findings** |
| *Studies of Individuals* | | | | |
| Geiler & Renneboog (2015) | U.K. | 1997-2007 | Executive Pay Gap | Independent WOCB reduce the executive pay gap |
| Quintana-García & Elvira (2017) | U.S. | 2006-2011 | Executive Pay Gap | % WOCB reduce the executive gender pay gap (Table 5; Table 6) |
| Yanadori Gould & Kulik (2018) | Australia | 2011-2014 | Executive Pay Gap | WOCB reduce the gender pay gap in base salaries for female executives |
| *Studies of Firms* | | | | |
| Bozhinov, Joecks & Scharfenkamp (in press) | Germany | 2009-2016 | Presence of F executives (21% yes) | WOCB positively predict presence of F executives (but not in all specifications); WOCB on the nominating committee has twice the effect (F voice on the nominating committee is key) |
| Cook & Glass (2016) | U.S. | 2001-2010 | Corporate Equality Index (LGBT initiatives) | F CEO positively predicts 2 initiatives; WOCB positively predicts all initiatives; F links to other boards also positively predicts all initiatives (powerful F act on communal values) |
| Corwin, Loncarich & Ridge (in press) | U.S. | 2011-2017 | % F on the top management team | WOCB is a positive predictor of F on TMT (Table 2, 3, 4 shows nonlinear critical mass effect model 3, p < .10) and having a female CEO (footnote 1). Female CEO does not have such a consistently positive impact, interpreted as due to constraints on CEO power |
| Furlotti, et al. (2019) | Italy | 2010-2015 | Gender equity initiatives | F Board Chair positively predicts measures of gender initiatives; F CEO is unrelated to those measures (F Chair |

| | | | | acts on communal values; F CEO bound by business imperatives) |
|---|---|---|---|---|
| Gould, Kulik & Sardeshmukh (2018) | Australia | 2003-2012 | % F executives | WOCB positively predicts % F executives; effect is sustained over 5 years; ASX "comply or explain" reporting (2011) reduced the size of this trickle-down effect (i.e., firms without WOCB start increasing their numbers in response to regulation) |
| Matsa & Miller (2011) | U.S. | 1997-2009 | % F executives and F share of executive pay | WOCB positively predict F representation among top 5 executives and F share of executive pay |
| | | | | |
| Notes.  WOCB = women on corporate board. All listed studies analyzed panel data and tested/adjusted for endogeneity. | | | | |
| Among these studies, only Corwin et al. tested for a critical mass effect (i.e., an effect of 3 or more WOCB). | | | | |

# EXHIBIT 8

| Exhibit 8: Impact of WOCB on Risk | | | | | |
|---|---|---|---|---|---|
| **Publication** | **Country** | **Years** | **Outcome Examined** | **Findings** | **Critical Mass** |
| *Tested Critical Mass* | | | | | |
| Birindelli, Chiappini & Savioli (2020) | Banks in 40 countries | 2008-2016 | 4 Measures of Bank Risk | <3 WOCB negatively (positively) predicts risk for sound (unsound) banks; 3 or more WOCB weakens these relationships (Table 6); Quadratic analysis confirms significant U-shaped relationship (Table 7, Figure 1) | Supported |
| Dowling & Aribi (2013) | U.K | 2000-2011 | Frequency of large and small acquisitions | WOCB negatively predict frequency of large acquisitions (2 or more WOCB also negatively predicts $p < .10$) (Table 2); similar findings for small acquisitions (Table 4) | Supported |
| *Did not Test Critical Mass* | | | | | **Effects Summary** |
| Cardillo, Onali & Torluccio (in press) | EU Banks | 2005-2017 | Probability and size of public bailouts | WOCB negatively predicts bailouts (Table 7, 8, 9), cash amount of bailouts (Table 10) | Beneficial |
| Darrat et al. (2016) | U.S. | 1996-2006 | Firm bankruptcy risk | WOCB 2 years prior (but not 1 year prior) reduces bankruptcy risk (<.10) (Table 4) | Beneficial |
| Khaw et al. (2016) | China | 1999-2010 | ROA volatility | Male-only boards incur higher risk; WOCB negatively impact risk-taking (Table 5) | Lower Risk |
| Levi, Li & Zhang (2014) | U.S. | 1997-2009 | Acquisition frequency, bid premia paid | WOCB negatively predicts n of bid initiations (Table 2, Panel B); and bid premia paid(Table 5, Panel B) | Beneficial |
| Nadeem, Suleman & Ahmed (2019) | U.K. | 2007-2016 | Firm risk | WOCB negatively predicts idiosyncratic, systematic and total risk (Table 6a, 8); all three types of risk negatively predict ROA (Table 6b); WOCB X risk positively predicts ROA (Table 7, 8 beneficial impact of gender diversity on decisions) | Beneficial |

| Palvia, Vähämaa & Vähämaa (2015) | U.S. Banks | 2007-2010 | Bank capital holdings, failure during the GFC | F CEO/Chair positively predict equity (Table 3, tier-1 capital, capital ratio); small F-led banks were less likely to fail during the GFC (Table 5, Models 5, 6) | Beneficial |
|---|---|---|---|---|---|
| Schopohl, Urquhart & Zhang (in press) | U.K. | 1999-2017 | Firm leverage | F CFO negatively predicts leverage (Table 4, 5); Board diversity moderates: F CFO negatively predicts leverage only for firms with middle and high WOCB (Table 6); when there is no CEO board duality, when there are fewer insider directors, and lower CEO pay % (CEO is weaker, Table 7); and externally appointed CFOs (less dependent than insiders, Table 8); transition from M to F CFO predicts significant decline in leverage (Table 9); only after Lord Davies report (women have more influence after the report, Table 12) | Lower Risk |
| Sila, Gonzalez & Hagendorff (2016) | U.S. | 1996-2010 | Firm risk | WOCB unrelated to firm risk (Table 4) unrelated with firm fixed effects (Table 5) in analysis of bank holding companies (Table 10) | Unrelated |
| Notes.  WOCB = women on corporate board. All listed studies analyzed panel data and tested/adjusted for endogeneity. | | | | | |

# EXHIBIT 9

| Exhibit 9: Impact of WOCB on Firm Financial Performance | | | | | |
|---|---|---|---|---|---|
| Publication | Country | Years | Outcome Examined | Findings | Critical Mass |
| *Tested Critical Mass* | | | | | |
| Gordini & Rancati (2017) | Italy | 2011-2014 | Tobin's Q | WOCB positively predict Tobin's Q (Table VII, VIII); having only one WOCB is unrelated to performance (Table VI) | Supported |
| Isidro & Sobral (2015) | 16 EU countries | 2010-2012 | ROA, ROS | WOCB, 30%+ WOCB positively predict ROA but not Tobin's Q (Table 4); WOCB positively predicts ROS, 30% WOCB is non-significant (Table 5) | Supported |
| Joecks, Pull & Vetter (2013) | Germany | 2000-2005 | ROE, Tobin's Q | U-shaped relationship: 3+ WOCB positively predict ROE, Tobin's Q (Table 4, 5, 6) | Supported |
| Owen & Temesvary (2018) | U.S. bank holding companies | 1999-2015 | Revenue/Expense; Risk-adjusted returns (Sharpe); ROA; Stock price growth | Positive nonlinear effect of WOCB on Revenue/Expense (Table 2); ROA (Table 3); Sharpe Ratio (Table 4); stock price growth (Table 5);  stronger for well-capitalized banks (Table 6 interpreted as better management reduces the cost of potential conflict and able to reap the benefits of 3 WOCB) | Supported |
| Nguyen, Locke & Reddy (2015) | Vietnam | 2008-2011 | Tobin's Q | WOCB positively predict Tobin's Q (Table 7, 9); 2 WOCB is a positive predictor (Table 10) | Supported |
| Ramly et al. (2017) | ASEAN-5 banks | 1999-2012 | Cost efficiency, Profit efficiency | Independent WOCB positively predicts cost efficiency and profit efficiency (Table 3, 4, 6, 7); Benefits to banks begin when independent WOCB $\geq 33\%$ (Table 5) | Supported |

| Xie Nozawa & Managi (2020) | International | 2011-2016 | ATO, ROA, Tobin's Q | WOCB positively predict Tobin's Q, unrelated to ATO or ROA (Table 6); 3+ WOCB positively related to Tobin's Q, unrelated to ATO, negatively related to ROA (Table 7) | Mixed |
|---|---|---|---|---|---|
| *Did Not Test Critical Mass* | | | | | **Effects Summary** |
| Adams & Ferreira (2009) | Same | Same | Tobin's Q, ROA | WOCB negatively predicts Tobin's Q/ROA with firm fixed effects (Table 9/10) null effect in Table 11 + interacts positively with governance (Table 11; interpreted as WOCB better monitors) | Null to Negative effect + positive interaction |
| Atif et al. (in press) | U.S. | 2008-2016 | ROS, ROA | WOCB and interaction (WOCB X renewable energy usage) both positively predict ROS, ROA (Table 7) | Positive effect + interaction |
| Cardillo, Onali & Torluccio (in press) | EU banks | 2005-2017 | Tobin's Q, ROA | WOCB positively predict Tobin's Q, unrelated to ROA (Table 11) | Positive effect |
| Carter et al. (2010) | U.S. | 1998-2002 | Tobin's Q, ROA | WOCB positively predict ROA, unrelated to Tobin's Q (Table 3) | Positive effect |
| Chen & Kao (in press) | Taiwan | 1996-2017 | Tobin's Q, ROA | WOCB positively predict ROA, unrelated to Tobin's Q (Table 5) | Positive effect |
| Compton, Kang & Zhu (2019) | U.S. | 1996-2014 | Tobin's Q, ROA | WOCB positively predict Tobin's Q, unrelated to ROA; WOCB improve perf more strongly in Red States (more sexism; Table 5, 6) | Positive effect + interaction |
| González et al (2020) | Colombia | 1996-2006 | ROA | Overall WOCB and Family WOCB negatively while Independent WOCB positively predict ROA (Table 3); human capital of overall, family, and independent WOCB positively predicts ROA (Table 7) | Negative effect + positive effect of human capital |

| Karavitis, Kokas & Tsoukas (in press) | U.S. banks | 1999-2013 | Cost of lending | WOCB negatively predict fees; Internal but not external WOCB negatively predict cost of lending (Table 3, 4, 5, 6, 9, 11, 12 particularly beneficial for relationship borrowers) | Positive effect |
| --- | --- | --- | --- | --- | --- |
| Magnanelli, Nasta & Raoli (2020) | Italy | 2011-2016 | Tobin's Q | Meeting WOCB quota positively predicts Tobin's Q (Table 4); also in causal analysis (difference-in-differences) (Table 5); particularly valuable for family firms (Table 6) | Positive effect + interaction |
| Mínguez-Vera & Martin (2011) | Spain | 1998-2003 | ROE | WOCB negatively predict ROE (Table 5) | Negative effect |
| Mobbs, Tan & Zhang (2021) | U.S. | 2001-2018 | Tobin's Q | Firms low in WOCB negatively predict; % informed WOCB positively predict Tobin's Q (Table 6) | Positive effect |
| Nadeem, Farooq & Ahmed (2019) | U.K. | 2007-2016 | Efficiency (A-VAIC) | WOCB positively predict all facets of A-VAIC (Table VI, VII, VIII); causal analysis (difference in difference) shows WOCB has larger positive impact after the equality act (Table IX) | Positive effect + interaction |
| Oldford, Ullah & Hossain (in press) | U.S. | 1996-2009 | Tobin's Q, ROA | WOCB positively predict Tobin's Q, negatively predict ROA (Table 4) | Mixed |
| Peteghem, Bruynseels & Gaeremynck (2018) | U.S. | 2008-2012 | Tobin's Q, ROA | WOCB positively predict Tobin's Q, but unrelated to ROA (Table 4) | Positive + null effect |
| Reguera-Alvarado et al. (2017) | Spain | 2005-2009 | Tobin's Q | WOCB positively predict Tobin's Q (Table 8) | Positive effect |
| Smith, Smith & Verner (2006) | Denmark | 1993-2001 | Multiple measures | WOCB negatively predict gross profit/net sales (Table IV); Executive WOCB positively predict gross profit/net sales; contribution margin/net sales; income/net assets (Table IX) | Negative effect + positive interaction |

| Solal & Snellman (2019) | U.S. | 1998-2011 | Tobin's Q | WOCB negatively predict Tobin's Q, and the negative effect is larger for firms with higher ratings for their diversity efforts (Table 2) | Negative effect + negative interaction |
| Srivastava, Das & Pattanayak (2018) | India | 2001-2015 | ROA, Cost of equity | WOCB unrelated to cost of equity, WOCB involvement on committees positively predicts ROA, independent WOCB negatively predict ROA with F involvement controlled (Table IV) | Negative effect + positive effect of involvement |
| Uribe-Bohorquez, Martínez-Ferrero & García-Sánchez (2019) | International | 2006-2015 | Efficiency (DEA) | WOCB negatively predict efficiency; WOCB interact with cultural dimensions to positively predict efficiency (Table 4, interpreted as WOCB improve performance in more economically-oriented countries) | Negative effect + positive interaction |
| Notes.  WOCB = women on corporate board. All listed studies analyzed panel data and tested/adjusted for endogeneity. | | | | | |