ROB BONTA, State Bar No. 202668
Attorney General of California
MICHAEL L. NEWMAN, State Bar No. 222993
Senior Assistant Attorney General
LAURA L. FAER, State Bar No. 233846
VILMA PALMA-SOLANA, State Bar No. 267992
Supervising Deputy Attorneys General
LISA CISNEROS, State Bar No. 251473
MARISOL LEÓN, State Bar No. 298707
Deputy Attorneys General
 455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3438
 E-mail: Lisa.Cisneros@doj.ca.gov
*Attorneys for Defendant California
Secretary of State Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CREIGHTON MELAND, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | Case No. 2:19-cv-02288-JAM-AC<br><br>**DECLARATION OF SIMISO NZIMA** |

# DECLARATION OF SIMISO NZIMA

I, Simiso Nzima, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge, and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am currently employed by the California Public Employees' Retirement System (CalPERS), and I hold the position of Investment Director and Head of Corporate Governance. As part of this job, my responsibilities include overseeing CalPERS' Corporate Governance Program, which is responsible for proxy voting and corporate engagements of CalPERS' public equity portfolio companies, including the engagement of companies regarding the improvement of corporate board diversity.

3. CalPERS is an agency of the State of California and is overseen by a 13-member Board of Administration. This Board manages and administers the investments of all of its retirement funds, including the Public Employees' Retirement Fund. Overall, CalPERS serves more than 2 million members in the CalPERS retirement system and administers benefits for more than 1.5 million members and their families within its health program operations. CalPERS manages the largest public pension fund in the United States.

4. Funding for CalPERS' pensions comes from member contributions, employer contributions, and CalPERS' investments. CalPERS' investments constitute the largest source of retirement funding. When CalPERS' investments perform well, CalPERS' total fund market valuation increases. CalPERS' investments in publicly-traded corporations are a large portion of CalPERS' total investments. CalPERS' investments in publicly-traded corporations that perform well have a positive impact on CalPERS' total fund market valuation. Increases to CalPERS' total market valuation positively impact CalPERS' funded status and is a factor used to determine the amount of employer contributions needed from the State of California and contracting agencies.

5. CalPERS' investments in publicly-traded companies include publicly-traded corporations that are headquartered in California. Examples of these types of companies include

1  Apple Inc., Facebook, Wells Fargo, Alphabet Inc. (Google), Chevron, Walt Disney, Intel Inc., and Oracle among others.

6. CalPERS has recognized the benefits of diversity, including gender diversity, in corporate management, and to the improvement of productivity and economy of corporations. A copy of a CalPERS press release entitled, "CalPERS Expands Engagement for Greater Diversity on Corporate Boards to More Than 500 U.S. Companies," dated August 22, 2017, is attached as **Exhibit A,** and is also available at https://www.calpers.ca.gov/page/newsroom/calpers-news/2017/engagement-corporate-board-diversity. This press release details CalPERS' outreach to corporations about the importance of board diversity. CalPERS has also promoted the importance of diversity in its solicitations to shareowners of various companies on corporate board votes. For example, for a recent board vote for Sonic Automotive, Inc., CalPERS urged shareholders to vote against a slate of candidates who did not embrace board diversity, and stated the importance of board diversity to business performance. A copy of this Shareowner Alert, dated April 15, 2020, is attached as **Exhibit B**, and available at https://www.calpers.ca.gov/docs/shareowner-letter-sonic-automotive-2020.pdf.

7. In addition, on June 10 and June 11, 2019, CalPERS cohosted a Diversity Forum with CalSTRS, which featured experts from McKinsey & Company, Goldman Sachs, State Street Bank, and others, and promoted diverse workforces. A copy of the agenda from the Diversity Forum is attached as **Exhibit C,** and also available at https://www.calpers.ca.gov/docs/diversity-forum/2019/forum-agenda-2019.pdf. CalPERS has also made available on its website a report from McKinsey & Company analyzing the importance of gender diversity on corporate boards, titled "Why Diversity matters," published January 2015, attached as **Exhibit D**, and available at https://www.calpers.ca.gov/docs/diversity-forum-mckinsey-report-2015.pdf. This report is also referenced by CalPERS in Exhibit B, in its notification to shareholders of Sonic Automotive, Inc.

//
//
//
//

The updated McKinsey study titled "Delivering through diversity," was published in January 2018, and is available at https://www.mckinsey.com/business-functions/organization/our-insights/delivering-through-diversity.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 20, 2021, in Sacramento, California.

*/s/ Simiso Nzima*

Simiso Nzima

# EXHIBIT A



# CalPERS Expands Engagement for Greater Diversity on Corporate Boards to More Than 500 U.S. Companies

August 22, 2017

Communications & Stakeholder Relations
(916) 795-3991
Brad W. Pacheco, Deputy Executive Officer
Wayne Davis, Chief, Office of Public Affairs
Contact: Megan White, Information Officer
newsroom@calpers.ca.gov

**SACRAMENTO, CA** - The California Public Employees' Retirement System has sent letters to 504 companies in the Russell 3000 Index regarding diversity on their board of directors. The letters outline the growing evidence that board diversity has a positive economic impact on business performance. CalPERS requested that each company develop and disclose its corporate board diversity policy and implementation plan to address the lack of diversity.

CalPERS has long advocated for increased board disclosure and representation of diverse characteristics such as gender, age, gender identity and sexual orientation, cultural and ethnic composition, and historically under-represented groups. CalPERS has an interest in each company's growth and ability to create value for shareowners over the long-term. To successfully execute a long-term business strategy and mitigate risk, a company's board should reflect a diverse mix of skills, backgrounds, and experience. The initial 504 companies were selected based on a lack of gender diversity on their boards.

"Simply put, board diversity is good for business," said Anne Simpson, CalPERS investment director, sustainability. "It is essential in today's global economy that boards avoid "group think" and ensure there is the breadth of experience, skills and knowledge necessary to meet complex business needs."

Over the coming months CalPERS will closely monitor the companies' progress on the matter and enter into confidential engagements when necessary. In instances where

companies fail to respond appropriately, CalPERS will consider withholding votes from directors at future annual general meetings.

To help increase diversity on corporate boards, CalPERS and CalSTRS developed the Diverse Director DataSource, called "3D," in 2011. 3D was designed to make it easy for companies to find untapped talent to serve as directors on corporate boards. In 2016, 3D became available through the Equilar Diversity Network ⌕. CalPERS has also advocated for corporate disclosure of human capital management policies (PDF) ⌕ and amendment of the proxy rule regarding board nominee disclosure (PDF) ⌕.

CalPERS has outlined its board diversity principles in the CalPERS Governance & Sustainability Principles (PDF). Diversity and Inclusion is also one of the six strategic initiatives identified within the CalPERS Environmental, Social, and Governance Strategic Plan, which was adopted by the CalPERS Board in August of 2016.

## About CalPERS

For more than eight decades, CalPERS has built retirement and health security for state, school, and public agency members who invest their lifework in public service. Our pension fund serves more than 1.8 million members in the CalPERS retirement system and administers benefits for 1.4 million members and their families in our health program. CalPERS' total fund market value currently stands at approximately $330 billion. For more information, visit www.calpers.ca.gov.

# EXHIBIT B

Name: of Registrant: Sonic Automotive Inc.
Name of persons relying on exemption: California Public Employees Retirement System (CalPERS)
Address of persons relying on exemption: 400 Q Street, Sacramento, CA 95811

Case 2:19-cv-02288-JAM-AC   Document 32-9   Filed 09/28/21   Page 9 of 18

Written materials are submitted pursuant to Rule 14a-6(g)(1) promulgated under the Securities Exchange Act of 1934. Submission is not required of this filer under the terms of the Rule, but is made voluntarily in the interest of public disclosure and consideration of these important issues.



# SEC Shareowner Alert - Notice of Exempt Solicitation

April 15, 2020

Dear 2020 Sonic Automotive, Inc. Shareowner:

**Vote AGAINST Re-election of O. Bruton Smith, William I. Belk, Victor H. Doolan, John W. Harris III, R. Eugene Taylor, William R. Brooks and Robert Heller**

At the April 29, 2020 Sonic Automotive, Inc. Annual General Meeting CalPERS will be voting AGAINST O. Bruton Smith (Board Chair), William I. Belk, Victor H. Doolan, John W. Harris III, R. Eugene Taylor (Nominating and Corporate Governance Committee members), William R. Brooks and Robert Heller (both long-tenured directors with 12 or more years of service) who are standing for re-election at the company's 2020 Annual General Meeting. As of record date March 9, 2020, CalPERS owned 58,391 shares of Sonic Automotive, Inc. common stock. As a long-term shareowner of the company, we believe these seven board members have demonstrated a lack of responsiveness to multiple CalPERS shareowner engagement requests to address board composition related to diversity.

**CalPERS Governance & Sustainability Principles Advocate for Board Diversity**

Consistent with the CalPERS Governance & Sustainability Principles[1] we believe the board should facilitate a process that ensures a thorough understanding of the diverse characteristics necessary to effectively oversee management's execution of a long-term business strategy. Specifically, board diversity should be thought of in terms of skill sets, gender, age, nationality, race, sexual orientation, gender identity, and historically under-represented groups. Consideration should go beyond the traditional notion of diversity to include a more broad range of experience, thoughts, perspectives, and competencies to help enable effective board leadership.

**Growing Evidence Diversity is Good for Business Performance**

The 2015 McKinsey & Co. study, "Why Diversity Matters," shows that companies in the top quartile for gender diversity and racial and ethnic diversity are respectively 15% and 35% more likely to have financial returns above their respective national industry median, while those in the bottom quartile are less likely to do so.[2] Another report from McKinsey titled "Delivering Through Diversity" shows that companies in the top-quartile for gender diversity on executive teams were 21% more likely to outperform on profitability and 27% more likely to have superior value creation than companies in the fourth quartile. For ethnic/cultural diversity, top-quartile companies were 33% more likely to outperform on profitability.[3]

---

[1] California Public Employees' Retirement System Governance & Sustainability Principles
https://www.calpers.ca.gov/docs/forms-publications/governance-and-sustainability-principles.pdf

[2] McKinsey & Company, "Why Diversity Matters," by Vivian Hunt, Dennis Layton, and Sara Prince, January 2015. http://www.mckinsey.com/business-functions/organization/our-insights/why-diversity-matters

[3] McKinsey & Company, "Delivering through Diversity" by Vivian Hunt, Sara Prince, Sundiatu Dixon-Fyle, Lareina Yee, January 2018.
https://www.mckinsey.com/business-functions/organization/our-insights/delivering-through-diversity

PLEASE NOTE: The cost of this solicitation is being borne entirely by CalPERS and is being done through the use of the mail and telephone communication. CalPERS is not asking for your proxy card. Please do not send us your proxy card.



# SEC Shareowner Alert - Notice of Exempt Solicitation

## Hold Directors Accountable for Not Engaging with Shareholders

CalPERS believes Board Chair O. Bruton Smith, Nominating and Corporate Governance Committee members, William I. Belk, Victor H. Doolan, John W. Harris III, R. Eugene Taylor, and long-tenured directors, William R. Brooks and Robert Heller, can be responsible and play a major role in recruiting diverse qualified directors and in the director selection process. These seven board members should be held accountable for repeatedly ignoring our shareowner engagements on board diversity. Shareowner engagement can strengthen oversight of companies and can be beneficial for the company and its shareowners.

## Governance Concerns at Sonic Automotive, Inc.

In addition to our request to vote AGAINST O. Bruton Smith, William I. Belk, Victor H. Doolan, John W. Harris III, R. Eugene Taylor, William R. Brooks, and Robert Heller, we would like to highlight the following governance concerns at the company:
- Non-responsiveness to CalPERS' requests to engage the company regarding improving its board diversity.  CalPERS' multiple requests to engage the company starting in July 2017 and throughout 2018 and 2019 have been unanswered
- Dual-class voting
- Does not allow proxy access

## Accountability Concerns at Sonic Automotive, Inc.– Vote AGAINST Re-election of O. Bruton Smith, William I. Belk, Victor H. Doolan, John W. Harris III, R. Eugene Taylor, William R. Brooks and Robert Heller

We believe Board Chair O. Bruton Smith, Nominating and Corporate Governance Committee members, William I. Belk, Victor H. Doolan, John W. Harris III, R. Eugene Taylor and two long-tenured directors, William R. Brooks and Robert Heller, should be held accountable for demonstrating a lack of board responsiveness to shareowners' concerns and engagement efforts on board diversity issues. Please vote AGAINST the re-election of these seven board members.

Should you have any questions please feel free to contact Todd Mattley, CalPERS Associate Investment Manager at Engagements@calpers.ca.gov or 916-795-0565.

Thank you for your support.

Sincerely,

Simiso Nzima
Investment Director, Global Equity
CalPERS Investment Office

PLEASE NOTE: The cost of this solicitation is being borne entirely by CalPERS and is being done through the use of the mail and telephone communication. CalPERS is not asking for your proxy card.  Please do not send us your proxy card.

CalPERS Public Employees' Retirement System Shareowner Alert

# EXHIBIT C

# 2019 Diversity Forum

# Agenda

| | Day One | |
|---|---|---|
| 11:30 a.m. – 7:00 p.m. | **Registration** | *Grand Nave Foyer* |
| 12:30 – 2:30 p.m. | **CFA Institute Workshop Series: Diversity and Inclusion in the Investment Management Profession** | *Tofanelli* |
| | During this workshop, attendees will have the opportunity to work with other participants to create a diversity and inclusion implementation plan, returning to their employer equipped with new and practical options to strengthen their efforts. This workshop will be especially useful to those that attend with a colleague. An identical session covering the same material will be offered at 3:00 p.m. | |
| | • Rebecca Fender, CFA, head, Future of Finance, CFA Institute<br>• Dr. Kelli Palmer, Ph.D., head, Global Diversity and Inclusion and Corporate Citizenship, CFA Institute | |
| 2:30 – 3:00 p.m. | **Networking Break** | |
| 3:00 – 5:00 p.m. | **CFA Institute Workshop Series: Diversity and Inclusion in the Investment Management Profession** | *Tofanelli* |
| | *Session identical to the 12:30 – 2:30 p.m. session.* | |
| | **Speaker: Deep Dive into Human Capital Management Metrics** | *Carr* |
| | Dr. Hesketh will present new research on Human Capital Management metrics and how they relate to firm performance. | |
| | • Dr. Anthony Hesketh, associate professor, Lancaster University Management School, UK | |
| 5:00 – 7:00 p.m. | **Networking Reception** | *Morgan Restaurant* |
| | Open to all participants from Day 1 and Day 2. Light appetizers, refreshments, and no-host bar available. | |
| | • Welcome Remarks: **Marcie Frost**, CEO, CalPERS | |
| | Day Two | |
| 7:30 – 8:30 a.m. | **Registration and Networking Breakfast** | *Grand Nave Foyer* |
| 8:30 – 8:40 a.m. | **Welcome Remarks** | *Magnolia & Camellia Ballrooms* |
| | • **Henry Jones**, president, CalPERS Board<br>• **Sharon Hendricks**, chair, CalSTRS Board | |
| 8:40 – 9:00 a.m. | **Opening Keynote: Setting the Stage – Why Diversity Matters** | *Magnolia & Camellia Ballrooms* |
| | • **Sallie Krawcheck**, CEO & co-founder, Ellevest | |

| | Day Two, *continued* | |
|---|---|---|
| 9:00 – 9:45 a.m. | **The Why and How of Driving Diversity and Inclusion**<br><br>Experts from McKinsey & Company and Stanford's VMware Women's Leadership Innovation Lab present the latest research on diversity and what happens when there is "Only One", as well effective steps to increasing diversity and inclusion. Mini-Keynotes followed by a Fireside chat.<br><br>• **Celia Huber**, senior partner, McKinsey & Company<br>• **Lori Nishiura Mackenzie**, co-founder, Stanford VMware Women's Leadership Innovation Lab | *Magnolia & Camellia Ballrooms* |
| 9:45 – 10:15 a.m. | **Networking Break** | |
| 10:15 – 11:15 a.m. | **New Research: Human Capital Management Metrics and Performance**<br><br>Join us for the latest research on human capital metrics and how they help investors better understand how you manage, measure, and report long-term value creation. Mini-Keynotes followed by moderator led discussion.<br><br>• Moderator: **Cambria Allen-Ratzlaff**, corporate governance director, UAW Retiree Medical Benefits Trust<br>• **Erik Bradbury**, CPA, partner, EY<br>• **Dr. Anthony Hesketh**, associate professor, Lancaster University Management School, UK | *Magnolia & Camellia Ballrooms* |
| 11:15 a.m. – 12:15 p.m. | **Best Practices: Building and Retaining a Diverse and Inclusive Workforce**<br><br>Research demonstrates inclusive workplaces generate greater employee engagement and productivity, lower turnover rates, and better long-term performance. Leaders from the investment industry present the successful strategies they undertook to increase diversity and inclusion and how they are engaging with companies to increase diversity in the companies they own. This will be a moderated panel discussion.<br><br>• Moderator: **Kara Helander**, chief inclusion and diversity officer, The Carlyle Group<br>• **Erika Irish Brown**, chief diversity officer, Goldman Sachs<br>• **Sekou Kaalund**, managing director and head of advancing black pathways, JPMorgan Chase<br>• **Rakhi Kumar**, senior managing director, head of ESG investments and asset stewardship, State Street Global Advisors | *Magnolia & Camellia Ballrooms* |
| 12:15 – 1:15 p.m. | **Lunch** - *A buffet luncheon will be provided for all participants.* | *Grand Nave Foyer* |

**2019 Diversity Forum**

# Agenda

| | | |
|---|---|---|
| | **Day Two,** *continued* | |
| 1:15 – 1:45 p.m. | **Afternoon Keynote: Successfully Increasing Diversity**<br><br>A primary force behind the recent increase in Black-produced, directed, and acted films and television, Brickson Diamond will speak on his successful efforts to increase diversity in the investment industry, corporate America, and entertainment and how you can do the same in your organization.<br><br>• Introduction: **Lisa Middleton**, board member, CalPERS Board<br>• **Brickson Diamond**, CEO, Big Answers, LLC | *Magnolia & Camellia Ballrooms* |
| 1:45 – 2:45 p.m. | **The Importance of Culture: Evidence and Practice**<br><br>Building and sustaining a positive corporate culture has become increasingly important to an organization's market value. This panel will discuss why culture matters and how to create and sustain the right kind of culture. Mini-Keynotes followed by moderator led discussion.<br><br>• Moderator: **Olivia (Mandy) O'Neill**, Ph.D., associate professor of management and center for the advancement of well-being senior scientist, George Mason University<br>• **Paige Ross**, Ph.D., senior managing director & global head of human resources, Blackstone<br>• **Horacio A. Valeiras**, CFA, CEO, partner, Frontier Global Partners, LLC | *Magnolia & Camellia Ballrooms* |
| 2:45 – 3:15 p.m. | **Networking Break and Transition** - *Dessert will be served in the Grand Nave Foyer* | |
| 3:15 – 4:00 p.m. | **CIO to CIO**<br><br>Experience and fresh insight come together as leaders from the two largest pension plans in the U.S. engage in a fireside chat led by CIO, Mary Pugh, on diversity, investments, and the state of the world.<br><br>• Moderator: **Mary Pugh**, CEO & CIO, Pugh Capital Management<br>• **Chris Ailman**, CIO, CalSTRS<br>• **Yu (Ben) Meng**, Ph.D., CIO, CalPERS | *Magnolia & Camellia Ballrooms* |
| 4:00 – 4:30 p.m. | **Closing Keynote: Call to Action**<br><br>• Introduction: **Rob Feckner**, Investment Committee chair, CalPERS Board<br>• **Sheila C. Johnson**, founder and CEO, Salamander Hotels & Resorts | *Magnolia & Camellia Ballrooms* |
| 4:30 – 4:45 p.m. | **Closing Remarks**<br><br>• **Dana Dillon**, board member, CalSTRS Board | *Magnolia & Camellia Ballrooms* |

# EXHIBIT D

McKinsey&Company

JANUARY 2015

# Why diversity matters

Vivian Hunt, Dennis Layton, and Sara Prince

New research makes it increasingly clear that companies with more diverse workforces perform better financially



**Diversity's dividend**
What's the likelihood that companies in the top quartile for diversity financially outperform those in the bottom quartile?¹

**15%** more likely to outperform
Gender-diverse companies

**35%** more likely to outperform
Ethnically diverse companies

¹Results show likelihood of financial performance above the national industry median. Analysis is based on composite data for all countries in the data set. Results vary by individual country.
Source: McKinsey analysis

**We know intuitively** that diversity matters. It's also increasingly clear that it makes sense in purely business terms. Our latest research finds that companies in the top quartile for gender or racial and ethnic diversity are more likely to have financial returns above their national industry medians. Companies in the bottom quartile in these dimensions are statistically less likely to achieve above-average returns. And diversity is probably a competitive differentiator that shifts market share toward more diverse companies over time.

While correlation does not equal causation (greater gender and ethnic diversity in corporate leadership doesn't automatically translate into more profit), the correlation does indicate that when companies commit themselves to diverse leadership, they are more successful. More diverse

companies, we believe, are better able to win top talent and improve their customer orientation, employee satisfaction, and decision making, and all that leads to a virtuous cycle of increasing returns. This in turn suggests that other kinds of diversity—for example, in age, sexual orientation, and experience (such as a global mind-set and cultural fluency)—are also likely to bring some level of competitive advantage for companies that can attract and retain such diverse talent.

McKinsey has been examining diversity in the workplace for several years. Our latest report, *Diversity Matters*, examined proprietary data sets for 366 public companies across a range of industries in Canada, Latin America, the United Kingdom, and the United States. In this research, we looked at metrics such as financial results and the composition of top management and boards.[1] The findings were clear:

- Companies in the top quartile for racial and ethnic diversity are 30 percent more likely to have financial returns above their respective national industry medians.

- Companies in the top quartile for gender diversity are 15 percent more likely to have financial returns above their respective national industry medians.

- Companies in the bottom quartile both for gender and for ethnicity and race are statistically less likely to achieve above-average financial returns than the average companies in the data set (that is, bottom-quartile companies are lagging rather than merely not leading).

- In the United States, there is a linear relationship between racial and ethnic diversity and better financial performance: for every 10 percent increase in racial and ethnic diversity on the senior-executive team, earnings before interest and taxes (EBIT) rise 0.8 percent.

- Racial and ethnic diversity has a stronger impact on financial performance in the United States than gender diversity, perhaps because earlier efforts to increase women's representation in the top levels of business have already yielded positive results.

- In the United Kingdom, greater gender diversity on the senior-executive team corresponded to the highest performance uplift in our data set: for every 10 percent increase in gender diversity, EBIT rose by 3.5 percent.

- While certain industries perform better on gender diversity and other industries on ethnic and racial diversity, no industry or company is in the top quartile on both dimensions.

---

[1] The Women Matter research McKinsey published in 2007 identified a positive relationship between corporate performance and gender diversity. We have since expanded the focus of this research to examine diversity more broadly, from gender to race and ethnicity to sexual orientation. Our latest research examined metrics such as total revenues, earnings before interest and taxes, and returns on equity for the years 2010 to 2013. In addition to capturing gender information, the data set included information on ethnicity, race, or both from publicly available sources. For a detailed explanation of how we conducted our research, please see our full report, *Diversity Matters*, on mckinsey.com.

- The unequal performance of companies in the same industry and the same country implies that diversity is a competitive differentiator shifting market share toward more diverse companies.

We're not suggesting that achieving greater diversity is easy. Women—accounting for an average of just 16 percent of the members of executive teams in the United States, 12 percent in the United Kingdom, and 6 percent in Brazil—remain underrepresented at the top of corporations globally. The United Kingdom does comparatively better in racial diversity, albeit at a low level: some 78 percent of UK companies have senior-leadership teams that fail to reflect the demographic composition of the country's labor force and population, compared with 91 percent for Brazil and 97 percent for the United States.

These numbers underline the work that remains to be done, even as the case for greater diversity becomes more compelling. We live in a deeply connected and global world. It should come as no surprise that more diverse companies and institutions are achieving better performance. Most organizations, including McKinsey, must do more to take full advantage of the opportunity that diverse leadership teams represent. That's particularly true for their talent pipelines: attracting, developing, mentoring, sponsoring, and retaining the next generations of global leaders at all levels of organizations. Given the higher returns that diversity is expected to bring, we believe it is better to invest now, since winners will pull further ahead and laggards will fall further behind. ☐

This article is adapted from the report *Diversity Matters*, on mckinsey.com.

*The authors would like to thank Andrea Alexander, Mauricio Arnau, Lori Dobeus, Kirill Dushkin, Lauren Miller, and Katie Smith for their contributions to this report.*

**Vivian Hunt** is a director in McKinsey's London office, where **Dennis Layton** is a principal; **Sara Prince** is a principal in the Atlanta office.

Copyright © 2015 McKinsey & Company. All rights reserved.