ROB BONTA, State Bar No. 202668
Attorney General of California
MICHAEL L. NEWMAN, State Bar No. 222993
Senior Assistant Attorney General
LAURA L. FAER, State Bar No. 233846
VILMA PALMA-SOLANA, State Bar No. 267992
Supervising Deputy Attorneys General
MARISOL LEÓN, State Bar No. 298707
LISA CISNEROS, State Bar No. 251473
Deputy Attorneys General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3438
E-mail: Lisa.Cisneros@doj.ca.gov
*Attorneys for Defendant California Secretary of State Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CREIGHTON MELAND, JR.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | Case No. 2:19-cv-02288-JAM-AC<br><br>**DECLARATION OF CINDY A. SCHIPANI, J.D., IN SUPPORT OF DEFENDANT SECRETARY OF STATE'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 19, 2021<br>Time: 1:30<br>Dept: Courtroom 6, 14th Floor<br>Judge: Honorable John A. Mendez<br>Action Filed: November 13, 2019 |

**DECLARATION OF CINDY A. SCHIPANI, J.D.**

I, Cindy Schipani, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge, and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

**Background and Experience**

2. I am currently the Merwin H. Waterman Collegiate Professor of Business Administration (an endowed chair position) and Professor of Business Law at the Stephen M. Ross School of Business at the University of Michigan in Ann Arbor, MI.

3. I have been a faculty member at the University of Michigan since 1986.

4. I hold a J.D. from the University of Chicago Law School.

5. My expertise in the field of corporate governance spans over thirty years. My research on the role of women in corporate governance spans approximately twenty years.

6. I have authored or co-authored over 40 journal articles throughout the course of my career along with a book, published by Cambridge University Press on the Role of Business in Fostering Peaceful Societies.

7. My publications draw on my own research as well as the research of experts in the field as further discussed below in the Methodology section. Examples of my work regarding women in positions of leadership in business, including in corporate leadership, include the following, with further publication details listed on my curriculum vitae attached hereto as **Exhibit 1**: "Improving Board Decisions: the Promise of Diversity" (MINNESOTA JOURNAL OF LAW & INEQUALITY, 2021); "The Plight of Women in Positions of Corporate Leadership in the U.S., The European Union, and Japan: Differing Laws and Cultures, Similar Issues (UNIVERSITY OF MICHIGAN JOURNAL OF GENDER AND LAW, 2019 – featured in the HARVARD UNIVERSITY CORPORATE GOVERNANCE FORUM); "The Need for Mentors in Promoting Diverse Leadership in the #MeToo Era" (WASHINGTON UNIVERSITY LAW REVIEW, 2019); "The Role of Gender Diversity in Corporate Governance" (UNIVERSITY OF PENNSYLVANIA JOURNAL OF BUSINESS

LAW, 2018); "Assessing the Progress of Women in Corporate America: The More things Change, the More They Stay the Same" (AMERICAN BUSINESS LAW JOURNAL, 2018); "A Half Century Post-Title VII: Still Seeking Pathways for Women to Organizational Leadership" (UCLA WOMEN'S LAW JOURNAL, 2016); "The Role of Networks, Mentors, and the Law in Overcoming Barriers to Organizational Leadership for Women with Children" (UNIVERSITY OF MICHIGAN JOURNAL OF LAW AND GENDER, 2013); Pathways for Women to Obtain Positions of Organizational Leadership: The Significance of Mentoring and Networking" (DUKE JOURNAL OF GENDER LAW AND POLICY, 2009); and "The New Corporate Governance and Pathways for Women to Obtain Positions of Organizational Leadership," (MARYLAND LAW REVIEW, 2006).

8. I have been honored with numerous awards for my research including the University of Michigan Ross School of Business Senior Faculty Award for Research Excellence; the Distinguished Career Achievement Award of the Academy of Legal Studies in Business; the University of Michigan Ross School of Business CORE Award for Contribution to the Research Environment; the University of Michigan Sarah Goddard Power Award for my work on gender issues; the University of Michigan Outstanding Mentor Award for my work mentoring undergraduate students in the University Research Opportunity Program; and eighteen best paper awards at conferences.

9. I teach in several business school programs at the Ross School of Business including the BBA, MBA, executive MBA, weekend MBA and Executive Education programs. I have supervised student projects with businesses in the Ross School's Multi-Disciplinary Action Project (MAP) course, which involves working directly with companies on business problems. I teach courses on Corporate Governance, the Law of Business Organizations, Entrepreneurship and Negotiation.

10. Through research, teaching, working with companies in the MAP course, interactions with students and my Ross School of Business colleagues, I have attained a deep understanding of the corporate governance practices of businesses. For example, students and former students contact me for guidance when they need to address issues regarding boards of directors. Students, particularly in my weekend MBA Corporate Governance course, raise

corporate governance issues arising in their companies during classroom discussions. The weekend MBA program is a part-time program for students who are concurrently working full-time. I have coauthored a paper with my colleague, Marina v.N. Whitman, who formerly served on numerous boards of directors, including, for example, Unocal, Proctor and Gamble, J.P. Morgan Chase, Westinghouse, among many others. In addition, as mentioned above, I have been conducting research on corporate governance for over thirty years.

11. I have served as the President of the Academy of Legal Studies in Business (Academy), a non-profit.

12. I have been invited to speak at numerous events, both nationally and internationally, regarding my work in corporate governance and the role of women in leadership. My speaking engagements on business and gender issues domestically include, for example, my presentations at the National Business Law Scholars Conference at the University of Georgia Law School (the invited luncheon keynote speaker); the National Business Law Scholars Conference at the Berkeley Center for Law and Business; several presentations at the annual meetings of the Mentoring Institute at the University of New Mexico; the Women in Leadership Conference hosted by DaySmart Software; the George Washington Law School (resulting in my publication in the GEORGE WASHINGTON LAW REVIEW); the University of Michigan Law School; the University of Maryland Law School (resulting in my publication in the UNIVERSITY OF MARYLAND LAW REVIEW); the University of Minnesota Law School (resulting in my publication in the UNIVERSITY OF MINNESOTA JOURNAL OF LAW & INEQUALITY); the International Conference on Social Dilemmas at the University of Arizona, and several presentations at the annual meetings of the Academy of Legal Studies in Business, resulting in numerous Conference Proceedings publications. Internationally, these speaking engagements have included presentations at the Comparative Corporate Governance conference at Singapore Management University; the Australasia Law Teachers Association Conference in Sydney Australia; the EuroMed Academy of Business Conferences in Rome, Verona, and Malta; and the International Corporate Governance and Law Conference in Leeds, U.K.

13. I have served as an expert witness in numerous cases involving issues of corporate governance, many of which concerned the fiduciary duties of board members. These have been cases filed in state courts in Michigan as well as federal courts in New York, Michigan and Illinois. I have also testified at trial.

14. I have been quoted in the financial press for my expertise in issues of corporate governance and gender issues, including the *Wall Street Journal*, and the *Financial Times,* among others.

15. My education, professional background, and publications are described in additional detail in my curriculum vitae, which is attached hereto as **Exhibit 1**.

**Introduction**

16. This declaration addresses the discrimination against women[1] that has led to disparities between the number of women and men on corporate boards despite a substantial pool of qualified women.

17. This declaration further addresses the benefits of a gender diverse board on multiple measures of corporate governance and performance and the need for a critical mass of women on boards to positively impact corporations.

**Methodology and Research**

18. In my own research, I have convened focus groups and conferences with scholars and business leaders to study the issues blocking the pathways for women to achieve positions of organizational leadership, conducted surveys of graduates of business schools on these topics, and have analyzed publications of many scholars of law, business, ethics and psychology, as well as the reports of government agencies, management consulting firms, accounting firms, research institutes, and advocacy groups.

19. For this declaration, I have also analyzed statistics gathered by the U.S. Department of Education; a Report to the Ranking Subcommittee on Capital Markets and Government Sponsored Enterprises, Committee on Financial Services, House of Representatives;

[1] The terms "women" and "female" are used throughout the studies referenced in this Declaration, and used interchangeably in this Declaration.

Reports issued by the National Association of Corporate Directors; a comprehensive study conducted by the Credit Suisse Research Institute; reports of business consulting firms McKinsey & Company, Spencer Stuart, and EgonZehnder; a report of accounting firm Grant Thornton; a study conducted by University of California (UC) Davis in partnership with Watermark; reports of advocacy groups including Catalyst, MSCI and 2020 Women on Boards; books on Corporate Governance; and an extensive list of scholarly articles published in such journals as the ACADEMY OF MANAGEMENT JOURNAL; the HARVARD BUSINESS REVIEW; the AMERICAN JOURNAL OF SOCIOLOGY – which is, published by the University of Chicago; PSYCHOLOGICAL SCIENCE; the INDUSTRIAL AND LABOR REVIEW; the JOURNAL OF BUSINESS ETHICS; the JOURNAL OF BUSINESS AND DIVERSITY; the JOURNAL OF BUSINESS RESEARCH; the AMERICAN ECONOMIC REVIEW; the WISCONSIN JOURNAL OF LAW, GENDER & SOCIETY; SCIENTIFIC AMERICAN; my own law journal publications listed above; and many others. These sources are typically drawn on by experts studying these issues; I have done so in my own research and studies.

## Analysis

### A. Disparities Exist between the Number of Women and Men on Corporate Boards Despite a Substantial Pool of Qualified Women

20. In January 2018 (which was shortly before passage of SB 826), analyst Brianna Castro of the proxy advising service Glass Lewis & Co., writing in the *Harvard Law School Forum on Corporate Governance*, reported that 21% of firms in the Russell 3000 (the 3000 largest traded U.S. stocks) had all male boards.[2] Reports focused on the 2000 smallest companies listed in the Russell 3000 Index found an even lower number of women serving on the boards.[3]

21. For the top 500 American companies[4] as measured by total revenue, Catalyst, a nonprofit institution with a mission to accelerate programs for women through workplace

---

[2] Brianna Castro, *Raising the Stakes on Board Gender Diversity,* HARVARD LAW SCHOOL FORUM ON CORPORATE GOVERNANCE (Jan. 8, 2018), https://corpgov.law.harvard.edu/2018/01/08/raising-the-stakes-on-board-gender-diversity/.

[3] 2020 WOMEN ON BOARDS, 2018 GENDER DIVERSITY INDEX (Apr. 4, 2018), http://5050wob.com/wp-content/uploads/2019/09/2020WOB_GDI_Report_2018_FINAL.pdf.

[4] The S&P 500 Index refers to the Standard & Poor's 500 Index, which "is a market-capitalization-weighted index of the 500 largest U.S. publicly traded companies. The S&P is a float-weighted index, meaning company market capitalizations are adjusted by the number of

inclusion, reported that women held only 22.5% of the board seats on Fortune 500 companies in 2018,[5] and in 2019, only 26% of the board directors of the S&P 500 companies were women.[6]

22. The *Wall Street Journal* also found in October, 2019 that female representation was low across the S&P 500 companies –77% of the companies have boards where more than two-thirds of the directors are male.[7]

23. A 2018 report prepared by Board Governance Research LLC found that in 2017, 26.1% (more than one-fourth) of California's public companies in the Russell 3000 Index had no women on their boards;[8] and overall, women held only 15.5 percent of the board seats of California companies, while men held 84.5 percent of seats.[9] Among the 632 California public companies traded in the NYSE or Nasdaq stock exchanges, 11 percent of these companies had three or more female directors.[10] At the time of the study, as reported by University of San Diego Professor Annalisa Barret, public companies headquartered in California were more likely to have no women on their boards when compared to all companies in the Russell 3000 Index.[11]

24. Professor Barrett also found that in 2017 more than half (58%) of California's smallest public companies on the Russell 3000 Index had no women on their boards.[12]

---

shares available for public trading." Will Kenton, *Stocks, S&P 500 Index*, INVESTOPEDIA, https://www.investopedia.com/terms/s/sp500.asp.

[5] Catalyst, *Women on Corporate Boards, Quick Take* (March 13, 2020), https://www.catalyst.org/research/women-on-corporate-boards/.

[6] Catalyst, *Women on Corporate Boards, Quick Take* (March 13, 2020), https://www.catalyst.org/research/women-on-corporate-boards/.

[7] Dieter Holger, *The Business Case for More Diversity*, WALL STREET JOURNAL (October 26, 2019), https://www.wsj.com/articles/the-business-case-for-more-diversity-11572091200.

[8] Board Governance Research, Women on Boards of Public Companies Headquartered in California 2018 Report, Chart 10, p. 6, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3463510.

[9] Board Governance Research, Women on Boards of Public Companies Headquartered in California 2018 Report, Chart 1, p. 2, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3463510.

[10] Board Governance Research, Women on Boards of Public Companies Headquartered in California 2018 Report, Chart 3, p. 2, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3463510.

[11] Annalisa Barrett, *Women on Boards in California*, Testimony to the Senate Select Committee on Women, Work and Families (Aug. 29, 2017), at p. 5, https://womenworkandfamilies.senate.ca.gov/sites/womenworkandfamilies.senate.ca.gov/files/ca_wob_senate_committee_hearing_aug_29_2017.pdf.

[12] Annalisa Barrett, *Women on Boards in California*, Testimony to the Senate Select Committee on Women, Work and Families (Aug. 29, 2017), at p. 6, https://womenworkandfamilies.senate.ca.gov/sites/womenworkandfamilies.senate.ca.gov/files/ca

25. In addition, just three years prior to SB 826's passage, the U.S. Government Accountability Office found that it could take four decades to eliminate the disparity between women and men on the boards of U.S. publicly traded companies, if the trends it observed at the time of its report continue.[13]

26. In 2017, Equilar Gender Diversity Index (GDI) also found that it would take nearly 40 years for boards of Russell 3000 companies to eliminate the gender disparities between women and men.[14]

27. The disparity also extends to private corporations. When "analyz[ing] the board composition of 200 most heavily funded U.S.-based private venture-backed companies" one study found that 60% of those companies did not have a single female board member as of June 30, 2019.[15] And, "fewer than 10% of all the [private] boards had more than one woman."[16]

28. Lack of women on corporate boards is not a problem of supply of qualified women.[17] A decade ago, women became a majority of workers in "management, professional, and related occupations," a statistic that has held steady for ten years, according to the U.S. Department of Labor's Statistics from the Current Population Survey and U.S. Department of Commerce, Economics, and Statistics Administration.[18]

29. The number of females in graduate schools surpassed the number of males in 1984;

_wob_senate_committee_hearing_aug_29_2017.pdf.

[13] United States Government Accountability Office, Report to Ranking Subcommittee on Capital Markets and Government Sponsored Enterprises, Committee on Financial Services, House of Representatives, *Corporate Boards, Strategies to Representation of Women Include Federal Disclosure Requirements*, (Dec. 2015), https://www.gao.gov/assets/gao-16-30.pdf.

[14] *Boards Will Reach Gender Parity in 2055 at Current Pace*, EQUILAR BLOG (Jan. 31, 2017), https://www.equilar.com/blogs/212-boards-will-reach-gender-parity-in-2055.html.

[15] Gene Teare, *2019 Study of Gender Diversity in Private Boardrooms* (Dec. 11, 2019).

[16] Gene Teare, *2019 Study of Gender Diversity in Private Boardrooms* (Dec. 11, 2019).

[17] Terry Morehead Dworkin, Aarti Ramaswami, & Cindy A. Schipani, *A Half-Century Post-Title VII: Still Seeking Pathways for Women to Organizational Leadership*, 23 UCLA WOMEN'S L.J. 29, 33 (2016); Terry M. Dworkin, Cindy A. Schipani, Frances J. Milliken, & Madeline K. Kneeland, *Assessing the Progress of Women in Corporate America: The More Things Change, The More They Stay the Same*, 55 AM. BUS. L.J. 721, 729 (2018).

[18] U.S. DEP'T OF COMMERCE, ECON. AND STATISTICS ADMIN. & OFFICE OF MGMT. AND BUDGET, WOMEN IN AMERICA: INDICATORS OF SOCIAL AND ECONOMIC WELL-BEING 27 (2011); U.S. DEP'T OF LABOR, LABOR FORCE STATISTICS FROM THE CURRENT POPULATION SURVEY (2020), https://perma.cc/GTB6-RXB4.

in 2008 women accounted for 59 percent of graduate school enrollment.[19] Women have earned more master's decrees than men since 1987, and more doctorate decrees than men since 2006.[20]

29. A 2012 report from the Committee for Economic Development (CED) of the Conference Board (2012 CED Report), which is a nonprofit, nonpartisan, business-led public policy center led by chief executive officers and key executives of leading U.S. companies, found that "women now constitute a substantial portion of highly talented labor" including because "more than one-third (38.6 percent) of new MBAs are earned by women."[21]

30. The 2012 CED Report found that "our own review of the many organizations that maintain lists of qualified female board candidates casts substantial doubt on the validity of th[e] perception [regarding the lack of a pool of qualified female board candidates]. . . The organization WomenCorporateDirectors, for example, has over 1350 members serving on over 1500 boards worldwide."[22]

31. According to the *2015-16 UC Davis Study of California Women Business Leaders, A Census of Women Directors and Highest-Paid Executives*,[23] focused only on the 400 largest publicly held corporations headquartered in California, of the 1,823 highest paid executives three years prior to SB 826's passage, 191 were women.

---

[19] U.S. DEP'T OF COMMERCE, ECON. AND STATISTICS ADMIN. & OFFICE OF MGMT. AND BUDGET, WOMEN IN AMERICA: INDICATORS OF SOCIAL AND ECONOMIC WELL-BEING 17, 22 (2011).

[20] National Center for Education Statistics, *Table 318.10: Degrees Conferred by Postsecondary Institutions, by Level of Degree and Sex of Student: Selected Years, 1869-70 through 2029-30*, Digest of Education Statistics: 2019 Tables and Figures, https://nces.ed.gov/programs/digest/d19/tables/dt19_318.10.asp.

[21] Committee for Economic Development, *Fulfilling the Promise: How More Women on Corporate Boards Would Make America and American Companies More Competitive* 7 (2012), https://www.ced.org/pdf/Fulfilling-the-Promise.pdf.

[22] Committee for Economic Development, *Fulfilling the Promise: How More Women on Corporate Boards Would Make America and American Companies More Competitive* 8 (2012), https://www.ced.org/pdf/Fulfilling-the-Promise.pdf.

[23] UC Davis Graduate School of Management in partnership with Watermark, *U.C. Davis Study of California Women Business Leaders, A Census of Women Directors and Highest-Paid Executives*, 2015-16 (November 17, 2015).

32. When looking at publicly held corporations in the Russell 3000 Index, other studies have found that there are at least 6,000 women board members of at least 26,000 total directors.[24]

33. A number of corporate board registries and databases provide resumes and data about thousands of women who have board qualifications. For example, Forte's database of "Global Board Ready Women" identifies "4,000+ talented senior women ready to fill key executive leadership positions and sit on boards."[25] And Stanford University's Women on Board database matches public and private companies with "over 1,000 board-experienced Stanford alumni, faculty, and staff."[26]

34. According to one career platform, there are over 68,868 chief operating officers (COOs) in the United States. Of these COOs, 23.2% or 15,977, are women.[27] This platform utilizes a database of 30 million profiles and verifies its estimates against the Bureau of Labor Statistics Census and current job openings.

35. Consulting firm Korn Ferry, in its 2019 report, finds that women, on average, hold 25% of five C-suite positions: CEO (6%), CFO (12%), chief information/technology officer (18%), chief marketing officer (36%), and chief human resources officer (55%).[28]

---

[24] 2020 WOMEN ON BOARDS, GENDER DIVERSITY INDEX 4 (Jun. 30, 2020), https://5050wob.com/wp-content/uploads/2021/02/2020-Gender-Diversity-Index-Report-FINAL.pdf.

[25] Forte, *Women on Boards: What is GBRW?*, http://www.fortefoundation.org/site/PageServer?pagename=women_boards.

[26] Stanford Women on Boards, *Recruit*, https://stanfordwomenonboards.stanford.edu/recruit.

[27] *Careers, Executive Management Industry, Chief Operating Officer, Demographics and Statistics in the United States*, available at https://www.zippia.com/chief-operating-officer-jobs/demographics/.

[28] Jane Stevenson, Korn Ferry, *Women C-Suite Ranks Nudge Up – A Tad,* available at https://www.kornferry.com/insights/this-week-in-leadership/women-in-leadership-2019-statistics.

36. According to the Institute for Education Studies (IES), women earned 88,637 of the Master's degrees in Business in 2016-17,[29] 92,322 Master's degrees in Business in 2017-2018,[30] and 95,574 Master's degrees in Business in 2018-2019.[31]

37. Dr. R.I. Tricker, former Director of the Oxford Centre for Management Studies finds that, "The experience of outside directors should be used to supplement the knowledge available to the board, not to second guess the executives in the company. For example, a director could bring experience about corporate governance, board procedures, or strategy formulation and policymaking from other (non-competing) companies. Or a director might have experience of overseas markets, frontier technologies, international finance, or other areas that supplement the experience of the existing board."[32]

38. As corporate governance experts Robert A.G. Monks and Nell Minow (founders of GovernanceMetrics International, an independent research firm, and formerly principals of the Lens Fund and officers of Institutional Shareholder Services) write in their *Corporate Governance* book, "[n]ot every director has to come from a business background but everyone has to be willing to learn what is necessary." They also note that, "[a]s a whole, the board should reflect a diverse knowledge of the industry and of markets, of the product and of sales and consumers, of compliance and risk management, and of leadership challenges."[33]

39. Patricia Lenkov, experienced board advisor and Founder and President of Agility Executive Search Firm, writing in 2019 for *Fortune* magazine, highlights the qualities of outstanding directors and finds these to include independence of thought, the ability to make good

[29] Institute for Education Studies, National Center for Education Statistics, *Digest of Education Statistics,* Table 323.50, available at https://nces.ed.gov/programs/digest/d19/tables/dt19_323.50.asp.

[30] Institute for Education Studies, National Center for Education Statistics, *Digest of Education Statistics,* Table 323.50, https://nces.ed.gov/programs/digest/d20/tables/dt20_323.50.asp.

[31] Institute for Education Studies, National Center for Education Statistics, *Digest of Education Statistics,* Table 323.50, https://nces.ed.gov/programs/digest/d20/tables/dt20_323.50.asp.

[32] BOB TRICKER, CORPORATE GOVERNANCE, PRINCIPLES, POLICIES, AND PRACTICES 322 (3rd ed. 2015, Oxford University Press).

[33] ROBERT A.G. MONKS & NELL MINOW, CORPORATE GOVERNANCE 261 (5th ed. 2011).

decisions, a passion for learning and an aversion to resting on their laurels.[34] Ms. Lenkov further notes that "[b]oard qualifications range from CEO experience to deep knowledge of cyber security and data analytics. Regulatory experience for some and international and emerging markets for others. There is definitely no one size fits all and we have never had more varied experiences and backgrounds on boards than currently." Ms. Lenkov's observations in the business magazine indicates that this not merely the conclusion of academics of corporate governance but also reflects an understanding held within the corporate world.

40. The reality that board directors may bring certain critical expertise to corporate boards but, at the same time, still need certain additional knowledge relevant to corporate governance, is reflected in the numerous executive education programs offered by elite business schools throughout the country. Several leading business schools offer corporate governance certificates designed to enhance the knowledge of corporate directors across a range of topics, including director's fiduciary, legal, and ethical oversight responsibilities, as well as best practices in corporate governance, managing board strategy development, evaluation, and evolution, and managing CEO succession and executive compensation.[35]

41. As the above studies show, there are thousands of women in California and tens of thousands of women across the country qualified to serve on boards of directors.

42. Yet, the number of women on corporate boards in comparison to men moved very little for nearly twenty years prior to S.B. 826's passage. The 2012 CED report found that "[d]espite a professed desire by many companies for greater diversity and female representation, there has been virtually no improvement in recent years."[36] The 2012 CED report found that: "in 2001, 11 percent of Fortune 100 board positions were held by women. But very little has changed

[34] Patricia Lenkov, *The Real Qualifications Needed on Your Board of Directors*, FORTUNE, October 29, 2019.

[35] *See e.g.* Stanford Graduate School of Business: Executive Education Program, Director's Consortium, https://www.gsb.stanford.edu/exec-ed/programs/directors-consortium; Harvard Business School: Executive Education, Making Corporate Boards More Effective, Preparing to be a Corporate Director (for current or retired senior executives from diverse backgrounds and companies), and five other programs listed at https://www.exed.hbs.edu/program-finder?topic=Board%20Governance.

[36] Committee for Economic Development, *Fulfilling the Promise: How More Women on Corporate Boards Would Make America and American Companies More Competitive* 7 (2012).

over the past decade. The percentage of women on all U.S. corporate boards has been stuck in the 12.1 to 12.3 percent range; in Fortune 500 companies it is only slightly better, in the 15 to 16 percent range. On current estimates, the percentage of women on boards will never even begin to approach their percentage in the population and labor force."[37]

43. The 2012 CED report also found that "the aggregate percentage of women on boards in U.S. companies has been in the range of 12.1 to 12.3 percent [from 2008-2011], according to GovernanceMetrics' 2011 survey.[38] In the Fortune 500, women held 15.2 to 15.7 percent of board seats in 2009 and 2010, according to Catalyst."[39] And that "[w]omen currently account for only 2.0 to 2.6 percent of board chairs and 7.3 to 8.8 percent of lead directors."[40]

44. A Harvard Law School Forum on Corporate Governance post by Ernst & Young LLP found in 2014, that "[d]espite efforts to advance board diversity by institutional investors and other groups, progress toward gender parity on US boards is minimal. Indeed, the proportion of women on boards has increased only 5 percentage points over the last 10 years. Only 16% of S&P 1500 board seats are held by women—less than the proportional of seats held by directors named John, Robert, James and William. Fifteen percent of S&P Midcap 400 and 12% of S&P SmallCap 600 directorships are held by women."[41]

**B. Factors for Lack of Women on Boards in Comparison to Men**

45. There are several factors underlying the continued disparities between men and women on corporate boards rooted in discrimination.

[37] Committee for Economic Development, *Fulfilling the Promise: How More Women on Corporate Boards Would Make America and American Companies More Competitive* 7 (2012).

[38] Committee for Economic Development, *Fulfilling the Promise: How More Women on Corporate Boards Would Make America and American Companies More Competitive* 14 (2012) (citing GovernanceMetrics International, "2011 Women on Boards Report").

[39] Committee for Economic Development, *Fulfilling the Promise: How More Women on Corporate Boards Would Make America and American Companies More Competitive* 14 (2012) (citing Catalyst, 2001 Catalyst Census: Fortune 500 Women Board Directors).

[40] Committee for Economic Development, *Fulfilling the Promise: How More Women on Corporate Boards Would Make America and American Companies More Competitive* 14 (2012) (citing Catalyst, 2001 Catalyst Census: Fortune 500 Women Board Directors).

[41] HARVARD LAW SCHOOL FORUM ON CORPORATE GOVERNANCE, *Women on US Boards: What Are We Seeing?* (Mar. 4, 2015), https://corpgov.law.harvard.edu/2015/03/04/women-on-us-boards-what-are-we-seeing/.

46.     The National Association of Corporate Directors Blue Ribbon Commission identifies that basic human behaviors result in individuals "prefer[ing] or relat[ing] to people who are similar to them," and that "[t]hese basic human behaviors are in part, determining the outcome of boardroom composition."[42]

47.     Scholars have identified a propensity for gender matching which is biased against women attaining boardroom positions.   For example, a study published in the *Industrial and Labor Review* found, in the context of recruiting board members to fill vacancies, there is a "propensity to match the gender of the incoming candidate to that of the departing board member."  The results of the study suggest that this propensity explains the "slow pace at which women's participation on boards is increasing."[43]  In addition, and similar to the Blue Ribbon Commission Report cited above, the study notes, "when leadership positions become available, those doing the selecting, who are almost always male, tend to select those who are most like them."[44]

48.     McKinsey & Company and LeanIn.Org found that "[a]t every level, companies hire fewer women from the outside than men, and this is especially pronounced in senior management."[45]  This is significant because "[c]ompared to women, almost twice as many men are hired from the outside as directors. . ."[46]

49.     A study published in the MIT Sloan Management Review surveyed over 5,000 corporate board members between October 2015 and June 2016 and found stark gender disparities in the process for selecting board members.  In the United States, 44% of publicly held

---

[42] National Association of Corporate Directors, *Report of the NACD Blue Ribbon Commission, 2020 Update of the Diverse Board, Moving from Interest to Action* (2020), at 20.

[43] Catherine H. Tinsely, James B. Wade, Brian G. M Main & Charles A. O'Reilly, *Gender Diversity on U.S. Corporate Boards:  Are We Running in Place?,* 70(1) INDUSTRIAL AND LABOR REVIEW 160, 162 (Jan. 2017).

[44] Terry Morehead Dworkin, Aarti Ramaswami, & Cindy A. Schipani, *A Half-Century Post-Title VII:  Still Seeking Pathways for Women to Organizational Leadership*, 23 UCLA WOMEN'S L.J. 29, 48 (2016) (citing Terry Morehead Dworkin, Aarti Ramaswami, & Cindy A. Schipani, *The Role of Networks, Mentors, and the Law in Overcoming Barriers to Organizational Leadership for Women with Children*, 20 MICH. J. OF LAW & GENDER, 83, 97-98 (2013)).

[45] Lean In & McKinsey & Company, *Women in the Workplace* (2016), https://wiw-report.s3.amazonaws.com/Women_in_the_Workplace_2016.pdf.

[46] Lean In & McKinsey & Company, *Women in the Workplace* (2016), https://wiw-report.s3.amazonaws.com/Women_in_the_Workplace_2016.pdf.

companies considered no women as candidates for nonexecutive board seats.[47] The gender disparity in board recruitment is "especially stark in private companies"—55% of private companies in the United States considered no women as candidates for board seats.[48]

50. The same MIT study confirmed that the disparities in recruitment result from a "diversity feedback loop." Among publicly held corporations, boards with more women directors "tended to consider both a larger pool of candidates and a higher proportion of women candidates when filling vacancies," whereas 81% of boards without women failed to consider a single woman candidate for their most recent board vacancy.[49]

51. In addition, studies have found that gender bias is a prevalent factor explaining the paucity of women on boards. For example, Victoria L. Brescoll and her colleagues in their paper published in the *Psychological Science* journal found that women in leadership positions are essentially in "gender-stereotype-incongruent."[50] That is, leadership roles are still widely perceived as not suitable for women, despite what their qualifications actually are, resulting in women leaders being evaluated more negatively compared to otherwise identical male counterparts. This bias, in turn, hampers the advancement of women to high level leadership roles like board membership.[51]

52. An experiment where participants were asked to evaluate hypothetical scenarios confirmed that "when women make a mistake while holding a 'gender-sterotype-incongruent'

[47] J. Yo-Jud Cheng & Boris Groysberg, *Gender Diversity at the Board Level Can Mean Innovation Success*, MIT SLOAN MANAGEMENT REVIEW (Jan. 22, 2020), https://sloanreview.mit.edu/article/gender-diversity-at-the-board-level-can-mean-innovation-success/.

[48] J. Yo-Jud Cheng & Boris Groysberg, *Gender Diversity at the Board Level Can Mean Innovation Success*, MIT SLOAN MANAGEMENT REVIEW (Jan. 22, 2020), https://sloanreview.mit.edu/article/gender-diversity-at-the-board-level-can-mean-innovation-success/.

[49] J. Yo-Jud Cheng & Boris Groysberg, *Gender Diversity at the Board Level Can Mean Innovation Success*, MIT SLOAN MANAGEMENT REVIEW (Jan. 22, 2020), https://sloanreview.mit.edu/article/gender-diversity-at-the-board-level-can-mean-innovation-success/.

[50] Victoria L. Brescoll, Erica Dawson & Eric Luis Uhlmann, *Hard Won and Easily Lost: The Fragile Status of Leaders in Gender-Stereotype-Incongruent Occupation,* 21 PSYCHOLOGICAL SCI. 1640, 1642 (2010).

[51] Victoria L. Brescoll, Erica Dawson & Eric Luis Uhlmann, *Hard Won and Easily Lost: The Fragile Status of Leaders in Gender-Stereotype-Incongruent Occupation,* 21 PSYCHOLOGICAL SCI. 1640, 1640-1642 (2010).

role, such as a leadership position, they were judged much more harshly for it compared to otherwise identical male counterparts. . . . Although men who expressed anger were conferred higher status, women displaying similar behavior were given lower status and generally considered less competent . . . . The penalties can be incredibly severe – women who engage in avid self-promotion were actually *less* likely be promoted to leadership roles."[52]

53. Separately, McKinsey & Company found that in the United States, although women sought promotions in the corporate pipeline at similar rates as men, women were "18 percent less likely to receive promotions."[53] Furthermore, "this does not appear to be the result of company-level attrition. On average, the women and men in th[e] study are leaving their organizations at the same rate."[54]

54. And in McKinsey & Company's *Women Matter* report, conducted in partnership with the Women's Forum for the Economy & Society, 27% of the women versus 7% of the men in their study felt discrimination in their professional career.[55] The study further found that "successful women who had risen to the higher echelons of major corporations put career ahead of family – as did the men- but came up against a greater number of obstacles on their way to the top."[56]

55. There are also biases against women who are parents which impose additional barriers to their pathways to organizational leadership that do not extend to men. "Common prejudices against women in the workplace include: assumptions that women with small children are less productive or dependable than their counterparts, that mothers will not or should not,

---

[52] Cindy A. Schipani & Terry Morehead Dworkin, *The Need for Mentors in Promoting Gender Diverse Leadership in the #MeToo Era*, 87(5) GEO. WASH. L. REV. 1272, 1284-1285 (2019); Terry Morehead Dworkin & Cindy A. Schipani, *The Role of Gender Diversity in Corporate Governance*, 21:1 U. PENN. J. OF BUSINESS LAW 105, 138 (2018).

[53] McKinsey & Company, *Still Looking for Room at the Top: Ten Years of Research on Women in the ] Workplace*, MCKINSEY QUARTERLY (March 2018).

[54] Lean In & McKinsey & Company, *Women in the Workplace* (2016), at 5, https://wiw-report.s3.amazonaws.com/Women_in_the_Workplace_2016.pdf.

[55] McKinsey & Company, *Women Matter. Gender Diversity, A Corporate Performance Driver* (2007), at 16.

[56] McKinsey & Company, *Women Matter. Gender Diversity, A Corporate Performance Driver* (2007), at 15.

work long hours, that mothers are not committed to their jobs."[57] In addition,"[d]iscrimination faced by working mothers can be very subtle. While experimental studies have found that women with children are often perceived as warmer, they are also perceived as less competent and less worthy of rewards. Some of the biases against women as leaders stem from the fact that characteristics associated with leadership are also associated with masculinity."[58]

56. Similarly, a study published in the *American Journal of Sociology,* a journal published at the University of Chicago, found that another barrier for women involves employers "discriminat[ing] against mothers, but not against fathers."[59] This study involved both a laboratory experiment as well as a study of actual employers. The scholars found that employers tend to believe that mothers are less committed and "subtly discriminate against mothers when making evaluations that affect hiring, promotion, and salary decisions."[60] Yet having children was an advantage for men – fathers were rated "significantly more committed to their job than nonfathers."[61] The study concluded that "giving evidence of being a mother leads to discrimination against mothers. Being a father did not lead to similar disadvantages for men and, at times, actually led to advantages."[62]

57. Gender discrimination against those seeking positions as independent directors is hard to address and remedy because an independent director is generally not considered an employee of the company, and thus the protections and remedies available under employment discrimination law, including against retaliation and for failure to hire or promote, may not be applicable. Both the New York Stock Exchange and Nasdaq require companies to appoint

[57] Terry Morehead Dworkin, Aarti Ramaswami, & Cindy A. Schipani, *A Half-Century Post-Title VII: Still Seeking Pathways for Women to Organizational Leadership*, 23 UCLA WOMEN'S L.J. 29, 47 (2016).

[58] Terry Morehead Dworkin, Aarti Ramaswami, & Cindy A. Schipani, *A Half-Century Post-Title VII: Still Seeking Pathways for Women to Organizational Leadership*, 23 UCLA WOMEN'S L.J. 29, 47 (2016).

[59] Shelley J. Correll, Stephen Benard & In Paik, *Getting a Job: Is there a Motherhood Penalty?,* 112 AM. J. OF SOCIOLOGY 1297, 1297 (2007).

[60] Shelley J. Correll, Stephen Benard & In Paik, *Getting a Job: Is there a Motherhood Penalty?,* 112 AM. J. OF SOCIOLOGY 1297, 1298 (2007).

[61] Shelley J. Correll, Stephen Benard & In Paik, *Getting a Job: Is there a Motherhood Penalty?,* 112 AM. J. OF SOCIOLOGY 1297, 1317 (2007).

[62] Shelley J. Correll, Stephen Benard & In Paik, *Getting a Job: Is there a Motherhood Penalty?,* 112 AM. J. OF SOCIOLOGY 1297, 1323 (2007).

independent directors and, at a minimum, to be considered independent, one cannot be an executive officer or employee of the company.[63] Yet, Title VII of the Civil Rights Act of 1964[64] as well as the California Fair Employment and Housing Act[65] prohibit discrimination only in employment.

**C. Gender Diversity and Corporate Firm Performance**

58. While some studies are mixed, many studies examining data during the two decades prior to passage of SB 826 have found evidence of strong links between gender diversity on corporate boards (and top levels of corporate governance) and improved corporate performance and governance.

59. Lois Joy and her colleagues, reporting for Catalyst in 2007, found that a high proportion of women on a Fortune 500 company's board was associated with a higher return on sales (ROS) (at least 42% higher), and an even higher return on invested capital (ROIC) (at least 66% higher) than firms with the least proportion of women on their boards. They similarly found that the return on equity (ROE) of companies with more women on boards exceeds by 53% those companies with the least women on their boards.[66] This is an increase in ROE as compared to Catalyst's 2004 Report assessing the connection between gender diversity and financial performance of a sample of Fortune 500 corporations between 1996-2000, whereby the ROE was 35.1% higher for companies with the highest representation of women on their boards. In addition, in 2004, the Total Return to Shareholders (TRS) was 34% higher for companies with the highest representation of women on the boards compared to those firms with the lowest representation of women on the boards.[67] Catalyst concluded that "[w]hatever compels excellent corporate financial performance, we now know that it is linked to gender diversity. . . . . Gender diversity is indeed a characteristic of companies with excellent financial performance, and

---

[63] NYSE American Company Guide Rules, Section 803; Nasdaq Rule 5605(a)(2).

[64] Title VII of the Civil Rights Act of 1964, § 7, 42 U.S.C. § 2000e et seq (1964).

[65] California Government Code Section 12940.

[66] Lois Joy, Nancy M. Carter, Harvey M. Wagner, & Sriram Narayanan, *The Bottom Line: Corporate Performance and Women's Representation on Boards* (2007), http://www.catalyst.org/knowledge/bottom-line-0.

[67] Catalyst, *The Bottom Line: Connecting Corporate Performance and Gender Diversity* (2004), at 2.

developing women managers and leveraging that talent by giving them a seat at the decision-making table is smart business."[68]

60. A study published in the *Journal of Business Research* using "a comprehensive longitudinal data set drawn from the constituent firms of the Russell 3000 Index from 2007 to 2014," found that "financial performance is positively correlated to measures of board gender diversity. . . ."[69]

61. A 2012 Credit Suisse report analyzed 2,380 firms in a variety of different industries and found that companies with boards comprising balanced representation of both genders outperformed companies with single-sex boards.[70] Specifically, Credit Suisse found that "[g]ender-diverse management teams showed superior returns on equity, debt/equity ratios, price/equity ratios, and average growth,"[71] factors that are considered when measuring company performance.

62. A 2015 study conducted by the accounting firm Grant Thornton similarly found that firms with gender-diverse boards perform materially better than all male boards. The study found that among the S&P 500 firms there was a nearly 2% greater return on assets (ROA) for firms with diverse boards than firms with male-only boards.[72] In addition, the Grant Thornton study estimates a significant opportunity cost lost with male-only boards of $567 billion, for U.S. companies in the S&P 500 index.[73]

63. A 2015 meta-analysis, which is an analysis combining the results of multiple studies, analyzed the link between women on boards and corporate financial performance. This study statistically combined the results of 140 studies and found that "female board representation

[68] Catalyst, *The Bottom Line: Connecting Corporate Performance and Gender Diversity*. (2004), at 12.

[69] Martin J. Conyon & Lerong He, *Firm Performance and Boardroom Gender Diversity: A Quantile Regression Approach*, 79 J. OF BUS. RESEARCH 198, 207 (2017).

[70] *Gender Diversity and Corporate Performance*, CREDIT SUISSE RESEARCH INSTITUTE (Aug. 2012), at 3.

[71] *Gender Diversity and Corporate Performance*, CREDIT SUISSE RESEARCH INSTITUTE (Aug. 2012), at 14.

[72] Francesca Lagerberg, *Women in Business: The Value of Diversity*, Grant Thornton (2015) at 1-2, https://www.grantthornton.global/globalassets/wib_value_of_diversity.pdf.

[73] Francesca Lagerberg, *Women in Business: The Value of Diversity*, Grant Thornton (2015) at 2, https://www.grantthornton.global/globalassets/wib_value_of_diversity.pdf.

is positively related to accounting returns and that this relationship is more positive in countries with stronger shareholder protections" and in countries with greater gender parity.[74]

64. A 2018 study examining gender diversity on the boards of U.S. banks and bank performance found that "board diversity as measured by the percent of women on the board of directors is associated with better corporate performance,"[75] without affecting bank risk. That is, these banks are not assuming greater risks to achieve the higher returns. This study examined "gender diversity of corporate boards of US banks on their performance (return and risk) between 2007 and 2015, which includes the pre- and post-crisis periods."[76]

65. McKinsey's May 2020 *McKinsey & Company Report, Diversity Wins. How Inclusion Matters*, states that "the relationship between diversity on executive teams and the likelihood of financial outperformance is now stronger than before. These findings are underpinned by our largest data set to date, encompassing 15 countries and more than 1,000 large companies. . . . Our 2019 analysis finds that companies in the top quartile of gender diversity on executive teams were 25 percent more likely to experience above-average profitability than peer companies in the fourth quartile."[77]

66. Furthermore, scholars have found that having women directors is positively related to the two most important responsibilities of the board, that of monitoring and strategy management.[78] Professor Kamalnath writes that the board's monitoring function would be improved by increasing gender diversity.[79] This is because "improving diversity of each board's

---

[74] Corrine Post & Kris Byron, *Women on Boards and Firm Financial Performance: A Meta Analysis*, 58 ACAD. OF MGMT. J. 1546, 1559 (2015).

[75] Victoria Geyfman, Wade A. Cooper, & Laura M. Davis, *Board Gender Diversity and Bank Performance*, 18 J. OF BUS. DIVERSITY 51, 51 (2018), at 51.

[76] Victoria Geyfman, Wade A. Cooper, & Laura M. Davis, *Board Gender Diversity and Bank Performance*, 18 J. OF BUS. DIVERSITY 51, 52 (2018); see also Terry Morehead Dworkin & Cindy A. Schipani, *The Role of Gender Diversity in Corporate Governance*, 21 U. PENN. J. OF BUS. LAW 105-141 (2018) for a comprehensive analysis of empirical studies regarding correlations with gender diverse boards and financial performance.

[77] McKinsey & Company, *Diversity Wins. How Inclusion Matters* (May 19, 2020), at 1.

[78] Corrine Post & Kris Byron, *Women on Boards and Firm Financial Performance: A Meta Analysis*, 58 ACAD. OF MGMT. J. 1546, 1560 (2015).

[79] Akshaya Kamalnath, *Strengthening Boards through Diversity: A Two-Sided Market that Can Be Effectively Serviced by Intermediaries*, 40 MINN. J. OF LAW & INEQUALITY (forthcoming 2022, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3645870).    

membership will increase the expression of nonconforming opinions, which will improve the board's monitoring of management."[80] Being able to express nonconforming opinions improves the board's monitoring function by counteracting groupthink, as discussed in paragraphs 82 and 83 below.

67. Studies have also examined connections between gender diversity and team productivity, as well as offering additional support for connections between gender diversity and increased financial performance. A comprehensive analysis of research by the National Center for Women and Technology, citing 15 studies, highlights that gender diverse teams "demonstrate superior productivity, and financial performance as compared to homogenous teams."[81] These studies show that gender-balanced companies "[p]erform better financially, particularly when women occupy a significant proportion of top management positions. [They also] [d]emonstrate superior team dynamics and productivity."[82] Further, [s]tudies report that gender-diverse technology organizations and departments "[p]roduce work teams that stay on schedule and under budget [and] [d]emonstrate improved employee performance."[83]

---

[80] Cindy A. Schipani, *Improving Board Decisions: The Promise of Diversity*, 39 MINN. J. OF LAW & INEQUALITY 295, 303 (2021) (citing Akshaya Kamalnath, *Strengthening Boards through Diversity: A Two-Sided Market that Can Be Effectively Serviced by Intermediaries*, 40 MINN. J. OF LAW & INEQUALITY (forthcoming 2022, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3645870) and AARON A. DHIR, CHALLENGING BOARDROOM HOMOGENEITY 15 (2015)).

[81] Lecia Barker, Cynthia Mancha, & Catherine Ashcraft, *What is the Impact of Gender Diversity on Technology Business Performance?,* Research Summary, NAT'L CTR FOR WOMEN & INFORMATION TECH. REP. (May 29, 2014), https://ncwit.org/resource/businesscase/.

[82] Lecia Barker, Cynthia Mancha, & Catherine Ashcraft, *What is the Impact of Gender Diversity on Technology Business Performance?,* Research Summary, NAT'L CTR FOR WOMEN & INFORMATION TECH. REP. (May 29, 2014), https://ncwit.org/resource/businesscase/.

[83] Lecia Barker, Cynthia Mancha, & Catherine Ashcraft, *What is the Impact of Gender Diversity on Technology Business Performance?*, Research Summary, NAT'L CTR FOR WOMEN & INFORMATION TECH. REP. (May 29, 2014), at 2. Studies cited in this report, along with parenthetical explanations of the studies, include: U. Rohner & B. Dougan, *Gender Diversity and Corporate Performance, Technical Report*, CREDIT SUISSE RESEARCH INSTITUTE, ZURICH (2012) ("gender-diverse executive boards decrease volatility and increase balance throughout the economic cycle"); McKinsey & Company, *Women Matter: Gender Diversity, A Corporate Business Driver*, 12-14 (2007) (three or more women on executive boards outperform on "leadership, direction, accountability, coordination and control, external orientation, capability, work environment, and values"); H.A. Krishnan & D. Park, *A Few Good Women – on Top Management Teams*, 58 J. OF BUS. RESEARCH 1712-1720 (2005) ("positive association between

68. In addition, a connection has been found between gender diversity and volatility. According to Credit Suisse, "[g]ender-diverse executive boards decrease volatility and increase balance throughout the economic cycle."[84] This is consistent with the study cited at paragraph 64 above, finding that gender diverse boards of U.S. banks were associated with better performance in periods including the financial crisis.[85]

69. Thus, despite reports and studies considering data over the past two decades positively linking gender diverse boards with various metrics of corporate performance, discriminatory barriers have resulted in a continued lack of women on 25-26% of public boards and nearly 60% of private boards.

**D. Importance of a "Critical Mass" of Women on Corporate Boards**

70. For over a decade prior to SB 826's passage, studies found that it is important that women comprise a critical mass on boards of directors in order to influence decision making rather than to be perceived as a mere token.

71. A 2007 McKinsey & Company study of 101 public, private, and nonprofit companies discovered that having three or more women on boards led to improved performance

---

higher proportions of women and the companies' return on assets"); Cedrick Herring, *Does Diversity Pay?* 74 AM. SOCIOLOGICAL REV. 213 (2009) ("companies with more race and gender diverse teams had higher sales revenue, more customers, greater market share, and a greater profits than did less diverse companies"); S. Hoogendoorn, H. Oosterbeek, & M. van Praag, *The Impact of Gender Diversity on the Performance of Business Teams: Evidence from a Field Experiment*, 59 MGMT. SCI. 1479 (2013) ("gender balanced teams outperformed both male-dominated and female-dominated teams"); A. W. Woolley, C. F. Chabris, A. Pentland, N. Hashmi, & T.W. Malone, *Evidence for a Collective Intelligence Actor in the Performance of Human Groups*, 330 SCIENCE 686-688 (2010) ("greater proportion of women was associated with higher collective intelligence defined as 'the general ability of a group to perform a wide variety'"); Lehman Brothers Center for Women in Business, *Innovative Potential: Men and Women in Teams*, 6 (2008) ("gender balanced teams were the most likely to experiment, be creative, share knowledge, and fulfill tasks"); Laure Turner, *Gender Diversity and Innovative Performance*, 4 INT'L J. INNOVATION AND SUSTAINABLE DEVELOPMENT 124 (2009) ("gender diversity on technical work teams was associated with superior adherence to project schedules, lower project costs, higher employee performance ratings, and higher employee bonuses").

[84] *Gender Diversity and Corporate Performance*, CREDIT SUISSE RESEARCH INSTITUTE (Aug. 2012), at 6.

[85] Victoria Geyfman, Wade A. Cooper, & Laura M. Davis, *Board Gender Diversity and Bank Performance*, 18 J. OF BUS. DIVERSITY 51, 52 (2018).

when compared to competitors.[86] The study measured performance in terms of leadership, direction, accountability, coordination, and control, external orientation, capability, work environment and values.[87]

72. Similarly, Catalyst found that where three women serve on the board, companies show stronger than average financial results in terms of return on equity (5.2% stronger), return on sales (5.3 % stronger), and return on invested capital (3.8% stronger) than companies with fewer or no women on the boards, based upon the four-year averages of these numbers for 2001, 2002, 2003, and 2004.[88]

73. MSCI, an investment research firm that provides indexes, portfolio risk and performance analytics, and governance tools to institutional investors, also found, in its March 2018 Report, that companies with three or more women on their boards were more likely to be "Talent Leaders," and companies with one or no women were likely to be "Talent Laggards." Furthermore, Talent Leaders not only outperformed Talent Laggards, but the Talent Leaders had the best performance while the Talent Laggards had the worst. To be classified as a Talent Leader, the firm must have shown evidence of at least two best practices of talent management. MSCI used five human capital management metrics to identify the strength of the talent management practices: (1) utilization of workforce engagement surveys; (2) leadership training programs; (3) workforce diversity; (4) training hours; and (5) support for degree programs and certifications for employees. Talent Laggards were defined as firms with no best practice or weak practices for talent management in place.[89] Though these are not measures of profitability,

---

[86] McKinsey & Company, *Women Matter: Gender Diversity, A Corporate Business Driver*, 12-14 (2007).

[87] McKinsey & Company, *Women Matter: Gender Diversity, A Corporate Business Driver*, 12-14 (2007), at 12.

[88] Lois Joy, Nancy M. Carter, Harvey M. Wagner, & Sriram Narayanan, *The Bottom Line: Corporate Performance and Women's Representation on Boards* (2007), http://www.catalyst.org/knowledge/bottom-line-0; Catalyst, *Women on Corporate Boards: Quick Take* (March 13, 2020), citing Cynthia Soledad, Karoline Vinsrygg, Ashley Summerfield, & Jennifer Reingold, *2018 Global Diversity Tracker: Who's Really on Board?* (EgonZehnder, Dec. 2018), at 11.

[89] Meggin Thwing Eastman & Panos Seretis, *Women on Boards and the Human Capital Connection*, MSCI RESEARCH INSIGHT (March 2018), https://www.msci.com/documents/10199/4bd5f3bb-e5a4-4993-9c2a-4b44423ba4a2f.

they are measures of corporate governance with respect to human capital management. But MSCI also found that Talent Leaders had higher revenue per employee relative to the Talent Laggards.[90]

74. McKinsey & Company's 2019 analysis continues to find that the higher the representation of women, the higher the outperformance: "Companies with more than 30 percent women on their executive teams are significantly more likely to outperform those with between 10 and 30 percent women, and these companies in turn are more likely to outperform those with fewer or no women executives."[91] For purposes of this analysis, McKinsey & Company define an executive team at the company level. "Executive team is defined in line with each company's definition of its executive management team or executive management committee. Typically, this refers to C-2, the CEO and up to two levels below; the executives on the C-suite level who report directly to the CEO (for example the CFO, COO, and president(s). In some cases [they] also include C-3 (for example vice presidents) where these executives are listed on a company's website or annual report as being part of the executive management team.")[92]

75. Additionally, global management consulting firm EgonZehnder, in its *2020 Diversity Tracker,* discusses the necessity of attaining a critical mass of at least three women on the board to positively affect boardroom dynamics and generate positive returns.[93] EgonZehnder further states, "[W]e believe that it takes three underrepresented voices in a boardroom to truly change internal dynamics. Rather than seeing one person as the token stand-in, a larger group allows the individuals to be heard for their perspectives rather than for their perceived identity."[94]

**E. Value that Women in Key Positions Add to Firms**

76. The inclusion of women in key positions in firms, including board director positions, adds value to the firm in many ways, both tangible and intangible.

---

[90] Meggin Thwing Eastman & Panos Seretis, *Women on Boards and the Human Capital Connection*, MSCI RESEARCH INSIGHT (March 2018), at 14. https://www.msci.com/documents/10199/4bd5f3bb-e5a4-4993-9c2a-4b44423ba4a2f.

[91] McKinsey & Company, *Diversity Wins. How Inclusion Matters* (May 19, 2020), at 1.

[92] McKinsey & Company, *Diversity Wins. How Inclusion Matters* (May 19, 2020), at Methodology.

[93] *Who's Really on Board?,* EGONZEHNDER 2020 GLOBAL DIVERSITY TRACKER (Dec. 2020).

[94] *Who's Really on Board?,* EGONZEHNDER 2020 GLOBAL DIVERSITY TRACKER (Dec. 2020).

77. McKinsey & Company finds that "[i]t stands to reason – and has been demonstrated in other studies, as we indicate – that the more diverse companies are better able to win top talent and improve their customer orientation, employee satisfaction, and decision making leading to a virtuous cycle of increasing returns."[95] McKinsey & Company found that the "most important drivers for why more diverse companies perform better" were "advantages in recruiting the best talent, stronger customer orientation, increased employee satisfaction, and improved decisionmaking."[96] To understand causation, McKinsey & Company consulted numerous other McKinsey & Company research studies on diversity.[97]

78. An empirical study published in the *American Economic Review* additionally found that "(i) women who are appointed as corporate directors diversify the set of boards' expertise more than do their male counterparts, and (ii) women bring unique skills to corporate boards."[98] The scholars conclude that "[t]hese findings suggest that women directors can enhance boards' advisory effectiveness by contributing diverse skills."[99] The researchers found that the least reported board skills, after examining the proxy statements of the S&P SmallCap 600 companies (small cap companies generally defined as having a market capitalization roughly between $300 million to $2 billion),[100] are (1) research and development; (2) human resources; (3) risk management; (4) sustainability; and (5) political government. They found that four of

[95] Vivian Hunt, Dennis Layton, Sara Prince, *McKinsey & Company, Diversity Matters* (Feb. 2, 2015), at 1.

[96] Vivian Hunt, Dennis Layton, Sara Prince, *McKinsey & Company, Diversity Matters* (Feb. 2, 2015), at 9.

[97] Vivian Hunt, Dennis Layton, Sara Prince, *McKinsey & Company, Diversity Matters* (Feb. 2, 2015), at 9, citing WOMEN MATTER, MCKINSEY & COMPANY, 2007, 2008, 2010, 2012, 2013; Thomas Barta, Markus Kleiner, & Tilo Neumann, *Is there a Payoff from Top-Team Diversity?,* MCKINSEY QUARTERLY (April 2012); Martin Dewhurst, Matthew Pettigrew, & Ramesh Srinvasin, *How Multinationals Can Attract the Talent They Need*, MCKINSEY QUARTERLY, (June 2012); Diversity Wins!, McKinsey & Company (November 2011); *McKinsey Qualitative Survey: The War For Diverse Talent*, Green Park, (September 2010); Scott E. Page, THE DIFFERENCE: HOW THE POWER OF DIVERSITY CREATES BETTER GROUPS, FIRMS, SCHOOLS, AND SOCIETIES (Princeton University Press 2007); McKinsey Analysis.

[98] Daehyun Kim & Laura T. Starks, *Gender Diversity on Corporate Boards: Do Women Contribute Unique Skills?,* 106 AM. ECON. REV. 267, 270 (2016).

[99] Daehyun Kim & Laura T. Starks, *Gender Diversity on Corporate Boards: Do Women Contribute Unique Skills?,* 106 AM. ECON. REV. 267, 270 (2016).

[100] https://www.investopedia.com/terms/s/small-cap.asp.

these five uncommon skills are more likely to be possessed by women directors.[101] Combining these results with their prior study which found that "greater heterogeneity of expertise is associated with higher firm value,"[102] the researchers concluded, "a gender diverse board has the potential to increase firm value."[103]

79. The U.S. Government Accountability Office (GAO) noted that, "A growing body of literature has highlighted the advantages of increased diversity on corporate boards, including gender diversity, such as including more perspectives leading to better decision making, better reflecting a company's employee and customer base, and having a broader talent pool from which to select candidates."[104] The GAO cites multiple studies noting that "the broader range of perspectives represented in diverse groups require individuals to work harder to come to a consensus which can lead to better decisions,"[105] and that "diverse boards make good business sense because they can tap into the skills of a wider talent pool."[106]

80. In 2012, the National Association of Corporate Directors (NACD) found that diversity is a "business issue – as a means to competitiveness. . . . Put simply: corporations will

---

[101] Daehyun Kim & Laura T. Starks, *Gender Diversity on Corporate Boards: Do Women Contribute Unique Skills?,* 106 AM. ECON. REV. 267, 269 (2016).

[102] Daehyun Kim & Laura T. Starks, *Board Heterogeneity of Expertise and Board Performance* (2015) (Working Paper).

[103] Daehyun Kim & Laura T. Starks, *Gender Diversity on Corporate Boards: Do Women Contribute Unique Skills?,* 106 AM. ECON. REV. 267-, 270 (2016).

[104] United States Government Accountability Office, Report to Ranking Subcommittee on Capital Markets and Government Sponsored Enterprises, Committee on Financial Services, House of Representatives, *Corporate Boards, Strategies to Representation of Women Include Federal Disclosure Requirements,* at 1 (Dec. 2015), https://www.gao.gov/assets/gao-16-30.pdf.

[105] United States Government Accountability Office, Report to Ranking Subcommittee on Capital Markets and Government Sponsored Enterprises, Committee on Financial Services, House of Representatives, *Corporate Boards, Strategies to Representation of Women Include Federal Disclosure Requirements,* at 5 (Dec. 2015), https://www.gao.gov/assets/gao-16-30.pdf, citing Katherine W. Phillips, *How Diversity Works*, SCIENTIFIC AMERICAN (October 2014).

[106] United States Government Accountability Office, Report to Ranking Subcommittee on Capital Markets and Government Sponsored Enterprises, Committee on Financial Services, House of Representatives, *Corporate Boards, Strategies to Representation of Women Include Federal Disclosure Requirements,* at 5 (Dec. 2015), https://www.gao.gov/assets/gao-16-30.pdf, citing REPORT OF THE NATIONAL ASSOCIATION OF CORPORATE DIRECTORS BLUE RIBBON COMMISSION, THE DIVERSE BOARD: MOVING FROM INTEREST TO ACTION (National Association of Corporate Directors, 2012).

not be able to build or maintain a successful enterprise that yields sustainable long-term shareholder value without bringing a greater variety of perspectives into the boardroom."[107]

81. In 2020, the NACD further expanded upon the above point, noting that: "Board diversity comes with clear advantages. Diversity of director identity can help boards understand the needs of their employees, their critical stakeholders and their consumer base. Having a diverse board also ensures a diversity of thought and experience, enhancing the collective wisdom and skill sets of the collective board. It is more essential than ever that boards comprise a diverse group of directors with various backgrounds and perspectives in order to perform as effectively as they possibly can."[108] The NACD found that having a diverse board can help with the board's "fundamental responsibility to advise senior executives and oversee their work" by "providing varying perspectives to decision makers."[109] The NACD also stated that "[t]he benefits of board diversity, both tangible and intangible, range from great understanding of customers and employees to the value of having multiple perspectives around the table."[110] Board diversity referred to in the NACD report includes gender and ethnic diversity.

82. Researchers have concluded that "boardroom diversity may aid in avoidance of 'groupthink,' a complacency that may lead to the failure of the board to serve its monitoring role in corporate governance."[111] The National Association of Corporate Directors has concluded the same.[112] Groupthink has been defined as "a mode of thinking that people engage in when they are deeply involved in a cohesive in-group, when the members' strivings for unanimity override

---

[107] National Association of Corporate Directors, *Report of the Blue Ribbon Commission, The Diverse Board: Moving from Interest to Action* (2012), at 2.

[108] National Association of Corporate Directors, *Report of the NACD Blue Ribbon Commission, 2020 Update of the Diverse Board, Moving from Interest to Action* (2020), at 5.

[109] National Association of Corporate Directors, *Report of the NACD Blue Ribbon Commission, 2020 Update of the Diverse Board, Moving from Interest to Action* (2020), at 5.

[110] National Association of Corporate Directors, *Report of the NACD Blue Ribbon Commission, 2020 Update of the Diverse Board, Moving from Interest to Action* (2020), at 1.

[111] Terry Morehead Dworkin & Cindy A. Schipani, *The Role of Gender Diversity in Corporate Governance*, 21 U. PENN. J. OF BUS. LAW 105, 108 (2018), citing Jeffrey L. Coles, Naveen D. Daniel, & Lalitha Naveen, *Director Overlap: Groupthink versus Teamwork* (July 8, 2020), available at https://ssrn.com/abstract=3650609.

[112] National Association of Corporate Directors, *Report of the Blue Ribbon Commission, The Diverse Board: Moving from Interest to Action* (2012), at 5.

their motivation to realistically appraise alternative courses of action."[113] In research highlighted by the Columbia Law School Blue Sky Blog, scholars have noted that even highly talented boards will make serious errors if they engage in groupthink.[114] The scandals at Enron[115] and Worldcom and even the financial crisis has been attributed, at least in part, to groupthink.[116] Vice Chancellor Travis Laster of the Delaware Court of Chancery writes: "Groupthink is the most important bias for boards of directors to watch for."[117]

83. Catalyst concurs, finding that diverse teams are critical for innovation, reducing groupthink and enhancing decision-making.[118] Catalyst further notes that "[h]omogenous groups may be susceptible to groupthink, while diverse teams can leverage a greater variety of perspectives and are likely to consider information more thoroughly and accurately."[119] In addition, "diverse inputs may lead to innovation as more perspectives bring more to the table."[120] In addition, "a diverse board may signal independence, creative thought," opportunities for break out strategies and an open-mindedness on the part of the company…."[121]

84. Scholars also connect gender diversity to creativity. Researcher Katherine W. Phillips found, after examining "four decades of research from organizational scientists, psychologists, sociologists, economists and demographers," that "[d]iversity enhances creativity.

---

[113] I. L. Janis, *Victims of Groupthink: A Psychological Study of Foreign-Policy Decisions and Fiascoes.* (Houghton Mifflin 1972).

[114] Jeffrey L. Coles, Naveen D. Daniel, & Lalitha Naveen, *Director Overlap: Groupthink versus Teamwork* (July 8, 2020), available at https://ssrn.com/abstract=3650609. This paper is highlighted at the Columbia Law School Blue Sky blog at https://clsbluesky.law.columbia.edu/2020/09/21/director-overlap-groupthink-versus-teamwork/.

[115] Marlene A. O'Connor, *The Enron Board: The Perils of Groupthink*, U. CINN. L. REV.1233-1320 (2002).

[116] Jeffrey L. Coles, Naveen D. Daniel, & Lalitha Naveen, *Director Overlap: Groupthink versus Teamwork* (July 8, 2020), available at https://ssrn.com/abstract=3650609.

[117] Travis Laster, *Cognitive Bias in Director Decision-Making*, 20 CORP. GOVERNANCE ADVISOR, 1, 5 (2012).

[118] Catalyst, *Why Diversity and Inclusion Matter: Quick Take* (June 24, 2020).

[119] Catalyst, *Why Diversity and Inclusion Matter: Quick Take* (June 24, 2020).

[120] Cindy A. Schipani, *Improving Board Decisions: The Promise of Diversity,* 39(2) MINN. J. OF LAW & INEQUALITY, 295, 304 (2021), citing Stephen Turban, Dan Wu, & Letian Zang, Research: *When Gender Diversity Makes Firms More Productive*, HARVARD BUSINESS REVIEW (Feb. 11, 2019), noting that "[s]ignificant research has shown that diverse teams can develop more innovative ideas."

[121] Terry Morehead Dworkin & Cindy A. Schipani, *The Role of Gender Diversity in Corporate Governance*, 21 U. PENN. J. OF BUS. LAW 105, 107 (2018).

It encourages the search for novel information and perspectives, leading to better decision making and problem solving. Diversity can improve the bottom line of companies and lead to unfettered discoveries and breakthrough innovations. Even simply being exposed to diversity can change the way you think."[122]

85. Citing several 2019 studies, Catalyst finds that mixed gender boards have fewer instances of fraud and can "improve investment efficiency and prevent risky overinvestment decisions as well as reduce the overconfidence of male CEOs."[123]

86. In addition, a 2012 study published in ACCOUNTING HORIZONS finds that "gender diversity is associated with a reduced incidence of financial restatment that is almost 40% less than the likeihood for a company without a women on its board."[124] Relatedly, a 2015 empirical study by Cumming, Leung and Rui showed that "as female representation on boards increased, the level of corruption in their sample companies declined."[125]

87. In 1995, the Federal Glass Ceiling Commission found gender diversity in business as good for business, entitling its report "Good For Business: Making Full Use of The Nation's Human Capital."[126] As stated by the Commission, "As many of the CEOs interviewed by the

---

[122] Katherine W. Phillips, *How Diversity Works*, SCI. AM. 43, 44 (Oct. 2014).

[123] Catalyst, *Why Diversity and Inclusion Matter: Quick Take* (June 24, 2020). Catalyst cites the following studies, among others: Aida Sijamic Wahid, *The Effects and Mechanisms of Board Gender Diversity: Evidence from Financial Manipulation*, 159 J. OF BUS. ETHICS705, 705-725 (2019); Young Zik Shin, Jeung-Yoon Chang, Keyeongmin Jeon, and Hyunpyo Kim, *Female Directors on the Board and Investment Efficiency: Evidence from Korea*, ASIAN BUS. & MGMT. (2019); Jie Cehn, Woon Sau Leung, Wei Song, and Marc Georgen, *Research: When Women Are on Boards, Male CEOs Are Less Confident*, HARVARD BUSINESS REVIEW (Sept. 12, 2019); Jie Chen, Woon Sau Leung, Wei Song, and Marc Georgen, *Why Female Board Representation Matters: The Role of Female Directors in Reducing Male CEO Overconfidence*, 52 J.L OF EMPIRICAL FINANCE 70, 70-90 (2019).

[124] Phyllis King, *Gender Diversity on Corporate Boards: Spotlighting Wisconsin*, 32 WIS. J. OF LAW, GENDER, & SOCIETY 1, 4 (2017), citing Abbott J. Lawrence et al., *Female Board Presence and the Likelihood of Financial Restatement*, 26(4) ACCOUNTING HORIZONS 607-629 (2012).

[125] Yan Jung Hyun, Eunjung Hyuan, Daegyu Yang, Hojin Jung, & Kihoon Hung*, Women on Boards and Corporate Social Responsibility,* 8 SUSTAINABILITY 300, 305 (2016), citing D. Cumming, T. Leung, O Rui, *Gender Diversity and Securities Fraud*, 58 ACAD. OF MGMT. J. 1572-1593 (2015).

[126] Bettina C.K. Binder, Terry Morehead Dworkin, Niculina Nae, Cindy A. Schipani, & Irina Averianova, *The Plight of Women in Positions of Corporate Leadership in the United States, the European Union, and Japan: Differing Laws and Cultures, Similar Issues*, 26 MICH. J. OF GENDER & LAW 279, 290 (2020), citing U.S. DEP'T LABOR, GLASS CEILING COMMISSION – GOOD FOR BUSINESS: MAKING FULL USE OF THE NATION'S HUMAN CAPITAL (1995).

Commission observed, this state of affairs is not good for business. Corporate leaders recognize that it is necessary for their business that they better reflect the market- place and their customers. Their trading partners and customers are becoming more global and diverse. And to succeed in this increasingly competitive environment, they need to attract and retain the best, most flexible workers and leaders available, for all levels of their organization. Narrowing the pool of talent from which they draw is—among other things—a blunder in competitive tactics."[127] The Commission further stated, "[t]he facts support their contention that diversity is good for business. A 1993 study of Standard and Poor 500 companies showed that firms that succeed in shattering their own glass ceilings racked up stock-market records that were nearly two and a half times better than otherwise-comparable companies."[128]

**Conclusions**

88. As detailed in the statistics cited in the above analysis, although women have served on boards since the beginning of the twentieth century,[129] as of the time of SB 826's passage they held only 15.5% of the board seats and 25-26% of public boards remain all male, while 60% of private boards are all male.[130] For two decades prior to SB 826's passage, there was little movement in the number of women on corporate boards in comparison to men.[131]

89. Yet, the issue is not one of supply of qualified women. Thousands of women serve on corporate boards, and thousands more are available to recruit.[132]

90. Corporate governance experts highlight that to succeed boards need to have members with a variety of experiences, including in strategy-formulation, knowledge of overseas markets, cybersecurity, regulatory matters or other areas that supplement the existing experiences

[127] U.S. DEP'T LABOR, GLASS CEILING COMMISSION – GOOD FOR BUSINESS: MAKING FULL USE OF THE NATION'S HUMAN CAPITAL (1995), at iv.

[128] U.S. DEP'T LABOR, GLASS CEILING COMMISSION – GOOD FOR BUSINESS: MAKING FULL USE OF THE NATION'S HUMAN CAPITAL (1995), at v.

[129] Phyllis King, *Gender Diversity on Corporate Boards: Spotlighting Wisconsin*, 32 WIS. J. OF LAW, GENDER, & SOCIETY 1, 7 (2017).

[130] See Paragraphs 21, 23, and 27.

[131] See Paragraphs 42-44.

[132] See Paragraphs 28-41.

of the board members.[133] They also find that not all board members need to bring business experience to the board but need to have the ability to learn.[134]

91. Discrimination presents a barrier to women's access to the boardroom and it takes multiple forms. One form is the tendency, as identified by the National Association of Corporate Directors Blue Ribbon Commission, in basic human behavior to prefer people similar to themselves.[135] This may result in gender matching.[136] In the boardroom context, there is a propensity for matching the gender of an incoming board candidate with that of the outgoing candidate. And because nearly 80% of board members are male,[137] gender matching often results in the position being filled by another male candidate.[138]

92. Other forms of gender discrimination include biases against women seeking leadership positions, which result in them receiving disadvantageous treatment in comparison to men. When women seek positions that are inconsistent with gender stereotypes, known as gender incongruence, they are evaluated more negatively when compared to their male counterparts for the same performance,[139] blocking their pipeline to positions of leadership.

---

[133] Bob Tricker, CORPORATE GOVERNANCE, PRINCIPLES, POLICIES, AND PRACTICES 322 (3rd ed. 2015, Oxford University Press).

[134] Robert A.G. Monks & Nell Minow, CORPORATE GOVERNANCE 261 (5th ed. 2011).

[135] National Association of Corporate Directors, *Report of the NACD Blue Ribbon Commission, 2020 Update of the Diverse Board, Moving from Interest to Action* (2020), at 20.

[136] Catherine H. Tinsely, James B. Wade, Brian G. M Main & Charles A. O'Reilly, *Gender Diversity on U.S. Corporate Boards: Are We Running in Place?,* 70 INDUS. & LABOR REV. 160, 162 (Jan. 2017).

[137] National Association of Corporate Directors, *Report of the NACD Blue Ribbon Commission, 2020 Update of the Diverse Board, Moving from Interest to Action* (2020), at 10, citing *Inside the Company Boardroom* (Arlington VA: NACD October 30, 2020), at 6; 2020 WOMEN ON BOARDS, GENDER DIVERSITY INDEX (June 30, 2020), at 4, https://5050wob.com/wp-content/uploads/2021/02/2020-Gender-Diversity-Index-Report-FINAL.pdf; Catalyst, *Women on Corporate Boards: Quick Take* (March 13, 2020), https://www.catalyst.org/research/women-on-corporate-boards, citing Olga Emelianova & Christina Milhomem, *Women on Boards 2019 Progress Report* (MSCI, Dec. 2019).

[138] Catherine H. Tinsely, James B. Wade, Brian G. M Main & Charles A. O'Reilly, *Gender Diversity on U.S. Corporate Boards: Are We Running in Place?,* 70 INDUS. & LABOR REV. 160, 162 (Jan. 2017).

[139] Victoria L. Brescoll, Erica Dawson & Eric Luis Uhlmann, *Hard Won and Easily Lost: The Fragile Status of Leaders in Gender-Stereotype-Incongruent Occupation,* 21 PSYCHOLOGICAL SCI. 1640, 1642 (2010).

93. Leadership positions are still widely perceived as not suitable for women, resulting in women leaders being evaluated more negatively than their identical male counterparts.[140] Characteristics associated with leadership are often associated with masculinity.[141]

94. In addition, when women make a mistake in a gender incongruent position, they are judged much more harshly than their otherwise identical male counterpart.[142] In addition, when women express anger, they are given lower status and considered less competent than men who express anger.[143]

95. Studies further demonstrate that women with children are unfairly thought to be less committed to their firms, less dependable, and less productive than their male counterparts and are thus subtly discriminated against in hiring and promotion decisions.[144] Men who are fathers are found to be more committed to their job than those without children.[145]

96. Studies also show that women who have risen to the higher echelons of the corporate ladder have put career ahead of family as did men but faced more barriers on the way to the top.[146]

97. McKinsey & Company report that 27% of women versus just 7% of men in their study felt discrimination in their professional career.[147] In addition, McKinsey & Company and

---

[140] Victoria L. Brescoll, Erica Dawson & Eric Luis Uhlmann, *Hard Won and Easily Lost: The Fragile Status of Leaders in Gender-Stereotype-Incongruent Occupation,* 21 PSYCHOLOGICAL SCI. 1640 (2010).

[141] Terry Morehead Dworkin, Aarti Ramaswami, & Cindy A. Schipani, *A Half-Century Post-Title VII: Still Seeking Pathways for Women to Organizational Leadership*, 23 UCLA WOMEN'S L.J. 29, 29-78 (2016).

[142] Cindy A. Schipani & Terry Morehead Dworkin, *The Need for Mentors in Promoting Gender Diverse Leadership in the #MeToo Era*, 87 GEO. WASH. LAW REV. 1272, 1284-1285 (2019); Terry Morehead Dworkin & Cindy A. Schipani, *The Role of Gender Diversity in Corporate Governance*, 21 U. Penn. J. OF BUS. LAW 105, 138 (2018).

[143] Cindy A. Schipani & Terry Morehead Dworkin, *The Need for Mentors in Promoting Gender Diverse Leadership in the #MeToo Era*, 87 GEO. WASH. LAW REV. 1272, 1284-1285 (2019); Terry Morehead Dworkin & Cindy A. Schipani, *The Role of Gender Diversity in Corporate Governance*, 21 U. PENN. J. OF BUS. LAW 105, 138 (2018).

[144] Terry Morehead Dworkin, Aarti Ramaswami, & Cindy A. Schipani, *A Half-Century Post-Title VII: Still Seeking Pathways for Women to Organizational Leadership*, 23 UCLA WOMEN'S L.J. 29, 47 (2016).

[145] Shelley J. Correll, Stephen Benard & In Paik, *Getting a Job: Is there a Motherhood Penalty?,* 112 AM. J. OF SOCIOLOGY 1297, 1317 (2007).

[146] McKinsey & Company, *Women Matter. Gender Diversity, A Corporate Performance Driver* (2007), at 15.

[147] McKinsey & Company, *Women Matter. Gender Diversity, A Corporate Performance*

Leanin.org have identified a broken run on the first rung of the corporate ladder.[148] That is, entry level women are 19 percent less likely to receive promotions than their male colleagues,[149] and for every 100 men promoted to the rank of manager, only 85 women were promoted.[150]

98. These studies lead to the conclusion that the disparities in the number of women on boards of directors in comparison to men is rooted in gender discrimination.

99. Studies have continued to find correlations between gender diversity in the boardroom and firm performance on a variety of measures. As documented in the above analysis, these include financial outperformance of firms with gender diverse boards as compared to their peer companies lacking gender diversity in the boardroom. For example, the recent May 2020 *McKinsey & Company Report, Diversity Wins. How Inclusion Matters*, states that "the relationship between diversity on executive teams and the likelihood of financial outperformance is now stronger than before." McKinsey and Company's findings are based on its largest dataset to date, encompassing 15 countries and more than 1,000 large companies. Its analysis "finds that companies in the top quartile of gender diversity on executive teams were 25 percent more likely to experience above-average profitability than peer companies in the fourth quartile."[151] This tracks with research conducted by Catalyst finding that a high proportion of women on a Fortune 500 company's board is associated with significantly higher return on sales (ROS) (with superior performance by at least 42%) and return on invested capital (ROIC) (with superior performance of at least 66%). Catalyst similarly finds that the return on equity of companies with more women on boards exceeds those with the least by 53%.[152] Similarly, the Credit Suisse Research Institute analyzed 2,380 firms in a variety of different industries and found that companies with

*Driver* (2007), at 16.

[148] McKinsey & Company, Leanin.org, *Women in the Workplace 2020*, https://leanin.org/women-in-the-workplace-report-2020.

[149] McKinsey & Company, *Still Looking for Room at the Top: Ten Years of Research on Women in the Workplace*, MCKINSEY QUARTERLY (March 2018), citing its *Women in the Workplace 2017 Report*.

[150] McKinsey & Company, Leanin.org, *Women in the Workplace 2020*, https://leanin.org/women-in-the-workplace-report-2020.

[151] McKinsey & Company, *Diversity Wins. How Inclusion Matters* (May 19, 2020), at 1.

[152] Lois Joy, Nancy M. Carter, Harvey M. Wagner, & Sriram Narayanan, *The Bottom Line: Corporate Performance and Women's Representation on Boards* (2007), http://www.catalyst.org/knowledge/bottom-line-0.

boards comprising balanced representation of both genders outperformed companies with single-sex boards.[153] Specifically, Credit Suisse found that "[g]ender-diverse management teams showed superior returns on equity, debt/equity ratios, price/equity ratios, and average growth."[154]

100. Scholars have also linked gender diversity on boards with improved monitoring by the board of directors because "increasing diversity of each board's membership will increase the expression of nonconforming opinions, which will improve the board's monitoring of management,"[155] by providing an antidote to groupthink. As Vice Chancellor Travis Laster of the Delaware Court of Chancery writes: "Groupthink is the most important bias for boards of directors to watch for."[156]

101. Gender diversity has also been associated with improved team productivity. The comprehensive analysis of the National Center for Women and Technology, examining 15 studies, found that gender diverse teams demonstrated "superior productivity and financial performance as compared to homogeneous teams."[157] The study showed that gender-balanced companies "[p]erform better financially, particularly when women occupy a significant proportion of top management positions."[158]

---

[153] *Gender Diversity and Corporate Performance*, CREDIT SUISSE RESEARCH INSTITUTE (Aug. 2012), at 3.

[154] *Gender Diversity and Corporate Performance*, CREDIT SUISSE RESEARCH INSTITUTE (Aug. 2012), at 14.

[155] Corrine Post & Kris Byron, *Women on Boards and Firm Financial Performance: A Meta Analysis*, 58 ACAD. OF MGMT. J. 1546, 1560 (Oct. 2015); Akshaya Kamalnath, *Strengthening Boards through Diversity: A Two-Sided Market that Can Be Effectively Serviced by Intermediaries*, 40 MINN. J. OF LAW & INEQUALITY (forthcoming 2022, available at https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3645870); Cindy A. Schipani, *Improving Board Decisions: The Promise of Diversity*, 39 MINN. J. OF LAW & INEQUALITY 295, 303 (2021),.

[156] Travis Laster, *Cognitive Bias in Director Decision-Making*, 20 CORP. GOVERNANCE ADVISOR, 1, 5 (2012).

[157] Lecia Barker, Cynthia Mancha, & Catherine Ashcraft, *What is the Impact of Gender Diversity on Technology Business Performance?*, Research Summary, NAT'L CTR FOR WOMEN & INFORMATION TECH. REP. (May 29, 2014), at 2, https://www.ncwit.org/sites/default/files/resources/impactgenderdiversitytechbusinessperformance_print.pdf, citing multiple studies listed in footnote 83 above.

[158] Lecia Barker, Cynthia Mancha, & Catherine Ashcraft, *What is the Impact of Gender Diversity on Technology Business Performance?*, Research Summary, NAT'L CTR FOR WOMEN & INFORMATION TECH. REP. (May 29, 2014).

102.   In addition, a connection has been found between gender diversity and a decrease in volatility. Credit Suisse further found that "[g]ender-diverse executive boards decrease volatility and increase balance throughout the economic cycle."[159]

103.   Thus, gender diversity on boards of directors has been demonstrated to correlate positively with firm performance.  Firms with gender diverse boards have, in many cases, outperformed firms with little or no director gender diversity.  Even though this research has been widely cited and distributed through multiple high traction and well-respected business and thought-leadership sources, discriminatory barriers have and continue to impede women's access to the corporate boardroom.

104.   It is important that firms include a "critical mass" of women on corporate boards in order for their contributions to be valued and for women not to be perceived as mere tokens. For example, McKinsey & Company finds that "[c]ompanies with more than 30 percent women on their executive teams are significantly more likely to outperform those with between 10 and 30 percent women, and these companies in turn are more likely to outperform those with fewer or no women executives."[160]

105.   Similarly, other studies focus on the need for companies to include at least three women on their corporate boards.  Catalyst found that where three women serve on the board, companies show stronger than average financial results in terms of return on equity (5.2% stronger), return on sales (5.3 % stronger), and return on invested capital (3.8% stronger) than companies with fewer or no women on the boards, based upon the four-year averages of these numbers for 2001, 2002, 2003, and 2004.[161]

---

[159] *Gender Diversity and Corporate Performance*, CREDIT SUISSE RESEARCH INSTITUTE (Aug. 2012), at 6.
[160] McKinsey & Company, *Diversity Wins.  How Inclusion Matters* (May 19, 2020), at 1.
[161] Lois Joy, Nancy M. Carter, Harvey M. Wagner, & Sriram Narayanan, *The Bottom Line: Corporate Performance and Women's Representation on Boards* (2007), http://www.catalyst.org/knowledge/bottom-line-0; Catalyst, *Women on Corporate Boards: Quick Take* (March 13, 2020), citing Cynthia Soledad, Karoline Vinsrygg, Ashely Summerfield, & Jennifer Reingold, *2018 Global Diversity Tracker:  Who's Really on Board?* (Egon Zehnder, Dec. 2018), at 11.

106. Additionally, global management consulting firm EgonZehnder, in its *2020 Diversity Tracker,* discusses the necessity of attaining a critical mass of at least three women on the board to positively affect boardroom dynamics and generate positive returns.[162] EgonZehnder further states, "we believe that it takes three underrepresented voices in a boardroom to truly change internal dynamics. Rather than seeing one person as the token stand-in, a larger group allows the individuals to be heard for their perspectives rather than for their perceived identity."[163]

107. As indicated by the above studies, it is therefore important that there be a critical mass of women serving on a particular company's board for their voices to be heard to influence decisions and avoid tokenism.

108. Numerous studies cited in the above analysis also demonstrate that adding women to boards of directors adds value to firms in other tangible and intangible ways. Many studies focus on the value of a diverse board in bringing different perspectives and diverse skills to the table, thus improving the decision-making process.[164] Gender diverse perspectives have been

---

[162] *Who's Really on Board?,* EGONZEHNDER 2020 GLOBAL DIVERSITY TRACKER (Dec. 2020).

[163] *Who's Really on Board?,* EGONZEHNDER 2020 GLOBAL DIVERSITY TRACKER (Dec. 2020).

[164] National Association of Corporate Directors, *Report of the Blue Ribbon Commission, The Diverse Board: Moving from Interest to Action* (2012), at 1; Daehyun Kim & Laura T. Starks, *Gender Diversity on Corporate Boards: Do Women Contribute Unique Skills?,* 106 AM. ECON. REV. 267, 270 (2016); United States Government Accountability Office, Report to Ranking Subcommittee on Capital Markets and Government Sponsored Enterprises, Committee on Financial Services, House of Representatives, *Corporate Boards, Strategies to Representation of Women Include Federal Disclosure Requirements,* at 1 (Dec. 2015), https://www.gao.gov/assets/gao-16-30.pdf; Katherine W. Phillips, *How Diversity Works*, SCI. AM. (October 2014); Vivian Hunt, Dennis Layton, Sara Prince, *McKinsey & Company, Diversity Matters* (Feb. 2, 2015), at 9, citing WOMEN MATTER, MCKINSEY & COMPANY, 2007, 2008, 2010, 2012, 2013; Thomas Barta, Markus Kleiner, & Tilo Neumann, *Is there a Payoff from Top-Team Diversity?,* MCKINSEY QUARTERLY (April 2012); Martin Dewhurst, Matthew Pettigrew, & Ramesh Srinvasin, *How Multinationals Can Attract the Talent They Need*, MCKINSEY QUARTERLY, (June 2012); Diversity Wins!, McKinsey & Company (November 2011); *McKinsey Qualitative Survey: The War For Diverse Talent*, Green Park, (September 2010); Scott E. Page, THE DIFFERENCE: HOW THE POWER OF DIVERSITY CREATES BETTER GROUPS, FIRMS, SCHOOLS, AND SOCIETIES (Princeton University Press 2007); McKinsey Analysis.

found linked to encouraging innovation[165] and reducing "groupthink,"[166] both of which improve overall decision making.

109. Studies have also considered whether gender diversity helps firms recruit top talent and improve the focus on customers and employees. McKinsey & Company finds that "[i]t stands to reason – and has been demonstrated in other studies, as we indicate – that the more diverse companies are better able to win top talent and improve their customer orientation, employee satisfaction, and decision making leading to a virtuous cycle of increasing returns."[167]

110. Women serving on boards has also been linked reducing fraud and improprieties.[168]

111. In conclusion, despite the evidence gathered over the past two decades linking the presence of a critical mass of women on boards to positive metrics of corporate performance and a pool of tens of thousands of women with strong business credentials and post-graduate degrees, gender bias continues to perpetuate stark disparities between the number of women and men on corporate boards.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 28, 2021, in Ann Arbor, Michigan.

Cindy A. Schipani

[165] Katherine W. Phillips, *How Diversity Works*, SCI. AM. 43, 44 (Oct. 2014); Cindy A. Schipani, *Improving Board Decisions: The Promise of Diversity,* 39 (2) MINN. J. OF LAW & INEQUALITY, 295, 304 (2021), citing Stephen Turban, Dan Wu, & Letian Zang, Research: *When Gender Diversity Makes Firms More Productive*, HARVARD BUSINESS REVIEW (Feb. 11, 2019), noting that "[s]ignificant research has shown that diverse teams can develop more innovative ideas."

[166] National Association of Corporate Directors, *Report of the Blue Ribbon Commission, The Diverse Board: Moving from Interest to Action* (2012), at 5; Jeffrey L. Coles, Naveen D. Daniel, & Lalitha Naveen, *Director Overlap: Groupthink versus Teamwork* (July 8, 2020), available at SSRN: https://ssrn.com/abstract=3650609; Marlene A. O'Connor, *The Enron Board: The Perils of Groupthink*, 71 UNIVERSITY OF CINCINNATI LAW REVIEW 1233-1320 (2002).

[167] Vivian Hunt, Dennis Layton, Sara Prince, *McKinsey & Company, Diversity Matters* (Feb. 2, 2015), at 1.

[168] Yan Jung Hyun, Eunjung Hyuan, Daegyu Yang, Hojin Jung, & Kihoon Hung, *Women on Boards and Corporate Social Responsibility,* 8 SUSTAINABILITY 300, 305 (2016), citing D. Cumming, T. Leung & O. Rui., *Gender Diversity and Securities Fraud*, 58 ACAD. OF MGMT. J. 1572-1593 (2015).

# Exhibit 1

**CINDY A. SCHIPANI**
Merwin H. Waterman Collegiate Professor of Business Administration
and Professor of Business Law
Stephen M. Ross School of Business
University of Michigan, Ann Arbor, MI 48109
734-763-2257

**DEGREES**

University of Chicago Law School, Chicago, IL
Juris Doctor, with honors, June 1982

Michigan State University, East Lansing, MI
Bachelor of Arts, with high honors, in Accounting, June 1979

Admitted to practice law in Michigan and Illinois.
Admitted to United States Supreme Court Bar.

**PROFESSIONAL APPOINTMENTS**

| | |
|---|---|
| | Stephen M. Ross School of Business, University of Michigan |
| 2006 – Present | Merwin H. Waterman Collegiate Professor of Business Administration |
| 1997 - Present | Professor of Business Law |
| 1995 – 1996 | Louis & Myrtle Moskowitz Research Professor |
| 1996 – 2013 | Chair, Law, History, & Communication Area |
| 1993 – 1997 | Associate Professor of Business Law |
| 1986 – 1993 | Assistant Professor of Business Law |
| Feb. – May, 2016 | LUISS University, Rome |
| | Visiting Scholar |
| | John Cabot University, Rome |
| | Visiting Scholar |
| Feb. – May, 2008<br>Feb. 1994 | University of Sydney Faculty of Law<br>Parsons Fellow |
| 2002 - 2003 | Committee on Institutional Cooperation Academic Leadership Program Fellow |
| 1999 - 2004<br>1999 - 2005 | William Davidson Institute at the Ross School of Business<br>Area Director for Corporate Governance |
| Winter 1998 &<br>Winter 1996 | University of Michigan Law School<br>Visiting Professor of Law |
| March 1994 | Flinders University of South Australia<br>Distinguished International Visitor |

| | |
|---|---|
| Fall 1993 | Erasmus University, Rotterdam Visiting Scholar |
| May 1992 | China University of Political Science and Law (Beijing)<br>Visiting Professor |
| 1990 - 1991<br>& July 2010 | University of Hawaii, William S. Richardson School of Law<br>Visiting Professor of Law |
| 1984 - 1986 | Dickinson, Wright, Moon, Van Dusen & Freeman, Detroit, MI<br>Associate - Practice concentrated primarily in commercial and corporate law. |
| 1983 - 1984 | Mayer, Brown & Platt, Chicago, IL<br>Associate - Practice concentrated primarily in commercial and corporate law. |
| 1982 - 1983 | Justice Charles L. Levin, Michigan Supreme Court<br>Law Clerk |

**CONSULTANT AND EXPERT WITNESS**

I have served as a consultant and independent expert witness in many cases involving questions of corporate governance, fiduciary duties of officers and directors, and business ethics.

**PUBLICATIONS**

**Book**
*The Role of Business in Fostering Peaceful Societies*, (with T. Fort), Cambridge University Press (2004).

**Journal Articles**
"Overcoming Gender Discrimination in Business: Reconsidering Mentoring in the Post #MeToo and COVID-19 Eras," (with T. Dworkin, D. Abney), *University of Pennsylvania Journal of Business Law* (forthcoming).

"Insider Giving," (with S.B. Avci, H. N. Seyhun, and A. Verstein), *Duke University Law Journal* (forthcoming).

"Should the CEO Pay Ratio be Regulated?," (with Deniz Anginer, Jingjing Liu, and H. Nejat Seyhun), 45 *Journal of Corporation Law* 471-514 (2020).

"The Need for Mentors in Promoting Diverse Leadership in the #MeToo Era," (with T. Dworkin), 87 *George Washington University Law Review* 1272-1298 (2020).

"The Plight of Women in Positions of Corporate Leadership in the U.S., the European Union, and Japan: Differing Laws and Cultures, Similar Issues," (with T. Dworkin, B. Binder, N. Nae), 26 *University of Michigan Journal of Gender and Law* 279-340 (2020) (featured in Harvard University's Corporate Governance Forum at

https://corpgov.law.harvard.edu/2019/12/31/the-plight-of-women-in-positions-of-corporate-leadership-in-the-united-states-the-european-union-and-japan-differing-laws-and-cultures-similar-issues/).

"Should the CEO Pay Ratio be Regulated?," (with Deniz Anginer, Jingjing Liu, and H. Nejat Seyhun), 45 *Journal of Corporation Law* 471-514 (2020).

"The Impact of Recording Artists and Music on Legal and Social Change," (with K. Peterson), University of Minnesota Journal of International Law (forthcoming).

"Mechanisms for Supporting Worker Voice in China," (with Junhai Liu), 2 *George Washington University Business & Finance Law Review* 1-31 (2019).

"The Elusive Monitoring Function of Independent Directors," (with S. B. Avci and H. Nejat Seyhun), 21 *Indiana Law Journal* 235-287 (2019).

"Assessing the Progress of Women in Corporate Governance: The More Things Change, the More They Stay the Same" (with Terry Morehead Dworkin, Frances J. Milliken, and Madeline K. Kneeland, 55 *American Business Law Journal* 721-761 (2019).

"The Role of Gender Diversity in Corporate Governance," (with Terry Morehead Dworkin), 21 *University of Pennsylvania Journal of Business Law* 105-138 (2019).

"Do Independent Directors Curb Corporate Fraud?: The Evidence and Proposals for Further Reform" (with S.B. Avci and H.N. Seyhun), 93 *Illinois Law Journal* 757-805 (2018), Featured in the Harvard Law School Forum on Corporate Governance and Financial Regulation, available at https://corpgov.law.harvard.edu/2017/04/16/do-independent-directors-curb-financial-fraud-the-evidence-and-proposals-for-further-reform/ and featured in the *Wall Street Journal*, "Morning Risk Report, Independent Directors No Panacea for Corporate Misdeeds," https://blogs.wsj.com/riskandcompliance/2017/04/20/the-morning-risk-report-independent-directors-no-panacea-for-corp-misdeeds/

"Eliminating Conflicts of Interests in Banks: The Significance of the Volcker Rule," (with S.B. Avci and H.N. Seyhun), 35 *Yale Journal on Regulation* 343-381 (2018). Featured in Harvard Law School Forum on Corporate Governance and Financial Regulation, available at https://corpgov.law.harvard.edu/2017/08/16/the-volcker-rule-and-potential-conflicts-of-interests-in-banks/ and Notice and Comment, *Yale Journal on Regulation*, available at http://yalejreg.com/nc/eliminating-conflicts-of-interests-in-banks-the-significance-of-the-volcker-rule-by-s-burcu-avci-cindy-a-schipani-and-h-nejat-seyhun/

"The Impact of Employment Law and Practices on Society: The Significance of Worker Voice," (with Frances Milliken & Terry Dworkin), 19 *Pennsylvania Business Law Review* 979-1023 (2017). Featured in the Columbia Blue Sky Blog at http://clsbluesky.law.columbia.edu/author/cindy-schipani/

"Feminism(s), Progressive Corporate Law and the Corporate Oppression Remedy: Seeking Fairness and Justice," (with Shannon O'Byrne), 19 *Georgetown Journal of Gender and the Law* 61-111 (2017), reprinted at 60 *Corporate Practice Commentator* 639-697 (2019).

"A Proactive Approach to Compliance: How MNCs can Eliminate International Commercial Corruption." *Company Lawyer* 45-52 (2018).

"Ending Executive Manipulations of Incentive Compensation," (with S.B. Avci and H.N. Seyhun), 42 *Journal of Corporation Law* 277-326 (*2016). Featured in the Harvard Business Review*, "Manipulating Stock Options is Still a Problem," June 2016, 94(6):30 and The Columbia Law School Blue Sky Blog: "A proposal to end executive manipulations of executive compensation," http://clsbluesky.law.columbia.edu/2016/04/01/a-proposal-to-end-executive-manipulations-of-incentive-compensation/

"Manipulative Games of Gifts by Corporate Executives," (with S.B. Avci and H.N. Seyhun), 18 *University of Pennsylvania Journal of Business Law* 1131-1174 (2016). Received the best paper award at the Global Finance Conference, April 2016. Featured in The Columbia Law School Blue Sky Blog : "Dark side of equity gifts by corporate executives," http://clsbluesky.law.columbia.edu/2016/05/02/dark-side-of-equity-gifts-by-corporate-executives/

**"**Defining 'Material, Nonpublic': What Should Constitute Illegal Insider Information," (with H. Nejat Seyhun), 21 *Fordham Journal of Corporate & Financial Law* 327-378 (2016). Featured in The Columbia Law School Blue Sky Blog, "Defining the Undefined: What Should be Considered Material Nonpublic Illegal Insider Information?," http://clsbluesky.law.columbia.edu/2015/10/16/defining-the-undefined-what-should-be-considered-material-nonpublic-illegal-insider-information/

"A Half Century Post-Title VII: Still Seeking Pathways for Women to Organizational Leadership," (with T. Dworkin & A. Ramaswami), 23 *UCLA Women's Law Journal* 29-78 (2016).

"Doing Business in a Connected Society: The GSK Bribery Scandal in China," (with Junhai Liu & Haiyan Xu), 2016 (1) *Illinois Law Review* 101-140 (2016).

"The Role of Networks, Mentors, and the Law in Overcoming Barriers to Organizational Leadership for Women with Children," (with T. Dworkin & A. Ramaswami), 20 *University of Michigan Journal of Law and Gender* 83-128 (2013).

"Reassessing Gender Discrimination Claims after Wal-Mart Stores, Inc. v. Dukes," (with T. Dworkin), 46 *University of Michigan Journal of Law Reform* 1249-1277 (2013).

"Should Size Matter when Regulating Firms? Implication from Backdating Executive Options," with Deniz Anginer, M.P. Nararayan, & Nejat Seyhun, *New York University Journal of Legislation and Public Policy* 1-44 (2012). Featured on the Harvard Law School Corporate Governance Forum Blog, "Should Size Matter When Regulating Firms?," https://corpgov.law.harvard.edu/2011/06/13/should-size-matter-when-regulating-firms/#more-18726

"Fraud on the Market: Analysis of the Efficiency of the Corporate Bond Market," with Michael Hartzmark and H. Nejat Seyhun, *Columbia Business Law Review* 654-716 (2011).

"The Future of the Attorney-Client Privilege in Corporate Criminal Investigations," 34 *Delaware Journal of Corporate Law* 921-963 (2009).

"Pathways for Women to Obtain Positions of Organizational Leadership: The Significance of Mentoring and Networking," with V. Maurer, T. Dworkin, A. Kwolek- Folland, *Duke Journal of Gender Law & Policy* 89-136 (2009).

“Fiduciary Constraints: Correlating Obligation with Liability,” (with Dana Muir), 42 *Wake Forest Law Review* 697-747 (2007).

“The Role of Business in Fostering Peaceful Societies: An Action Plan,” (with Timothy fort), 44 *American Business Law Journal* 359-377 (2007).

“The Economic Impact of Backdating of Executive Stock Options,” (with M.P. Narayanan & N. Seyhun), 105 *Michigan Law Review* 1597-1642 (2007) (reprinted in the *Corporate Practice Commentator*).

“The Use of the Efficient Market Hypothesis: Beyond SOX,” (with D. Muir), 105 *Michigan Law Review* 1941-1980 (2007) (reprinted in the *Corporate Practice Commentator*).
“Linking Gender Equity to Peace,” (with T. Dworkin), 44 *American Business Law Journal* 391-415 (2007).

“The Challenge of Company Stock Transactions for the Directors’ Duty of Loyalty,” 43 *Harvard Journal on Legislation,* 437-485 (with D. Muir) (2006).

"New Standards of Director Loyalty and Care in the Post-Enron Era: Are Some Shareholders More Equal Than Others?," (with D. Muir), 8 *New York University Journal of Legislation and Public Policy* 279-358 (2004-2005).

"The Changing Face of Parent and Subsidiary Corporations: Enterprise Theory and Federal Regulation,” 37 *University of Connecticut Law Review* 691-714 (2005).

“The New Corporate Governance and Pathways for Women to Obtain Positions of Organizational Leadership,” (with A. Kwolek-Folland, T. Dworkin, G. Maurer, M. Whitman), 56 *University of Maryland Law Review* 101 (2006).

"Ecology and Violence: The Environmental Dimensions of War," (with T. Fort), 29 *Columbia Journal of Environmental Law* 243-278 (2004).

"Gender Voice and Correlations with Peace," (with T. Dworkin), 35 *Vanderbilt Journal of Transnational Law* 527-562 (2003).

"Adapting Corporate Governance for Sustainable Peace," (with T. Fort), 35 *Vanderbilt Journal of Transnational Law* 377-426 (2003).

"Integrating Trends in Whistleblowing and Corporate Governance: Promoting Organizational Effectiveness, Societal Responsibility, and Employee Empowerment," (with E. Callahan, T. Dworkin, T. Fort), 40 *American Business Law Journal* 177-215 (2002).

"Corporate Governance in China: Then and Now," (with Junhai Liu), *Columbia Business Law Review* 1-69 (2002).

"The Role of the Corporation in Fostering Sustainable Peace," (with T. Fort), 35 *Vanderbilt Journal of Transnational Law* 389-436 (2002).

"Taking it Personally: Shareholder Liability for Corporate Environmental Hazards," 27 *Journal of Corporation Law* 29-62 (2001).

"Corporate Governance in a Global Environment: A Search for the Best of All Worlds," (with T. Fort), 33 *Vanderbilt Journal of Transnational Law* 829-879 (2000).

"The Purposes and Accountability of the Corporation in Contemporary Society," (with M. Bradley, A. Sundaram & J. Walsh), 62 *Law & Contemporary Problems* 9-85 (1999).

"Infiltration of Enterprise Theory into Environmental Jurisprudence," 22 *Journal of Corporation Law* 599-620 (1997).

"The Intersection of State Corporation Law and Employee Compensation Programs: Is it Curtains for Veil Piercing?" (with D. Muir), 1996 *University of Illinois Law Review* 1059-1127 (1996).

"Medical Malpractice v. The Business Judgment Rule: Differences in Hindsight Bias" (with H. Arkes) 73 *Oregon Law Review* 587-638 (1995), reprinted in 45 *Defense Law Journal* 59-109 (1996).

"Integrating Corporate Law Principles with CERCLA Liability for Environmental Hazards," 18 *Delaware Journal of Corporate Law* 1-34 (1993), reprinted in The Corporate Secretary's Guide, CCH (1993) (Cited in "Worth Reading" bibliography in the *National Law Journal*).

"Should Bank Directors Fear FIRREA: The FDIC's Enforcement of the Financial Institutions Reform, Recovery and Enforcement Act," 17 *The Journal of Corporation Law* 739-783 (1992) (Cited in "Worth Reading" bibliography in the *National Law Journal*).

"CERCLA and the 'Erosion' of Traditional Corporate Law Doctrine" (with L. Oswald), 86 *Northwestern University Law Review* 259-330 (1992), reprinted in The Corporate Secretary's Guide, CCH (1992) (Cited in "Worth Reading" bibliography in the *National Law Journal).*

"The Relevance of the Duty of Care Standard in Corporate Governance" (with M. Bradley), 75 *Iowa Law Review* 1-74 (1989). (Cited in "Worth Reading" bibliography in the *National Law Journal*).

**SELECTED INVITED PRESENTATIONS**

"The Double-Edged Sword for Women Seeking Advocacy Mentors," (with Terry Morehead Dworkin), Mentoring Institute Annual Meeting, University of New Mexico, October, 2019.

"Assessing the Liability of Directors and Officers at the Intersection of Tort and Corporate Law," (with Shannon O'Byrne), Academy of Legal Studies in Business Annual Meeting, Montreal, August, 2019.

"Transparency: An Effective Tool in Fighting Crime," 37th International Symposium on Economic Crime, Cambridge University, U.K., September, 2019.

"Mentoring in the #MeToo Era," 18th International Conference on Social Dilemmas, University of Arizona, June, 2019.

"Worker Voice in the #MeToo Era," National Business Law Scholars Conference, Berkeley Center for Law and Business, June, 2019.

"Diversity on Corporate Boards," Comparative Corporate Governance Conference, Singapore Management University, January, 2019.

"Does Independence Matter in Corporate Governance?," Second Annual Conference on the Corporation in the Changing World, Shanghai University, December, 2018.

"Does Gender Diversity Matter in Corporate Governance?," George Washington University Law School, November, 2018.

"Mentoring in the #MeToo Era," Annual Meeting of the Mentoring Institute, University of New Mexico, October, 2018.

"Making Money Moves: Practical Approaches on Narrowing the Pay Gap," Women in Leadership Conference hosted by DaySmart Software, Ann Arbor, October, 2018.

"Unexplained Wealth and Directors' Duties," 36th International Symposium on Economic Crime, Cambridge University, U.K., September, 2018.

"The Significance of Gender Diversity in Corporate Governance," Annual Meeting of Euromed Academy of Business, University of Malta, September, 2018.

"Still Searching for Gender Diversity in the C-Suite," Academy of Legal Studies in Business Annual Meeting, Portland, Oregon, August, 2018.

"Effective Board Composition: Does Independence of Gender Diversity Matter?" Keynote Presentation, National Business Law Scholars Conference, University of Georgia Law School, June 2018.

"The Role of Gender Diversity in Corporate Governance," International Corporate Governance and Law Conference," Leeds, U.K., January, 2018.

"Worker Voice in China: The Evolution of the Staff and Worker Representative Congress," The Corporation in a Changing World, Shanghai University of Finance and Economics, Shanghai, December, 2017.

"The More Things Change, the More They Stay the Same," (with Terry Morehead Dworkin), Mentoring Institute Annual Meeting, University of New Mexico, October, 2017.

"Corporate Prosecutions: Risks to Innocent Third Parties," 35th International Symposium on Economic Crime, Cambridge University, U.K., September, 2017.

 "The More Things Change, the More They Stay the Same," (with Terry Morehead Dworkin), 10th Annual Conference, EuroMed Academy of Business, Rome, Italy, September, 2017.

"Corporate Social Responsibility and Employee Voice in China," International Corporate Governance and Law Conference, Beijing, December, 2016.

"Manipulative Games of Gifts by Executives," Faculty Seminar, Kelley School of Business, Indiana University, October, 2016.

"The Need for Mentoring and Legal Reform to Resolve the Gender Paradox in Business," (with Terry Morehead Dworkin), Mentoring Institute Annual Meeting, University of New Mexico, October, 2016.

"Trends in Corporate Prosecutions in the United States," 34th International Symposium on Economic Crime, Cambridge University, U.K., September, 2016.

"Legal and Policy Implications of Gifts of Stock by Corporate Executives: Proposals for Reform," Academy of Legal Studies in Business Annual Meeting, San Juan, August, 2016.

"The Role of Corporate Governance in Combating Fraud and Corruption." Faculty Seminar, LUISS University Business School, Rome, April 2016.

"Mentoring: The Legal Implications," with Terry Morehead Dworkin, Mentoring Institute Annual Meeting, University of New Mexico, October, 2015.

"The Role of Compliance in Combating Corruption," 33rd International Symposium on Economic Crime, Cambridge University, U.K., September, 2015.

"Still Seeking Pathways for Women to Organizational Leadership," EuroMed Academy of Business, Verona, Italy, September, 2015 and Academy of Legal Studies in Business Annual Meeting, Boston, August, 2015.

"Mentoring: Pathways for Women to Succeed in Business," American Business Women's Meeting, March, 2015.

"Pathways to Leadership for Women with Children: Networks, Mentors, and the Law, Mentoring Institute Annual Meeting, University of New Mexico, October, 2014.

"Governance, Compliance and Ethics," 32nd International Symposium on Economic Crime, Cambridge University, U.K., September, 2014.

"Shareholder Derivative Suites Following Government Prosecution," Webinar hosted by the American Bar Association Antitrust Section, January, 2014.

"The Role of the Private Sector in Preventing Corruption," 31st International Symposium on Economic Crime, Cambridge University, U.K., September 2013.

"Corporate Compliance: The Thin Line," 30th International Symposium on Economic Crime, Cambridge University, U.K., September, 2012.

"Mentoring as a Potential Remedy for Gender Discrimination: Evidence from the United States and Europe," Australasia Law Teachers Association, Sydney, July, 2012

"Challenges to Trust in Organizations," Sixth International Network on Trust, Milan, June, 2012

"Efficient Markets and Bonds: The Analysis Missed in the AIG Bondholder Litigation," Wharton Faculty Seminar, Legal Studies and Business Ethics Department, October, 2011.

"Should Size Matter When Regulating Firms," Keynote Speech, 29th International Symposium on Economic Crime, Cambridge University, U.K., September, 2011.

"Falling Off the Corporate Ladder: Prosecution for Financial Fraud in the United States," 28th International Symposium on Economic Crime, Cambridge University, U.K., September, 2010.

"Taking Care of Business through Benefits," Implications for Socially Responsible Firms," Invited Keynote Speaker, Australasian Law Teachers Association Annual Meeting, Sydney, July, 2009.

"The Corporate Attorney Client and Work Product Privileges: Things of the Past?," International Symposium on Economic Crime, Cambridge University, U.K., Plenary Session, September, 2008.

Parsons Lecture, "Dating Games in the Executive Suite," University of Sydney Faculty of Law, Sydney, New South Wales, Australia, June, 2008.

"Dating Games in the U.S. Executive Suite: A Scandal Hong Kong Can Avoid," University of Hong Kong Faculty of Law, Asian Institute of International Financial Law & Corporate Law Studies Interest Group, Hong Kong, June, 2008.

"Backdating Options: Learn from the Mistakes of Some U.S. Cases," The Hong Kong Institute of Chartered Secretaries, Hong Kong, June, 2008.

"Correlating Liability with Fiduciary Responsibility: Lessons for Hong Kong," Conversation with Regulators, Hong Kong, June, 2008.

Keynote Address, "Securities Litigation in the U.S.: A Look at the Backdating Scandals," Corporate Law Teachers' Association Conference, Sydney, Australia, February, 2008.

"Who Can You Trust?: Dating Games in the Executive Suite," University of Western Sydney College of Business Public Forum, Sydney, Australia, May, 2008 and Corporate Law &

Accountability Research Group Seminar, Monash University, Melbourne, Victoria, Feb. 2008.

"It's a Matter of Trust: Fiduciary Obligations in the Executive Suite," University of New South Wales & University of Technology, Sydney, New South Wales, April, 2008 and Monash University, Clayton, Victoria, July, 2008.

“Executive Responsibility in Controlling Corporate Crime,” International Symposium on Economic Crime, Cambridge University, U.K., September, 2007.

“Correlating Fiduciary Obligation to Responsibility,” (with D. Muir), Wake Forest Law School, March, 2007.

“The Use of the Efficient Market Hypothesis: Beyond SOX,” (with D. Muir), Louis & Myrtle Moskowitz Conference on the Impact of Sarbanes-Oxley on Doing Business, University of Michigan Law School, November 2006.
“Directors’ Duty of Loyalty: Is it Still a Matter of Honor?” Hosmer Seminar, Stephen M. Ross School of Business, University of Michigan, April, 2006.

“Pathways for Women to Obtain Positions of Organizational Leadership,” University of Michigan Law School, March, 2006.

"Women as Executive Officers and Managers," Conference on Women and the "New" Corporate Governance, University of Maryland Law School, April, 2005.

"New Standards of Director Loyalty and Care in the Post-Enron Era: Are Some Shareholders More Equal than Others?," (with D. Muir), 2005 Huber Hurst Research Seminar, University of Florida, February, 2005.

"The Role of Shareholders in Corporate Governance," International Conference on Company Law, Beijing, PRC, November, 2004.

"The Role of the Board of Directors in Corporate Governance," International Conference on Company Law, Beijing, PRC, November, 2004.

"The Changing Face of Parent and Subsidiary Corporations: Enterprise Theory and Federal Regulation," University of Connecticut Law School Symposium, October, 2004.

"Impact of Corporate Governance Reform in the United States," Corporate Governance Conference 2004, Hong Kong, October, 2004.

"Corporate Governance and Sustainable Peace," (with T. Fort), Interdisciplinary Committee on Organizational Studies Workshop, University of Michigan, November, 2003.

"Ecology and Violence: The Environmental Dimensions of War," (with T. Fort), Conference on Corporate Governance and Sustainable Peace, hosted by The William Davidson Institute and the University of Michigan Business School, October, 2003.

"Corporate Governance and Sustainable Peace," (with T. Fort), Roundtable Discussion, moderated by Secretary Madeleine K. Albright, sponsored by The William Davidson Institute, Washington, D.C., July, 2003.

"Corporate Law Reform: Post Scandal," The 2003 efmd Annual Conference on Social Responsibility and Corporate Sustainability, Brussels, June, 2003.

"The Sarbanes-Oxley Act: What You Should Know," Michigan State Bar Association Business Law Meeting, June, 2003.

"The Role of the Corporation in Fostering Sustainable Peace," Sloan Interdisciplinary Workshop, Georgetown University Law Center, December, 2002.

"The Role of the Corporation in Fostering Sustainable Peace," Anne Ballantyne Lecture, University of Texas, November, 2002.

"Corporate Governance in Japan, Germany and the U.S.," Second Legal and Ethical Environment of International Business Seminar, Centers for International Business Education and Research at Indiana University and the University of Colorado-Denver, June, 2002.

"Corporate Governance, Rights and Responsibilities of Shareholders and Directors," Independent Communicators Network, June, 2002.

“The Purposes and Accountability of the Corporation in Contemporary Society: Corporate Governance at a Crossroads,” University of Melbourne, Australia, June, 2001.

“Comparative Corporate Governance,” Keynote Speaker, Corporate Law Teachers Association Mid-year Meeting, University of Technology, Sydney, Australia, May, 2001.

“Global Corporate Governance,” Thunderbird, The American Graduate School of International Management, January, 2001.

“Corporate Governance in a Comparative Setting: The U.S., Japan and Germany,” Thunderbird, The American Graduate School of International Management, January, 2000.

"Infiltration of Enterprise Theory into Environmental Jurisprudence," Faculty Seminar, The Wharton School, University of Pennsylvania, December, 1996.

"Defining the Corporate Directors' Duty of Care in the U.S. and Australia," Faculty Seminar, Australia National University, Canberra, ACT, Australia, August, 11, 1994.

"Should Bank Directors Fear FIRREA: The FDIC's Enforcement of the Financial Institutions Reform and Recovery and Enforcement Act and Comparisons with Australia," Faculty Seminar, University of Tasmania, Hobart, Tasmania, Australia, June 17, 1994.

"Defining the Corporate Directors' Duty of Care in the U.S. and Australia," Faculty Seminar, Monash University, Clayton, Victoria, Australia, June 10, 1994.

"The Duty of Care Standard in Corporate Governance: A Comparative Analysis of the U.S. and Australian Experiences," Commercial Law Association Seminar, Melbourne, Victoria, Australia, June 8, 1994.

"Defining the Corporate Directors' Duty of Care in the U.S. and Australia," Faculty Seminar, Victoria University of Technology, Melbourne, Victoria, Australia, May 20, 1994.

"Takeover Regulation in the United States," Advanced Corporate Securities Seminar, Monash University, Clayton, Victoria, Australia, May 18, 1994.

"Defining the Corporate Directors' Duty of Care Standard in the U.S. and Australia," Faculty Seminar, University of Western Australia Law School, Perth, WA, Australia, May 12, 1994.

"Integrating Corporate Law Principles with CERCLA Liability for Environmental Hazards," Graduate Environmental Law Seminar, University of Western Australia Law School, Perth, WA, Australia, May 11, 1994.

"Shareholder Remedies: Contingency Fees and the Shareholder Derivative Suit in the United States," Corporate Governance and Shareholder Remedies Conference, Bond University, Gold Coast, Australia, May 7, 1994

"Personal Liability of Corporate Officials for Environmental Cleanup: Lessons from Abroad," Corporate Environmental Research Day Conference, Flinders University, Adelaide, SA, Australia, March 25, 1994.

"Medical Malpractice v. The Business Judgment Rule: Differences in Hindsight Bias," Public Lecture, Flinders University, Adelaide, SA, Australia, March 23, 1994.

"Defining the Corporate Director's Duty of Care Standard in the U.S. and Australia," Staff Seminar, Flinders University, Adelaide, SA, Australia, March 18, 1994.

"Corporate Liability Under U.S. Environmental Laws," Staff Seminar, University of New South Wales, Faculty of Law, Sydney, NSW, Australia, March 8, 1994.

"Liability for Environmental Offences," Staff Seminar, University of Wollongong, Faculty of Law, Wollongong, NSW, Australia, March 3, 1994.

"The Duty of Care Standard in Corporate Governance: A Comparative Analysis of the U.S. and Australian Experiences, Parsons Fellow Seminar, University of Sydney, Faculty of Law, Sydney, NSW, Australia, February 24, 1994.

"Defining the Duty of Care Standard in the U.S. and Australia," Staff Seminar, University of Queensland, Brisbane, Queensland, Australia, February 18, 1994.

"International Harmonisation of Corporate Law," Panel Discussion, 1994 National Corporate Law Teachers Conference, Sydney, NSW, Australia, February 7, 1994.

"Integration of Environmental and Corporate Law," Annual Meeting of the Association of American Law Schools, Orlando, Florida, January 6, 1994.

"Negotiation Strategies," Erasmus University, Rotterdam, International Executive MBI Program, December 3, 1993.

"Medical Malpractice v. The Business Judgment Rule: Differences in Hindsight Bias" (with H. Arkes), Decision Behavior Research Consortium, University of Michigan, May 20, 1993.

"Selected Issues in U.S. Corporate Governance," China University of Political Science and Law, Beijing, May 19, 1992.

"CERCLA and the 'Erosion' of Traditional Corporate Law Doctrine," University of Hawaii School of Law Faculty Colloquia, February 27, 1992.

"Corporate Liability under the Environmental Statutes: Has it Gotten Personal?" The Wharton School, University of Pennsylvania, January 23, 1992.

"The Relevance of the Duty of Care Standard in Corporate Governance," George Mason University School of Law, Fall 1989 Faculty Workshop Series, October 3, 1989.

"The Economic Importance of the Business Judgment Rule" (with M. Bradley), New York University Salomon Brothers Center for the Study of Financial Institutions, Conference on Corporate Governance, Restructuring, and the Market for Corporate Control, May 22, 1989.

"The Relevance of the Duty of Care Standard in Corporate Governance: An Analysis of the *Trans Union* Decision and Subsequent Delaware Legislation" (with M. Bradley), Harvard Law School, Law and Economics Seminar, February 21, 1989.

"The Relevance of the Duty of Care Standard in Corporate Governance: An Analysis of the *Trans Union* Decision and Subsequent Delaware Legislation" (with M. Bradley), The University of Michigan, Law and Economics Workshop, February 16, 1989.

**COURSES TAUGHT**

Business School:
Corporate Governance
Enterprise Organization
Law of Business Organizations
Legal Aspects of Entrepreneurship
Legal Environment of Business
The Impact of Sarbanes-Oxley on Doing Business
Cross-Cultural Negotiations and Dispute Resolution

Law School:
Corporate Governance
Commercial Law
Debtors' and Creditors' Rights
Enterprise Organization
Legal Methods Seminar

International:
The Latest Developments in Corporate Governance,
University of International Business and Economics
Beijing, PRC

Legal, Political, and Cultural Environment of Business
University of Michigan Global MBA Program (Hong Kong and Brazil)

Law of Business Organizations
University of Michigan Global MBA Program (Asia)

Legal Environment of Business
Consortium Institute of Management and Business Analysis (Italy)

Legal Aspects of Information and Technology
University of Michigan - Erasmus University Joint Executive Masters of Business Informatics Program

The Anglo-American System and Business Organizations - China University of Political Science and Law, Beijing.

Executive: The Legal Environment of Business
Ross School, Global Executive Program
Ross School, Executive Program

Employment Law for Managers
Ross School, Basic Management

Legal Aspects of Corporate Governance in the Theory and Practice of Investor Relations
Ross School, National Investor Relations Institute Program

Law as a Competitive Advantage
Ross School, Strategies for Growth Executive Program

The Role of Counsel in Mergers and Acquisitions
Ross School, Mergers and Acquisitions Program

Negotiation Skills
Ross School, Daewoo Global Executive Program
Korean Electric Power Corporation Executive Program, East-West Center, Honolulu

**HONORS**

2020 Senior Faculty Award Research Excellence, Ross School of Business, University of Michigan

2020 Distinguished Career Achievement Award, Academy of Legal Studies in Business

2017 Outstanding Mentor Award, University of Michigan, Undergraduate Research Opportunity Program.

2016 Best Paper Award (with S.B. Avci and H.N Seyhun), 23rd Annual Global Finance Conference.

2009 Sarah Goddard Power Award from the University of Michigan

2006 Contribution to Research Environment (CORE) Award from the Ross School of Business.

2005 Outstanding Proceedings Paper Award from the Academy of Legal Studies in Business for “Directors’ Duties of Loyalty: Is it Still a Matter of Honor?” (with D. Muir).

2004 Outstanding Proceedings Paper Award from the Academy of Legal Studies in Business for "Corporate Governance and Fiduciary Obligation: Do the Two Coincide in the Post-Enron Environment?" (with D. Muir).

2002 Distinguished Proceedings Paper Award from the Academy of Legal Studies in Business for "Linking Corporate Governance to Peace" (with T. Fort).

2001 Holmes-Cardozo Best Conference Paper Award from the Academy of Legal Studies in Business for “Trends in Whistleblowing and Corporate Governance: Promoting Organizational Effectiveness, Societal Responsibility and Employee Empowerment” (with E. Callahan, T. Dworkin, T. Fort).

2001 Outstanding Proceedings Paper Award from the Academy of Legal Studies in Business for “The Best is Yet to Be: Considering Shareholder Liability for CERCLA Violations Post *U.S. v. Bestfoods*.”

2000 Outstanding Proceedings Paper Award from the Academy of Legal Studies in Business for "Competitive Corporations with Moral Integrity: A Blended Model of Corporate Governance" (with T. Fort).

2000 Ralph Bunche Award for the Best Paper in International Business Law from the International Law Section of the Academy of Legal Studies in Business for "Competitive Corporations with Moral Integrity: A Blended Model of Corporate Governance" (with T. Fort).

1999 Distinguished Proceedings Paper Award from the Academy of Legal Studies in Business for "Corporate Governance in a Comparative Setting: The United States, Germany and Japan" (with M. Bradley, A. Sundaram, J. Walsh).

1996 Distinguished Proceedings Paper Award from the Academy of Legal Studies in Business for "Ruffling a Few Feathers: The *Peacock* Decision and its Effect on Piercing the Corporate Veil" (with D. Muir).

1995-96 Louis and Myrtle Moskowitz Research Professor in Business and Law.

1994 Distinguished Paper Award from the Southeast Academy of Legal Studies in Business for "The Interplay Between Shareholder Litigation and Contingency Fees in the U.S. and Australia," 4 *Journal of Legal Studies in Business* 23-42 (1995).

1993 Distinguished Proceedings Paper Award from the Academy of Legal Studies in Business for "The Duty of Care Standard in Corporate Governance as Applied to Bank Directors: An Analysis of State Law."

1993 Best Article Published in Any Source Award from the Midwest Academy of Legal Studies in Business for "CERCLA and the 'Erosion' of Traditional Corporate Law Doctrine" (with L. Oswald), published at 86 *Northwestern University Law Review* 259- 330 (1992).

1993 Midwest Business Administration Association Distinguished Paper Award and Midwest Academy of Legal Studies in Business Award of Excellence for "Interpreting the Bank Director's Standard of Care Under Federal Law."

1992 Junior Faculty Award for Excellence from the Academy of Legal Studies in Business.

1992 Holmes-Cardozo Honorable Mention from the Academy of Legal Studies in Business for "Officer and Director Liability for Hazardous Waste Cleanup: Application of Traditional Corporate Law Doctrine."

1992 Midwest Business Administration Association Distinguished Paper Award and Midwest Academy of Legal Studies of Business Award of Excellence for "The Liability Exposure of Successor Corporations under CERCLA."

1991 Best Article Published in any Source Award from the Midwest Business Law Association for "The Relevance of the Duty of Care Standard in Corporate Governance" (with M. Bradley).

1991 Best Paper Award in Law and Public Policy Track from the Western Decision Sciences Institute for "Corporate Liability under the Environmental Statutes: Has it Gotten Personal?" (with L. Oswald).

**MEMBERSHIP IN HONOR SOCIETIES**

Phi Kappa Phi Honor Society
Beta Gamma Sigma Business Honor Society
Beta Alpha Psi Accounting Honor Society

**SELECTED SERVICE AND PROFESSIONAL APPOINTMENTS**

Member, Ross School of Business Executive Committee (1994-1996) (2005-2007) (2009-2011) (2018-2020)

Academy of Legal Studies in Business: Immediate Past President (2015-2016), President (2014-2015), President Elect and Program Chair (2013-2014), Vice President, (2012-2013); Secretary-Treasurer, (2011-2012)

Member, Council on Global Engagement, University of Michigan (2017- Present)

Member, Task Force on Teaching Evaluations, Ross School of Business, University of Michigan (2017-2018)

Diversity, Equity, and Inclusion, Faculty Liaison for Ross School of Business, University of Michigan (2016-2017)

Chair, Law, History and Communication Area, Ross School of Business, University of Michigan (1996-2013)

Member, Ross School of Business Dean Search Advisory Committee, (2000-2001) (2010-2011)

Member, Ross School of Business Curriculum Committee (2003-2004, 2007-2009)

Member, Selection Committee, Associate Vice President for Research, University of Michigan (2006-2007)

Planning Committee, 2006 Provost's Seminar on Teaching (University of Michigan)

Advisor, Knight-Wallace Fellowship Program, University of Michigan (2005-06)

Member, President's Advisory Commission on Women's Issues, University of Michigan (1999-2005)

Co-Chair, Holcim Chair Search Committee, University of Michigan Business School