Rob Bonta, State Bar No. 202668
Attorney General of California
Michael L. Newman, State Bar No. 222993
Senior Assistant Attorney General
Laura L. Faer, State Bar No. 233846
Vilma Palma-Solana, State Bar No. 267992
Supervising Deputy Attorneys General
Lisa Cisneros, State Bar No. 251473
Marisol León, State Bar No. 298707
Deputy Attorneys General
 455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3438
 E-mail: Lisa.Cisneros@doj.ca.gov
*Attorneys for Defendant California
Secretary of State Shirley N. Weber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CREIGHTON MELAND, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>Defendant. | Case No. 2:19-cv-02288-JAM-AC<br><br>**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT SECRETARY OF STATE'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

# INDEX OF EXHIBITS

| | | |
|---|---|---|
| **FILINGS AND THEIR EXHIBITS** | | |
| Binder Tab | | |
| | **Declarations (alphabetical listing by last name)** | |
| A | Declaration of Betsy Berkhemer-Credaire in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibits 1-2) | |
| | Exhibit 1 | 2019 Women on Boards Gender Diversity Index |
| | Exhibit 2 | 2020 Women on Boards Gender Diversity Index |
| B | Declaration of Betsy Bogart in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibits A-D) | |
| | Exhibit A | Women on Boards (July 1, 2019) |
| | Exhibit B | Women on Boards (Mar. 1, 2020) |
| | Exhibit C | Women on Boards (Mar. 1, 2021) |
| | Exhibit D | Corporation File Statistics (Sept. 4, 2021) |
| C | Declaration of Jay Chamberlain in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction | |
| D | Declaration of Jessica Grounds in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibit 1) | |
| | Exhibit 1 | Curriculum Vitae |
| E | Declaration of Andrew Jennings in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibits 1-2) | |
| | Exhibit 1 | Curriculum Vitae |
| | Exhibit 2 | Historical Summary of OSI Systems, Inc. Board of Directors (the Membership, Nominations, and Elections) |
| F | Declaration of Alison Konrad in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibits 1-9) | |
| | Exhibit 1 | Curriculum Vitae |
| | Exhibit 2 | U.S. Department of Education, National Center for Education Statistics, Digest of Education Statistics, Table 284 – Earned degrees in business conferred by degree-granting institutions, by level of degree and sex of student; 1955-56 to 1999-2000 |
| | Exhibit 3 | Impact of Women on Corporate Boards (WOCB) on Firm Ethical Behavior |
| | Exhibit 4 | Impact of WOCB on Earnings Management |
| | Exhibit 5 | Impact of WOCB on CEO Compensation |
| | Exhibit 6 | Impact of WOCB on Corporate Social Responsibility |
| | Exhibit 7 | Impact of WOCB on Gender Equity |
| | Exhibit 8 | Impact of WOCB on Risk |

|   |   | Exhibit 9 | Impact of WOCB on Firm Financial Performance |
|---|---|---|---|
| G |   | Declaration of Marisol León in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibits A-I) | |
|   | Exhibit A | Subpoena to Testify at a Deposition in a Civil Action to OSI Systems, Inc. (Sept. 7, 2021) |
|   | Exhibit B | Excerpts from the Deposition of Victor Sze (Sept. 13, 2021) |
|   | Exhibit C | Redacted list of OSI shareholders as of Sept. 2, 2021 (OSI_00000565-576) produced in response to subpoena |
|   | Exhibit D | Defendant Secretary of State's First Set of Requests for Admission on Plaintiff Creighton Meland Jr. (Sept. 16, 2021) |
|   | Exhibit E | Plaintiffs responses to Defendant Secretary of State's First Set of Requests for Admission (Sept. 21, 2021) |
|   | Exhibit F | Notice of Subpoena to Broadridge Corporate Issuer Solutions, Inc. Pursuant to Rule 45 of the Federal Rule of Civil Procedure (Aug. 23, 2021) |
|   | Exhibit G | Broadridge responses to subpoena (Sept. 8 and 16, 2021) |
|   | Exhibit H | UC Davis Study of California Women Business Leaders: A Census of Women Directors and Highest Paid Executives, 2015-2016 |
|   | Exhibit I | Diversity in the Management of Investments 2014 Progress Report published by the California State Teachers' Retirement System (Cal STRS) |
| H |   | Declaration of Susanne Milene in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction | |
|   | Exhibit 1 | Curriculum Vitae |
| I |   | Declaration of Simiso Nzima (with Exhibits A-D) | |
|   | Exhibit A | California Public Employees' Retirement System (CalPERS) press release entitled, "CalPERS Expands Engagement for Greater Diversity on Corporate Boards to More Than 500 U.S. Companies" (Aug. 22, 2017) |
|   | Exhibit B | CalPERS Shareowner Alert (Apr. 15, 2021) |
|   | Exhibit C | Agenda from the CalPERS Diversity Forum (June 10-11, 2019) |
|   | Exhibit D | McKinsey & Company report titled, "Why Diversity Matters" (Jan. 2015) |
| J |   | Declaration of Darren Rosenblum in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibit A) | |
|   | Exhibit 1 | Curriculum Vitae |
| K |   | Declaration of Cindy Schipani in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibit 1) | |
|   | Exhibit 1 | Curriculum Vitae |
| L |   | Declaration of Victor Sze (with Exhibits 1-48) | |
|   | Exhibit 1 | S-1 Registration Statement (and amendments), Established Board composition (June 13, 1997) |
|   | Exhibit 2 | Form 8-K12G3 (incl. Exh. 3.1), certificate of incorporation (Mar. 8, 2010) |

2

| | | |
|---|---|---|
| | Exhibit 3 | Form 8-K12G3 (incl. Exh. 3.2), bylaws (Mar. 8, 2010) |
| | Exhibit 4 | Schedule 14A, 2000 proxy statement (Oct. 16, 2000) |
| | Exhibit 5 | Form 10-Q, 2000 proxy statements (Feb. 14, 2001) |
| | Exhibit 6 | Schedule 14A, 2001 proxy statement/disclosure re June 14, 2001 board Expansion (Oct. 12, 2001) |
| | Exhibit 7 | Form 10-Q, 2001 proxy results (Feb. 14, 2002) |
| | Exhibit 8 | Schedule 14A, 2002 proxy statement (Oct. 15, 2002) |
| | Exhibit 9 | Form 10-Q, 2003 proxy statement (Feb. 14, 2003) |
| | Exhibit 10 | Schedule 14A, 2003 proxy statements (Oct. 2, 2003) |
| | Exhibit 11 | Form 10-Q, 2003 proxy results (Feb. 13, 2004) |
| | Exhibit 12 | Schedule 14A, 2004 proxy statement/disclosure re June 30, 2004 resignation of Madan G. Sayal (Sept. 30, 2004) |
| | Exhibit 13 | Form 10-Q, 2004 proxy results (Feb. 9, 2005 |
| | Exhibit 14 | Schedule 14A, 2005 proxy statements (Oct. 12, 2005) |
| | Exhibit 15 | Form 10-Q, 2005 proxy results (Feb. 17, 2006) |
| | Exhibit 16 | Form 8-K, disclosure re September 27, 2006 board expansion and appointment of Leslie E. Bider (Sept. 27, 2006) |
| | Exhibit 17 | Schedule 14A, 2006 proxy statements (Oct. 10, 2006) |
| | Exhibit 18 | Form 10-Q, 2006 proxy results (Feb. 8, 2007) |
| | Exhibit 19 | Schedule 14A, 2007 proxy statement (Oct. 29, 2007) |
| | Exhibit 20 | Form 10-Q, 2007 proxy results (Feb. 5, 2008) |
| | Exhibit 21 | Schedule 14A, 2008 proxy statement (Oct. 14, 2008) |
| | Exhibit 22 | Form 10-Q, 2008 proxy results (Jan. 29, 2009) |
| | Exhibit 23 | Schedule 14A, 2010 proxy statement (first 2010 meeting) (Feb. 5, 2010) |
| | Exhibit 24 | Form 8-K12G3, 2010 proxy results (first 2010 meeting) (Mar. 8, 2010) |
| | Exhibit 25 | Form 8-K, Disclosure re resignation of Leslie E. Bider and appointment of William F. Ballhaus (May 10, 2010) |
| | Exhibit 26 | Schedule 14A, 2010 proxy statement (second 2010 meeting) (Oct. 12, 2010) |
| | Exhibit 27 | Form 8-K, 2010 proxy results (second 2010 meeting) (Dec. 1, 2010) |
| | Exhibit 28 | Schedule 14A, 2011 proxy statement (Oct. 7, 2011) |
| | Exhibit 29 | Form 8-K, 2011 proxy results (Dec. 2, 2011) |
| | Exhibit 30 | Schedule 14A, 2012 proxy statement (Oct. 23, 2012) |
| | Exhibit 31 | Form 8-K, 2012 proxy results (Dec. 13, 2012) |
| | Exhibit 32 | Schedule 14A, 2013 proxy statement (Oct. 25, 2013) |
| | Exhibit 33 | Form 8-K, 2013 proxy results (Dec. 3, 2013) |
| | Exhibit 34 | Schedule 14A, 2014 proxy statement (Oct. 17, 2014) |
| | Exhibit 35 | Form 8-K, 2014 proxy results (Dec. 12, 2014) |
| | Exhibit 36 | Schedule 14A, 2015 proxy statement (Oct. 19, 2015) |
| | Exhibit 37 | Form 8-K, 2015 proxy results (Dec. 8, 2015) |
| | Exhibit 38 | Form 8-K, Disclosure re board expansion and appointment of Gerald Chizever (Oct. 14, 2016) |
| | Exhibit 39 | Schedule 14A, 2016 proxy statement (Oct. 21, 2016) |
| | Exhibit 40 | Form 8-K, 2016 proxy statements (Dec. 6, 2016) |
| | Exhibit 41 | Schedule 14A, 2017 proxy statement (Oct. 23, 2017) |
| | Exhibit 42 | Form 8-K, 2017 proxy results (Dec. 12, 2017) |

Index of Exhibits ISO of Def. SOS Mem. in Opp. to Pl.'s Mot. for Preliminary Injunction (2:19-cv-02288-JAM-AC)

| | | |
|---|---|---|
| | Exhibit 43 | Schedule 14A, 2017 proxy statement (Oct. 19, 2018) |
| | Exhibit 44 | Form 8-K, 2018 proxy results (Dec. 11, 2018) |
| | Exhibit 45 | Schedule 14A, 2019 proxy statements (Oct. 22, 2019) |
| | Exhibit 46 | Form 8-K, 2019 proxy results (Dec. 13, 2019) |
| | Exhibit 47 | Schedule 14A, 2020 proxy statement (Oct. 21, 2020) |
| | Exhibit 48 | Form 8-K, 2020 proxy results (Dec. 11, 2020) |
| | **Authenticating Declarations and Request for Judicial Notice** | |
| M | Declaration of Thomas Clark in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction | |
| N | Declaration of Anthony Lew in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction | |
| O | Declaration of Nora Lynn in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibits A-B) | |
| | Exhibit A | McKinsey and Company study, entitled "Women Matter" (2007) |
| | Exhibit B | Email from CalSTRS to Nora Lynn Re: SB 826 (Apr. 9, 2018) |
| P | Request for Judicial Notice in Support of Defendant Secretary of State's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (with Exhibits 1-31) | |
| | Exhibit 1 | California Senate Banking and Financial Institutions Committee Hearing Re: SB 826 (Apr. 18, 2018) (excerpts from a certified copy of a court reporter's transcript, 34:13-1:17:38). |
| | Exhibit 2 | California Senate Judiciary Committee Hearing Re: SB 826 (Apr. 24, 2018) (excerpts from a certified copy of a court reporter's transcript, 26:00-1:25:00). |
| | Exhibit 3 | California Senate Floor Session Re: SB 826 (May 31, 2018) (excerpts from a certified copy of a court reporter's transcript, 2:14:12-2:31:49). |
| | Exhibit 4 | California Assembly Committee on Banking and Finance Hearing Re: SB 826 (June 25, 2018) (excerpts from a certified copy of a court reporter's transcript, 1:20:00-1:49:15). |
| | Exhibit 5 | California Assembly Judiciary Committee Hearing Re: SB 826 (June 26, 2018) (excerpts from a certified copy of a court reporter's transcript, 2:33:00-2:48:35). |
| | Exhibit 6 | California Assembly Appropriations Committee Hearing Re: SB 826 (Aug. 8, 2018) (excerpts from a certified copy of a court reporter's transcript, 1:19:01-1:22:23). |
| | Exhibit 7 | California Senate Floor Session Re: Resolution 62 (May 31, 2013) (excerpts from a certified copy of a court reporter's transcript, 1:09:35-1:21:13). |
| | Exhibit 8 | California Senate Floor Session Re: SB 826 (Aug. 30, 2018) (excerpts from a certified copy of a court reporter's transcript, 45:32-55:33). |
| | Exhibit 9 | California Senate Banking and Financial Institutions Committee Bill Analysis for a Hearing Re: SB 826 (Apr. 24, 2018). |
| | Exhibit 10 | California Senate Judiciary Committee Bill Analysis for a Hearing Re: SB 826 (Apr. 24, 2018). |
| | Exhibit 11 | California Senate Appropriations Committee Bill Analaysis for a Hearing Re: SB 826 (May 7, 2018). |

| | Exhibit 12 | California Senate Appropriations Committee Bill Analysis for a Hearing Re: SB 826 (May 25, 2018). |
|---|---|---|
| | Exhibit 13 | California Senate Rules Committee Floor Bill Analysis for a Hearing Re: SB 826 (May 29, 2018). |
| | Exhibit 14 | California Assembly Banking and Finance Committee Bill Analysis for a Hearing Re: SB 826 (June 25, 2018). |
| | Exhibit 15 | California Assembly Judiciary Committee Bill Analysis for a Hearing Re: SB 826 (June 26, 2018). |
| | Exhibit 16 | California Assembly Appropriations Committee Bill Analysis for a Hearing Re: SB 826 (Aug. 8, 2018). |
| | Exhibit 17 | California Assembly Floor Bill Analysis for a Hearing Re: SB 826 (Aug. 21, 2018). |
| | Exhibit 18 | California Senate Rules Floor Bill Analysis for a Hearing Re: SB 826 (Aug. 21, 2018). |
| | Exhibit 19 | Excerpts from legislative records of the California Senate Banking and Financial Institutions Committee |
| | Exhibit 20 | Annalisa Barrett, University of San Diego, "Women on Boards in California" |
| | Exhibit 21 | CalSTRS Factsheet, "CalSTRS Corporate Governance at a Glance" (2016) |
| | Exhibit 22 | California Assembly Committee on Banking and Finance, Background Information Request |
| | Exhibit 23 | Senate Concurrent Resolution No. 62, 2013–14 Leg., Reg. Sess. (Cal. 2013) (Ch. 127) |
| | Exhibit 24 | Excerpts from the legislative records of the California Assembly Committee on Banking and Finance – series of letters in support of SB 826 |
| | Exhibit 25 | Letter to Governor Jerry Brown from Senator Hannah-Beth Jackson requesting that he sign SB 826 (Sept. 14, 2018) |
| | Exhibit 26 | M. Torchia, A.Calabrò, and M. Huse, "Women Directors on Corporate Boards from Tokenism to Critical Mass" |
| | Exhibit 27 | Study entitled, "Critical Mass on Corporate Boards: Why Three or More Women Enhance Governance" |
| | Exhibit 28 | Kellie A. McElhaney and Sanaz Mobaserri, UC Berkeley Haas School of Business, "Women Create a Sustainable Future" (Oct. 2012) |
| | Exhibit 29 | Credit Suisse, "The CS Gender 3000: The Reward for Change" (Sept. 2016) |
| | Exhibit 30 | Meggin Thwing Eastman, Morgan Stanley Capital International (MSCI), "Women on Boards: Progress Report 2017" |
| | Exhibit 31 | National Association of Women Business Owners (NAWBO), "NAWBO-California SB 826 Arguments in Favor" (June 7, 2018) |
| | Exhibit 32 | Excerpts from the legislative records of the California Judiciary Committee – series of letters in support of SB 826. |