JOHANNA S. SCHIAVONI, SBN 248501
Law Office of Johanna S. Schiavoni
2801 B Street, # 220
San Diego, CA 92102
Telephone: (619) 269-4046
Email: johanna@schiavoni-law.com

Counsel for *Amicus Curiae*
CALIFORNIA WOMEN LAWYERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREIGHTON MELAND, JR.,<br><br>     Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>     Defendant. | No. 2:19-cv-02288-JAM-AC<br><br>**ORDER GRANTING APPLICATION PURSUANT TO LOCAL RULE 144 FOR A THREE-DAY EXTENSION OF TIME TO FILE A PROPOSED *AMICUS CURIAE* BRIEF BY CALIFORNIA WOMEN LAWYERS IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge: Hon. John A. Mendez |

After review of the application by California Women Lawyers, pursuant to Local Rule 144 and Federal Rule of Appellate Procedure 26(a)(6), for an extension of time to file its proposed brief as *amicus curiae* in opposition to plaintiff's motion for a preliminary injunction, the application is GRANTED.

It is hereby ORDERD that an amicus brief by California Women Lawyers should be filed by October 8, 2021.

IT IS SO ORDERED.

DATED:  September 30, 2021          /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1