ANASTASIA P. BODEN, Cal. Bar No. 281911
Email: ABoden@pacificlegal.org
JOSHUA P. THOMPSON, Cal. Bar No. 250955
Email: JThompson@pacificlegal.org
DANIEL M. ORTNER, Cal. Bar No. 329866
Email: DOrtner@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREIGHTON MELAND, JR., | No. 2:19-cv-02288-JAM-AC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE IN EXCESS OF PAGE LIMIT** |
| SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California, | |
| Defendant. | |

After review of Plaintiff's Motion to File in Excess of the Page Limit, filed October 7, 2021, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff shall have twenty pages in order to reply in support of the Motion for a Preliminary Injunction.

DATED: _____

_____
JOHN A. MENDEZ
Judge of the District Court

PO Grntng Pltf's Mtn to File in Excess of Pg Lmt   1
No. 2:19-cv-02288-JAM-AC