UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREIGHTON MELAND, JR.,<br><br>　　Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>　　Defendant. | No. 2:19-cv-02288-JAM-AC<br><br>**ORDER DIRECTING FILING OF *AMICUS CURIAE* BRIEF SUBMITTED BY CALIFORNIA WOMEN LAWYERS IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge: Hon. John A. Mendez |

On October 8, 2021, with the consent of both parties, California Women Lawyers timely submitted an *amicus curiae* brief in support of the Defendant's opposition to Plaintiff's motion for a preliminary injunction.

It is hereby ORDERED that the submitted amicus brief, Document No. 43, is considered filed in this action.

IT IS SO ORDERED.

_____
Judge John A. Mendez
United States District Judge