ANASTASIA P. BODEN, Cal. Bar No. 281911
Email: ABoden@pacificlegal.org
JOSHUA P. THOMPSON, Cal. Bar No. 250955
Email: JThompson@pacificlegal.org
DANIEL M. ORTNER, Cal. Bar No. 329866
Email: DOrtner@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREIGHTON MELAND, JR.,<br><br>                    Plaintiff,<br><br>    v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>                    Defendant. | No. 2:19-cv-02288-JAM-AC<br><br>**PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** |

Plaintiff Creighton Meland, Jr. objects in part to Defendant's Request for Judicial Notice, Doc. 33. Several of Defendant's Exhibits are studies or reports that were either presented to the California Legislature, such as Exhibit 20, or cited by the legislature in legislative findings, such as Doc. 33, Exhibits 25-30 and Doc. 33-4, Exhibit A. Meland does not object to the extent that Defendant relies on these documents to show what information the Legislature had access to or relied on when it enacted the Woman Quota. To the extent that Defendant relies on the arguments, statistics, and inferences made in these articles for the truth of the matter asserted, however, these studies and documents are not only hearsay, they are "subject to reasonable dispute" and the contents are therefore not properly subject to judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 689–90 (9th Cir. 2001). *See Rhode v. Becerra*, 445 F. Supp. 3d 902, 941 (S.D. Cal. 2020) ("The Court takes judicial notice

1  that such documents are copies of authentic documents. However, the Court does not

2  take judicial notice that the contents are necessarily true or accurate."). The same is

3  true for Exhibit 24 which includes letters written in support of SB 826 by outside

4  organizations. That these letters were sent to the Legislature in support of the Woman

5  Quota and are not in dispute. However, the accuracy of the contents of these letters is

6  disputed.

7      Furthermore, Meland objects in total to judicial notice for Exhibit 31 as it is a

8  document put together by an advocacy organization rather than a government agency

9  and it does not appear to have been cited or relied upon in the legislative history or

10  contain any other hallmarks of authenticity that would make it properly subject to

11  judicial notice.

12      DATED: October 12, 2021.

13                                          Respectfully submitted,

14                                          ANASTASIA P. BODEN
                                            JOSHUA P. THOMPSON
15                                          DANIEL M. ORTNER

16                                          By: _____ /s/ Anastasia P. Boden_____
                                                    ANASTASIA P. BODEN
17                                                  Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on October 12, 2021, I served the foregoing PLAINTIFF'S

3

PARTIAL OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

4

through the Court's CM/ECF system on all registered counsel.

5

6
                                                     /s/ Anastasia Boden

                                                    Anastasia Boden

7
                                                    Cal. Bar No. 281911

                                                    Lead Counsel

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28