ANASTASIA P. BODEN, Cal. Bar No. 281911
Email: ABoden@pacificlegal.org
JOSHUA P. THOMPSON, Cal. Bar No. 250955
Email: JThompson@pacificlegal.org
DANIEL M. ORTNER, Cal. Bar No. 329866
Email: DOrtner@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREIGHTON MELAND, JR.,<br><br>Plaintiff,<br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>Defendant. | No. 2:19-cv-02288-JAM-AC<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DEFENDANT'S DECLARATIONS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff hereby submits the following evidentiary objections to, and request to strike all or substantial portions of, the Declarations of Betsy Berkhemer-Credaire, Jessica N. Grounds, Alison Konrad, Susanne Meline, Darren Rosenblum, and Cindy A. Schipani. Each of these six declarations purports to present evidence in support of California's Woman Quota.

Plaintiff offers a general objection to the use of these declarations because they largely do not rely on personal knowledge. Instead they reference studies they've reviewed and offer those studies for the truth of the matter asserted. Such testimony is not appropriate for a declaration; it's appropriate for expert witness testimony.

Moreover, while declarations may properly contain a presentation of facts, Defendant's declarations do not merely present facts but instead make arguments and legal conclusions based on those facts that "are properly included in a memorandum of points and authorities in support of or opposition to a motion, not a declaration."

*Oliver v. Hot Topic, Inc.*, No. 10CV1111 BEN AJB, 2010 WL 4261473, at *1 (S.D. Cal. July 27, 2010). They therefore represent an attempt to use "supplemental declaration[s] as an attempt to get around the page limit and other requirements imposed by this Court and the Local Rules." *Fuchs v. State Farm Gen. Ins. Co.*, No. CV 16-01844-BRO-GJS, 2017 WL 4679272, at *2 (C.D. Cal. Mar. 6, 2017).

Plaintiff believes that the proper remedy is to strike these declarations *except* to the extent they seek to introduce and authenticate documents.

DATED: October 12, 2021.

          Respectfully submitted,

          ANASTASIA P. BODEN
          JOSHUA P. THOMPSON
          DANIEL M. ORTNER

          By:    /s/ Anastasia P. Boden
                  ANASTASIA P. BODEN
                  Attorneys for Plaintiff