UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREIGHTON MELAND, JR., | No. 2:19-cv-02288-JAM-AC |
| Plaintiff, | |
| v. | **ORDER DIRECTING FILING OF *AMICUS CURIAE* BRIEF SUBMITTED BY CALIFORNIA WOMEN LAWYERS IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California, | |
| Defendant. | Judge:  Hon. John A. Mendez |

On October 8, 2021, with the consent of both parties, California Women Lawyers timely submitted an *amicus curiae* brief in support of the Defendant's opposition to Plaintiff's motion for a preliminary injunction.

It is hereby ORDERED that the submitted amicus brief, Document No. 43, is considered filed in this action.

IT IS SO ORDERED.

DATED:  October 12, 2021                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE