1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MICHAEL L. NEWMAN, State Bar No. 222993
   Senior Assistant Attorney General
3  LAURA L. FAER, State Bar No. 233846
   VILMA PALMA-SOLANA, State Bar No. 267992
4  Supervising Deputy Attorneys General
   LISA CISNEROS, State Bar No. 251473
5  MARISOL LEÓN, State Bar No. 298707
   DELBERT TRAN, State Bar No. 323993
6  Deputy Attorneys General
    455 Golden Gate Ave., Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: (415) 510-3438
8   E-mail: Lisa.Cisneros@doj.ca.gov
   *Attorneys for Defendant California*
9  *Secretary of State Shirley N. Weber*

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      EASTERN DIVISION

| CREIGHTON MELAND, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,<br><br>Defendant. | Case No. 2:19-cv-02288-JAM-AC<br><br>**ORDER SUSTAINING DEFENDANT'S EVIDENTIARY OBJECTIONS, AND GRANTING DEFENDANT'S MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CREIGHTON MELAND, JR. AND PORTIONS OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HIS MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|

**ORDER SUSTAINING DEFENDANT'S EVIDENTIARY OBJECTIONS, AND GRANTING DEFENDANT'S MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF CREIGHTON MELAND, JR. AND PORTIONS OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HIS MOTION FOR PRELIMINARY INJUNCTION**

After review of Defendant Secretary of State's Evidentiary Objections, Notice and Motion to Strike the Supplemental Declaration and Portions of Plaintiff's Reply in Support of his Motion for Preliminary Injunction, filed on October 15, 2021, as well as Plaintiff's response, the pleading and papers on file, and such other matters presented to the Court, it is hereby ORDERED that the Motion is GRANTED:

1. The Supplemental Declaration of Plaintiff Creighton Meland, Jr. in Support of Motion for Preliminary Injunction (supplemental declaration), ECF No. 46-1, is stricken from the record.

2. Defendant Secretary of State's evidentiary objections to portions of Plaintiff's supplemental declaration, specifically, Paragraphs 6, 17, and 21, and the second and last sentences in Paragraph 7, are sustained and these portions are stricken from the record.

3. The following portions of Plaintiff's Reply in Support of his Motion for Preliminary Injunction, ECF No. 46, specifically arguments at 14:2-5 and 14:6-12, are stricken from the record.

4. Plaintiff may not rely on the foregoing to support his Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: 10/18/2021                           /s/John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE