UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREIGHTON MELAND, JR., <br><br> Plaintiff, <br><br> v. <br><br> SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California, <br><br> Defendant. | Case No. 2:19-CV-02288 JAM-AC <br><br> Related Cases: <br> 2:21-cv-01951 JAM-AC <br><br><br> **RELATED CASE ORDER** |
| NATIONAL CENTER FOR PUBLIC POLICY RESEARCH, <br><br> Plaintiff, <br><br> v. <br><br> SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California, <br><br> Defendant. | Case No. 2:21-CV-02168 KJM-DB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1      The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge and magistrate judge; no consolidation
4 of the actions is effected.  Under the regular practice of this
5 court, related cases are generally assigned to the judge and
6 magistrate judge to whom the first filed action was assigned.
7      IT IS THEREFORE ORDERED that the action denominated
8 2:21-CV-02168 KJM-DB be reassigned to Judge John A. Mendez and
9 Magistrate Judge Allison Claire for all further proceedings, and
10 any dates currently set in this reassigned case only are hereby
11 VACATED.  Henceforth, the caption on documents filed in the
12 reassigned cases shall be shown as 2:21-CV-02168 JAM-AC.
13      IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of civil cases to
15 compensate for this reassignment.
16      IT IS SO ORDERED.
17
18
19 DATED:  December 20, 2021         /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
20                                   UNITED STATES DISTRICT COURT JUDGE