UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF  EASTERN DISTRICT OF CALIFORNIA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:19-cv-02288-JAM-AC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11-13-19

Date of judgment or order you are appealing: 12-27-21

Docket entry number of judgment or order you are appealing: 67    Appeal of Denial of Preliminary Injunction

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes    ● No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Creighton Meland, Jr.

Is this a cross-appeal?  ○ Yes  ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ● Yes  ○ No

If yes, what is the prior appeal case number? 20-15762

Your mailing address (if pro se):

City:    State:    Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Anastasia Boden    **Date** 1/26/2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Creighton Meland, Jr.

Name(s) of counsel (if any):
Anastasia Boden, Joshua Thompson, Daniel Ortner

Address: 555 Capitol Mall, Suite 1290, Sacramento, CA  95814

Telephone number(s): 916-419-7111

Email(s): aboden@pacificlegal.org; jthompson@pacificlegal.org; dortner@pacifi

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Shirley N. Weber, in her official capacity as Secretary of State of the State of California

Name(s) of counsel (if any):
Delbert Tran; Julia Harumi Mass; Lara Haddad; Lisa Janine Cisneros; Marisol Leon

Address: 455 Golden Gate Ave. Ste 11000 San Francisco, CA 95111

Telephone number(s): 415-229-0110

Email(s): delbert.tran@doj.ca.gov; julia.mass@doj.ca.gov; lara.haddad@doj.ca.g

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*