Rob Bonta, State Bar No. 202668
Attorney General of California
Michael L. Newman, State Bar No. 222993
Senior Assistant Attorney General
Laura L. Faer, State Bar No. 233846
Vilma Palma-Solana, State Bar No. 267992
Supervising Deputy Attorneys General
Lisa Cisneros, State Bar No. 251473
Delbert Tran, State Bar No. 323993
Sophia A. Carrillo, State Bar No. 326428
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-3300
  Fax:  (510) 622-2270
  E-mail:  Julia.Mass@doj.ca.gov
*Attorneys for Defendant*
*California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREIGHTON MELAND, JR.,<br><br>                     Plaintiff,<br><br>v.<br><br>**SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California,**<br><br>                     Defendant. | 2:19-cv-2288-JAM-AC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

    Pursuant to Local Rule 182(d), attorney Julia Harumi Mass withdraws her appearance as counsel for Defendant Shirley N. Weber, in her official capacity as Secretary of State. Defendant remains represented by Sophia A. Carrillo, Delbert Tran, Lisa Cisneros, and Laura Faer, who have entered an appearance in this case.

1

| | | |
|---|---|---|
| 1 | Dated: April 22, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | MICHAEL L. NEWMAN |
| | | Senior Assistant Attorney General |
| 4 | | LAURA L. FAER |
| | | VILMA PALMA-SOLANA |
| 5 | | Supervising Deputy Attorneys General |

/s/ Julia Harumi Mass
JULIA HARUMI MASS
Deputy Attorney General
*Attorneys for Defendant*
*California Secretary of State*

SA2019106040
91489313.docx