FILED

JUN 6 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CREIGHTON MELAND, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, <br><br> Defendant-Appellee. | No. 22-15149 <br><br> D.C. No. 2:19-cv-02288-JAM-AC <br> Eastern District of California, Sacramento <br><br> ORDER |

Before: McKEOWN, IKUTA, and BRESS, Circuit Judges.

Proceedings in this case will be held in abeyance until any appeal of the decision in *Crest et al. v. Padilla*, Case No. 19STCV27651 (Los Angeles Sup. Ct.) becomes final. *Cf. Growe v. Emison*, 507 U.S. 25, 32 (1993). If no appeal is filed, the parties shall notify the Court within 30 days after the deadline for filing an appeal. The Clerk shall administratively close this docket pending further order of the Court.