ANASTASIA P. BODEN, Cal. Bar No. 281911
Email: ABoden@pacificlegal.org
JOSHUA P. THOMPSON, Cal. Bar No. 250955
Email: JThompson@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREIGHTON MELAND, JR., <br><br> Plaintiff, <br><br> v. <br><br> SHIRLEY N. WEBER, in her official capacity as Secretary of State of the State of California, <br><br> Defendant. | No. 2:19-cv-02288-JAM-AC |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ATTORNEY ANASTASIA P. BODEN**

Pursuant to LR 83.6(c), Plaintiff's attorneys hereby notify the Court of the withdrawal of Anastasia P. Boden as counsel for the Plaintiff in the above-entitled case.

The Plaintiff will continue to be represented by Joshua P. Thompson as counsel of record.

Plaintiff consents to this withdrawal and substitution.

*Notice of Withdrawal*

DATED: December 23, 2022.

                    Respectfully submitted,

By: <u>s/ ANASTASIA P. BODEN</u>
     ANASTASIA P. BODEN

ANASTASIA P. BODEN
JOSHUA P. THOMPSON
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
ABoden@pacificlegal.org
JThompson@pacificlegal.org

*Attorneys for Plaintiff*

*Notice of Withdrawal*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

                                              s/ ANASTASIA P. BODEN
                                              ANASTASIA P. BODEN